FILED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Florida_

_Jacksonville_ Division

Amended Complaint

2023 MAR 27  PM 12: 49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

|  |  |  |
|---|---|---|
| Byron Andrews | ) | Case No.   3:23-cv-88-MMH-JBT |
| _____ | ) | _(to be filled in by the Clerk's Office)_ |
| Plaintiff(s) | ) |  |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |  |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | Amended Complaint |
| _please write "see attached" in the space and attach an additional_ | ) |  |
| _page with the full list of names.)_ | ) |  |
| -v- | ) |  |
|  | ) |  |
|  | ) |  |
| Sgt. Cicarrno, et al., | ) | Legal Mail |
| _____ | ) | Provided to Florida State Prison on |
| Defendant(s) | ) | 3/21/23  for mailing by  B.A |
| _(Write the full name of each defendant who is being sued. If the_ | ) |  |
| _names of all the defendants cannot fit in the space above, please_ | ) |  |
| _write "see attached" in the space and attach an additional page_ | ) |  |
| _with the full list of names. Do not include addresses here.)_ | ) |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Byron Andrews |
| All other names by which you have been known: | Drew, |
| ID Number | B06604 |
| Current Institution | Florida state Prison |
| Address | Florida state Prison P.O. Box 800 |
| | Raiford                Florida      32083 |
| | City                      State         Zip Code |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sgt. Cicarrno |
| Job or Title *(if known)* | Correctional officer |
| Shield Number | unknown |
| Employer | Florida department of correction |
| Address | 216 S.E Correction way |
| | Lake city              Florida      32025 |
| | City                      State         Zip Code |

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Assistant warden M. Herring |
| Job or Title *(if known)* | Assistant warden |
| Shield Number | unknown |
| Employer | Florida department of correction |
| Address | 216 S.E Correction way |
| | Lake City              Florida      32025 |
| | City                      State         Zip Code |

☑ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                 Mark Inch,
                            Secretary of Florida department of correction ( )
    Job or Title *(if known)*  Secretary of florida Department of correction (Former)
    Shield Number        unknown
    Employer            Florida department of correction
    Address             501 South Calhound Street
                            Tallahassee       Florida    32399-2800
                               *City*           *State*      *Zip Code*
                  ☑ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name                 Ricky Dixon
    Job or Title *(if known)*  Secretary of florida department of correction.
    Shield Number        unknown
    Employer            Florida department of correction
    Address             501 South Calhound Street
                            Tallahassee       Florida    32399-2800
                             *City*           *State*      *Zip Code*
                  ☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1) My 8th Amendment rights of the U.S.C, Cruel and unusual Punishment, Also my 14th Amendment of the U.S.C, Due Process were both violated

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

---

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*At all times mention defendant's acted under the color of State law - See Attached - Pages 1-2*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*The events giving rise to my claim arose at Columbia Annex - see Attached - Pages 3-6*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur? The event giving rise to my claim includes, times, dates, and locations of grievances filed, Supported by Audio/Video footage and recording, See Attached — Page-7

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The underlying facts of my claim are the following — See attached Page - Page-8

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The Injuries I have sustain relating to events mention above inclued — See attached Page; 9

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① Granting Plaintiff a declaration that the action and/or ommissions of defendant See Attached - Page - 10

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  Columbia Annex
216 S.E Corrections way
Lake city, FL 32025

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Claim, 1

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No   *N/A*

E.   If you did file a grievance:

1.   Where did you file the grievance? I filed a grievanc at Columbia Annex as well as Taylor Correctional institution.

2.   What did you claim in your grievance? I claim that I was housed in an unsafe enviroment with a hostile inmate who sexually assault me.

3.   What was the result, if any? the grievance was witheld over the time limit, and the respones was that I was not within the time limit to filed a grievance, or return without action.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Yes. I have completed the grievanc process. I had to re-initate the process from a diffrent institution once I was transfred in order to appeal the decision to the highest level.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

*N/A*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I have copies of letters that I've mail to the grievance Coordinator in tallahassee, FLorida. explaing how my grievance were were not being return to me.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Byron Andrews

Defendant(s)    Sgt. Tucker, J.L officer MCKennzey, sgt. cicarrno, et al,

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Federal middle district of Florida. Jacksonville ~~data~~ division

3.    Docket or index number

3:22-cv-01079-Hes-PDB

4.    Name of Judge assigned to your case

Harvey E. Schilesiner

5.    Approximate date of filing lawsuit

Approximatly in Oct of 2022

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    12-20-2022

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* The case was dismissed without Prejudice, No the case was not appeal

