Byron Andrews p.c# B06604
Florida state prison
P.O. Box 800
Raiford, FL 32083




Mailed From Apalachee Correctional Institution

LEGAL MAIL

CLERK's office.
United States District Court.
U.S Courthouse
300 North Hogan street, suite 9-150
Jacksonville, FL 32202-4271

Legal Mail
Provided to Florida State Prison on 3/21/23 for mailing by _____