UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BYRON ANDREWS,**
**DC# B06604,**
    **Plaintiff,**

v.                                             **CASE NO.: 3:23-cv-88-MMH-JBT**

**SGT. CICARRNO, et al.**
    **Defendants.**
_____/

**NOTICE OF APPEARANCE AS COUNSEL**

    Notice is hereby given that the undersigned counsel enters her appearance as counsel of record for Defendant Sgt. Ciccone.[1] Counsel requests that she be served all future pleadings and correspondence in this case at the address below.

---

[1] Upon request by undersigned, the Florida Department of Corrections was unable to find in their records a sergeant named Ciccarno employed at Columbia Correctional Institution – Annex in 2021. The closest match was Sgt. Alexander Ciccone.

Respectfully submitted,

**ASHLEY MOODY**
ATTORNEY GENERAL

<u>/s/ *Juanita Villalpando*</u>
Juanita Villalpando
Assistant Attorney General
Florida Bar No.: 1036083
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Juanita.Villalpando@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* has been electronically filed through the CM/ECF system and has been furnished by U.S. mail to: Byron Andrews, DC# B06604, Florida State Prison, Post Office Box 800, Raiford, Florida 32083, on this 23rd day of June 2023.

                                                                          s/ *Juanita Villalpando*
                                                                          Juanita Villalpando, Esq.