**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSON DIVISION**

**BYRON ANDREWS,**
**DC# B06604,**

    **Plaintiff,**

vs.                                          **Case No. 3:23-cv-88-MMH-JBT**

**SGT. CICCONE,**

    **Defendant.**

_____/

**DEFENDANT'S ANSWER, DEFENSES AND AFFIRMATIVE**
**DEFENSES**

Defendant Alexander Ciccone ("Defendant") hereby submits this Answer with defenses, affirmative defenses, and demand for jury trial in response to Plaintiff's Amended Complaint (Doc. 10)[1].

**I.    PARTIES TO THIS COMPLAINT** (Doc. 10 at 2-3):

    A. PLAINTIFF

        Admit.

    B. DEFENDANTS

        1. Denied that "Ciccarrno" is the correct spelling of Defendant's Ciccone's name; remainder admitted.

        2. Denied as all claims were dismissed against Assistant Warden M.

---

[1] Numbering and labeling of paragraphs are related directly to the numbering and labeling utilized by Plaintiff to make clear what paragraph is being responded to.

1

Herring, Mark Inch, and Ricky Dixon. (See Doc. 11).

## II. BASIS FOR JURISDICTION (Doc. 10 at 3-4, 12):

Admit that the court has jurisdiction. Denied as to the remainder.

## III. PRISONER STATUS (Doc 10 at 4):

Admit.

## IV. STATEMENT OF CLAIM (Doc. 10 at 14-18):

**Claim 1**

1. Denied.
2. Admit that Plaintiff was housed at Columbia Correction Institution – Annex on May 16, 2021, that Plaintiff was placed in cell N4213 with inmate Angel Herrera, that Sgt. Ciccone was assigned to N-Dormitory. Denied to the remainder.
3. Denied.
4. Admit that Plaintiff was placed in cell N4213. Denied as to the remainder.
5. Denied.

**Claim 2**

All claims against Assistant Warden M. Herring have been dismissed. (See Doc. 11.).

**Claim 3**

All claims against Mark Inch, former Secretary of the Florida Department of Corrections, have been dismissed. (See Doc. 11.).

**Claim 4**

All claims against Ricky Dixon, Secretary of the Florida Department of Corrections, have been dismissed. (See Doc 11.).

**STATEMENT OF CLAIMS CONTINUED** (Doc. 10 at 18-19):

1. Admit that Plaintiff was placed in cell N4213 with inmate Angel Herrera on May 16, 2021. Without knowledge as to the remainder.

2. Without knowledge.

3. Admit that Plaintiff was removed from cell N4213 on May 17, 2021. Without knowledge as to the remainder.

4. Admit that Plaintiff was housed in cell N1201 on July 13, 2021. Without knowledge as to the remainder.

5. Admit that Plaintiff was housed in cell N1201 on July 15, 2021, that at one point Plaintiff did submit grievances regarding not being able to dial the Tip Hotline. Without knowledge as to remainder.

A. Admit that Plaintiff was taken to N-Dorm confinement and placed in cell N4213. Without knowledge as to the remainder.

B. Without knowledge.

C. Without knowledge.

D. Without knowledge.

E. Admit that on May 17, 2021, Plaintiff was moved to another cell. Without knowledge as to the remainder.

F. Admit that on May 25, 2021, Plaintiff was released from disciplinary

3

confinement. Without knowledge as to the remainder.

G. Without knowledge.

H. Admit that on July 8, 2021, Plaintiff submitted a written request alleging that he was sexually assaulted by another inmate. Without knowledge as to the remainder.

I. Admit that Plaintiff was transferred to another institution in August, and that Plaintiff continue to file grievances. Denied that staff failed to investigate Plaintiff's sexual assault claim.

V. **INJURIES** (Doc. 10 at 20):

1. Denied.

2. Denied.

3. Denied.

VI. **RELIEF** (Doc. 10 at 21):

1-5. Admit Plaintiff is requesting the relief specified. Denied that Plaintiff is entitled to any relief.

VII. **EXHAUSTION OF ADMINISTRATIVE REMEDIES** (Doc.10 at 6-8):

See Doc. 24.

IX. **LITIGATION HISTORY** (Doc. 10 at 8):

Without knowledge.

X. **DEFENSES and AFFIRMATIVE DEFENSES:**

1. Defendant has not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

4

2. Defendant acted reasonably within the discretion of his position and the course and scope of his employment and did not violate any clearly established law or statutory or constitutional right of the Plaintiff of which a reasonable person would have known.

3. Plaintiff has failed to state a cause of action because there is no causal connection between Plaintiff's claimed injuries and action or inaction by Defendant as required for liability under 42 U.S.C. §1983.

4. Plaintiff cannot establish any violation or injury of his constitutional rights.

5. Plaintiff fails to state a cognizable claim based on alleged violation of the Florida Administrative Code.

6. Defendant is entitled to qualified immunity from suit.

7. Plaintiff fails to establish any constitutionally cognizant injury.

8. Plaintiff is not entitled to injunctive relief.

9. Compensatory damages are barred pursuant to 42 U.S.C. 1997e(e) because Plaintiff did not suffer a physical injury that was more than de minimis.

10. Punitive damages are barred pursuant to 18 U.S.C. §3626(a)(1)(A) and 18 U.S.C. §3626(g)(7).

11. Any injuries or damages suffered by Plaintiff were caused in whole or in part by Plaintiff's own negligence, wrongful acts, and misconduct.

**XI.  RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT:**

Defendants reserve the right to amend and supplement these defenses by adding such additional defenses as may appear to be appropriate upon further discovery being conducted in this case.

**X.  DEMAND FOR JURY TRIAL:**

Defendants demand jury trial on all issues so triable.

Respectfully Submitted,

**ASHLEY MOODY**
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.
Assistant Attorney General
Florida Bar No.: 1036083
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Juanita.Villalpando@myfloridalegal.com

**CERTIFICATE OF WORD COUNT**

In compliance with Middle District of Florida Local Rules, undersigned certifies that the total length of this document, not counting this section, the service section, signature block and case style, contains seven hundred and eighty-three (783) words.

s/ *Juanita Villalpando*
Juanita Villalpando, Esq.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Defendant's Answer, Defenses, Affirmative Defenses* was electronically filed with the Clerk of Court using CM/ECF on January 25, 2024, and furnished by U. S. Mail to: Byron Andrews, DC# B06604, Florida State Prison, Post Office Box 800, Raiford, Florida 32083 on January 26, 2024.

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.