Legal Mail
Provided to Florida State Prison on
3/25/24 for mailing by BA

United States District Court
Middle District of Florida
Jacksonville Division

Byron Andrews
    Plaintiff

Case No: 3-23-CV-88-MMH-JBT

V

Sgt. Ciccone
    Defendant

## Byron Andrews, Request For Discovery

Pro, se litigant Byron Andrews hereby requestes Discovery, requesting information relevent to claims in Proportion to the needs of the case

I. Plaintiff stipulates to Fed.R.Civ.P. 33 and Fed.R.Civ.P. 34 for conducting discovery.

### INTERROGATORY QUESTIONS - Fed.R.Civ.P. 33

Plaint puts forth the following Questions, asking that defendant admits to, or denies the action or whether or not he possed the knowledge thereof.

Pg 1 of 7

1. Plaintiff askes: Does defendant Admit or denie that he Personally Placed Plaintiff inside of cell-N4213 with inmate Angle Herrera on the date of 5-16-21

2. Plaintiff askes: Does defendant Admit or Denie that he was the Dorm Supervisor of N-Dorm Confinemet on the date of 5-16-21

3. Plaintiff askes: Does defendant Admit or Denie that he was aware of inmate Angle Herrera C.M.1 status at the time of said incident 5-16-21

4. Plaintiff askes: At the time and date of said incident 5-16-21, was defendant aware of F.D.O.C Chapter-33-601.800 Which states inmates on C.M.1 status who has threw his action threaten and or abused the rights of other inmates are to be housed alone.

5. Plaintiff askes: At the time of said incident 5-16-21, was defendant aware of inmate Angle Herrera history of violence towards other inmates.

6. Plaintiff askes: At the time of said incident 5-16-21, and when placing Plaintiff inside of Cell N4213 with inmate Angle Herrera was he aware that inmate Herrera was in possion of a weapon.

7. Plaintiff askes: At the time of placing Plaintiff inside of Cell-4213 with inmate Angle Herrera, was it done with intent for inmate Herrera to cause bodily harm to Plaintiff.

8. Plaintiff askes: was ~~Plaintiff~~ defendant ever propersition or asked by officer J. manly, Sgt. J.L Tucker, or Cap Cooper to placed Plaintiff inside of a confinement cell with an inmate that would cause him bodily harm.

9. Plaintiff askes: on the morning of 5-17-21 between the hours of 4:00 A.m-7:00 A.m After brakfest had been served to the dorm. Does defendant admit or denie to placing personal food items inside of cell-N4213 to inmate Herrera, as payoff for the assault.

10. Plaintiff askes: IN the following days after Plaintiff was removed from cell-4213 and placed inside of cell-1103. was defendant aware that Plaintiff had reported being sexually assaulted by inmate Angle Herrera to officer willis.

pg 3 of 7

II. **REQUEST FOR PRODUCTION:** Fed. R. Civ. P. 34

Plaintiff requestes Defendant (F.D.O.C.) to Produces copies of documents and video/audio recordings relevent to Claim.

1. Plaintiff requestes defendant to Produce a copy of inmate Herrera ~~[redacted]~~ intire disciplanary history to include and confirm whether or not inmate Herrera was approved for and Placed on C.M.1 status as of the date of 5-16-21

2. Plaintiff requestes defendant to Produce a copy of Plaintiff medical history between the date of 5-16-21 threw the month of August 30, 2021

3. Plaintiff requestes defendant to Produce records of inmate housing of N-Dorm Confinement Quad-1 on the dates of 5-17-21 and 5-18-21 to confirm Plaintiff was removed from cell-4213 and Placed inside of cell-N1103 with inmate Kinney ~~Reed~~.

4. On Page 7, of Amended Complaint Plaintiff listes Times, dates, and Location of when and where said incident and those relevent to complaint arose. Plaintiff requestes defendant Produce copies of audio recording and Video Survellance taken from Columbia Annex N-Dorm Confinement as the following.

Pg 4 of 7

A. Columbia Annex, Date 5-16-21, Location N-Dorm Confinement Cell-N4213 Time between the hours of 7:00 P.m - 10:00 P.m. To show defendant Placing Plaintiff inside of cell-4213 with inmate Angie Herrera.

B. Columbia Annex, Date 5-17-21, Location N-Dorm Confinement, Cell-N4213 Time between the hours of 4:00 A.m - 7:00 A.m to show Defendant Placing Personal food Items inside of Cell-4213 to inmate Angie Herrera as Payoff for the assault.

C. Columbia Annex, Date 7-13-21, Location N-Dorm Confinement Cell-1201, Time between the hours of 9:30 A.m - 11:30 A.m To show Plantiff turning in witness Statement of the Sexual assault along with grievance complaint, Produce in the entirer time requested to Show Plaintiff holding Witness statement to the cell window befor the Viwe of camra while verbaly annocing that he was turning in witness statement Prior to it being Collected and Placed inside of grievance box.

D. Columbia Annex Date 7-15-21, Location N-Dorm Confinement Cell-1201, time between the hours of 9:00 A.m - 11:00 A.m to show Plaintiff turning in formal grievance complaint in regards to not being able to dial out to the T.I.P. Hotline

E. Columbia Annex, Date 8-2-21, Location N-Dormitory Confinement Cell-N3204, Time between the hours of 8:30-9:30 A.m to show Plaintiff turning in grievance complaint.

F. Columbia Annex, Date 8-4-21, Location N-Dormitory Confinement, Cell-N3204, Time between the hours of 9:00 Am-10:30 Am To Show Plaintiff turning in grievance complaint.

5. Plaintiff requestes defendant to produce any document to show that Plaintiff refused to cooperate with the investigation into the sexual assault.

6. Plaintiff requestes defendant to produce all documents pertaining to the investigation into the sexual assault.

7. Plaintiff requestes defendant to produce disciplinary report against Plaintiff on the date of July 8, 2021 in which Correctional officers alleges Plaintiff was intoxicated.

III     DEMAND FOR JURY TRIAL

Plaintiff demands Jury Trial on all issues Triable.

Respectfully Submitted

Byron Andrews B06604
Florida State Prison
P.O. Box 800
Raiford, FL 32083

Certification of Service

I certify that a copy of this document has been furnished by U.S. mail to Juanita Villalpando assistant attorney general. At PL-01 the capitol Tallahassee, FL 32399-1050 on the date of 3-25-24

Byron Andrews B06604
Florida State Prison
P.O. Box 800
Raiford, FL 32083