UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

               Plaintiff,

v.                                                                Case No. 3:23-cv-88-MMH-JBT

SGT. CICARRNO,

               Defendant.

_____

## ORDER

Plaintiff's Motion to Compel (Doc. 31) is **DENIED as moot**. *See* Defendant's Response (Doc. 32) (advising that all requests were timely responded to and including proof of Plaintiff's receipt after Plaintiff filed the Motion to Compel).

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of May, 2024.

JOEL B. TOOMEY
United States Magistrate Judge

caw 5/7
c:
Byron Andrews, #B06604
Counsel of Record