# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BYRON ANDREWS,
DC# B06604,

    Plaintiff,

v.                 CASE NO.: 3:23-cv-88-MMH-JBT

SGT. CICCONE,

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

**Defendant**, **Alexander Ciccone**, through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully moves the Court for an additional 28 days, up to and including July 23, 2024, in which to file a Motion for Summary Judgment. In support, Defendant states the following:

### STATEMENT OF FACTS

1. Plaintiff is a pro se inmate in the custody of the Florida Department of Corrections ("FDC"), incarcerated Hardee Correctional Institution in Bowling Green, Florida.[1]

---

[1] *See* FDC Offender Search, http://www.dc.state.fl.us/offendersearch/

2. On January 17, 2023, Plaintiff filed a 42 U.S.C. §1983 civil rights complaint. (Doc. 1). Plaintiff is proceeding on an Amended Complaint which was filed on March 21, 2023. (Doc. 10).

3. On June 23, 2023, undersigned counsel entered her appearance as counsel for Defendant Ciccone. (Doc. 17).

4. Undersigned had been diligently preparing for a three (3) day trial in the Northern District of Florida before Chief Judge Walker scheduled for June 10, 2024, to June 12, 2024. The trial was as eventually extended for a fourth day.

5. In addition to the trial, undersigned was also preoccupied with meeting her various deadlines in state and federal court. However, this resulted in undersigned having insufficient time to address all her deadlines, including the deadline for this case. This issue is being compounded by the impending departure of an attorney within our office, as well as the absence of another attorney within our office due to medical reasons, which has resulted in undersigned being reassigned some of their cases.

6. Undersigned has conferred with Plaintiff on June 19, 2024, regarding this Motion. Plaintiff expressed that he opposed this Motion and any other Motion extending the deadline to file dispositive motions filed by undersigned.

9. This Motion is made in good faith and not for purpose of delay. This extension will not prejudice the Plaintiff.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

Fed. R. Civ. P. 6(b)(1). Based on the issues described above, Defendant believes good cause has been shown to provide a new deadline to file dispositive motions.

**WHEREFORE**, Defendant respectfully requests the Court enter an Order extending the time in which Defendant has to respond to Plaintiff's Amended Complaint by an additional 28 days, making the effective due date July 23, 2024.

Respectfully submitted,

**ASHLEY MOODY**
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.
Assistant Attorney General
Florida Bar No.: 1036083
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300

3

Juanita.Villalpando@myfloridalegal.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Motion for Extension of Time to File Motion for Summary Judgment* was electronically filed with the Clerk of Court using CM/ECF, and furnished by U. S. Mail to: Byron Andres, DC# B06604, Hardee Correctional Institution, 6901 State Road 62, Bowling Green, Florida 33834-9505 on June 21, 2024.

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.

**LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned certifies she conferred with Mr. Andrews by telephone on June 19, 2024, and he opposes this motion.

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.

4