PROVIDED TO HARDEE CORRECTIONAL INSTITUTION
ON 6-25-24 TM FOR MAILING
INMATE LEGAL MAIL

United States District Court
Middle District of Florida
Jacksonville, Division

Byron Andrews
   Plaintiff

v.                                    Case No: 3:23-CV-88-MMH-JBT

Sgt. Ciccone
   Defendant

### Byron Andrews Notice of Declaration

Comes now Pro, se litigant Byron Andrews and Declares to the court the disovery of 2-two additional witness to facts in the case. And to name a co-conspirator of defendant[1]- Sgt. Ciccone.

One the date of 3-21-23 Plaintiff filed an amended 1983 lawsuit complaint naming defendant[1]- Sgt. Ciccone as the accused. Plaintiff alleged that defendant intentionally placed him inside of a confinement cell with another inmate- Angle Herrira, whom according to F.D.O.C Politcy-chapter-33.801 required that he be housed alone due to his C.M.1- Close management status. A disciplinary action taken by F.D.O.C as a result of his violent behavior which threaten the safty of other inmates.

Page 1 of 4

as a result of defendants actions Plaintiff was Sexually assaulted by inmate Herrira.

on the date of this incident 5-16-21 and Prior to being Placed inside of Confinement cell-N-4213 with inmate Herrira. Plaintiff was unjustifyablely charged with Violating insitutional rule, Chapter-33.601.314 disorderly Conduct, based upon a falsifyed disciplinary report written by Sgt. J.L. Tucker (see disciplinary report referrance log # 251-210477)

At the time of this incident Plaintiff along with his cellmate Gregory Laymen were both lock inside of their cell-T-3101. for over 5-Hours and denied the oppertunity to eat dinner (see grievance referrance log # 2106-251-203)

Plaintiff now declares inmate Gregory Laymen an eye witness to the false disciplinary report written by Sgt. J.L. Tucker that lead to Plaintiff being placed inside of confinement cell- N-4213 with inmate Herrira whom Sexually assaulted him and names Sgt. J.L. Tucker as a Co-conspirator to Defendant¹- Sgt. Ciccone.

Inmate Gregory Laymen testimoney will co-oberate with other factual evidence and help prove that Defendant¹ Sgt. Ciccone. acting with malicious intent colluded with Sgt. J.L. Tucker to set in motion a calculated scheme to place Plaintiff inside of confinement cell-4213 with inmate Herrira with the intent of causing bodily harm to him out of retaliation for past grievances filed by Plaintiff against

Page 2 of 4

Co-workers of defendant (See grievance referrance log # 251-2103-0279)

Plaintiff further declares inmate Kinney Reid as an eye witness to facts concerning the case. On the date of 5-17-21 one day after the assault Plaintiff was removed out of Cell-N 4213 with inmate Angle Herrira and housed inside Cell-N-1103 with inmate Kinney Reid. While inside the cell with inmate Reid Plaintiff did report the crime of sexual assault committed against him to Captain Cooper. whom responed by saying "If you say anything about it [referring to the assault] the samething that happen to him -inmate Reid- will happen to you" referring to the physical assault committed against inmate Kinney Reid and the injuries he'd sustained at the hands of correctional officers while in hand restraints the day befor. At the time this statement was made by Captain Cooper inmate Reid clothes were stain with blood and their were open wounds to his head and to his facal area.

Plaintiff declares both inmate Gregory Laymen and inmate Kinney Reid as eye witness to facts concerning the case and names Sgt. J.L.Tucker as a Co-conspirator to defendant¹ Sgt. Ciccone.

Respectfully submitted
Byron Andrews B06604
Hardee Correction insit.
6901 State 62
Bowling Green, FL 33834

Page 3 of 4

## Certificate of Service

I certify that a true and correct copy of the foregoing notice of declaration was U.S. mailed to Juanita Villalpando at the office of the Attorney General at ~~the~~ PL-01 the capitol Tallahassee, FL 32399-1050

Respectfully Submitted

Byron Andrews B06604
6901 State Rd 62
Bowling Green, FL 33834