IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,
DC# B06604,

    Plaintiff,

v.                    CASE NO.: 3:23-cv-88-MMH-JBT

SGT. CICCONE,

    Defendant.
_____/

## SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

**Defendant**, **Alexander Ciccone**, through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully moves the Court for an additional 21 days, up to and including August 13, 2024, in which to file a Motion for Summary Judgment. In support, Defendant states the following:

### STATEMENT OF FACTS

1. Plaintiff is a pro se inmate in the custody of the Florida Department of Corrections ("FDC"), incarcerated Hardee Correctional Institution in Bowling Green, Florida.[1]

---

[1] *See* FDC Offender Search, http://www.dc.state.fl.us/offendersearch/

1

2. On January 17, 2023, Plaintiff filed a 42 U.S.C. §1983 civil rights complaint. (Doc. 1). Plaintiff is proceeding on an Amended Complaint which was filed on March 21, 2023. (Doc. 10).

3. On June 23, 2023, undersigned counsel entered her appearance as counsel for Defendant Ciccone. (Doc. 17).

4. Undersigned requested an extension of time to file a dispositive motion on June 21, 2024. (Doc. 21). This Court graciously granted the motion for extension of time. (Doc. 38).

5. Undersigned now respectfully requests a second extension of time of twenty-one (21) days to file a dispositive motion.

6. As mentioned in the June 21, 2024 motion, as a result of various conflicting deadlines, and reassigned cases from departing attorneys, undersigned counsel has found herself behind on her responsibilities and is attempting to resolve the issues as quickly as possible. Undersigned thought she would be able to complete her Motion for Summary Judgment within the additional time requested; however, undersigned is still waiting to receive documents to be used as support for Defendant's Motion for Summary Judgment.

7. On July 19, 2024, undersigned had her paralegal schedule a telephonic call with Plaintiff; however, a call-out was unable to be arranged

before the filing of this Motion. Undersigned has scheduled a call-out for July 24, 2024, to confer with Plaintiff and will update the Court with Plaintiff's position.

8. Notably, undersigned does not foresee the need for any additional extensions of time following this motion.

9. This Motion is made in good faith and not for purpose of delay. This extension will not prejudice the Plaintiff.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

Fed. R. Civ. P. 6(b)(1). Based on the issues described above, Defendant believes good cause has been shown to provide a new deadline to file dispositive motions.

**WHEREFORE**, Defendant respectfully requests the Court enter an Order extending the time in which Defendant has to respond to Plaintiff's Amended Complaint by an additional 21 days, making the effective due date August 13, 2024.

        Respectfully submitted,

        **ASHLEY MOODY**
        ATTORNEY GENERAL

        */s/ Juanita Villalpando*
        Juanita Villalpando, Esq.
        Assistant Attorney General
        Florida Bar No.: 1036083
        Office of the Attorney General
        The Capitol, Suite PL-01
        Tallahassee, Florida 32399
        Telephone: (850) 414-3300
        Juanita.Villalpando@myfloridalegal.com
        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Motion for Extension of Time to File Motion for Summary Judgment* was electronically filed with the Clerk of Court using CM/ECF, and furnished by U. S. Mail to: Byron Andres, DC# B06604, Hardee Correctional Institution, 6901 State Road 62, Bowling Green, Florida 33834-9505 on July 23, 2024.

        */s/ Juanita Villalpando*
        Juanita Villalpando, Esq.

## **LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned certifies she has scheduled a telephonic conferral for July 24, 2024, with Mr. Andrews.

        */s/ Juanita Villalpando*
        Juanita Villalpando, Esq.