IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,
DC# B06604,

    Plaintiff,

v.                        CASE NO.: 3:23-cv-88-MMH-JBT

SGT. CICCONE,

    Defendant.
_____/

## THIRD MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

**Defendant**, **Alexander Ciccone**, through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully moves the Court for an additional 14 days, up to and including August 27, 2024, in which to file a Motion for Summary Judgment. In support, Defendant states the following:

**STATEMENT OF FACTS**

1. Plaintiff is a pro se inmate in the custody of the Florida Department of Corrections ("FDC"), incarcerated Hardee Correctional Institution in Bowling Green, Florida.[1]

2. On January 17, 2023, Plaintiff filed a 42 U.S.C. §1983 civil rights

---

[1] *See* FDC Offender Search, http://www.dc.state.fl.us/offendersearch/

complaint. (Doc. 1). Plaintiff is proceeding on an Amended Complaint which was filed on March 21, 2023. (Doc. 10).

3. Defendant requested a second extension of time to file a dispositive motion on July 23, 2024. (Doc. 40). No order has been entered regarding the motion.

4. On July 15, 2024, Plaintiff handed over to prison officials for mailing his Motion to Compel Discovery. (Doc.39). Subsequently, on August 1, 2024, Defendant responded to Plaintiff's motion. (Doc. 42).

5. Undersigned had to dedicate a significant amount of time investigating and responding to the claims in the Motion to Compel (Doc.39).

6. In addition to responding to Plaintiff's motion, an office closure caused by Hurricane Debby and multiple competing deadlines have prevented undersigned from competing her dispositive motion prior to the current deadline, although substantial progress has been made towards its completion.

7. Defendant now respectfully requests a third extension of time of fourteen (14) days to file a dispositive motion.

8. Due to Plaintiff's incarceration, undersigned was unable to immediately confer with Plaintiff in order to determine his position on this Motion; however, in addition to sending a letter concurrently with

2

the filing of this motion, undersigned has arranged for a callout to be scheduled and will update the Court with Plaintiff's position. Furthermore, undersigned has previously conferred with Plaintiff on June 19, 2024, and July 24, 2024, and Plaintiff stated he would oppose any extension of time filed by undersigned

9. This Motion is made in good faith and not for purpose of delay. This extension will not prejudice the Plaintiff.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

Fed. R. Civ. P. 6(b)(1). Based on the issues described above, Defendant believes good cause has been shown to provide a new deadline to file dispositive motions.

**WHEREFORE**, Defendant respectfully requests the Court enter an Order extending the time in which Defendant has to respond to Plaintiff's Amended Complaint by an additional 14 days, making the effective due date August 27, 2024.

Respectfully submitted,

**ASHLEY MOODY**

3

ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.
Assistant Attorney General
Florida Bar No.: 1036083
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Juanita.Villalpando@myfloridalegal.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Motion for Extension of Time to File Motion for Summary Judgment* was electronically filed with the Clerk of Court using CM/ECF, and furnished by U. S. Mail to: Byron Andres, DC# B06604, Hardee Correctional Institution, 6901 State Road 62, Bowling Green, Florida 33834-9505 on August 13, 2024.

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.

**LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned certifies she has arranged for a telephonic conferral to be schedule with Mr. Andrews.

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.

4