UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.      Case No. 3:23-cv-88-MMH-SJH

SGT. CICARRNO,

    Defendant.
_____

## **ORDER**

Plaintiff's Motion to Compel Discovery (Doc. 39) is **DENIED**. *See* Defendant's Response (Doc. 42) (advising that the delays were due to administrative and clerical errors rather than intentional withholdings, and Plaintiff has reviewed and/or received all documents that are subject of his Motion to Compel).

Defendant's Motions for Extension of Time to File Motion for Summary Judgment (Docs. 40, 43) are **GRANTED** because the Court finds good cause justifies

the short extension of time requested.[1] The parties shall file dispositive motions by **August 27, 2024**, and responses thereto by **October 11, 2024**.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of August, 2024.

Samuel J. Horovitz
United States Magistrate Judge

caw/JAX-3 8/15
c:
Byron Andrews, #B06604
Counsel of Record

---

[1] Although Defendant represents that Plaintiff opposes the requests for an extension of time, Plaintiff did not file a response to the first Motion (Doc. 40), and the time in which to do so has now passed. Additionally, Defendant's second motion (Doc. 43) only requests 14 days, the same amount of time that Plaintiff would have to file an objection to the Motion. Thus, to avoid further delay and given the short amount of time requested, the Court finds good cause justifies the extension without awaiting a response from Plaintiff.

2