```
                         FLORIDA DEPARTMENT OF CORRECTIONS         03/06/2024
                                 DISCIPLINARY REPORT                   PAGE  1
                                   LOG # 251-210477
--------------------------------------------------------------------------------
 DC#: B06604    INMATE NAME: ANDREWS, BYRON                  INFRACTION
 VIOLATION CODE:  0917    TITLE: DISORDERLY CONDUCT          DATE: 05/16/2021
 FACILITY CODE:  251     NAME:  COLUMBIA ANNEX               TIME: 18:10
--------------------------------------------------------------------------------
I.   STATEMENT OF FACTS:
        INMATE ANDREWS, BYRON DC#B06604 (T3101U) IS BEING CHARGED
        WITH A VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES OF
        PROHIBITED CONDUCT SECTION, (9-17) DISORDERLY CONDUCT. ON
        MAY 16, 2021 AT APPROXIMATELY 1810 HOURS, WHILE ASSIGNED AS
        T-DORMITORY HOUSING SUPERVISOR, I WAS PRESENT IN THE OFFICER
        STATION OF T-DORM CONDUCTING A VISUAL SCAN OF THE DORM WHEN
        I OBSERVED INMATE ANDREWS BEING DISORDERLY BY BEATING ON THE
        QUAD 3 DOOR WHILE SCREAMING "I'LL GO TO JAIL, I DON'T
        CARE".  INMATE ANDREWS WILL BE PLACED IN ADMINISTRATIVE
        CONFINEMENT PENDING THE DISPOSITION OF THIS REPORT. THE
        SHIFT SUPERVISOR WAS NOTIFIED AND AUTHORIZED THIS REPORT.

  REPORT WRITTEN: 05/16/2021, AT 18:30   OFFICER: ▓▓▓▓ - TUCKER, J.L.
  ASSIGNED AND APPROVED BY: ▓▓▓▓ - TOMLIN, T.L.
--------------------------------------------------------------------------------
II.  INVESTIGATION:
     COMMENTS:
        DC6-2028 ATTAHCED.

        INMATE WRITES: I CAME OUT OF THE CELL AND ASK FOR THE DROM
        SGT. PROVE THAT I SAID THAT STATEMENT, IF YOU WERE IN THE
        BOOTH.

        INVESTIGATORS SUMMARY:CAMERA WAS REVIEWED HOWEVER DUE TO
        THERE BEING NO AUDIO I AM UNABLE TO DETERMINE WHAT WAS SAID
        BY THE INMATE OR THE OFFICER.
     WITNESSES:
        T3101L LAYMAN, GREGORY DC#633499
        T3201L NEMBHARD, LARRY DC#184000

        INMATE CALLED FOR T3101L (CRAIG). THERE WAS NO "CRAIG"
        ASSIGNED TO THAT BUNK. INMATE LAYMAN (T3101L) DID PROVIDE A
        STATEMENT.
        INMATE OFFERED STAFF ASSISTANCE: DECLINED

  INVESTIGATION BEGUN:  05/16/2021, AT 18:35   OFFICER: ▓▓▓▓ - MATTHEWS, K.J.
  INVESTIGATION ENDED:  05/21/2021, AT 14:33
--------------------------------------------------------------------------------

III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 05/20/2021, AT: 12:21

                       DELIVERED BY : ▓▓▓▓ - MATTHEWS, K.J.
--------------------------------------------------------------------------------
IV.  DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR    DATE: 05/24/2021

                            OFFICER: ▓▓▓▓ - RICE, CHRISTINE
--------------------------------------------------------------------------------
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS        03/06/2024
                            DISCIPLINARY REPORT                  PAGE   2
                            LOG # 251-210477
--------------------------------------------------------------------------------
 DC#: B06604   INMATE NAME: ANDREWS, BYRON                   INFRACTION
 VIOLATION CODE:  0917   TITLE: DISORDERLY CONDUCT         DATE: 05/16/2021
 FACILITY CODE:  251    NAME:  COLUMBIA ANNEX              TIME: 18:10
--------------------------------------------------------------------------------
V.          TEAM    FINDINGS AND ACTION   DATE: 05/25/2021, AT: 07:06
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
        INM PRESNT: Y    WAIVED 24 HR NOTICE: N
    POSTPONEMENT:
    BASIS FOR DECISION:
        BASED ON SERGEANT TUCKER'S STATEMENT THAT ON MAY 16, 2021 AT
        1810 HOURS HE OBSERVED INMATE ANDREWS BEING DISORDERLY BY
        BEATING ON THE QUAD 3 DOOR IN T-DORM WHILE SCREAMING "I'LL
        GO TO JAIL, I DON'T CARE". CAMERA WAS REVIEWED HOWEVER THERE
        WAS NO AUDIO TO DETERMINE WHAT WAS SAID DURING THE INCIDENT.
        ALL ATTACHMENTS WERE READ AND CONSIDERED. AC CREDIT WAS NOT
        CONSIDERED DUE TO INMATE RECEIVING PROBATION.  INMATE WAS
        ADVISED THAT HE HAS 15 DAYS TO APPEAL THE TEAM'S DECISION.
        THIS SERVES AS THE INMATE'S COPY OF THE FINAL FINDINGS.

  ACTIONS TAKEN:
   LOSS OF GAIN TIME:         30; PROBATION DAYS SET:    0
   DISCIPLINARY CONFINEMENT:  30; PROBATION DAYS SET:   30 CONCURRENT
   ALTERNATIVE HOUSING:     0000;
                            0000                      000

   RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

   TEAM CHAIRMAN:        - CRIBBINS, N.A.
   TEAM MEMBERS:         - PHILLIPS,D.C.            -
--------------------------------------------------------------------------------
VI.  REVIEW AND FINAL ACTION: APPROVED
         WARDEN:         - HERRING, M.D.         DATE: 06/07/2021
--------------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
         WARDEN:         -                       DATE: 00/00/0000
--------------------------------------------------------------------------------

    INFORMATIONAL NOTES:
       MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:      0 DAYS
--------------------------------------------------------------------------------
DC4-804
```