UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,
DOC# B06604,
    Plaintiff,

v.                                        CASE NO.: 3:23-cv-88-MMH-SJH

SGT. CICCONE
    Defendant.
_____/

## DECLARATION OF CHRISTINA CREWS

I, Christina Crews, pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. My name is Christina Crews, and I am currently employed by the Florida Department of Corrections ("FDC") as an Assistant Warden of Programs at Columbia Correctional Institution.

2. I was contacted by the Florida Office of the Attorney General to explain the customary procedure regarding the authorization of a cell assignment of an inmate when he is moved to confinement housing following a Disciplinary Report. I will explain the procedure that was in place and utilized in 2021 and is still used today. I do not have personal knowledge of the alleged incident described in this case.

3. When an inmate is given a Disciplinary Report, he is separated from the general population and placed in administrative confinement pending a disciplinary hearing.

4. First, the Officer in Charge "OIC" is contacted for approval to move the inmate to confinement housing. Once the OIC authorizes the inmate's placement in confinement housing status, officers will escort the inmate to a confinement dormitory.

1

5. Once the inmate is in the confinement dormitory, the inmate is placed in a holding cell while he is given a cell assignment within the dormitory.

6. When this occurs on a weekend, or after 5 p.m. on a weekday, the institution's control room staff is responsible for issuing housing assignments for all inmates. A housing assignment includes cell and bunk assignments.

7. The control room uses the Housing Integrated Assessment and Placement System to screen inmates. The system checks the compatibility of two inmates that are to be housed together. Several factors are taken into consideration such as an inmate's height, weight, confinement status, and protection needs, etc. If the inmates are not compatible, the inmates will not be housed together.

8. Once the control room determines that the inmate can be housed in a certain cell, they contact the confinement dormitory's officers and provide a housing assignment.

9. Columbia Correctional Institution – Annex is not designated as a close management institution and therefore does not have a designated close management unit. When an inmate at Columbia Correctional Institution – Annex is approved to be placed in close management, he is housed in confinement only until he can be transferred when a housing assignment becomes available at a correctional institution that is designated as a close management institution.

10. The foregoing facts are personally known by me to be true and correct. I am over the age of 18 and am competent to testify to such facts and would so testify if I appeared in court as a witness at a trial regarding this matter. I declare under penalties of perjury that I have read the foregoing declaration and I confirm that the facts stated in it are true.

_____      8/16/24
CHRISTINA CREWS                        Date
Declarant

2