# Florida Department of Corrections
## Daily Security Roster
## COLUMBIA ANNEX
### *Sunday, May 16, 2021*
### *Night - C*

| | 7 Day Post | Officer Name | Start Tm | End Tm | Team |
|---|---|---|---|---|---|
| I | Sergeant, Dorm N (55) - (GS) | CICCONE, ALEXANDER M. | 07:00 PM | 07:00 AM | |

**Days Off**



Date Published: 08/16/2023