**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☑ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name: Byron Andrews | DC Number: B06604 | Quarters: T2208L | Job Assignment: N/A | Date: 6-4-21 |
|---|---|---|---|---|---|

**REQUEST**     Check here if this is an informal grievance ☑

My grievance is against (F.D.O.C) staff for knowly housing me in the same cell with an inmate who's status was C.M.1 while I was entering confinement on 5-16-21 between the hours of 7:00 P.M - 10:00 P.M I was taken to N-Dorm and placed inside of cell N-4213 with inmate Angel Herrira. only after being released did I learn of Herrira C.M.1 status 5-25-21 This is in violation of ch 33 rules of confinement of inmates on A/c which I was at the time. I call camra for proof pursuant to (FDOC) procedures 602.033. (1) (2) (3) (2)(h) (i). (FDOC) 108.001 (I) (b) I ask that this incident be documented as my life was placed in danger and that I be transferd to a different institution because I no longer feel safe here at Columbia Annex.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): [signed]     DC#: B06604

RECEIVED BY JUN - 7 2021

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 257-2106-0111     DATE RECEIVED: COLUMBIA CI

ALL INMATES ARE HOUSED ACCORDING TO POLICY.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is DENIED. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): WASHINGTON     Official (Signature): [signed]     Date: 6-16-21

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)     Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Andrews        Byron      E           B06604          Columbia Annex
Last           First      Middle Initial  DC Number      Institution

## Part A – Inmate Grievance

This formal grievance is the next step of the grievance process for a grievance against staff for intentionally housing me with inmate (Angel Herrira) who's status was CM1 at the time, while my status was A/C (Administrative-Confinement) that I filed on 6-4-21 (see attachedment) which jeperdized my safty and placed my life in danger of an inmate who has threw his actions threaten and or abused the rights of other inmates Ch-33-601.800 And should be housed in a single cell, due to the fact that he was a recomendent and approved for C.M.1 which is the highest level of discipln that could be taken against an inmate. Between the hours of 7:00 P.m - 10:00 P.m I was taken to N-Dorm and then placed inside of cell N-4213 with inmate Angel Herrira. only after being releast from Confinement did I learn of Inmate Herrira Status of C.M.1 on 5-25-21, I call camra for Proof Pursuant to (FDoC) Proceedure 602.033.(1) (2) (3) (2) (h) (J) I also ask that A copy of this formal grirvance be forward to the I.G (FDoC) 108.001 (1) (b) I ask that I be transferd to a different institution becaus I no lenger feel safe here at Columbia Annex.

6-23-21
DATE

Byron Andrews B06604
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  ___ / ___
                                                                          #      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 6-24-21    Institutional Mailing Log #: 2106-251-202    _____
                              (Date)                                                  (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)           Incorporated by Reference in Rule 33-103.006, F.A.C.

6K

**PART B - RESPONSE**

| ANDREWS, BYRON | B06604 | 2106-251-202 | COLUMBIA ANNEX | T2208U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed and evaluated. The response that you received on the informal grievance log #251-2106-0111 has been reviewed and is found to appropriately address the concerns that you raised. As advised within your informal all inmates a housed according to policy. If you and the said inmate were housed together it was due to the system showing that you were compatible with each other.

Based on the foregoing, your request for administrative remedy is denied. You may obtain further administrative review of your complaint by obtaining form DC 1-303 Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

A[illegible] /A. WASHINGTON
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

M.H.    M Herring, Assist. Warden
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

7-6-21
DATE

JUL 07 2021

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED JUL 16 2021 Department of Corrections Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Andrews, Byron E | B06604 | Columbia Annex
Last    First    Middle Initial | DC Number | Institution

**Part A – Inmate Grievance**    21-6-20365

On the day of 6-4-21 I submitted an informal grievance in regards to being housed in the same cell with an inmate (Angel herrira) who was on C.M.1 status while I was on A/c over night. This informal was return to me. on 6-23-21 I filed an formal grievance with the informal attached to it. on 7-8-21 I recived a respones to a formal grievance with out any formal or informal grievance attached to it (Log# 2106-251-203) There for I am unable to provide a copy of the formal and because I am currenly in confinement under P.R.E.A investigation for an sexual Assult comitted against me by the very same inmate Angel herrira. I can only provide a reproduce copy of the informal grivanc from the origenal. on 5-16-21 between the hours of 7:00 P.m-10:00 P.m I was taken to N-Dorm and placed inside of cell 4213 with an inmate (Angel herrira only after I was releast from cofinement did I learn that herrira had already been appoved for C.M.1 and waiting transfer. This is in violation of of Ch 33 rules of Cofinement for inmates on A/c which I was on at the time I call camra for Proof pursuant to (F.D.O.C.) procedures 602.033. (1) (2) (3), (2) (h) (J) I also ask that I be transfered to a diffrent institution because I no longer feel safe at Columbia Annex because I belived staff was involed I have since file a grievance against the grievance cooridinator for failing to properly process my grievance in accordance with Ch-33 rules governing the grievance procedures.

7-12-21
DATE

Byron Andrews B06604
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 1

# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 7/12/21 (Date)   Institutional Mailing Log #: _____

(Received By) 251  2K  NF

DISTRIBUTION:
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)
Incorporated by Reference in Rule 33-103.006, F.A.C.

1069192

**MAILED/FILED WITH AGENCY CLERK**

AUG 04 2021

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| ANDREWS, BYRON | B06604 | 21-6-20365 | COLUMBIA ANNEX | N3204S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Upon review, you are required to provide all pertinent documents for a proper review. The attached DC6-236 form is not the correct completed informal grievance.

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the PREA coordinator. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. Cochran

---

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

*A. Cochran*

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

7/29/21
DATE