UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,
DOC# B06604,
    Plaintiff,

v.                                  CASE NO.: 3:23-cv-88-MMH-SJH

SGT. CICCONE
    Defendant.
_____/

## DECLARATION OF ANGELA CARTER

I, Angela Carter, pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. My name is Angela Carter, and I am currently employed by the Florida Department of Corrections ("FDC") as a Correctional Program Administrator.

2. Close management is the separation of an inmate apart from the general population, for reasons of security or the order and effective management of the institution, when the inmate, through his or her behavior, has demonstrated an inability to live in the general population without abusing the rights and privileges of others.

3. Being placed on CM alone is not indicative that an inmate is dangerous or violent towards other inmates. Acts that result in CM review are acts that threaten the safety of others, threaten the security of the institution, or demonstrate an inability to live in the general population without abusing the rights and privileges of others.

4. Placement on CMI is not synonymous with an inmate being dangerous or violent towards other inmates. Per Chapter 33-601.800(2), there are various actions that constitute a basis for placement in CMI. The actions need not have resulted in harm to other inmates. These actions include but are not limited to trafficking in drugs, an escape or escape attempt from a secure perimeter, and/or creating or causing property damage in excess of $1,000.

1

5. CMI status alone does not provide notice to correctional officers that the inmate is violent. It only provides notice that the inmate has demonstrated an inability to live in general population without abusing their rights and privileges, or that of others, whether that may be correctional officers, or other inmates. Such inmates prevent staff from managing the institution efficiently, which can result in security issues.

6. I was asked by the Florida Office of the Attorney General to review the file of Inmate Angel Herrera, DC# 422908, to determine whether Inmate Herrera was involved in an attack on an inmate at Columbia Correctional Institution-Annex.

7. Upon review of Inmate Herrera's file, there is no record of any such attack.

8. Further, there is no indication Inmate Herrera has any gang affiliation.

9. The foregoing facts are personally known by me to be true and correct. I am over the age of 18 and am competent to testify to such facts and would so testify if I appeared in court as a witness at a trial regarding this matter. I declare under penalties of perjury that I have read the foregoing declaration and I confirm that the facts stated in it are true.

_____         8-21-24
**ANGELA CARTER**                        **Date**
**Declarant**