PROVIDED TO HARDEE CORRECTIONAL INSTITUTION ON 10-8-24 OCF FOR MAILING
INMATE LEGAL MAIL

IN The United States District Court
Middle District of Florida
Jacksonville Division

Byron Andrews           Case No: 3:23-CV-88-MMH-SJH
     Plaintiff
V
Sgt. Ciccone
     Defendant /

Motion for extension of time
To file A respones to defendant's
Motion for Summary Judgment

Comes now Pro Se, litigant Byron Andrews respectfully moves the Court for an additional 28 days extension in which to file a respones to defendant's motion for summary Judgment.

### Statement of facts

1. Plaintiff is an inmate in the costody of (F.D.O.C)

2. on the date of 1-17-23. Plaintiff filed a 42. U.S.C 1983 civil rights Complaint, which he Proceeded on to Amend on the date of 3-21-23

Page 1 of 4

3. On the date of 8-27-24 Defendant filed a motion for Summary Judgment

4. Plaintiff has been diligently working on preparing a respones to defendant's motion for Summary Judgment

5. Plaintiff is currently on C.M.2-Close management status. and is restricted in his ability to acess the law library and must relie on the inmates assigned to work as law clerks to deliver requested legal material and other documents.

6. Plaintiff has experience difficulty in reciving legal research material he'd requested due to unexpected rule chages at the institution he is housed in, which has cause a delays

7. Plaintiff has conferred with defense counsel by telephone, in which counsel expressed she would not oppose any extension of time to file a respones to motion for summary Judgment requested by Plaintiff

8. This motion is made in good faith and not for the purpose of delay. This motion will not prejudice the defense.

## Memoradum of law

Pursuant to federal rules of civil Procedure

When an act may or must be done within a Specified time, the court may, for good cause extend the time ('A') with or without motion or notice if the court acts, or if a request is made befor the original time or it's extension expires

Fed. R. Civil. P. 6 (b) (1) Based on the issues described above, Plaintiff beilves good cause has been shown to provide a new deadline to file a respones to defendant's motion for Summary Judgment.

Wherefore, Plaintiff respectfully requestes the court enter an order extending the time in which Plaintiff has to responed to defendants motion for Summary Judgment by an additional 28 days.

Respectfully submitt[ed]

Byron Andrews Bobboy
Hardee C.I
6901 State Rd 62
Bowling Green, FL 33834

## Certific. of Service

I certify that a true and correct copy of the foregoing motion for extension of time to file a respones to defendant motion for Summary Judgment was U.S. mail to the office of the attorney general to Juanita Vilalpado At PL-01 the Capitol Tallahassee, FL 32399 on the date of 10-8-24

Byron Andrews B06604

## Local rule 3.01 (G) Certification

Plaintiff certifies he has conferred with defense counsel by telephone and she has stated she would not oppose any motion for extension of time to file a respones to Defendant motion for Summary Judgment.

Byron Andrews B06604

Pg 4 of 4