6-28-24                           From: Byron Andrews

                                      To: Juanita villalpando

Subject: settlement Agreement

Case No: 3:23-CV-88- ~~MMH-JBT

With consideration of the foregoing, along with other
factual and circumstantial evidence, Proceedural violation
and Potential witness testimoney that could open defendant
to other areas of ~~liability~~ liabilities such as the
exposure to infectious diseases along with the reasonable
Positbility of collecting Punitive damages If the case was
to Proceed to trial with a ruling in my favor I have
decied to make another settlement offer befor reaching
out to outside attornies such as - James V. Cook
Marie mattox or the Akbar law firm to ~~can~~ assist
in helping Perpare my case for trial. In the likelyhood of
me ~~of~~ attaining an attorncy the attorney fee's will cause
a substantial ~~and~~ increase in the amount that I'am
willing to settle for at this stage in the case. Therefore
At this time I'am willing to agree to a settlement
of #175,000 dollars I ask that you ~~will~~ arange a
legal call where we ~~can~~ can discuss the terms and
condition and ~~come~~ Maybe come to an agreement.

                                      Byron