# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

**Institution:** Hardee  F DORM

**Month/Year:** October 16, 2024

| DC Number | Inmate Name | Date Mail Received by Inst. | From (Full Address of Sender) | Inmate Housing | Inmate Job | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| B06604 | Andrews, Byron | 10/16/2024 | James V Cook PO Box 10021 Tallahassee Fl 32302 | F2107L | S09 | 10-16-24 | [signature] | OCF |

DC2-522 (Effective 2/23/10)

Incorporated by Reference in Rule 33-210.102, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

**Institution:** Hardee F Drom

**Month/Year:** September 24, 2024

| DC Number | Inmate Name | Date Mail Received by Inst. | From (Full Address of Sender) | Inmate Housing | Inmate Job | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| B06604 | Andrews, Byron | 9/23/2024 | James Cook PO Box 10021 Tallahassee, Fl 32302 | F2107U | S09 | 9-24-24 | [signature] | DCF |
| B06604 | Andrews, Byron | 9/23/2024 | 3rd District Court mof Appeal 2001 Sw 117 Ave Miami FL 33175 | F2107U | S09 | 9-24-24 | [signature] | DCF |
| | | | Montanez Law Firm 2114 W... | | | | | |

DC2-522 (Effective 2/23/10)

Incorporated by Reference in Rule 33-210.102, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

**Institution:** Hardee  F DORM

**Month/Year:** August 16, 2024

| DC Number | Inmate Name | Date Mail Received by Inst. | From (Full Address of Sender) | Inmate Housing | Inmate Job | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| B06604 | Andrews, Byron | 8/16/2024 | James V Cook PO Box 10021 Tallahassee Fl 32302 [First Dist Court of Appeal 300 South] | F2107U | S09 | 8-16-24 | [signature] | TM |

DC2-522 (Effective 2/23/10)                                     Incorporated by Reference in Rule 33-210.102, F.A.C.