# Juanita Villalpando

| | |
|---|---|
| **From:** | Juanita Villalpando |
| **Sent:** | Thursday, November 14, 2024 12:47 PM |
| **To:** | cookjv@gmail.com |
| **Subject:** | Andrews v. Ciccone - Extension of Time |

Good afternoon,

I received your voicemail regarding Andrews v. Ciccone. I oppose your motion for an extension requesting a 60-day extension for further discovery. Discovery is over and has been closed for 7 months. Per the Case Management and Scheduling Order (Doc. 25), the last day to request discovery was March 27, 2024. The Plaintiff had the opportunity to conduct a discovery, and he did so. You have not specified what discovery you would request that your client cannot provide for himself or any discovery he was unable to obtain.

Further, Defendant has filed his MSJ which is pending. Your client has already requested one 30-day extension of time to respond to the MSJ.

Your motion to re-open discovery is opposed. Defendant also opposes a 60-day extension of time regarding a response to the MSJ.

Best,



Juanita Villalpando
Assistant Attorney General
Civil Litigation - North Florida Bureau
Office of the Attorney General
PL-01 The Capitol | Tallahassee, FL 32399-1050

E-mail: juanita.villalpando@myfloridalegal.com