UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 3:23-cv-88-MMH-SJH

SGT. CICARRNO,

      Defendant.

_____

**ORDER**

Plaintiff is directed to file a reply of no more than 10 pages addressing each of Defendant's arguments in the Response to Motion to Extend Time to Respond and Reopen Discovery (Doc. 52) by **December 12, 2024**. Plaintiff must also more specifically identify the discovery he wishes to take, exclude any discovery that Plaintiff already obtained while proceeding pro se, and address the need for each request in light of Defendant's arguments in the pending Motion for Summary Judgment (Doc. 45).

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of December, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 12/2
c:
Byron Andrews, #B06604
Counsel of Record