UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

        Plaintiff,

v.                                           Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

        Defendant.
_____

## ORDER

Upon review of the file and considering the posture of the case, the Court finds good cause exists to reopen discovery for the limited purpose of allowing Plaintiff to depose Defendant and inmate Angel Herrera,[1] if he chooses to do so, and to seek discovery of the records outlined in his Reply (Doc. 54). *See* Fed. R. Civ. P. 56(d); *see also* Fed. R. Civ. P. 16(b)(4). At this juncture, Plaintiff fails to establish good cause or otherwise show the necessity of deposing the other individuals listed in the Reply (Doc. 54). The Court does not prejudge any objections that may be made to Plaintiff's discovery requests.

Therefore, the Court **GRANTS** Plaintiff's Opposed Motion to Extend Time for Response to Defendant's Summary Judgment Motion (Doc. 50) to the extent that Plaintiff may request limited discovery and complete depositions by **March 26, 2025**,

---

[1] *See* Fed. R. Civ. P. 30(a)(2)(B).

and file a response to Defendant's Motion for Summary Judgment (Doc. 45) by **April 28, 2025**.

The Court expects counsel to adhere to these deadlines and will not entertain any further requests to extend these deadlines absent extraordinary circumstances.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of January, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

JAX-3 1/13
c:
Counsel of Record