UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

        Plaintiff,

v.                                   Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

        Defendant.
_____

## ORDER

The Court granted Plaintiff's counsel's request to conduct limited discovery and extend the time in which he has to file a response to Defendant's Motion for Summary Judgment (Doc. 45). <u>See</u> Order (Doc. 55). Therefore, the Court **DEFERS ruling** on Defendant's Motion for Summary Judgment (Doc. 45) pending receipt of Plaintiff's forthcoming response.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of January, 2025.

MARCIA MORALES HOWARD
United States District Judge

caw 1/13
c:
Byron Andrews, #B06604
Counsel of Record