UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

vs.

SGT. CICCONE, *et al*.

    Defendants.

Case No. 3:23-cv-88-MMH-SJH

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
TAKE DEPOSITION OF PRISONER**

COMES NOW the Plaintiff, BYRON ANDREWS, through counsel, pursuant to FRCP 30(a)(2), and moves for an Order allowing the deposition of Florida prison inmate Angel Herrera, and would show as follows:

1. ANGEL HERRERA, DC# 422908 is incarcerated at Lancaster Correctional Institution, in Trenton, Florida, and is a witness to events sued upon.

2. On January 13, 2025, the Court authorized Plaintiff to reopen discovery for Plaintiff to, *inter alia*, depose Mr. Herrera. [ECF No. 55].

3. Mr. Herrera has testimony that will be material to claims or defenses and may contribute to a fair disposition of this case on the merits.

4. The deposition would be taken remotely by video (e.g., by Zoom).

1

## MEMORANDUM OF LAW

Rule 26, Federal Rules of Civil Procedure, contemplates reasonable discovery as part of the litigation process. To disallow this discovery would disadvantage Plaintiff and increase the labor and uncertainty of litigation. Avoiding surprise is a stated purpose of the rules of discovery. *Hickman v. Taylor*, 329 U.S. 495 (1947); *United States v. Proctor & Gamble Co.*, 356 U.S. 677 (1958). The rules of discovery are accorded a broad and liberal treatment to affect their purpose of adequately informing the litigants in civil trials. *Herbert v Lando*, 441 U.S. 153 (1979). Taking video depositions of these prisoners could also make depositions available to play at trial, making the security burden lighter.

Rule 30(a)(2), Federal Rules of Civil Procedure requires leave of court prior to the taking of the deposition of an incarcerated witness. As with the other rules of discovery, leave should be freely granted in the interests of ascertaining the facts of a case and to assist the parties in preparing for trial.

WHEREFORE, Plaintiff moves for leave to take a video deposition of Angel Herrera.

Respectfully submitted,

                                            */s/ James V. Cook*_____
                                            James V. Cook, Esq., FBN 0966853
                                            Law Office of James Cook
                                            314 West Jefferson Street
                                            Tallahassee, Florida 32301
                                            (850) 222-8080; 850 561-0836 fax

>cookjv@gmail.com
>
>*/s/ Joshua Tarjan*_____
>Joshua Tarjan (FBN 107092)
>The Tarjan Law Firm P.A.
>12372 SW 82 Avenue
>Pinecrest, FL 33156
>(305) 423-8747; (786) 842-4430 fax
>josh@tarjanlawfirm.com
>
>*Attorneys for Plaintiff*

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g) I certify that Plaintiff's counsel conferred with the opposing party, and that opposing counsel had no objection to this motion.

*/s/ Joshua Tarjan*

### Certificate of Service

I certify that on January 23, 2025, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Joshua Tarjan*

3