UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

        Plaintiff,

v.                                                  Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

        Defendant.
_____

## **ORDER**

    Plaintiff's Unopposed Motion for Leave to Take Deposition of Prisoner (Doc. 57) is **GRANTED**. Plaintiff's counsel must contact the Warden of inmate Angel Herrera's (#422908) institution to arrange an appropriate time and place for the deposition.

    **DONE AND ORDERED** at Jacksonville, Florida, this 24th day of January, 2025.

Samuel J. Horovitz
United States Magistrate Judge

caw 1/24
c:
Counsel of Record