UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.      Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

    Defendant.
_____

**ORDER**

Plaintiff's Unopposed Time-Sensitive Motion for an Order Explicitly Permitting a Deposition of a Prisoner by Zoom (Doc. 59) is **GRANTED**. Plaintiff's counsel must contact the Warden of inmate Angel Herrera's (#422908) institution to arrange an appropriate time and place for the deposition. The deposition may be conducted by video link depending on time and availability of those resources.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of February, 2025.

                                                  Samuel J. Horovitz
                                                United States Magistrate Judge

caw 2/4
c:
Counsel of Record