UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.      Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

    Defendant.
_____

## ORDER

Plaintiff and non-party Florida Department of Corrections' Joint Motion for Entry of HIPPA-Qualified Protective Order (Doc. 61), which is unopposed by Defendant, is **GRANTED**. The Court will enter separately the proposed HIPAA-Qualified Protective Order with minor non-substantive modifications.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of February, 2025.

Samuel J. Horovitz
United States Magistrate Judge

caw 2/19
c:
Counsel of Record