UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

        Plaintiff,

v.                                  Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

        Defendant.
_____

## **ORDER**

    Plaintiff and non-party Florida Department of Corrections' Joint Motion for Revised Protective Order Regarding Discovery of Prison Security and Prison Rape Elimination Act Records (Doc. 66) is **GRANTED** to the extent that the Court will enter separately the proposed Protective Order with some modifications.

    **DONE AND ORDERED** at Jacksonville, Florida, this 12th day of March, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

JAX-3 3/12
c:
Counsel of Record