UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

        Plaintiff,

v.                        Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

        Defendant.
_____

## ORDER

Plaintiff's unopposed "Motion to Discover Defendant's Hitherto Unknown Investigative File Resulting in Disciplinary Action of Termination Based on Surprise and Prejudice" (Doc. 69) is **GRANTED to the extent** that Plaintiff may serve the subpoena as stipulated by the parties (Doc. 70).

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of March, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 3/17
c:
Counsel of Record