UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

vs.

SGT. CICCONE, *et al*.

    Defendants.

Case No. 3:23-cv-88-MMH-SJH

## **PLAINTIFF'S NOTICE OF FILING**

Plaintiff Byron Andrews gives notice of filing the following documents in support of his response to Defendant's motion for summary judgment (Doc. 45):

1. Angel Herrera deposition
2. Alexander Ciccone deposition
3. Declaration of Byron Andrews
4. F.A.C. 33-601.800 (Eff. 1.18.21)
5. Herrera Behavioral Risk Assessment
6. Incident Report
7. Herrera Disciplinary Charges
8. Alexander Ciccone Dismissal Letter

Respectfully submitted on April 28, 2025,

/s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

/s/ Joshua Tarjan
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747; (323) 243-3186 (cell)
(786) 842-4430 (fax)
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*

I CERTIFY the foregoing was filed electronically on 4/28/25 and served on all counsel registered with the CM/Doc. electronic mail system.

/s/ Joshua Tarjan