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____ *N/A* _____

2.     Court *(if federal court, name the district; if state court, name the county and State)*

*N/A*

3.     Docket or index number

*N/A*

4.     Name of Judge assigned to your case

*N/A*

5.     Approximate date of filing lawsuit

*N/A*

6.     Is the case still pending?

☐ Yes     *N/A*

☐ No

If no, give the approximate date of disposition _____

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*N/A*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     3-21-23

Signature of Plaintiff     _Byron A_

Printed Name of Plaintiff     Byron Andrews

Prison Identification #     B06604

Prison Address     Florida state Prison P.O. Box 800

Raiford                    Florida        32083

            *City*            *State*       *Zip Code*

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

            *City*            *State*       *Zip Code*

Telephone Number

E-mail Address

1) Defendant 1- Sgt. Cicarrno, Did act under the color of ~~state law~~ state law d Voilate Plaintiff 8th Amendment right of the United State Constitution, when he showed deliberate ~~indiff~~ indiffrence by placing him in an un-safe environment with an hostile inmate who he knew posed a Substantial risk of causing serious harm to other inmates, due to the fact of his Violent history against other Inmates and that he was on (c.m.1 status- close management- level-1) for an violent act and should have been housed ~~alone~~ alone according to Florida department rules and regulation-Chapter-33-601.800 which states inmate who has threw his action has threaten and or abused the rights of other inmates are to be housed alone. Due to Sgt. cicarrno action I was placed in a cell with an unconpatible inmate who sexually assaulted me. Because of Stg. cicarrno rank as dorm Supervisor he was directly in charge of housing all inmates inside of N-Dorm Confinment Where Incident arose, and knew of ~~Inmate Herria~~ Status of C.M.1. Smith V. Wade, 461 U.S 30 (1983)

2) Defendant, 2- Assistant Warden M. Herring, ~~~~ acting under the color of ~~state law~~ state law did Voilate Plaintiff 14th Amendment right of, Due process secured under the united States Constitution, when he fail to take action after being made aware threw a grievance complaint ~~to~~ file by Plaintiff ~~~~ that the crime of sexuall assault had been Comitted against him by inmate Angie Herria, after he was placed inside of the same cell with inmate "herria, who's status at the time was (c.m 1-close management level-1) ~~~~ which required that he be housed alone. Assistant warden M. Herring allowed the crime to go unreported to ~~~~ Correctional officer falsifed reports stating Plaintiff refused to cooperat-with the investigation ~~~~ into the Sexuall assault. Meriweather V. Coughlin, 879 F.2d 1037 (2d cir 1989)

3.) <u>Defendant, 3 - Mark Inch</u>, acting under the color of state law did violate Plaintiff 14th Amendment right of the U.S.C. Due Process. when he failed to take action after being made aware ~~threw~~ threw a grievance complaint filed to him by Plaintiff, that the crime of Sexual assault had been Committed against him by inmate Angle Herria, after he was placed inside of the same cell with inmate herria. who's status at the time required that he be housed alone Thereby violating Plaintiff 14th Amendment right by allowing the crime to go unreported to the authorites after he was aware of it.

4) <u>Defendant, 4 - Ricy Dixon</u>, Acting under the color of State law did violate Plaintiff 14th Amendent right of the U.S.C. Due process, ~~~~ when he failed to take action and do anything after learning of the Sexuall assault committed against Plaintiff by inmate Angle Herria, After he was Place inside of the same cell with ~~~~ with inmate Herria, who's status at the time required that he be housed alone, Thereby violating Plaintiff 14th Amindment right by allowing the crime to go un-reported to the authorites. once he had taken ~~~~ over as ~~~~ Secretary of Florida department of Correction.

Claim (1)    3

Housing Plaintiff in an unsafe enviroment by placing him inside a cell with a hostile inmate-"Angle Herria, who sexually assaulted him.

## When and where claim 1 arose

(1) on the day of 5-16-21 Sgt. cicarrno acting under the color of State law violated Plaintiff 8th Amendment right of the united states consititution by housing him inside of the same cell with an hostile inmate who sexually assaulted him.

(2) Acting with deliberate indifference Sgt. cicarrno as dorm superviser was directly responsible for classify and housing all inmates entering in N-Dorm Confinment of columbia Annex where this incident arose, and knew of inmate Herria status of (C.M.1-Close management level-1) and, that he posed a substantial risk of causing serious harm to other inmate base on his violent history towards other inmates and the fact that he was place on C.M. 1 for an violent act involing a weapon. when he chose to place plaintiff inside the cell with inmate Herria. Based upon information and beilfe.

(3) This is also in violation of florida department of correction rules and regulation - chapter- 33-601.800 which states: inmates on C.M.1 status, who has threw his action threaten and or abused the rights of other inmates are to be housed alone. A rule that Sgt. cicarrno violated and failed to protect plaintiff

(4) Sgt. cicarrno action were the direct cause of the assault being that he himself personally placed plaintiff inside of the cell with inmate Herria, and showed a deliberate indifference to his life and well being after inmate Herria said to Sgt. cicarrno from behine the cell door, "you do know that I'm on c.m.1"-(cell-4213) of N-Dorm confinment as plaintiff was being placed inside of the cell, To which Sgt. cicarrno respond by saying "I don't care," and failed to take resonable measure to guarante of Plaintiff safty — I call video footage/audio recording taken from N-Dorm Confinment of columbia Annex - Time, 7:00 P.M-10:00 P.M -cell 4213 on the date of 5-16-21 as proof. In accordance with FLorida department of correction chapter- 33-602.033 (1) (2) (3) (2) (h) (J)

5) Plaintiff, ▨ while ▨ under the custody of Sgt. Cicarrno was incarcerated under condition ▨ that posed a substantial risk of serious harm to him. ▨ Sgt. Cicarrno in a culpable state of mind knew that Plaintiff faced a substantial risk of serious harm from a hostile inmate, who ▨ himself inform him that he must be housed alone because of his C.M.1 status, which requires that he be housed alone, because of the threat that he poses to the safty of other inmates. ▨ which Sgt. Cicarrno disregarded by failing to respond to in a reasonable manner by housing Plaintiff ▨ in a ▨ diffrent cell which he was required to do according to (F.D.O.C) Chapter - 33-601.800.

<u>Claim (2)</u>

Page - 5

Failing to take action $\overset{or}{\blacksquare}$ do anything after learning ▆ the Plaintiff had been Sexually assaulted threw grievance Complaint filed by Plaintiff

## <u>When and where claim (2) arose</u>

① Starting on the date of 6-23-21 – 7-8-21 Assistane warden M. Hernng did violate Plaintiff 14th Amendment right of the U.S.C, Due Process when he fail to take action and do anything after learning Plaintiff had been sexually assaulted by ▆ another inmate while in Confinement threw a grievance Complaint filed by Plaintiff to him.

② After the Crime of Sexuall assault had been reported to the grievance Corridinator In tallahassee FL by the Plaintiff in writing, Plaintiff was placed in cofinment after Correctional ▆ Officers falsly stated he was ▆ intoxicated. ▆▆▆▆ this occured on the date of 7-8-21, the Same day the ▆ assault was reported back to Columbia Annex from tallahassee FL, at which point Correctional officer falsly stated that Plaintiff refused to Cookrate with the investigation ▆ into the crime of sexuall assault.

③. Due to Assistane warden failuar to take action after learning of the crime, ▆▆▆ the Sexuall assault was never reported to the authoritres and there was never an investigation open into the crime of Sexuall assault. Thereby violating the plaintiff 14th Amendment right of due Process. - Meriweather V. Coughlim, 879 F. 2d 1037 (2d Cir 1989)

④. This ▆ incident arose At columbia Annex between the date of 6-23-21 – 7-8-21

Case 3:23-cv-00088-MMH-SJH    Document 10    Filed 03/27/23    Page 17 of 21 PageID...

Page ~ 6

Claim (3)

Failing to do anything after learning of the sexuall assault committed against plaintiff.

## When and where claim (3) arose

① Fromer Secretary of Florida. department of correction Mark Inch did violate plaintiff 14th Amendment right of the U.S.C when he fail to take action and do anything after learing of the crime of sexuall assault committed against plaintiff, and the fact that his grievance Complaints into the assault were not being process. At columbia Anna where incident arose.

② Due to the inaction of secretary mark Inch, after learning of the ▬▬▬ assault, the crime was never reported to the authorities and there was never an investigation open into the crime of sexuall assault. ▬▬ Secretary Mark Inch was made aware of the ▬▬▬ assault threw grievance Complaint filed by plaintiff to his offices - meriweather V. coughlim, 879. F.2d 1037 (2d Cir 1989)

## Claim (4)

Failing to do anything after learning of the sexuall assault committed against plaintiff

## When and where claim (4) arose

① Secretary of Florida department of correction Ricky Dixon did violate plaintiff 14th Amendment right of the U.S.C when he fail to take action and do anything after learning of the crime of sexuall assault committed against plaintiff, once he offically became the Secretary of Florida department of correction.

1) Date 5-16-21, ████ -Quad-4 N-Dorme Confinemt, Cell-4213, Columbia Annex, Time between the hours of 7:00 P.m-10:00 P.m, Sgt. Cicarrno Placed Plaintiff ████ in Cell-4213 along with Inmate Angle Herria. who status at the time was C.M:1 and required that he be housed alone

2) ████ Date 5-17-21, quad-4, N-Dorm Confinement, Cell-4213 Columbia Annex, Time between the hours of ████████ 4:00. A.m - 7:00 A.m Sgt. Cicarrno could be seen on Camra Placing Personal food Items into Cell-4213 to Inmate herria.

3) Date 5-17-21, quad-4, N-Dorm Confinement, Cell-4213 Columbia Annex, time between the hours of 10:00 A.m- 12:00 noontime officer willis could be seen on camra taking Plaintiff out of Cell-4213 and escorting him to a diffrent quad.

4) Date 7-13-21- Quad-1 of N-Dorm, Cell-1201 between the hours of 9:00 A.m-11:30 A.m ████ Columbia Annex. Plaintiff turns in witness statement of the assault, alone with grievane complaint.

5) Date 7-15-21- Quad-1 of N-Dorm, Cell-1201 between the hours of 9:00 A.m- 11:00 A.m of Columbia annex. Plaintiff ██ filed formal grievances in respones to Informal grievances of not being able to dial ████ out to the tip Hotline to report the crime of assault. grievane was destroyed, Never returne.

(A) On the day of 5-16-21 I was taken to N-Dorm confinment for disorderly conduct at approximatly 7:00 P.M and placed inside of a holding cell while awaiting to be declassiffy inorder to be housed inside of a confinment cell. around an hour or so later I was placed in handcuffs by Sgt. Cicarrno and escorted to confinment cell-4213 (B) Befor being placed inside of cell-4213 inmate Angle Herria call out from behine the cell door of 4213 and said to me/sgt. Cicarrno "you do know that I'm on C.M.-1" to which sgt. Cicarrno respened by saying "I don't care" and then placed me inside of the cell with him. (C) While inside of the cell, Sometime during the night while I was asleep I was awaken by inmate herria who was in pocession of a weapen/home made knife, and sexually assaulted by him. (D) The next morning at approximatly 4:00 Am- 6:00 A.m after brakfest had been served Sgt. Cicarrno could be seen on camra placing personal food items inside of cell-4213 (E) later that morning once the next shifth had arrived at approximatly 11:00 A.m, shortly after lunch had been served, officer willis came to remove me out of Cell-4213 & placed me inside of a diffrent cell. It was at this time I reported the sexuall assault to him. and later began the grievance process (F) on the date of 5-25-21 after being release from confimant I began looking for other ways to reporte the crime after not having any of the grievances I file in connection with the assault respened to, Including reporting it to a mental health counsel and writing grievances about the Phone system not allowing me to dial out to the (P.R.E.A. - prison, rape, Elimination Act) tip hotline (G) on that date of 7-2-21 I worte a letter to the grievance condinater in tallahassee Florida to reporte the assault explaing in it how I had made scraval attempts to reporte the crime all of which had not been respened to (H) on the date of 7-8-21 the same day the assault was reported back to Columbia Annex I was placed in confinment after correction officers falsly stated that I was intoxeicated, It was at this time I learn threw a respence from one of the grievances, that correction officers falsify reports stating that I refused to cooperated with the investigation into the sexuall assault. (grievance log # 251.2107.0030) (I) From there I began filing grievance complaints address to Assistanc warden M. Herring, as well as Secretary Mark Inch, inferming them of the situawition, no action was ever taken on their part, nor was there any investigation ever ofen into the assault. I was later transfered to a diffrent insititution in the month of August. where I continue with the grievance process

Page 9

1) physically, I have sustained injuries to the private areas of my body

2) mentally, I have sustained injuries by developing a fear and distrust of any authoritive figaure that is to be trusted with my safty and protection, I no longer feel safe in the preseace of any person who wears the uniform of a law enforcement officer I have developed a Phobia that they will misuse their authority to cause harm to me. I now live in a constant state of shock, and fear at anytime for any reson by any officer I will be retaliated against, or harmed by.

3) Emotionally, I have been indured, I now feel defeated, and no longer feel I am the the same person as befor the assault. I feel that I am now less then a man. I now struggle with how I identify myself spiritaually because I feel as though I have been defiled, I have not been able to speak with a mental health counselor.

Page-10

Described Herein violated his 8th Amendment right of the U.S.C and as a ~~~~.

result ~~~~ *Is intitle to compensation* for the damages he has suffered Phsically, mentally, and emotionally, from the incident and his injuries.

2) I ask that the courts secure all audio recording/Video footage listed in attachment on Page;7 as it is vital in giving rise to my claim

3) Plaintiff Seeks Compensation damages in the amount of $ 250,000 dollars

4) Plaintiff Seeks Punitive damages in the amount of $ 900,000 dollars

5) Plaintiff also Seeks recovery of Coast in ~~this~~ this suit and any other relife this court deems just, and equitable