BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. : 3:23-CV-88-MMH- SJH


BYRON ANDREWS,

        Plaintiff,

vs.

SGT. CICCONE,

        Defendant.
_____/




DEPOSITION OF ANGEL HERRERA

TAKEN ON BEHALF OF THE PLAINTIFF

FEBRUARY 13, 2025
10:00 A.M. TO 11:30 A.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
NATALIE ACEBAL, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                    Page 2

```
01                  APPEARANCES OF COUNSEL

02   ON BEHALF OF THE PLAINTIFF:

03        JOSHUA TARJAN, ESQUIRE
          THE TARJAN LAW FIRM P.A.
04        12372 SW 82 AVENUE
          PINECREST, FL 33156
05        305-423-8747
          JOSH@TARJANLAWFIRM.COM
06        (REMOTELY VIA ZOOM)

07   ON BEHALF OF THE DEFENDANT:

08        JUANITA VILLALPANDO, ESQUIRE
          THE OFFICE OF THE ATTORNEY GENERAL
09        THE CAPITOL # PL-01
          TALLAHASSEE, FL 32399
10        850-414-3300
          JUANITA.VILLALPANDO@MYFLORIDALEGAL.COM
11        (REMOTELY VIA ZOOM)

12   ALSO PRESENT:

13        ASHLEY JONES
          NOTARY PUBLIC, STATE OF FLORIDA
14        Commission No.:  HH 482192
          Commission Exp:  04/27/2026
15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01                  INDEX OF EXAMINATION

02   WITNESS:  ANGEL HERRERA
                                                        PAGE
03   DIRECT EXAMINATION
          BY JOSHUA TARJAN, ESQUIRE                       6
04
     CROSS EXAMINATION
05        BY JUANITA VILLALPANDO, ESQUIRE                 60

06   RE-DIRECT EXAMINATION
          BY JOSHUA TARJAN, ESQUIRE                       62
07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                        Page 4

01                    INDEX OF EXHIBITS

02      EXHIBIT                DESCRIPTION                    PAGE

03      (NO EXHIBITS MARKED)

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                          Page 5

```
01              DEPOSITION OF ANGEL HERRERA

02                   FEBRUARY 13, 2025

03   Thereupon:

04          COURT REPORTER:  We are now on the record.

05          Today's date is February 13th, 2025.  The time

06      is approximately 10:06 A.M.

07          We are here for the deposition of Angel

08      Herrera, in the case Byron Andrews versus Sergeant

09      Ciccone.  The case number is 3:23-cv-88-MMH-SJH.

10          Would you please raise your right hand?  A

11      little higher, please.  Could you please raise your

12      right hand?  Please state your name for the record.

13          THE WITNESS:  My name is Angel Herrera.

14          COURT REPORTER:  Do you solemnly swear from

15      the testimony you're about to give in this case

16      will be the truth, the whole truth and nothing but

17      the truth?

18          THE WITNESS:  That's the truth.  Only the

19      truth.

20          COURT REPORTER:  Thank you.

21          Will Counsels please introduce themselves for

22      the record?

23          MR. TARJAN:  Joshua Tarjan, on behalf of Byron

24      Andrews.

25          MS. VILLALPANDO:  Juanita Villalpando, on
```



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        behalf of Defendant, Alexander Ciccone.

02             COURT REPORTER:  Thank you.

03        You may proceed.

04             MR. TARJAN:  All right.

05                      ANGEL LUIS HERRERA

06   was called as a witness and, after having been first

07   duly sworn, testified as follows:

08                      DIRECT EXAMINATION

09   BY MR. TARJAN:

10        Q.   Mr. Herrera, this lawsuit that we're here for

11   today, it involves an incident from May 16th, 2021, at

12   Columbia Annex, inside N dorm confinement.  Can you hear

13   me okay?

14        A.   Yes.  Yes, sir.

15        Q.   Okay.  I represent, as I said before,

16   Plaintiff, Byron Andrews.  Now, before we begin, I just

17   want to say that I, if I ask you a question that you

18   feel, you reasonably believe that answering that

19   question could lead to a criminal prosecution against

20   you, you can assert your Fifth Amendment right against

21   self-incrimination, okay?

22             So you can plead the Fifth, if I as you a

23   question that you reasonably believe could lead to

24   criminal prosecution against you; do you understand?

25        A.   Yes, sir.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                                    Page 7

```
01        Q.   Okay.  Have you ever given a deposition

02   before?

03        A.   What is that?

04        Q.   Okay.  So, right.  So you're being asked

05   questions under oath.  There is a court reporter who's

06   writing down everything that's being said today.

07        A.   Yes.  Yes, I've been doing that before.

08        Q.   Okay.  You have done that before?

09        A.   Yeah, I did it in Washington D.C. before.

10        Q.   Oh, was that a civil case or a criminal case?

11        A.   It was Chandra Levy case.

12        Q.   A what case?

13        A.   Chandra Levy case.

14        Q.   Okay.

15        A.   In 2001, Chandra Levy got killed in 2001 in

16   Washington, D.C., and they found a body.  Yeah.

17        Q.   Okay.  So you were, you were --

18        A.   I'm just telling the truth.

19        Q.   Okay.  You were deposed?

20        A.   They asked me questions, I tell the truth,

21   yes.

22        Q.   Now, I'm going to, I'm just going to go over

23   some ground rules and I do this in every deposition.

24             So I'm going to ask that you and I not speak

25   over each other because the court reporter needs to be
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                    Page 8

01  able to record everything very cleanly for a transcript,

02  okay?

03      A.   Yes, sir.

04      Q.   So I ask a question, you wait for me to, to

05  ask it, then you answer, I wait for you to finish

06  answering and then so on, okay?  Does that make sense?

07      A.   Yes, sir.

08      Q.   Okay.  If I ask you to, you know, not talk

09  over me, I'm not trying to be rude, it's just for the

10  court reporter, okay?

11      A.   Yes, sir.

12      Q.   All right.  Now, also, the court reporter

13  cannot record shakes of, nods of the head, shakes of the

14  head, uh-huhs, things like that, so I'm going to ask

15  that you give, for any responses, use words, verbal,

16  verbal answers with words, okay?

17      A.   Yes, sir.

18      Q.   All right.  If you need a break at any point,

19  just ask.  That's fine.  All I ask is that you, you

20  finish responding to whatever question was asked.  So if

21  I ask a question, you don't take a break at that moment,

22  but you, you respond and then we can take a break, okay?

23      A.   Yes, sir.

24      Q.   All right.  Now, Ms. Villalpando, and I can't

25  say her name correctly and I apologize, she may make



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   some objections during this deposition.  We don't have a

02   -- a -- we don't have a judge here so she may try to

03   preserve some objections for the future, but if she

04   makes an objection, you know, you, you can wait for her

05   to make her objection and then you can still answer the

06   question; do you understand?

07       A.   Yes, sir.

08       Q.   Okay.  Now, as you sit here today, are you

09   under the influence of any alcohol, drugs or medication?

10       A.   No, sir.

11       Q.   All right.  Is there anything that would, you

12   know, impair your ability to understand and answer my

13   questions, like a head cold, physical pain of some kind,

14   anything like that?

15       A.   No, sir.

16       Q.   Now, if you don't understand a question that I

17   ask, do you promise to ask me to restate the question or

18   rephrase the question?

19       A.   Yes, sir.

20       Q.   If you answer a question, I'm going to assume

21   that you understood the question; does that sound fair?

22       A.   Yes, sir.

23       Q.   Okay.  What is your full name?

24       A.   My full name is Angel Luis Herrera.

25       Q.   Is that, how do you spell your middle name?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01     A.    L-U-I-S.

02     Q.    Okay.

03     A.    Luis.

04           COURT REPORTER:  I'm sorry to interrupt

05     Mr. Tarjan.  My, my company just got back to me

06     right now.  They said that in order for us to

07     proceed, the notary that's there has to be the one

08     to swear him in.

09           MR. TARJAN:  Okay.

10           Mr. Herrera, can you, can you find that, the

11     woman who was the notary, can you have someone to

12     have her come over?

13           THE WITNESS:  We need the notary, the notary

14     lady.

15           COURT REPORTER:  I'm sorry about that.

16           Hi Ms. Jones.  If you could just swear in the

17     Witness on the record, and give your notary

18     information on the record as well and where you're

19     located?

20           THE NOTARY:  Okay.  So you just want me to say

21     that he -- that, have him raise his arm and say he

22     is who he is?

23           COURT REPORTER:  Yes, correct.

24           THE NOTARY:  Okay.

25     So hand up.  Say you are who you are.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01          THE WITNESS:  My name's Angel Luis Herrera,

02      4/10/67, I was born in Havana, Cuba, and I'm an

03      inmate at the Lancaster Correctional Institution.

04          THE NOTARY:  Yeah, we are here at Lancaster

05      Correctional Institution in the classification

06      department and my number is HH482192.  I am Ashley

07      Jones.

08          COURT REPORTER:  Thank you.

09          THE NOTARY:  Will that suffice?

10          COURT REPORTER:  Yes, thank you so much.

11          THE NOTARY:  Okay.  Yes, ma'am.

12          MR. TARJAN:  Okay.  Thank you.

13          Are we back on the record?  Oh, we're on the

14      record.

15          COURT REPORTER:  Yeah.

16  BY MR. TARJAN:

17      Q.  Mr. Herrera, have you ever been convicted of

18  any sex crimes?

19      A.  No, sir.

20      Q.  Now, my understanding is that you've been in

21  Florida state prison since 2009; is that correct?

22      A.  Say that again, sir?  Repeat that.

23      Q.  Have you been in Florida state prison since

24  2009?

25      A.  In CM, yes, sir.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                          Page 12

01      Q.   Okay.  And I'm getting that off of your, the

02   Florida Department of Corrections has a, has a webpage

03   for all their inmates and it looked to me like that's

04   when you entered the system, so that, but it wasn't

05   totally clear.  What is your release date?

06      A.   Right now, sir, my release date 2033.  Wait,

07   wait max out.  I mean, with no gain time.  With gain

08   time, 2029.

09      Q.   Okay.  Were you at Columbia Annex in May 2021?

10      A.   Yes, sir.

11      Q.   And were you in N dorm during that period?

12      A.   Yes, sir.  I have to tell you something.  I

13   got a little bad memory, but I'm going to try to help

14   you the best I can.

15      Q.   Okay.  When you say you have a bad memory,

16   what, tell me about that.

17      A.   Sometimes I forget stuff.

18      Q.   Okay.  Do you forget things from long ago, a,

19   a short time ago, tell, what, what, how does your memory

20   work or not work?

21      A.   So, something happened in the past, it may be

22   two years past, four years past, I'll be forgetting it.

23      Q.   Okay.  Do you have, do you have a good short-

24   term memory?

25      A.   Say that again, sir.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                          Page 13

```
01        Q.    Do you have a good short-term memory, like

02   things, remembering things that happened just recently?

03        A.    Yes, sir.

04        Q.    So it's really your long-term memory that's

05   the problem?

06        A.    Yes, sir.

07        Q.    Do you know why you have long-term memory

08   issues?

09        A.    I don't know, sir.

10        Q.    Did, were you ever like, in an, were you ever

11   like, hit in the head and that caused problems for you?

12        A.    No, sir.

13        Q.    Okay.

14        A.    I've had seizures before.

15        Q.    Oh, you've had seizures?

16        A.    Yes, sir.

17        Q.    How long have you had seizures?

18        A.    A long time.  I just don't, don't take

19   medication no more.

20        Q.    Okay.  Do you take any -- I'm sorry.  I

21   interrupted you.  Do you take any medication right now?

22        A.    No, sir.

23        Q.    Okay.  When was the last time you had a

24   seizure?

25        A.    I think about three years, four years ago.  I
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  can't remember.

02      Q.    Okay.  So three to four years ago.  And does

03  that affect your memory, with the seizures?

04      A.    I don't know, sir.

05      Q.    Okay.  Have you ever spoken to a doctor about

06  your medical, your memory issues?

07      A.    No, sir.

08      Q.    When did your, have you always had memory

09  issues, or did that start at some point?

10      A.    Say that again, sir.

11      Q.    I, I guess I'm wondering when, when did your

12  memory issues begin?

13      A.    I don't know.  Do we have to go through all of

14  this?  Because I have a really bad temper, and I am

15  getting really, really -- what I'm doing over here

16  happened the office.

17      Q.    Okay.

18      A.    I don't care about the inmate.  I'm trying to

19  help Joseph with the inmate lying.

20      Q.    Okay.

21      A.    And I never raped him, I never put a knife on

22  him, he's just trying to get money out of nothing.

23      Q.    Okay.  I'm, I just, I'm just doing my job.

24      A.    I'm not even supposed to be over here.  I just

25  doing this for Juanita, trying to help Juanita.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   That's it.  That's all I'm doing it for.
02        Q.   Okay.
03        A.   I'm getting nothing out of here.  I'm getting
04   in trouble by me doing all of this by this compound,
05   they think I'm a snitch now, you know, and I have to get
06   out of this compound, okay?  That's, that's what I'm
07   doing.  That's it.  I don't get any money, I don't get
08   any days, I don't get nothing.
09        Q.   So, and, and by the way, where are you giving
10   this deposition?
11        A.   I'm sorry, but I've got a really bad temper,
12   okay?
13        Q.   I, I understand, and I appreciate your
14   patience in sitting here today, okay?  And I'm not
15   trying to upset you at all.  That's not what I'm here to
16   do.
17        A.   Okay, I understand.  Yes, sir.
18        Q.   But where are you giving, where, you're
19   sitting in a classification office.  Where are you right
20   now?
21        A.   I'm sitting right here in the classification
22   office, yes, sir.
23        Q.   And there are officers, guard department of
24   corrections employees around you, nearby?
25        A.   There's only one.  They have to be with me.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01     Q.   Okay.  Right, okay.  Is that creating anxiety

02 for you, having them around you?

03     A.   No, nothing, nothing creating nothing.

04 They're all fine over here.

05     Q.   Okay.  When did you, let me continue asking

06 questions about, related to the incident.

07         So you, you said you were at Columbia Annex on

08 May 2021.  When did you, when did you get, and that you

09 had been N dorm.  When did you arrive in N dorm?

10     A.   I can't tell you that.  I don't remember that.

11 I'd say, I know I was in CM right there in Columbia.

12 They put me in CM.

13     Q.   Okay.  What, what, what level CM were you?

14     A.   I was in CM-1.

15     Q.   Okay.  What did they accuse you of doing that

16 put you in confinement?

17     A.   Oh, in Columbia, I did nothing.  I know while

18 in CM, I be cutting people in the face.

19         Now, this one in Columbia, I don't remember.

20 If I tell you, I'm lying.  I think it, let me see when

21 they put me in CM in Columbia.  Oh, yeah, I think it was

22 for cutting something.  I think.  I think. I don't know,

23 I'm not telling the truth.  I think.  Yeah, I think I

24 cut somebody.

25     Q.   Okay.  So you think you were in CM for cutting


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                              Page 17

01    something at Columbia Annex?

02        A.    All the, all the time.  Yes, sir, all the

03    time.  Got a new roommate in Columbia.

04        Q.    Okay.  But is that why you typically get put

05    in CM, because of cutting people?

06        A.    No, I don't think it that, in Columbia, no,

07    but in FFP (phonetic), yes.  In FFP, yes, because

08    cutting somebody.  In Everglades, because I cut

09    somebody.  And every time I go CM because I cut

10    somebody.

11        Q.    Okay.  And I think you said you cut somebody

12    at, at Everglades?

13        A.    Yes, sir, I cut somebody at Everglades.

14        Q.    Okay.  How, how many times have you cut people

15    and ended up in CM?

16        A.    I can't remember.  Three times, I think.

17        Q.    Okay.  All right.  So, and so if I understood,

18    you're not sure whether you were in CM at Columbia Annex

19    because you cut somebody, but you, but you think it's,

20    maybe that's why you were there, for cutting somebody?

21        A.    Let me think it real good.  No, not in

22    Columbia.  No, I don't, I don't cut nobody in Columbia.

23        Q.    Okay.  And --

24        A.    Oh, I, I got, I, I, they, they got me with a

25    weapon.  I was going to go do somebody and they, they



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  catch me with a weapon in my, in my possession.  Yeah, I

02  do remember now.

03          I never cut nobody in Columbia.  I was going

04  to do it, but they catch me with a weapon on me in my

05  possession of a weapon.  Yeah, I remember now, yes, sir.

06      Q.   Okay.  So if I understand, you were going to

07  cut somebody at Columbia, but you didn't get to do it,

08  but they caught you with the weapon and that's why you

09  ended up in confinement?

10      A.   Why I went to CM.

11      Q.   Okay.  Now, when you were, do you remember, my

12  understanding is that you were placed in a cell 4213 in

13  N dorm.  Do you remember this specific cell?

14      A.   No, but I know I was in CM, and I can't lie to

15  you because if I tell you no, I'm lying.

16      Q.   Okay.

17      A.   They put me in CM-1.

18      Q.   Okay.  Do you recall Brian Andrews being,

19  well, do you know who I'm referring to when I say Brian

20  Andrews?  Byron, I'm sorry.  Byron Andrews.

21      A.   Say that again, sir.

22      Q.   When I say, Byron Andrews, who is the

23  Plaintiff in this case, do you know who I'm referring

24  to?

25      A.   Yes, sir.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    Q.   Okay.  What I'm just going to quickly do, just
02  to make sure we're all talking about the same person, is
03  I'm going to share my screen and I'm going to show you,
04  I'm going to show you a picture of him from the FDC
05  website.  So here we go.
06          All right.  Mr. Herrera, do you see on your
07  screen a picture of somebody?
08    A.   Yes, sir.
09    Q.   Okay.  Is, now it says this from the Florida
10  Department of Corrections website.  It says, Byron
11  Andrews, sort of on the, the top right of the, of the
12  screen.  Do you see that?
13    A.   Yes, sir.
14    Q.   All right.  Is this the Byron Andrews that
15  we're, who was with you in Columbia Annex back in 2021?
16    A.   No.  I don't know.  I don't remember that guy.
17    Q.   You don't remember him?
18    A.   No, I don't remember him.
19    Q.   Okay.
20    A.   Like I said, I've got a bad memory.
21    Q.   Okay.
22    A.   Maybe that's the one you said, but I'm just
23  telling the truth.  That's it.
24    Q.   Okay.  Well, that's the, what I'll represent
25  to you is that that's the Byron Andrews who filed the



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                          Page 20

```
01   lawsuit against --

02        A.   That's the pic?

03        Q.   That's a picture of him.  He's the one who

04   filed, he's the Plaintiff in this lawsuit, okay?

05        A.   The one they put inside my room?

06        Q.   That's what he says, yes.  Do you remember

07   that person being placed in the cell with you in May

08   2021?

09        A.   No.

10        Q.   You don't recall --

11        A.   I remember somebody, but I don't know if

12   that's him.

13        Q.   They put you, so --

14        A.   I don't know --

15        Q.   They put somebody in the cell, but you're not

16   sure that that's him; is that what you said?

17        A.   No, sir.  Yes, sir.

18        Q.   Okay.  Now, now, the, by the way, how tall are

19   you?

20        A.   Five eight.

21        Q.   Five eight.  And do you remember your weight

22   back then in May 2021?

23        A.   I always weigh 140, 150, 160.  Between 140,

24   between 150, yes, all the time, all my life.

25        Q.   140 to 150 pounds, okay.  Now, are you, are
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                Page 21

01  you familiar with a Sergeant Ciccone?

02      A.   Yes.

03      Q.   Okay.

04      A.   I hear the name before.  I don't know, I don't

05  know if I remember their picture.  I'd have to see the

06  picture.

07      Q.   Unfortunately, I don't have a picture of him,

08  otherwise, I would show it to you.

09      A.   But I remember the name, yes, he worked in

10  Columbia.

11      Q.   Okay.  Now, Mr., do you remember back in May

12  6th, May 16th, 2021, somebody being placed in a cell

13  with you?  Mr. Andrews says it was him, but do you

14  remember anyone being placed in a cell with you on May

15  16th, 2021?

16      A.   Yes, sir.

17      Q.   Okay.  Who, who was placed in a cell with you?

18      A.   An inmate.

19      Q.   An inmate, okay.  Was the inmate Black, White,

20  what was their, their --

21      A.   He was Black.

22      Q.   Black?  Okay.  And about how old was the

23  person?

24      A.   I can't tell you.  Maybe in their 40s, in

25  their 30s, something like that.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01     Q.   Okay.  Was that person heavyset, fat, skinny?
02   Can you describe them physically?
03     A.   Maybe like on the weight, like maybe 160, 100
04   -- something like that.
05     Q.   You said, because it's sometimes a little hard
06   to hear you.  Did you say --
07     A.   Like a hundred, like 150, 160.
08     Q.   Okay, 150, 160.  And was that person, did they
09   have like, long hair, short hair?
10     A.   I don't know, sir.  I don't remember.
11     Q.   Okay.  And is there anything you do remember
12   about that person description-wise?
13     A.   Say that again, sir.
14     Q.   Well, actually, do you remember how tall that
15   person was?
16     A.   No, sir.
17     Q.   Tall, how --
18     A.   I say five eight, five nine, like me.
19     Q.   Okay.  So about your size?  About your height?
20     A.   Yes, sir.
21     Q.   Okay.  Now, did Sergeant Ciccone work in N
22   dorm?
23     A.   Yes, sir.
24     Q.   Okay.  And N dorm is the confinement unit
25   where they hold CM inmates, correct?



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                    Page 23

01      A.    Yes, sir.

02      Q.    Okay.  Now, you remember someone being placed

03 in the cell with you in May 20, May, sorry, May 16th,

04 2021.  Now, the very next day, the next morning after

05 that individual was put in the cell with you, did

06 Sergeant Ciccone come to the cell and give you any food

07 items?

08      A.    No, sir.

09      Q.    No?

10      A.    I can't remember, no.

11      Q.    You don't remember?

12      A.    No.

13      Q.    Okay.  Did Sergeant Ciccone ever give you any

14 kind of food items other than a meal tray?

15      A.    Do you want me to tell you the truth or do you

16 want me to lie?

17      Q.    I, I, I'm asking you to tell the truth here.

18      A.    Okay.  No.  No.

19      Q.    No what?  Sergeant --

20      A.    No.

21      Q.    So let me ask, did Sergeant Ciccone ever give

22 you any food items other than a meal tray?

23      A.    I can't remember.  Yeah, breakfast, lunch and

24 dinner.  That's what's possible to get.

25      Q.    Okay.  Did Sergeant Ciccone ever deliver to



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    you any food whatsoever?

02         A.    But I was in IDP by that time.  I've been IDP,

03    and IDP is so bad, you know.

04         Q.    You said IDP?

05         A.    IDP is a person and we got with him

06    permission.  Maybe he give me a bag, but that's my bag,

07    belong to me.

08         Q.    You said maybe he gave you a what?  I'm sorry,

09    I didn't understand.

10         A.    You said if he gave me any, any food.  Yes, he

11    gave me the food I was supposed to have.  He don't try

12    to buy me, he don't try to touch me, he don't try to do

13    nothing.

14         Q.    Well, did, did Sergeant Ciccone ever give you

15    food from a vending machine?

16         A.    I can't remember, no.

17         Q.    I don't remember or is the answer no?  Are you

18    just not sure?

19         A.    I'm not, can't remember.

20         Q.    Okay.  I want to be very clear.  Do you, do

21    you not remember or are you saying no, he did not give

22    you food from a vending machine?

23         A.    No, he not give me no food.

24         Q.    Okay.  All right.  The -- now, when you were

25    in, you were in, back at Columbia Annex, you were in



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    close management status one, you said before, correct?

02         A.   Yes, sir.

03         Q.   Okay.  And were you supposed to be, based on

04    your understanding of close management, were you

05    supposed to be kept separate from other inmates?

06         A.   Yes, sir, if I was in CM-1, I was supposed to

07    be in CM-1 by myself.

08         Q.   Okay.  Prior to, to, to Columbia Annex, had

09    you ever been in CM-1 with anybody else?

10         A.   Yes, when I was in CM-2, I was, I had a

11    roommate.  In CM-3, I had a roommate in FFP.

12         Q.   Okay.  But had you ever been in CM-1 without

13    a, without a roommate?  I'm sorry.  Had you ever been in

14    CM-1 with a roommate prior to May 2021?

15         A.   Say, say that again.

16         Q.   Okay.  So I want you to think about times that

17    you were in CM-1, all right?  When you were at Columbia

18    Annex in May 2021, you were on CM-1 status, right?

19         A.   Yes, sir.

20         Q.   And they put some, they put another inmate in

21    the cell with you, even though you were CM-1 status,

22    correct?

23         A.   Yes, sir.

24         Q.   And you weren't supposed to have somebody in

25    the cell with you because of your CM-1 status; is that



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  correct?

02      A.  Yes, sir.

03      Q.  Now, prior to that time, had you ever, under

04  CM-1 ever had any inmate put in a cell with you?  I'm

05  not talking about CM-2 or CM-3, I'm just talking about

06  CM-1.

07      A.  No, sir.

08      Q.  Okay.  So was that the, back in May 2021, was

09  that the first time that an inmate had been placed in

10  CM-1 with you?

11      A.  Yes, sir.

12      Q.  Okay.  Now, when the, when the inmate was put

13  in the cell with you in May 2021, or May 16th, were you

14  surprised that the individual was being put in the cell

15  with you?

16      A.  Well, I don't have the key to open the door.

17      Q.  Okay.  But you knew you were CM-1, so did,

18  were you surprised that despite your being CM-1, someone

19  was being put in the cell with you?

20      A.  Yes, sir.

21      Q.  Okay.  And did you, do you remember who, do

22  you remember which officers brought that person to the

23  cell?

24      A.  An officer.

25      Q.  What's that?


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                          Page 27

```
01        A.    An officer.
02        Q.    Now, how, do you, okay.  Let me give you some
03   names here.  Are you familiar with an Officer J.
04   Manley?
05        A.    No, sir.  I'm not going to remember that name.
06        Q.    What about Sergeant Tucker?  Do you remember a
07   Sergeant Tucker?
08        A.    No.
09        Q.    Okay.  What about an Officer Willis,
10   W-I-L-L-I-S?  Do you remember an Officer Willis?
11        A.    I can't remember.  He's a white dude, I think.
12        Q.    Okay.  Was that at Columbia Annex?
13        A.    Yes, sir.
14        Q.    Okay.  And did Officer Willis work in
15   confinement?
16        A.    Yes, sir.
17        Q.    Okay.
18        A.    Cannot remember.  Yes, sir.
19        Q.    Okay.  What about Captain Camaco, C-A-M-A-C-O?
20   Do you remember a Captain Camaco?
21        A.    Yes, sir.
22        Q.    Okay.
23        A.    He worked right --
24        Q.    And -- go ahead.
25        A.    He worked right there.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01        Q.    Oh, he was in N dorm?

02        A.    Yes, sir.

03        Q.    Okay.  What, what about a Captain Cooper,

04   C-O-O-P-E-R?  Do you remember a Captain Cooper?

05        A.    Yes, sir.

06        Q.    Was Captain Cooper -- did, did Captain Cooper

07   work in, in N dorm at Columbia Annex?

08        A.    They work in threesomes.  Camaco the one

09   working in, right there in, in confinement.

10        Q.    Okay.  So Camaco worked --

11        A.    Father and son, they, they work there.

12        Q.    Oh, Camaco, Camaco, Camaco's son also works in

13   confinement?

14        A.    They work in a prison in Columbia.

15        Q.    Okay.  So if I understand you, Captain Camaco,

16   he was in N dorm working in N dorm back in 2006 , '21?

17        A.    Yes, sir.

18        Q.    Okay.  And what about, I didn't understand

19   about Captain Cooper, and I apologize.  Did Captain

20   Cooper work in confinement at Columbia Annex?

21        A.    They work, they work in institution, sir.

22              You know, a Captain, they can go anywhere.

23   They can go to confinement; they can go anywhere.

24   They're Captains.

25        Q.    Understood.  Understood.  Okay.  So going back



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                    Page 29

```
01   to May 16th, 2021, do you, I've mentioned a bunch of

02   officers.  Do you remember if any of those were the

03   officers who placed that inmate in the cell with you?

04        A.   No, sir.

05        Q.   You, you don't remember?

06        A.   No, sir.

07        Q.   Do you remember, okay.  Do you remember how

08   many officers did the escort of the other inmate to the

09   cell?

10        A.   No, sir.

11        Q.   Do you know if two, are two officers supposed

12   to escort an inmate in a move?  Is that required in

13   confinement?

14        A.   Yes, sir.

15        Q.   Okay.  So do you remember, I'm going to ask

16   the question again.  Do you remember if when the inmate

17   was moved into the cell with you on May 16th, was there

18   a second, were there two, at least two officers doing

19   the escort?

20        A.   If I remember, yes, it was two officers.

21        Q.   Okay.  Can you, can you describe the officers?

22        A.   I can tell the truth, it's been a couple

23   years, three, four, five years back.  Like I said, I've

24   got a real bad memory.

25        Q.   That's fair.  That's fair.
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01       A.    You don't want me to lie to you, no?

02       Q.    I'm just asking you --

03       A.    The only thing, Sir, the only thing I know,

04   all the thing about you defendant raping him and putting

05   a knife, that's a lie because I never raped nobody, I

06   never put no knife to him and I never, whatever officer

07   are making me say and put inside my cell, okay, that's

08   true, but I never raped him, I never hit him, I never do

09   nothing to him.  That's the truth and only the truth.

10       Q.    Okay.  Let me continue asking my questions.

11             And again, I'm just doing my job so, you know,

12   I appreciate you bearing with me.

13       A.    Yes, sir.

14       Q.    When, when that inmate was placed in the cell

15   with you on May 16th, were you cuffed up first?

16       A.    Yes, sir.

17       Q.    Okay.  Did any officers search the cell before

18   that inmate was put inside?

19       A.    No, sir.

20       Q.    Okay.  Are officers supposed to search a cell

21   before moving another inmate into the cell?

22             MS. VILLALPANDO:  Objection.

23             THE WITNESS:  No, sir.

24             MR. TARJAN:  I'm sorry?

25             THE WITNESS:  Before, when someone.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01            MS. VILLALPANDO:  Objection.

02            MR. TARJAN:  Okay.  Okay.  Your objection is

03       noted.

04       Yeah, go ahead, Mr. Herrera.

05            THE WITNESS:  When another inmate comes to

06       inside the cell, the officer's not supposed to go

07       and shakedown the cell because they're going to put

08       in another inmate.  They're supposed to, they open

09       the door, put the inmate, haul ass.

10            If he thinks you've got something or you're

11       smoking, or you're doing drugs, or you've got wine

12       or something, yes, he's supposed to shakedown the

13       cell, but he thinks you're doing good, he's not

14       supposed to shakedown your cell.

15            MR. TARJAN:  Okay.

16  BY MR. TARJAN:

17       Q.   Do you remember telling, when, when officers

18  were brought to, brought that inmate to the cell and you

19  were, were CM-1 on May 16th, do you remember telling

20  them, telling those officers anything?

21       A.   No, I don't remember, sir.

22       Q.   Did you tell them that as CM-1, you were not

23  supposed to have a cell mate?

24       A.   No, I don't remember, but what I know, when I

25  was in Columbia, they, they, they don't, they don't put
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01  no sign on the door about you in CM-1 or nothing.  I

02  remember.

03       Q.   Okay.  So you, so to be clear, do you remember

04  saying anything to the officers about your being CM-1

05  when they put that other inmate in the cell?

06       A.   I don't know.  I don't remember.

07       Q.   Okay.

08       A.   I tell you I don't remember.

09       Q.   When that inmate was placed in the cell, do

10  you remember having a discussion with that person?

11       A.   Discussion about what, fighting?

12       Q.   Anything.  Do you remember anything you

13  discussed?

14       A.   No.  No, I don't remember.

15       Q.   Okay.

16       A.   If I do, it's what's your name, and that's it.

17       Q.   Did, did that other inmate tell you why he was

18  being placed in the cell, you know, for like a

19  disciplinary infraction, for example?

20       A.   Oh, yeah, I do remember.  Yeah, excuse me.  I

21  remember something, yeah.  When I, when I got inside

22  that cell, the inmate told me that he knew I was in CM-

23  1 and, and he, he told me, oh, we can make a lawsuit

24  against this officer.  He said, can you help me, Angel

25  Herrera, to make that lawsuit to this officer?  I
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01    remember what he told me, and he told me that.

02        Q.    Okay.

03        A.    And that's what he's doing right now.

04        Q.    Okay.  So you're saying that the inmate who

05    was put in the cell with you on May 16th spoke with you

06    about making an office, making a lawsuit against an

07    officer?

08        A.    And, yes, sir, yeah.  About me lying and all

09    that other stuff.

10        Q.    Okay.  Tell me about that conversation.

11        A.    That's the only thing I know, sir.

12        Q.    Was that conversation; did it happen right

13    away when the inmate was put in the cell with you or

14    later on?

15        A.    Yes, might have been a couple hours later.  I

16    don't know, something like that.

17        Q.    Okay.  And how did that, how did that

18    conversation go?

19        A.    He's the one that started it, not me.

20        Q.    Okay.  And what did he, what specifically did

21    he say?

22        A.    Oh, Angel, so you help me out, we can, we can

23    work a deal, and we can make a lawsuit and -- and I'll

24    give you some money in the future.  That's what he told

25    me.
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      Q.    Okay.  And did he describe the, a plan?

02      A.    No.  Yes.  Yeah.  Yeah, the plan is that,

03  what's he's doing right now.  That's the plan.

04      Q.    So in other words, he, are, are you saying

05  that he said some, well, did he speak to you about, you

06  know, that he would accuse you of, of raping him?

07      A.    No, he no tell me that.  I know he's lying.

08            No.  The only thing he's not lying is they put

09  him inside my room.  That's the only thing that's true,

10  but me raping him, putting a knife, and doing all that

11  stuff, that's a lie.

12      Q.    Did he, well, I'm trying to understand whether

13  there was any kind of plan, for example, about saying

14  something about a knife, saying something about a rape.

15  Was there any discussion of a plan?

16      A.    No, sir.  No, sir.  No.  None.  He don't

17  discuss that with me.

18      Q.    Okay.  So when he made this offer to you that

19  you're claiming, what did you say?

20      A.    Say it again, sir.

21      Q.    So when, when the inmate made this, this

22  proposal to you that you're claiming, what was your

23  response?

24      A.    That's on you.

25      Q.    Well, I wasn't there, so what, what, what did



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                              Page 35

01  you say to him?  What do you, what do you remember

02  saying to him?

03      A.   I don't remember.  I don't remember.  That's,

04  I don't remember.

05      Q.   Well, did you say no, I'm not doing that, or

06  did you have any kind of response to this proposal

07  you're claiming?

08      A.   I told him I'm not doing that.

09      Q.   Okay.  How long was the conversation -- go

10  ahead.

11      A.   Excuse me, sir.  Did he say I raped him, no?

12  Is that what he said?

13      Q.   Mr. Andrews claims that you raped him with a

14  knife and that --

15      A.   Did he say I put a knife on him?  Okay, that's

16  a lie, because if I raped him, with my DNA inside of

17  him.  Do you got my DNA inside of him?

18      Q.   I don't have any DNA.

19      A.   Okay.  So see, he's lying.  He's playing

20  games.  He just wants to get money.  That's the only

21  thing about, that, that what this thing is all about.

22          He just wants to make a lawsuit against the

23  officer and get money, you know.

24      Q.   Did you, did you have a knife in the cell at

25  that time?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        A.   I don't have no knife, sir.
02        Q.   Okay.  When you, you, you, you've said that
03   you've cut other people.  Have you ever been, do, do,
04   have you cut people in self-defense?
05        A.   Yes.  In 2011 I cut somebody in Mexico because
06   he raped me and I cut him up on his face because of that
07   reason.  Eight, eight days later when he raped me, I cut
08   him up real bad in the chow hall in front of general
09   public.
10        Q.   Okay.  When, when, when was that?
11        A.   In 2011.
12        Q.   2011.
13        A.   At ACI.
14        Q.   That's Apalachee Correctional Institution?
15        A.   Yes, sir.  Yes, sir.
16        Q.   Okay.  And do you remember the name of that
17   inmate?
18        A.   Yes, sir.  Henry Williams.
19        Q.   Okay.  And, and so you, your, you cut him in
20   the shower?
21        A.   I cut him in the chow hall.
22        Q.   Okay.  And what happened to him?  Did he go to
23   the hospital, did he die, what was the result?
24        A.   No, he's just, he's just going to remember me
25   for the rest of his life when he sees the mirror.
```


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                             Page 37

```
01        Q.   Okay.  You cut him in the face?

02        A.   Yes, sir.

03        Q.   All right.  Have, has, have you ever been

04   basically paid in some way to cut anybody?

05        A.   Say that again, sir.

06        Q.   Have you ever been paid in any form whether

07   with money, drugs, food, favors, have you ever been paid

08   in any way to cut anybody?

09        A.   No, sir.

10        Q.   Now, Mr., Mr. Andrews claims that he saw you

11   at Columbia Annex, stab somebody, I believe in a chute,

12   like a location where doors have to close before someone

13   can go in and out.  Do you remember stabbing someone in

14   a chute?

15        A.   Yes, yes, sir.  Yes, I did that.

16        Q.   Okay.  And do you remember what month that

17   was?

18        A.   No, sir.

19        Q.   Okay.  And that was a Columbia Annex?

20        A.   Yes, sir.  Yes, sir.

21        Q.   Okay.  And do you remember who you stabbed?

22        A.   Yeah, because he spit in my face, and I cut

23   him up because he spit in my face.  You don't spit

24   nobody in the face.

25        Q.   Okay.  Do you remember the name of the, of the
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                         Page 38

01    inmate?

02        A.    No, sir.  I know he was a Black dude.

03        Q.    **Okay.  And you, you cut, you cut him in the**

04    **chute?**

05        A.    Yes, sir.

06        Q.    **Okay.  Was that before May 16th, before --**

07        A.    Yes, sir.  That was before they put me in CM.

08        Q.    **Okay.  And were you put in CM for, that for**

09    **that cutting?**

10        A.    No, sir.  I was, like I said, I got cut with a

11    knife and they put me away, away in CM because, because

12    my history and because my, my, my record and because the

13    weapon I had on me.

14        Q.    **Okay.  The weapon that you, that they found on**

15    **you for, that put you in CM in May 2021, what type of**

16    **weapon was that?**

17        A.    It was a toothbrush and, toothbrush with a

18    handle.

19        Q.    **Okay.  And did it have some sort of metal**

20    **attached to it?**

21        A.    No, sir.  Only a toothbrush.  That's it.

22        Q.    **And it was sharpened?**

23        A.    Yes, sir.

24        Q.    **Okay.  Have you, when you've cut people, what**

25    **type of weapons do you typically use?**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01          A.    A razor.

02          Q.    Razor?

03          A.    Yes, sir.

04          Q.    Okay.  All right.  How do you get a razor in

05     prison?  It may be a dumb question, but I'm asking.

06          A.    How do I get a razor in prison?

07          Q.    Yeah?

08          A.    Oh, I can't tell you that.  That's snitching.

09     I'm not saying.

10          Q.    Okay.  Fair enough.  But the razor is

11     essentially, is it, is it considered contraband or is it

12     something you're given to shave?

13          A.    No.

14          Q.    So they don't, when you shave in prison, how

15     do you shave?

16          A.    With an electric shaver, electric razor.  And

17     the officers are going to be there all the time.

18          Q.    Okay.  So, and how many times have you cut

19     somebody with using a razor?

20          A.    What kind of razor are you talking, sir?

21          Q.    Well, like you said you used a razor blade,

22     you've cut people using a razor blade, right?

23          A.    I used it only one time, 2011.

24          Q.    Oh.

25          A.    When, when it was legal.  When the razor was



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01  legal in 2011, the razor was legal.  You can go ask for

02  a razor and shave in your cell and return the razor

03  back.

04      Q.   Okay.

05      A.   That's, that's when it was legal.  Now, it's

06  no more legal.

07      Q.   Got it.  Now, you said that you, did you cut,

08  cut Henry Williams in the shower with a razor or with a

09  tooth --

10      A.   In the chow hall, in the chow hall.

11      Q.   Shower hall.  Was that was a razor?

12      A.   Where you eat.  Where you eat.

13      Q.   Okay.  Oh, the chow hall.  Sorry.

14      A.   The chow hall, yeah, where you go eat.

15      Q.   Got it.  Was that with a razor or a

16  toothbrush?

17      A.   That's where the, the razor was in, in the

18  toothbrush.

19      Q.   Oh, the razor was in the toothbrush.  Okay.

20  got it.

21      A.   I'm just trying to tell you the truth, sir.

22  That's it.

23      Q.   I appreciate that.  I appreciate that.

24      A.   Because I know you're going to see in the

25  computer.  If I'm lying, you're going to see it right
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01    there.  It's in the computer.
02        Q.    Okay.
03        A.    And I'm not going to lie.
04        Q.    Okay.  Did you, going back to May 16th, 2021,
05    did you have a razor in the cell?
06        A.    Inside the cell when I was in CM-1?
07        Q.    Yeah?
08        A.    No, sir.
09        Q.    Okay.  Did you have any kind of weapon in the
10    cell?
11        A.    No, sir.
12        Q.    Okay.  Have you ever been part of a gang?
13        A.    No, sir.
14        Q.    All right.  What, I guess I'm wondering, do,
15    do gangs, if someone is thought to be homosexual, do
16    gangs basically take action against that person?
17            MS. VILLALPANDO:  Objection; lack of
18        foundation.
19            MR. TARJAN:  All right.
20    BY MR. TARJAN:
21        Q.    Do you know what a gang is?
22        A.    A gang?  Yes, a gang.  A gang member.  A gang,
23    people together, they brought it, all the things.
24    That's what a gang is.
25        Q.    Okay.  Are there gangs in prison?
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        A.   Yes, sir.

02        Q.   And to, to your knowledge, what, what is the

03   typical attitude at gangs towards homosexuality?

04             MS. VILLALPANDO:  Object.

05             MR. TARJAN:  You can still answer.

06             THE WITNESS:  Say that again, sir.  What did

07      you say?

08   BY MR. TARJAN:

09        Q.   What, what is the typical attitude of gangs

10   towards homosexuality?

11        A.   I don't know.  I don't understand what you're

12   trying to say.

13        Q.   Well, do gangs accept, let's talk about for

14   example, like the Bloods.  Are you familiar with a gang

15   called the Bloods?

16        A.   Yes, sir.  Are you talking about all gay,

17   homosexual, all those things?

18        Q.   Right.  Do, do the Bloods accept homosexuality

19   in their gang?

20             MS. VILLALPANDO:  Objection.

21             THE WITNESS:  No, sir.

22             MR. TARJAN:  Okay.  And what is your

23      objection?

24             MS. VILLALPANDO:  Lack of foundation.

25             MR. TARJAN:  Okay.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01  BY MR. TARJAN:
02      Q.   All right.  And have you heard of a gang
03  called the Latin Kings?
04      A.   Yes, sir.
05      Q.   Do you know based on your personal knowledge
06  whether Latin Kings accept homosexuality in their gang?
07      A.   No, sir.  They can't.
08      Q.   They don't accept homosexuality?
09      A.   Hell, no.
10           MS. VILLALPANDO:  Objection.
11  BY MR. TARJAN:
12      Q.   You said you don't know or you're not sure?
13      A.   No.  No.  No, sir.
14      Q.   No, they don't accept homosexuality?
15      A.   No.
16      Q.   Okay.
17      A.   No, I said no gang can accept no homosexuals.
18      Q.   Okay.  Could you just say no gangs accept
19  homosexuality in their ranks?
20      A.   Only, only the OK Gang now.
21      Q.   Okay.  All right.  And the OK Gang, that's,
22  that's a gang or that's a group of gay friendly people
23  who are homosexual, right?
24      A.   Yes, sir.
25      Q.   Okay.  But to your knowledge, other gangs do
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    not accept homosexuality in their ranks?

02          A.   No, sir.

03                MS. VILLALPANDO:  Same objection.

04    BY MR. TARJAN:

05          Q.   And do the, to your knowledge, do, do gangs,

06    well, to your knowledge, do the Bloods take action

07    against homosexuals who are not in their gang?

08                MS. VILLALPANDO:  Same objection.

09    BY MR. TARJAN:

10          Q.   Are you familiar with that?

11          A.   No, sir.

12          Q.   Okay.  What about Latin Kings, for example?

13                Are you familiar with the Latin Kings taking

14    action against homosexual, homosexuals who are not in

15    their ranks?

16          A.   No, sir.

17          Q.   Okay.

18                MS. VILLALPANDO:  Same objection.

19    BY MR. TARJAN:

20          Q.   Has, since you've been in the prison system,

21    have any officer ever offered you something to do

22    something against an inmate?

23          A.   Say that again, sir.

24          Q.   Since you've been in the prison system, has

25    any officer ever offered you anything to take action



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                    Page 45

```
01    against another inmate?
02         A.   No, sir, never.
03         Q.   Okay.  Are you aware of officers ever giving
04    other inmates gifts or items to take action against
05    other inmates?
06         A.   No, sir.
07         Q.   Not speaking about yourself.  I'm asking you
08    about officers giving other inmates.
09         A.   No, sir.  No, sir.
10         Q.   You're not aware or you're saying you don't
11    know or you're not sure or what's your answer?
12         A.   No, I don't know.  That's not my business
13         Q.   Okay.
14         A.   Sir?
15         Q.   Yes?
16         A.   Can I say something?
17         Q.   Sure.
18         A.   The only thing that sent me down to here
19    because I'm trying to help the officer for don't get
20    sued because somebody's lying and making a false
21    statement, I'm raping him and doing all that stuff,
22    because he's lying.  That's the only thing that sent me
23    down to here because I'm trying to help the officer.
24              An officer works hard for his money.  An
25    officer works so hard and come over here to work and do
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   his job, may make a mistake, okay, so what?  But I'm not

02   raping him, I don't cut him, I, I don't do nothing.

03          That's, that's the only thing about.  That's

04   why I'm sitting down in this chair right now, because I

05   want anything --

06          (Crosstalk.)

07   BY MR. TARJAN:

08      Q.   Do you remember, do you remember speaking

09   with, with me previously by phone?  Okay.

10      A.   Yes, sir.  I think it was you and Juanita.

11      Q.   You, you, do you remember speaking with a male

12   attorney who represented Byron Andrews?

13      A.   Yeah, five weeks ago, eight weeks ago,

14   something like that.

15      Q.   It was a number of weeks ago.  My co-counsel

16   and I spoke with you.  We set up a call with a

17   classification officer.

18      A.   Yes, sir.

19      Q.   Now --

20      A.   We did a phone call.

21      Q.   Okay.  Now, at that time, and I, I'm, I'm, I'm

22   basically asking this question, my memory is that you

23   said that Sergeant Ciccone said he gave you food.

24   Do you remember saying that?

25          MS. VILLALPANDO:  Objection.  Objection;
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        leading.
02   BY MR. TARJAN:
03        Q.   Do you remember saying that?
04        A.   Say it again.
05        Q.   During the call, I, you, my memory is that you
06   said that Sergeant Ciccone gave you food after the other
07   inmate was put in the cell with you the next morning.
08             MS. VILLALPANDO:  Objection.
09             THE WITNESS:  Yeah, he gave me the food, the
10        food I was supposed to have, not to try to buy me
11        to, to do something to the inmate.
12             MR. TARJAN:  Okay.
13   BY MR. TARJAN:
14        Q.   So Sergeant Ciccone, Sergeant Ciccone gave you
15   food the next morning?
16        A.   Yeah, the food --
17             MS. VILLALPANDO:  Objection; leading.
18   BY MR. TARJAN:
19        Q.   Did Sergeant Ciccone give you food the next
20   morning?
21        A.   Yeah, my breakfast.
22        Q.   Okay.  Okay.  So to be clear, the inmate was
23   put in the cell on May 16th, and the next morning, May
24   17th, 2021, Sergeant Ciccone gave you food for
25   breakfast?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                          Page 48

```
01        A.   Yes, the breakfast I was supposed to have.
02        Q.   Okay.
03        A.   Breakfast, lunch and dinner.  That's  the only
04   thing they give me.
05        Q.   Did Sergeant Ciccone personally, how, how did
06   Sergeant Ciccone give you the food?
07        A.   Like everybody gets a tray, put the tray in
08   the flap.
09        Q.   Okay.  Did, and it was, it was Sergeant
10   Ciccone who personally put the tray in the flap?
11        A.   I don't tell you that.  I can't remember that.
12   I know an officer came and gave me my food and I got my
13   food.
14        Q.   Okay.  So you're saying that an officer gave
15   you food the next morning for breakfast with your tray?
16        A.   Yes, sir.
17        Q.   Okay.  So I'm just trying to understand.  Why
18   did you say that Sergeant Ciccone gave you food the next
19   morning for breakfast?
20             MS. VILLALPANDO:  Objection.
21             THE WITNESS:  I don't know if it was Sergeant
22        or if it was an officer.  An officer gave me my --
23             MR. TARJAN:  I'm sorry.  What did you say?
24             THE WITNESS:  An officer gave me my food, the
25        food I was supposed to be given, I was supposed to
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01      have.

02          MR. TARJAN:  Okay.

03  BY MR. TARJAN:

04      Q.   So let me circle back specifically to Sergeant

05  Ciccone.  Did Sergeant Ciccone give you food the next

06  morning, on May 17th?

07      A.   I don't remember.  I got food inside my

08  little, that was all.

09      Q.   Has Sergeant Ciccone ever given you food?

10      A.   No, sir.  He don't give me no food.  Not

11  unless, not, food I'm supposed to have.

12      Q.   Has Sergeant Ciccone ever given you any food

13  that you're entitled to have under FTC rules?

14      A.   No, sir.  No, sir.  Not, not trying to buy me

15  and stuff to go do this to the inmate.

16      Q.   No, I'm not asking about anything improper.

17          I'm asking you just whether Sergeant Ciccone

18  has ever given you food that he is authorized to give

19  you under Florida Department of Corrections rules, to

20  your knowledge?

21      A.   No, he don't give me no food.

22      Q.   Okay.  Do you remember any interaction with

23  Sergeant Ciccone on May 16th, 2021, when that inmate was

24  put in the cell with you?

25      A.   Say that again, sir.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q.   Do you remember any interaction with Sergeant

02   Ciccone on May 16th, 2021, when the inmate was put in

03   the cell with you?

04        A.   No.

05        Q.   Okay.  And what about --

06             THE WITNESS:  I need take a leak, sir.  I

07        need, how long are you going to, because I need to

08        take a leak bad.  I can't hold it no more.

09             MR. TARJAN:  Okay.  We can.  Okay.  We can

10        take, we can stop.  We can take a break.

11             THE WITNESS:  I need one second, because I

12        can't hold it no more.

13             MR. TARJAN:  Okay.  Go take, go do what you

14        have to do.

15             THE WITNESS:  So if you don't mind, go,

16             MR. TARJAN:  That's fine.  Okay.

17        We can go off the record.

18             (Thereupon, a brief recess was taken.)

19   BY MR. TARJAN:

20        Q.   Now, the next day, May 17th, 2021, do you

21   recall any interaction with Ciccone?

22        A.   Say that again.

23        Q.   Do you recall any interaction with Ciccone on

24   May 17th, the day after the inmate was placed in the

25   cell with you?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        A.    No.  No, sir.

02        Q.    Okay.

03              MR. TARJAN:  I'm just going through some

04        questions.

05  BY MR. TARJAN:

06        Q.    Okay.  Now, did anyone, did anyone, I asked

07  you about officers, but did anyone ask you to do

08  anything harmful to the person who was put in the cell

09  with you?

10        A.    No, sir.

11        Q.    Did you have any kind of fight with the person

12  who was put in the cell with you?

13        A.    No, sir.  I can't remember, no.

14        Q.    Okay.  Do you remember having any physical

15  contact of any kind with that person who was put in the

16  cell with you?

17        A.    No, sir.

18        Q.    Okay.  Do you know what time breakfast was

19  typically served in the Columbia Annex back in May 2021?

20        A.    In the morning.

21        Q.    Okay.  Early morning?  Any idea of the time?

22        A.    Like early in the morning.

23        Q.    Okay.  And, and who would serve the breakfast?

24  Guards or orderlies?

25        A.    The officers would be there.  The orderly's
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                      Page 52

01   the one with the trays.

02        Q.   I'm sorry.  What did you say?

03        A.   The officers have to be with the inmate and

04   the inmate put the, the tray in the, in the flap.

05        Q.   Okay.  Do you remember getting any type of

06   special food like from a vending machine, from anyone on

07   May 17th, 2021, the day after the inmate was put in the

08   cell with you?

09        A.   No, sir.

10        Q.   Okay.  Did, did Sergeant Ciccone ever speak to

11   you about that inmate?

12        A.   No, sir.

13        Q.   Okay.  Did you tell anybody, now, you claim

14   that Mr. Andrews or the -- let me start again.

15             You claim that the inmate in the cell with you

16   proposed to, to say something that would allow a lawsuit

17   to take place, right?

18        A.   Say that again, sir.

19        Q.   So you, you, you told us earlier that, that

20   the inmate in the cell with you proposed to do something

21   to basically make some money, right?

22        A.   Yeah, to, to try to make a lawsuit against the

23   Department of Corrections.

24        Q.   Okay.  Did you tell anybody about that?

25        A.   No, sir.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    Q.   Why not?  I'm sorry?  Did you tell anybody?

02    A.   No, sir.

03    Q.   I'm sorry.  Why not?  I did not hear,

04  something, there was a noise in the background.

05    A.   No, sir.  No, sir.

06    Q.   But why not?

07    A.   I didn't think he was for real.  Now, I know

08  he's for real.  Or he's lying.  Everything he says, he's

09  lying.

10    Q.   All right.  Are you familiar with the prison

11  rape elimination act?

12    A.   Prison what?

13    Q.   Are you familiar with the PREA, the prison

14  rape elimination act?

15    A.   Yes, sir.  That's, we've got signs everywhere.

16    Q.   Okay.  After the, after May 16th, 2021, did

17  anyone ever question you about a PREA allegation from

18  the inmate who was in the cell with you?

19    A.   I can't remember.  No, because I don't rape

20  nobody, and I didn't cut nobody.

21    Q.   But, but did anyone ever, did anyone, did any

22  FDC staff ever come and speak to you about that?  About

23  an allegation, true or not?

24    A.   I can't remember, no.

25    Q.   Okay.  Did anyone from the Investigator



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01    General's office come and speak to you about a PREA

02    allegation?

03        A.   You people right now.

04        Q.   Well, I'm not from the Inspector General's

05    office.

06        A.   Oh, yeah, Inspector General's office, yes.

07             They, they called me on the phone, and they

08    talked to me about that.

09        Q.   Oh, okay.  Do you remember, so the Inspector

10    General called you on the phone about an alleged PREA

11    incident from May 16th, 2021, or May 17th?

12        A.   I think, yes.

13        Q.   Okay.  When, when, when was that call?

14        A.   I don't, I don't remember, sir.

15             THE WITNESS:  I need to take a leak.  I can't

16    hold it no more.

17             MR. TARJAN:  Okay.

18             THE WITNESS:  The guard is right here.

19    Hey, sir.  I can't wait no more.  All right.

20             MR. TARJAN:  I'll tell you, I don't have any

21    more, I don't have any more questions.

22             THE WITNESS:  Oh, okay.

23             MR. TARJAN:  So it's up to, Ms. Villalpando

24    may though.

25             THE WITNESS:  All right.  Thank you.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01            MS. VILLALPANDO:  I do have questions, but let

02       him go to the restroom first and then we'll

03       proceed.

04            THE WITNESS:  It's only going to take one

05       minute.

06            MS. VILLALPANDO:  Yeah, no problem.  Take your

07       time.

08            THE WITNESS:  Okay.

09            MS. VILLALPANDO:  No rush.

10            THE WITNESS:  I'm sorry.

11            MS. VILLALPANDO:  No, no, no.  I understand.

12            THE WITNESS:  I don't want to pee right here.

13            MS. VILLALPANDO:  Not a problem.  It's all

14       right.

15   BY MR. TARJAN:

16       Q.   Mr. Herrera, I just have a few last questions.

17   During this deposition, how have you been hearing us,

18   through speakers or headphones?

19       A.   I can hear you real good, everything.  I, I

20   hear you by the speaker.

21       Q.   Through speakers, okay.  And you're, you're in

22   the, what part of the, the prison are you located right

23   now?

24       A.   I'm right here in the classification office in

25   the Department of Corrections Institution in Lancaster.
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      Q.   Okay.  Okay.  So you're, you're like

02   physically in the classification office?

03      A.   Yes, sir.

04      Q.   Okay.  And during this deposition, have, have

05   employees been walking around and appearing from time to

06   time?

07      A.   No, sir.  Only one police.  He's supposed to

08   be with me.  He's behind me, but he's minding his own

09   business.

10      Q.   Okay.  How far away is he from you?

11      A.   He's like, let me see, far away, but he can

12   see me.

13      Q.   Okay.  He can see you.  But have, have

14   classification employees, classification officers been

15   walking by you at any point during this deposition?

16      A.   Well, yes.  They, they, they've got their job.

17      Q.   Okay.  And you're in a hallway right now?

18      A.   In the main office.  In the main office right

19   here, in the --

20      Q.   But are you in someone's specific office right

21   now?

22      A.   Yeah, in the main office classification,

23   Lancaster, yes.

24      Q.   Okay.  But it's kind of like an open hallway

25   that you're in right now?



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        A.   No, it's closed.  Nobody, no inmate watching
02   me, no, everything like the hallway by the door.
03        Q.   Well, is there, for example, is there, is
04   there a, is there a woman standing right behind you at
05   this moment, if you turn and look?
06        A.   Yes, a woman.  That's the classification.
07        Q.   Okay.
08        A.   She, she works over here.
09        Q.   Okay.  Now, you, earlier you were, you were,
10   said, you were, I, I'm trying to understand.  You said
11   something about a concern about being called a snitch.
12             Are you concerned that you may, if someone
13   learns about this deposition, that you might be
14   considered a snitch?
15        A.   Say that again, sir.
16        Q.   Are you concerned that from doing this
17   deposition, someone might consider you a snitch?
18        A.   Yes, sir, because it's happening in the
19   office.
20        Q.   Okay.
21        A.   And I don't care.  They can call me whatever
22   they want.  I'm just doing the right thing.
23        Q.   And, and what is a, just so we're clear, what
24   is a snitch?
25        A.   Snitch, I'm telling. I'm telling, I'm telling.
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   What I'm doing right now, I'm trying to, oh, I'm not,

02   I'm not, realize I'm telling the truth.  I'm tell, I'm

03   helping the officer to not get lawsuit because somebody

04   else wants to get money.

05        Q.   Okay.  And if you, so you're concerned that

06   other inmates might find out that you are helping an

07   officer and consider you a snitch?

08        A.   They already know.

09        Q.   Okay.

10        A.   And I don't care.

11        Q.   All right.  Have you received any threats for

12   doing this deposition?

13        A.   No, sir.

14        Q.   Okay.  You said other people know.  How do

15   they know?

16        A.   Say that again, sir.

17        Q.   What do people know about your doing this

18   deposition?

19        A.   I don't understand what you're saying.

20        Q.   Has any, okay, I asked you if anyone

21   threatened you regarding --

22        A.   Oh, every time I come over here to talk to you

23   or phone call, they can, they can figure it out, why you

24   keep going phone call over there, keep going, keep

25   going, keep going to classification for a phone call.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q.    Okay.

02      A.    You know, they figure it out.

03      Q.    If you were to say anything against an

04  officer, could an officer potentially retaliate against

05  you?

06          MS. VILLALPANDO:   Objection.

07          THE WITNESS:  No, no.  No, sir.

08  BY MR. TARJAN:

09      Q.    Are you aware of officers ever retaliating

10  against inmates for anything?

11      A.    No, sir.  No, sir.  Retaliate.  What does that

12  mean, retaliate?

13      Q.    I'm sorry?

14      A.    What, what does that mean, retaliate?  What

15  does that word mean?

16      Q.    Oh, retaliate.  So to take revenge against

17  someone.

18      A.    No.

19      Q.    So for example, have you ever written a

20  grievance against an officer?

21      A.    No, sir.

22      Q.    You've, you've never written a grievance

23  against an officer?

24      A.    Did I write it or, or I read it?

25      Q.    Write.  Have you ever write, written, writing


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                          Page 60

```
01  a grievance?
02       A.   Write a grievance, no, sir.  Only, only on my
03  behavior, on the food, or whatever, but not on an
04  officer.
05       Q.   Okay.  Have you ever heard of someone, an
06  inmate, writing a grievance against an officer and then
07  having an officer retaliate, take action against that
08  inmate because of that grievance?
09       A.   No, sir.
10       Q.   Okay.
11            MR. TARJAN:   All right.  I have no further
12       questions at this time.
13            THE WITNESS:  Yes, sir.
14            MS. VILLALPANDO:  I just have a few, few
15       questions.
16                      CROSS EXAMINATION
17  BY MS. VILLALPANDO:
18       Q.   Mr. Herrera, can you hear me clearly?
19       A.   Yes.  Yes, ma'am.
20       Q.   Okay.  Sir, earlier, you said that you were on
21  RDP, the, the diet program in 2021?
22       A.   Yeah, RDP is a program.  They give you a bag
23  in the morning, I get, they give you, you a bag at lunch
24  and they give you a bag at dinner.
25       Q.   And you were on it in 2021?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      A.   I was on RDP in, I can't remember.  I've been

02  RDP for a long time.  From, from 2010, when it started.

03          They took me off and I came back again, they

04  took me off, and, and now they took me off again.

05      Q.   But do you remember if you were on it in 2021?

06  May 2021?

07      A.   In Columbia?

08      Q.   Yes.

09      A.   Let me think about it.  I don't want to lie.

10      Q.   No, go ahead.

11      A.   Yes.  I think, yes.  I think that was another

12  thing.  I'm not for sure, but I think yes.

13      Q.   And you said the meals come in a bag?

14      A.   The meals come in a bag and the meals come on

15  a tray.  It's all what kind of food you get.

16      Q.   For RDP, correct?

17      A.   Yes.  Yes, ma'am.  The only, the only thing I

18  say, and I'm not lying, God is my witness, no officer

19  paid me to hurt that inmate, no officer, I know, I never

20  raped that inmate, I never cut that inmate, and no

21  officer gave me no food that morning to, to do nothing

22  to that inmate.  That's, that's what I know.

23  Because I know that one hundred percent.

24      Q.   Okay.

25          MS. VILLALPANDO:  Okay.  Those were all my



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        questions.
02              MR. TARJAN:  I have some follow-up questions.
03                    RE-DIRECT EXAMINATION
04   BY MR. TARJAN:
05        Q.   Is that program IDP?
06        A.   RDP, yes, sir.
07        Q.   What does that stand for; do you know?
08        A.   It's a bag.  It's a religion bag.
09        Q.   A what kind of bag?
10        A.   A religion.
11        Q.   Oh, like a --
12        A.   You can, anybody can participate.  You write
13   to the chaplain, they give you the, the --
14              MS. VILLALPANDO:  Can I clear something up,
15         Mr. Tarjan?
16              MR. TARJAN:  Yes.
17              MS. VILLALPANDO:  R as in river, D as in
18         delta, and P as in Peter.  Those are the, the
19         letters.
20              MR. TARJAN:  RDP.
21              MS. VILLALPANDO:  Yes.
22              MR. TARJAN:  Got it.
23   BY MR. TARJAN:
24        Q.   Okay.  Mr. Herrera, can you explain to me, I
25   don't know, what does that mean to get a religious bag?
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  What's, when do you get a, what is a religious bag?

02      A.  Oh, you have to write the chaplain, the

03  chaplain, the chaplain approves you, yes or no, you, you

04  fill out some questions and they approve you, yes and

05  no.

06      Q.  And, and what, what do you get as a result?

07      A.  I, I got, I got approved.

08      Q.  Right, but when you get approved, what do you

09  get out of that?  Like foods?

10      A.  Inside the bag?  Well, you get peanut butter,

11  and jelly in the morning and cereal and then lunchtime

12  you get beans, you get fish, and you get salad.  That's

13  it.  And dinner time you get an orange, you get a banana

14  and beans.  That's, that's the same thing over and over

15  every day.

16      Q.  And, and that's -- that a religious

17  accommodation?

18      A.  Yes, yes, yes, sir.

19      Q.  Okay.  Can I ask what religion you are?

20      A.  Right now?

21      Q.  Yes.

22      A.  I'm Jewish.  I'm Jewish.

23      Q.  You're Jewish.  Okay.  So you're, were you,

24  were you Jewish back in May 2016?

25      A.  No, sir.  I changed my religion.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      Q.    What -- oh.

02      A.    You can change your religion any time you

03   want. That's, that's your right. You write a request --

04      Q.    What was your, what was --

05      A.    You write a request to the chaplain and change

06   your religion.

07      Q.    What was your religion back in May 2016?

08      A.    Christian.

09      Q.    Christian.  Okay.  So was, what, what type of

10   food would come in the food bag back in May 2016?

11      A.    The same thing.  Same thing over and over,

12   every day.

13      Q.    Okay.

14      A.    Nothing changed.

15      Q.    So you said it's like a peanut butter and

16   jelly sandwich for breakfast?

17      A.    In the morning, peanut butter, jelly, cereal,

18   sugar and coffee.  In the lunch, you get an apple, you

19   get a banana, beans.  At dinner time you get a fish, a

20   mackerel or tuna.  I like.

21      Q.    Okay.  And how, does that bag come sealed?

22      A.    Yes, sir.  Yes, sir, it comes sealed.

23      Q.    Is it, what is it sealed in?  Like metal, tin

24   foil, plastic?

25      A.    A plastic bag around so nobody can go inside



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                              Page 65

```
01    there.
02         Q.   Okay.  Is it taped shut or is it like, sealed,
03    like it's fused so it's really shut?
04         A.   No, it's really closed.
05         Q.   Okay.
06         A.   Nobody can, nobody can go inside there.
07         Q.   Okay.  And so back in May, back in May 2021,
08    for breakfast you were given one of those bags?
09         A.   I don't remember.  Like I said, I want to lie,
10    because, you know, I've got a bad memory, I've got to
11    tell you.
12         Q.   Okay.  How big are the bags?
13         A.   Just a little bag.  Just like this.
14         Q.   Well, I can't see.  Can you tell me,
15    describe --
16         A.   Just a little bag like this.  Just a little
17    bag.
18         Q.   Like a couple of inches?
19         A.   Yeah, maybe like seven or eight inches.
20    Yeah, a little-bitty bag.
21         Q.   Okay.  So seven to eight inches.  And is it
22    clear?  Can you see what's inside it from the outside?
23         A.   No, it's a brown --
24         Q.   Let me ask my question.
25         A.   It's a brown bag.
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        Q.   A brown bag?

02        A.   It's a brown, a brown bag.  You're not going

03   to see inside, nobody can touch that food.  Nobody can

04   open it.

05        Q.   Okay.  So it's a sealed plastic bag, it's a

06   brown bag and you can't see inside; is that correct?

07        A.   Yes, sir.

08        Q.   And you don't remember if back in May 2016,

09   you were getting those bags, correct?

10        A.   No, I have to refer to my memory.  No, sir.

11        Q.   Okay.

12             MR. TARJAN:  All right.  I have no further

13        questions.

14             THE WITNESS:  Yes, sir.

15             MR. TARJAN:  Ms. Villalpando?

16             MS. VILLALPANDO:  I don't have any questions.

17             MR. TARJAN:  Okay.

18             So, Mr. Herrera, a, you, at this point, we

19        need to discuss whether you want to have the

20        opportunity to read a version of the transcript.

21             So if a, if a transcript is generated then if

22        you want you can read a copy of the transcript.

23        It's, and see if there's, you know, something that

24        was misstated, you know, like you said a word and

25        then, misunderstood.  You, you would then make the
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01          corrections, like on a separate sheet, and return

02          that and that would be attached to the deposition.

03              Now, if you wanted to make major changes, then

04          I might have the opportunity to come back and

05          re-depose you about, about things like that.  But

06          if for example you, you think a name was

07          misunderstood or misstated, something like that,

08          you would be able to correct that.

09              Do you want to preserve your right to read the

10          transcript?

11          THE WITNESS:  No, the only thing I, the only

12          thing I have to say, the only thing I'm sitting

13          down in the chair because re-reading, I don't care

14          about yesterday, I don't care about tomorrow.  The

15          only thing I care about today, God gave me my food,

16          my breakfast, my lunch and my dinner.  I'm in a

17          good institution; they've got good officers over

18          here and I'm happy and that's it.

19          And I don't rape, I don't rape your client.

20              I don't put no knife on him and I don't want

21          no money, I don't need nothing and I, the only

22          thing I need, be in peace.

23          MR. TARJAN:  Okay.  And my only, and I, I

24          appreciate your saying that.  My question is

25          whether you want to preserve your right to read the



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                      Page 68

```
01        copy of the transcript, yes or no?

02            THE WITNESS:  No, I'm, I'm good.

03            MR. TARJAN:  Okay.  Have my questions today

04        been fair?

05            THE WITNESS:  Yeah, you're a lawyer.

06            MR. TARJAN:  Okay.

07            THE WITNESS:  You're supposed to do. I'm not

08        mad with you.

09            MR. TARJAN:  Have you understood --

10            THE WITNESS:  I'm telling you the truth.

11            MR. TARJAN:  I appreciate that.  Have you

12        understood all my questions today?

13            THE WITNESS:  Yes, sir.

14            MR. TARJAN:  Is there anything you want to

15        correct or state at this point that you haven't

16        said previously?

17            THE WITNESS:  The only thing I say, if I say,

18        some lie, maybe I said the lie because I don't

19        remember.  Like I said, I've got a bad memory.

20        We're talking about three or four years back.

21            This gentleman right here is trying to get

22        money out of the institute.  If I said something

23        that's a lie, well, if you, you know, you're going

24        to have to prove that, you know.

25            MR. TARJAN:  Okay.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                           Page 69

```
01          THE WITNESS:  And my, the lawyer right there
02      -- the only thing I said is what happened to the
03      officer.  That's it.
04          MR. TARJAN:  Okay.
05          THE WITNESS:  So he's not paying me, he's not
06      giving me no money, they don't give me no gained
07      time, they've not give, nobody gave me nothing.
08      I'm over here sitting on my own will.
09          MR. TARJAN:  Have you had any contact with
10      Mr. Andrews since May 2021?
11          THE WITNESS:  No, sir.
12          MR. TARJAN:  Okay.  All right.  I have no
13      further questions.
14      Ms. Villalpando, anything?
15          MS. VILLALPANDO:  No.
16          MR. TARJAN:  All right.
17      Thank you, Mr. Herrera.  You're fee to go.
18      The deposition is concluded.
19          THE WITNESS:  Okay.  Okay.  God bless you.
20          MS. VILLALPANDO:  Thank you.  And, Ms. Court
21      Reporter, are you there?
22          COURT REPORTER:  yes.
23          MS. VILLALPANDO:  We're going to be requesting
24      a copy.  Just regular, like regular mail.  I
25      believe Mr. Tarjan can provide us, I guess, your
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        contact information or, how, how do we request one?
02        A copy?
03            COURT REPORTER:  That's fine.  I'll put the
04        order in for you.
05            MS. VILLALPANDO:  Okay.  Thank you.
06            MR. TARJAN:  And, and I'm going to, I'm going
07        to order electronic copy.  No rush, just regular
08        service, just electronic.
09            MS. VILLALPANDO:  Same.
10            THE WITNESS:  Juanita, excuse me.
11        Ms. Juanita?
12            MS. VILLALPANDO:  Yes, Mr. Hererra?
13            THE WITNESS:  Can I say something before I go?
14            Do, do I have to come back to you people, talk
15        to again, or do I have to come back to court, do I
16        have to say something?
17            MS. VILLALPANDO:  At this moment, I cannot say
18        whether we'll be calling you again.
19            THE WITNESS:  I don't care.  As long as I'm
20        trying to help you, I'll come back.
21            MS. VILLALPANDO:  Okay.  Thank you.
22            THE WITNESS:  Because really, I'm trying to
23        help the officer because the inmate's lying.
24            MS. VILLALPANDO:  Okay.  Thank you,
25        Mr. Herrera.
```


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025                          Page 71

```
01          THE WITNESS:  I've never raped nobody in my

02      life, and I never put in no knife in his neck or

03      whatever he's trying to do.

04          Now, if I'm lying, something a little bit,

05      because I don't remember, but I swear to God, I

06      never raped him, I never put no knife, no officer

07      never gave me no food, no officer put me no knife,

08      no officer never gave me no money.  I know that's

09      the truth and the truth.  That's the only --

10          MR. TARJAN:  Okay.  Mr. Herrera, thank you so

11      much.  Is there anything else we need to discuss,

12      Ms. Villalpando or?

13          MS. VILLALPANDO:  Not at this moment.

14          MR. TARJAN:  Okay.  Thank you everybody.

15      Take care.  Bye-bye.

16          THE WITNESS:  Bye.

17          MS. VILLALPANDO:  Bye.

18          (Deposition concluded at 11:30 a.m.)

19          (Reading and signing of the deposition by the

20      witness have been waived.)

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01                    CERTIFICATE OF REPORTER

02      STATE OF FLORIDA

03      COUNTY OF MIAMI-DADE

04

05           I, NATALIE ACEBAL, Court Reporter and Notary
        Public for the State of Florida, do hereby certify that
06      I was authorized to and did digitally report and
        transcribe the foregoing proceedings, and that the
07      transcript is a true and complete record of my notes.

08           I further certify that I am not a relative,
        employee, attorney or counsel of any of the parties,
09      nor am I a relative or employee of any of the parties'
        attorneys or counsel connected with the action, nor am
10      I financially interested in the action.

11

12           Witness my hand this 26th day of February, 2025.

13

14

15
        _____
16      NATALIE ACEBAL, CER, COURT REPORTER
        NOTARY PUBLIC, STATE OF FLORIDA
17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01                    CERTIFICATE OF OATH

02     STATE OF FLORIDA

03     COUNTY OF MIAMI-DADE

04

05          I, NATALIE ACEBAL, the undersigned authority,
       certify that ANGEL HERRERA, appeared before me remotely
06     pursuant to Florida Supreme Court Order AOSC20-23 and
       was duly sworn on the 25th day of February, 2025.

07

08          Witness my hand this 26th day of February, 2025.

09

10

11

12
       _____
13     NATALIE ACEBAL, CER, COURT REPORTER
       NOTARY PUBLIC, STATE OF FLORIDA
14     Commission No.:  HH 304072
       Commission Exp:  09/05/2026
15

16

17

18

19

20

21

22

23

24

25
```


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

---

**1**

**1**
32:23

**100**
22:3

**10:06**
5:6

**11:30**
71:18

**13**
5:2

**13th**
5:5

**140**
20:23,25

**150**
20:23,24,25 22:7,8

**160**
20:23 22:3,7,8

**16th**
6:11 21:12,15 23:3
26:13 29:1,17
30:15 31:19 33:5
38:6 41:4 47:23
49:23 50:2 53:16
54:11

**17th**
47:24 49:6 50:20,
24 52:7 54:11

---

**2**

**20**
23:3

**2001**
7:15

**2006**
28:16

---

**2009**
11:21,24

**2010**
61:2

**2011**
36:5,11,12 39:23
40:1

**2016**
63:24 64:7,10 66:8

**2021**
6:11 12:9 16:8
19:15 20:8,22
21:12,15 23:4
25:14,18 26:8,13
29:1 38:15 41:4
47:24 49:23 50:2,
20 51:19 52:7
53:16 54:11 60:21,
25 61:5,6 65:7
69:10

**2025**
5:2,5

**2029**
12:8

**2033**
12:6

**21**
28:16

---

**3**

**30s**
21:25

**3:23-cv-88-mmh-
sjh**
5:9

---

**4**

**4/10/67**
11:2

---

**40s**
21:24

**4213**
18:12

---

**6**

**6th**
21:12

---

**A**

**a.m.**
5:6 71:18

**ability**
9:12

**able**
8:1 67:8

**about**
5:15 10:15 12:16
13:25 14:5,18 16:6
19:2 21:22 22:12,
19 25:16 26:5
27:6,9,19 28:3,18,
19 30:4 32:1,4,11
33:6,8,10 34:5,13,
14 35:21 42:13,16
44:12 45:7,8 46:3
49:16 50:5 51:7
52:11,24 53:17,22
54:1,8,10 57:11,13
58:17 61:9 67:5,
14,15 68:20

**accept**
42:13,18 43:6,8,
14,17,18 44:1

**accommodation**
63:17

**accuse**
16:15 34:6

**ACI**

---

36:13

**act**
53:11,14

**action**
41:16 44:6,14,25
45:4 60:7

**actually**
22:14

**affect**
14:3

**after**
6:6 23:4 47:6
50:24 52:7 53:16

**again**
11:22 12:25 14:10
18:21 22:13 25:15
29:16 30:11 34:20
37:5 42:6 44:23
47:4 49:25 50:22
52:14,18 57:15
58:16 61:3,4
70:15,18

**against**
6:19,20,24 20:1
32:24 33:6 35:22
41:16 44:7,14,22
45:1,4 52:22 59:3,
4,10,16,20,23
60:6,7

**ago**
12:18,19 13:25
14:2 46:13,15

**ahead**
27:24 31:4 35:10
61:10

**alcohol**
9:9

**Alexander**
6:1

**all**
6:4 8:12,18,19,24

---



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

9:11 12:3 14:13
15:1,4,15 16:4
17:2,17 19:2,6,14
20:24 24:24 25:17
30:4 33:8 34:10
35:21 37:3 39:4,17
41:14,19,23 42:16,
17 43:2,21 45:21
49:8 53:10 54:19,
25 55:13 58:11
60:11 61:15,25
66:12 68:12 69:12,
16

**allegation**
53:17,23 54:2

**alleged**
54:10

**allow**
52:16

**already**
58:8

**also**
8:12 28:12

**always**
14:8 20:23

**am**
11:6 14:14

**Amendment**
6:20

**Andrews**
5:8,24 6:16 18:18,
20,22 19:11,14,25
21:13 35:13 37:10
46:12 52:14 69:10

**Angel**
5:1,7,13 6:5 9:24
11:1 32:24 33:22

**Annex**
6:12 12:9 16:7
17:1,18 19:15
24:25 25:8,18

27:12 28:7,20
37:11,19 51:19

**another**
25:20 30:21 31:5,8
45:1 61:11

**answer**
8:5 9:5,12,20
24:17 42:5 45:11

**answering**
6:18 8:6

**answers**
8:16

**anxiety**
16:1

**any**
8:15,18 9:9 11:18
13:20,21 15:7,8
23:6,13,22 24:1,10
26:4 29:2 30:17
34:13,15 35:6,18
37:6,8 41:9 44:21,
25 49:12,22 50:1,
21,23 51:11,14,15,
21 52:5 53:21
54:20,21 56:15
58:11,20 64:2
66:16 69:9

**anybody**
25:9 37:4,8 52:13,
24 53:1 62:12

**anyone**
21:14 51:6,7 52:6
53:17,21,25 58:20

**anything**
9:11,14 22:11
31:20 32:4,12
44:25 46:5 49:16
51:8 59:3,10 68:14
69:14 71:11

**anywhere**
28:22,23

**Apalachee**
36:14

**apologize**
8:25 28:19

**appearing**
56:5

**apple**
64:18

**appreciate**
15:13 30:12 40:23
67:24 68:11

**approve**
63:4

**approved**
63:7,8

**approves**
63:3

**approximately**
5:6

**arm**
10:21

**around**
15:24 16:2 56:5
64:25

**arrive**
16:9

**Ashley**
11:6

**ask**
6:17 7:24 8:4,5,8,
14,19,21 9:17
23:21 29:15 40:1
51:7 63:19 65:24

**asked**
7:4,20 8:20 51:6
58:20

**asking**
16:5 23:17 30:2,10
39:5 45:7 46:22

49:16,17

**ass**
31:9

**assert**
6:20

**assume**
9:20

**attached**
38:20 67:2

**attitude**
42:3,9

**attorney**
46:12

**authorized**
49:18

**aware**
45:3,10 59:9

**away**
33:13 38:11 56:10,
11

---

**B**

**back**
10:5 11:13 19:15
20:22 21:11 24:25
26:8 28:16,25
29:23 40:3 41:4
49:4 51:19 61:3
63:24 64:7,10 65:7
66:8 67:4 68:20
70:14,15,20

**background**
53:4

**bad**
12:13,15 14:14
15:11 19:20 24:3
29:24 36:8 50:8
65:10 68:19



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

**bag**
24:6 60:22,23,24
61:13,14 62:8,9,25
63:1,10 64:10,21,
25 65:13,16,17,20,
25 66:1,2,5,6

**bags**
65:8,12 66:9

**banana**
63:13 64:19

**based**
25:3 43:5

**basically**
37:4 41:16 46:22
52:21

**beans**
63:12,14 64:19

**bearing**
30:12

**because**
7:25 14:14 17:5,7,
8,9,19 18:15 22:5
25:25 30:5 31:7
35:16 36:5,6
37:22,23 38:11,12
40:24 45:19,20,22,
23 46:4 50:7,11
53:19 57:18 58:3
60:8 61:23 65:10
67:13 68:18 70:22,
23 71:5

**before**
6:15,16 7:2,7,8,9
13:14 21:4 25:1
30:17,21,25 37:12
38:6,7 70:13

**begin**
6:16 14:12

**behalf**
5:23 6:1

**behavior**
60:3

**behind**
56:8 57:4

**believe**
6:18,23 37:11
69:25

**belong**
24:7

**best**
12:14

**between**
20:23,24

**big**
65:12

**bit**
71:4

**Black**
21:19,21,22 38:2

**blade**
39:21,22

**bless**
69:19

**Bloods**
42:14,15,18 44:6

**body**
7:16

**born**
11:2

**break**
8:18,21,22 50:10

**breakfast**
23:23 47:21,25
48:1,3,15,19
51:18,23 64:16
65:8 67:16

**Brian**
18:18,19

**brief**
50:18

**brought**
26:22 31:18 41:23

**brown**
65:23,25 66:1,2,6

**bunch**
29:1

**business**
45:12 56:9

**butter**
63:10 64:15,17

**buy**
24:12 47:10 49:14

**Bye**
71:16,17

**Bye-bye**
71:15

**Byron**
5:8,23 6:16 18:20,
22 19:10,14,25
46:12

-------

**C**

**C-A-M-A-C-O**
27:19

**C-O-O-P-E-R**
28:4

**call**
46:16,20 47:5
54:13 57:21 58:23,
24,25

**called**
6:6 42:15 43:3
54:7,10 57:11

**calling**
70:18

**Camaco**

**27:19,20 28:8,10,**
12,15

**Camaco's**
28:12

**came**
48:12 61:3

**can**
6:12,20,22 8:22
9:4,5 10:10,11
12:14 22:2 28:22,
23 29:21,22 32:23,
24 33:22,23 37:13
40:1 42:5 43:17
45:16 50:9,10,17
55:19 56:11,13
57:21 58:23 60:18
62:12,14,24 63:19
64:2,25 65:6,14,22
66:3,22 69:25
70:13

**can't**
8:24 14:1 16:10
17:16 18:14 21:24
23:10,23 24:16,19
27:11 39:8 43:7
48:11 50:8,12
51:13 53:19,24
54:15,19 61:1
65:14 66:6

**cannot**
8:13 27:18 70:17

**Captain**
27:19,20 28:3,4,6,
15,19,22

**Captains**
28:24

**care**
14:18 57:21 58:10
67:13,14,15 70:19
71:15

**case**
5:8,9,15 7:10,11,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

12,13 18:23

**catch**
18:1,4

**caught**
18:8

**caused**
13:11

**cell**
18:12,13 20:7,15
21:12,14,17 23:3,
5,6 25:21,25 26:4,
13,14,19,23 29:3,
9,17 30:7,14,17,
20,21 31:6,7,13,
14,18,23 32:5,9,
18,22 33:5,13
35:24 40:2 41:5,6,
10 47:7,23 49:24
50:3,25 51:8,12,16
52:8,15,20 53:18

**cereal**
63:11 64:17

**chair**
46:4 67:13

**Chandra**
7:11,13,15

**change**
64:2,5

**changed**
63:25 64:14

**changes**
67:3

**chaplain**
62:13 63:2,3 64:5

**chow**
36:8,21 40:10,13,
14

**Christian**
64:8,9

**chute**
37:11,14 38:4

**Ciccone**
5:9 6:1 21:1 22:21
23:6,13,21,25
24:14 46:23 47:6,
14,19,24 48:5,6,
10,18 49:5,9,12,
17,23 50:2,21,23
52:10

**circle**
49:4

**civil**
7:10

**claim**
52:13,15

**claiming**
34:19,22 35:7

**claims**
35:13 37:10

**classification**
11:5 15:19,21
46:17 55:24 56:2,
14,22 57:6 58:25

**cleanly**
8:1

**clear**
12:5 24:20 32:3
47:22 57:23 62:14
65:22

**clearly**
60:18

**client**
67:19

**close**
25:1,4 37:12

**closed**
57:1 65:4

**CM**
11:25 16:11,12,13,

18,21,25 17:5,9,
15,18 18:10,14
22:25 38:7,8,11,15

**CM-**
32:22

**CM-1**
16:14 18:17 25:6,
7,9,12,14,17,18,
21,25 26:4,6,10,
17,18 31:19,22
32:1,4 41:6

**CM-2**
25:10 26:5

**CM-3**
25:11 26:5

**co-counsel**
46:15

**coffee**
64:18

**cold**
9:13

**Columbia**
6:12 12:9 16:7,11,
17,19,21 17:1,3,6,
18,22 18:3,7 19:15
21:10 24:25 25:8,
17 27:12 28:7,14,
20 31:25 37:11,19
51:19 61:7

**come**
10:12 23:6 45:25
53:22 54:1 58:22
61:13,14 64:10,21
67:4 70:14,15,20

**comes**
31:5 64:22

**company**
10:5

**compound**
15:4,6

**computer**
40:25 41:1

**concern**
57:11

**concerned**
57:12,16 58:5

**concluded**
69:18 71:18

**confinement**
6:12 16:16 18:9
22:24 27:15 28:9,
13,20,23 29:13

**consider**
57:17 58:7

**considered**
39:11 57:14

**contact**
51:15 69:9 70:1

**continue**
16:5 30:10

**contraband**
39:11

**conversation**
33:10,12,18 35:9

**convicted**
11:17

**Cooper**
28:3,4,6,19,20

**copy**
66:22 68:1 69:24
70:2,7

**correct**
10:23 11:21 22:25
25:1,22 26:1 61:16
66:6,9 67:8 68:15

**Correctional**
11:3,5 36:14

**corrections**
12:2 15:24 19:10



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

49:19 52:23 55:25
67:1

**correctly**
8:25

**could**
5:11 6:19,23 10:16
43:18 59:4

**Counsels**
5:21

**couple**
29:22 33:15 65:18

**court**
5:4,14,20 6:2 7:5,
25 8:10,12 10:4,
15,23 11:8,10,15
69:20,22 70:3,15

**creating**
16:1,3

**crimes**
11:18

**criminal**
6:19,24 7:10

**CROSS**
60:16

**Crosstalk**
46:6

**Cuba**
11:2

**cuffed**
30:15

**cut**
16:24 17:8,9,11,
13,14,19,22 18:3,7
36:3,4,5,6,7,19,21
37:1,4,8,22 38:3,
10,24 39:18,22
40:7,8 46:2 53:20
61:20

**cutting**
16:18,22,25 17:5,

8,20 38:9

---

## D

**D.C.**
7:9,16

**date**
5:5 12:5,6

**day**
23:4 50:20,24 52:7
63:15 64:12

**days**
15:8 36:7

**deal**
33:23

**defendant**
6:1 30:4

**deliver**
23:25

**delta**
62:18

**department**
11:6 12:2 15:23
19:10 49:19 52:23
55:25

**deposed**
7:19

**deposition**
5:1,7 7:1,23 9:1
15:10 55:17 56:4,
15 57:13,17 58:12,
18 67:2 69:18
71:18,19

**describe**
22:2 29:21 34:1
65:15

**description-wise**
22:12

**despite**
26:18

**didn't**
18:7 24:9 28:18
53:7,20

**die**
36:23

**diet**
60:21

**dinner**
23:24 48:3 60:24
63:13 64:19 67:16

**DIRECT**
6:8

**disciplinary**
32:19

**discuss**
34:17 66:19 71:11

**discussed**
32:13

**discussion**
32:10,11 34:15

**DNA**
35:16,17,18

**doctor**
14:5

**don't**
8:21 9:1,2,16 13:9,
18 14:4,13,18
15:7,8 16:10,19,22
17:6,22 19:16,17,
18 20:10,11,14
21:4,7 22:10 23:11
24:11,12,17 26:16
29:5 30:1 31:21,
24,25 32:6,8,14
33:16 34:16 35:3,
4,18 36:1 37:23
39:14 42:11 43:8,
12,14 45:10,12,19
46:2 48:11,21
49:7,10,21 50:15
53:19 54:14,20,21

55:12 57:21 58:10,
19 61:9 62:25 65:9
66:8,16 67:13,14,
19,20,21 68:18
69:6 70:19 71:5

**done**
7:8

**door**
26:16 31:9 32:1
57:2

**doors**
37:12

**dorm**
6:12 12:11 16:9
18:13 22:22,24
28:1,7,16

**down**
7:6 45:18,23 46:4
67:13

**drugs**
9:9 31:11 37:7

**dude**
27:11 38:2

**duly**
6:7

**dumb**
39:5

**during**
9:1 12:11 47:5
55:17 56:4,15

---

## E

**each**
7:25

**earlier**
52:19 57:9 60:20

**early**
51:21,22



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

eat
40:12,14

eight
20:20,21 22:18
36:7 46:13 65:19,
21

electric
39:16

electronic
70:7,8

elimination
53:11,14

else
25:9 58:4 71:11

employees
15:24 56:5,14

ended
17:15 18:9

enough
39:10

entered
12:4

entitled
49:13

escort
29:8,12,19

essentially
39:11

Everglades
17:8,12,13

every
7:23 17:9 58:22
63:15 64:12

everybody
48:7 71:14

everything
7:6 8:1 53:8 55:19
57:2

everywhere
53:15

EXAMINATION
6:8 60:16 62:3

example
32:19 34:13 42:14
44:12 57:3 59:19
67:6

excuse
32:20 35:11 70:10

explain
62:24

---

**F**

face
16:18 36:6 37:1,
22,23,24

fair
9:21 29:25 39:10
68:4

false
45:20

familiar
21:1 27:3 42:14
44:10,13 53:10,13

far
56:10,11

fat
22:1

Father
28:11

favors
37:7

FDC
19:4 53:22

February
5:2,5

fee

69:17

feel
6:18

few
55:16 60:14

FFP
17:7 25:11

Fifth
6:20,22

fight
51:11

fighting
32:11

figure
58:23 59:2

filed
19:25 20:4

fill
63:4

find
10:10 58:6

fine
8:19 16:4 50:16
70:3

finish
8:5,20

first
6:6 26:9 30:15
55:2

fish
63:12 64:19

five
20:20,21 22:18
29:23 46:13

flap
48:8,10 52:4

Florida
11:21,23 12:2 19:9

49:19

foil
64:24

follow-up
62:2

follows
6:7

food
23:6,14,22 24:1,
10,11,15,22,23
37:7 46:23 47:6,9,
10,15,16,19,24
48:6,12,13,15,18,
24,25 49:5,7,9,10,
11,12,18,21 52:6
60:3 61:15,21
64:10 66:3 67:15
71:7

foods
63:9

forget
12:17,18

forgetting
12:22

form
37:6

found
7:16 38:14

foundation
41:18 42:24

four
12:22 13:25 14:2
29:23 68:20

friendly
43:22

from
5:14 6:11 12:18
19:4,9 24:15,22
25:5 52:6 53:17,25
54:4,11 56:5,10


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

57:16 61:2 65:22

**front**
36:8

**FTC**
49:13

**full**
9:23,24

**further**
60:11 66:12 69:13

**fused**
65:3

**future**
9:3 33:24

---

**G**

**gain**
12:7

**gained**
69:6

**games**
35:20

**gang**
41:12,21,22,24
42:14,19 43:2,6,
17,20,21,22 44:7

**gangs**
41:15,16,25 42:3,
9,13 43:18,25 44:5

**gave**
24:8,10,11 46:23
47:6,9,14,24
48:12,14,18,22,24
61:21 67:15 69:7
71:7,8

**gay**
42:16 43:22

**general**
36:8 54:10

**General's**
54:1,4,6

**generated**
66:21

**gentleman**
68:21

**get**
14:22 15:5,7,8
16:8 17:4 18:7
23:24 35:20,23
39:4,6 45:19 58:3,
4 60:23 61:15
62:25 63:1,6,8,9,
10,12,13 64:18,19
68:21

**gets**
48:7

**getting**
12:1 14:15 15:3
52:5 66:9

**gifts**
45:4

**give**
5:15 8:15 10:17
23:6,13,21 24:6,
14,21,23 27:2
33:24 47:19 48:4,6
49:5,10,18,21
60:22,23,24 62:13
69:6,7

**given**
7:1 39:12 48:25
49:9,12,18 65:8

**giving**
15:9,18 45:3,8
69:6

**go**
7:22 14:13 17:9,25
19:5 27:24 28:22,
23 31:4,6 33:18
35:9 36:22 37:13

40:1,14 49:15
50:13,15,17 55:2
61:10 64:25 65:6
69:17 70:13

**God**
61:18 67:15 69:19
71:5

**going**
7:22,24 8:14 9:20
12:13 17:25 18:3,6
19:1,3,4 27:5
28:25 29:15 31:7
36:24 39:17 40:24,
25 41:3,4 50:7
51:3 55:4 58:24,25
66:2 68:23 69:23
70:6

**good**
12:23 13:1 17:21
31:13 55:19 67:17
68:2

**grievance**
59:20,22 60:1,2,6,
8

**ground**
7:23

**group**
43:22

**guard**
15:23 54:18

**Guards**
51:24

**guess**
14:11 41:14 69:25

**guy**
19:16

---

**H**

**had**
13:14,15,17,23

14:8 16:9 25:8,10,
11,12,13 26:3,4,9
38:13 69:9

**hair**
22:9

**hall**
36:8,21 40:10,11,
13,14

**hallway**
56:17,24 57:2

**hand**
5:10,12 10:25

**handle**
38:18

**happen**
33:12

**happened**
12:21 13:2 14:16
36:22 69:2

**happening**
57:18

**happy**
67:18

**hard**
22:5 45:24,25

**harmful**
51:8

**has**
10:7 12:2 37:3
44:20,24 49:9,12,
18 58:20

**haul**
31:9

**Havana**
11:2

**have**
7:1,8 9:1,2 10:11,
12,21 11:17,23
12:12,15,23 13:1,

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

7,17 14:5,8,13,14
15:5,25 17:14
21:5,7 22:9 24:11
25:24 26:16 31:23
33:15 35:6,18,24
36:1,3,4 37:3,6,7,
12 38:19,24 39:18
41:5,9,12 43:2
44:21 47:10 48:1
49:1,11,13 50:14
51:11 52:3 54:20,
21 55:1,16,17
56:4,13 58:11
59:19,25 60:5,11,
14 62:2 63:2
66:10,12,16,19
67:4,12 68:3,9,11,
24 69:9,12 70:14,
15,16 71:20

**haven't**
68:15

**having**
6:6 16:2 32:10
51:14 60:7

**he**
10:21,22 20:6
21:9,21 24:6,8,10,
11,12,21,23 27:23,
25 28:1,16 31:10,
13 32:17,22,23,24
33:1,20,21,24
34:1,4,5,6,7,12,16,
18 35:11,12,15,20,
22 36:6,7,22,23,25
37:10,22,23 38:2
46:23 47:9 49:10,
18,21 53:7,8
56:10,11,13

**he's**
14:22 20:3,4 27:11
31:12,13 33:3,19
34:3,7,8 35:19
36:24 45:22 53:8
56:7,8,11 69:5

71:3

**head**
8:13,14 9:13 13:11

**headphones**
55:18

**hear**
6:12 21:4 22:6
53:3 55:19,20
60:18

**heard**
43:2 60:5

**hearing**
55:17

**heavyset**
22:1

**height**
22:19

**Hell**
43:9

**help**
12:13 14:19,25
32:24 33:22 45:19,
23 70:20,23

**helping**
58:3,6

**Henry**
36:18 40:8

**her**
8:25 9:4,5 10:12

**here**
5:7 6:10 9:2,8 11:4
14:15,24 15:3,14,
15,21 16:4 19:5
23:17 27:3 45:18,
23,25 54:18 55:12,
24 56:19 57:8
58:22 67:18 68:21
69:8

**Hererra**
70:12

**Herrera**
5:1,8,13 6:5,10
9:24 10:10 11:1,17
19:6 31:4 32:25
55:16 60:18 62:24
66:18 69:17 70:25
71:10

**Hey**
54:19

**HH482192**
11:6

**Hi**
10:16

**higher**
5:11

**him**
10:8,21 14:21,22
19:4,17,18 20:3,
12,16 21:7,13 24:5
30:4,6,8,9 34:6,9,
10 35:1,2,8,11,13,
15,16,17 36:6,8,
19,21,22 37:1,23
38:3 45:21 46:2
55:2 67:20 71:6

**his**
10:21 36:6,25
45:24 46:1 56:8
71:2

**history**
38:12

**hit**
13:11 30:8

**hold**
22:25 50:8,12
54:16

**homosexual**
41:15 42:17 43:23
44:14

**homosexuality**
42:3,10,18 43:6,8,

14,19 44:1

**homosexuals**
43:17 44:7,14

**hospital**
36:23

**hours**
33:15

**hundred**
22:7 61:23

**hurt**
61:19

---

**I**

**I'D**
16:11 21:5

**I'LL**
12:22 19:24 33:23
54:20 70:3,20

**I'M**
7:18,22,24 8:9,14
9:20 10:4,15 11:2
12:1,13 13:20
14:11,15,18,23,24
15:1,3,5,6,11,14,
15,21 16:20,23
18:15,19,20,23
19:1,3,4,22 23:17
24:8,19 25:13
26:4,5 27:5 29:15
30:2,11,24 34:12
35:5,8 39:5,9
40:21,25 41:3,14
45:7,19,21,23
46:1,4,21 48:17,23
49:11,16,17 51:3
52:2 53:1,3 54:4
55:10,24 57:10,22,
25 58:1,2 59:13
61:12,18 63:22
67:12,16,18 68:2,
7,10 69:8 70:6,19,


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

22 71:4

**I'VE**
7:7 13:14 15:11
19:20 24:2 29:1,23
61:1 65:10 68:19
71:1

**idea**
51:21

**IDP**
24:2,3,4,5 62:5

**impair**
9:12

**improper**
49:16

**in**
5:8,15 7:9,15,23
10:6,8,16 11:2,5,
20,23,25 12:9,11,
21 13:10,11 15:4,
14,19,21 16:9,11,
12,14,16,17,18,19,
21,25 17:3,5,6,7,8,
15,18,21,22 18:1,
3,4,9,12,14,17,23
19:15 20:4,7,15,22
21:9,11,12,14,17,
24 22:21 23:3,5
24:2,25 25:6,7,9,
10,11,12,13,17,18,
20,24 26:4,8,9,13,
14,19 27:14 28:1,
7,8,9,12,14,16,20,
21 29:3,12 30:14
31:8,25 32:1,5,9,
18,22 33:5,13,24
34:4 35:24 36:4,5,
8,11,19,21 37:1,4,
6,8,11,13,22,23,24
38:3,7,8,11,15
39:4,6,14 40:1,2,8,
10,17,19,24 41:1,
5,6,9,25 42:19
43:6,19 44:1,7,14,

20,24 46:4 47:7,23
48:7,10 49:24
50:2,24 51:8,12,
15,19,20,22 52:4,
7,15,20 53:4,18
55:21,24,25 56:2,
17,18,19,20,22,25
57:18 60:21,23,25
61:1,5,7,13,14
62:17,18 63:11,24
64:7,10,17,18,23
65:7 66:8 67:13,
16,22 70:4 71:1,2

**inches**
65:18,19,21

**incident**
6:11 16:6 54:11

**individual**
23:5 26:14

**influence**
9:9

**information**
10:18 70:1

**infraction**
32:19

**inmate**
11:3 14:18,19
21:18,19 25:20
26:4,9,12 29:3,8,
12,16 30:14,18,21
31:5,8,9,18 32:5,9,
17,22 33:4,13
34:21 36:17 38:1
44:22 45:1 47:7,
11,22 49:15,23
50:2,24 52:3,4,7,
11,15,20 53:18
57:1 60:6,8 61:19,
20,22

**inmate's**
70:23

**inmates**
12:3 22:25 25:5
45:4,5,8 58:6
59:10

**inside**
6:12 20:5 30:7,18
31:6 32:21 34:9
35:16,17 41:6 49:7
63:10 64:25 65:6,
22 66:3,6

**Inspector**
54:4,6,9

**institute**
68:22

**institution**
11:3,5 28:21 36:14
55:25 67:17

**interaction**
49:22 50:1,21,23

**interrupt**
10:4

**interrupted**
13:21

**into**
29:17 30:21

**introduce**
5:21

**Investigator**
53:25

**involves**
6:11

**issues**
13:8 14:6,9,12

**it's**
8:9 13:4 17:19
22:5 29:22 32:16
40:5 41:1 54:23
55:4,13 56:24
57:1,18 61:15 62:8
64:15 65:3,4,23,25

66:2,5,23

**items**
23:7,14,22 45:4

---

**J**

**jelly**
63:11 64:16,17

**Jewish**
63:22,23,24

**job**
14:23 30:11 46:1
56:16

**Jones**
10:16 11:7

**Joseph**
14:19

**Joshua**
5:23

**Juanita**
5:25 14:25 46:10
70:10,11

**judge**
9:2

**just**
6:16 7:18,22 8:9,
19 10:5,16,20
13:2,18 14:22,23,
24 19:1,22 24:18
26:5 30:2,11
35:20,22 36:24
40:21 43:18 48:17
49:17 51:3 55:16
57:22,23 60:14
65:13,16 69:24
70:7,8

---

**K**

**keep**
58:24,25



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

kept
25:5

key
26:16

killed
7:15

kind
9:13 23:14 34:13
35:6 39:20 41:9
51:11,15 56:24
61:15 62:9

Kings
43:3,6 44:12,13

knew
26:17 32:22

knife
14:21 30:5,6
34:10,14 35:14,15,
24 36:1 38:11
67:20 71:2,6,7

know
8:8 9:4,12 13:7,9
14:4,13 15:5
16:11,17,22 18:14,
19,23 19:16 20:11,
14 21:4,5 22:10
24:3 28:22 29:11
30:3,11 31:24
32:6,18 33:11,16
34:6,7 35:23 38:2
40:24 41:21 42:11
43:5,12 45:11,12
48:12,21 51:18
53:7 58:8,14,15,17
59:2 61:19,22,23
62:7,25 65:10
66:23,24 68:23,24
71:8

knowledge
42:2 43:5,25 44:5,
6 49:20

## L

L-U-I-S
10:1

lack
41:17 42:24

lady
10:14

Lancaster
11:3,4 55:25 56:23

last
13:23 55:16

later
33:14,15 36:7

Latin
43:3,6 44:12,13

lawsuit
6:10 20:1,4 32:23,
25 33:6,23 35:22
52:16,22 58:3

lawyer
68:5 69:1

lead
6:19,23

leading
47:1,17

leak
50:6,8 54:15

learns
57:13

least
29:18

legal
39:25 40:1,5,6

let's
42:13

letters
62:19

level
16:13

Levy
7:11,13,15

lie
18:14 23:16 30:1,5
34:11 35:16 41:3
61:9 65:9 68:18,23

life
20:24 36:25 71:2

little
5:11 12:13 22:5
49:8 65:13,16 71:4

little-bitty
65:20

located
10:19 55:22

location
37:12

long
12:18 13:17,18
22:9 35:9 50:7
61:2 70:19

long-term
13:4,7

look
57:5

looked
12:3

Luis
6:5 9:24 10:3 11:1

lunch
23:23 48:3 60:23
64:18 67:16

lunchtime
63:11

lying
14:19 16:20 18:15
33:8 34:7,8 35:19

40:25 45:20,22
53:8,9 61:18 70:23
71:4

## M

ma'am
11:11 60:19 61:17

machine
24:15,22 52:6

mackerel
64:20

mad
68:8

made
34:18,21

mail
69:24

main
56:18,22

major
67:3

make
8:6,25 9:5 19:2
32:23,25 33:23
35:22 46:1 52:21,
22 66:25 67:3

makes
9:4

making
30:7 33:6 45:20

male
46:11

management
25:1,4

Manley
27:4

many
17:14 29:8 39:18



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

**mate**
31:23

**max**
12:7

**may**
6:3,11 8:25 9:2
12:9,21 16:8 20:7,
22 21:11,12,14
23:3 25:14,18
26:8,13 29:1,17
30:15 31:19 33:5
38:6,15 39:5 41:4
46:1 47:23 49:6,23
50:2,20,24 51:19
52:7 53:16 54:11,
24 57:12 61:6
63:24 64:7,10 65:7
66:8 69:10

**maybe**
17:20 19:22 21:24
22:3 24:6,8 65:19
68:18

**me**
6:13 7:20 8:4,9
9:17 10:5,20 12:3,
16 15:4,25 16:5,
12,20,21 17:21,24
18:1,4,17 22:18
23:15,16,21 24:6,
7,10,11,12,23 27:2
30:1,7,10,12
32:20,22,23,24
33:1,8,10,19,22,25
34:7,10,17 35:11
36:6,7,24 38:7,11,
13 45:18,22 46:9
47:9,10 48:4,12,
22,24 49:4,10,14,
21 52:14 54:7,8
56:8,11,12 57:2,21
60:18 61:3,4,9,19,
21 62:24 65:14,24
67:15 69:5,6,7
70:10 71:7,8

**meal**
23:14,22

**meals**
61:13,14

**mean**
12:7 59:12,14,15
62:25

**medical**
14:6

**medication**
9:9 13:19,21

**member**
41:22

**memory**
12:13,15,19,24
13:1,4,7 14:3,6,8,
12 19:20 29:24
46:22 47:5 65:10
66:10 68:19

**mentioned**
29:1

**metal**
38:19 64:23

**Mexico**
36:5

**middle**
9:25

**might**
33:15 57:13,17
58:6 67:4

**mind**
50:15

**minding**
56:8

**minute**
55:5

**mirror**
36:25

**misstated**
66:24 67:7

**mistake**
46:1

**misunderstood**
66:25 67:7

**moment**
8:21 57:5 70:17
71:13

**money**
14:22 15:7 33:24
35:20,23 37:7
45:24 52:21 58:4
67:21 68:22 69:6
71:8

**month**
37:16

**more**
13:19 40:6 50:8,12
54:16,19,21

**morning**
23:4 47:7,15,20,23
48:15,19 49:6
51:20,21,22 60:23
61:21 63:11 64:17

**move**
29:12

**moved**
29:17

**moving**
30:21

**much**
11:10 71:11

**my**
5:13 9:12,24 10:5
11:1,6,20 12:6
14:23 18:1,4,11
19:3 20:5,24 24:6
30:7,10,11 34:9
35:16,17 37:22,23
38:12 45:12 46:15,

22 47:5,21 48:12,
22,24 49:7 60:2
61:18,25 63:25
65:24 66:10 67:15,
16,23,24 68:3,12
69:1,8 71:1

**myself**
25:7

### N

**name**
5:12,13 8:25 9:23,
24,25 21:4,9 27:5
32:16 36:16 37:25
67:6

**name's**
11:1

**names**
27:3

**nearby**
15:24

**neck**
71:2

**need**
8:18 10:13 50:6,7,
11 54:15 66:19
67:21,22 71:11

**needs**
7:25

**never**
14:21 18:3 30:5,6,
8 45:2 59:22
61:19,20 71:1,2,6,
7,8

**new**
17:3

**next**
23:4 47:7,15,19,23
48:15,18 49:5
50:20



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

nine
22:18

no
9:10,15 11:19 12:7
13:12,19,22 14:7
16:3 17:6,21,22
18:14,15 19:16,18
20:9,17 22:16
23:8,9,10,12,18,
19,20 24:16,17,21,
23 26:7 27:5,8
29:4,6,10 30:1,6,
19,23 31:21,24
32:1,14 34:2,7,8,
16 35:5,11 36:1,24
37:9,18 38:2,10,21
39:13 40:6 41:8,
11,13 42:21 43:7,
9,13,14,15,17,18
44:2,11,16 45:2,6,
9,12 49:10,14,16,
21 50:4,8,12 51:1,
10,13,17 52:9,12,
25 53:2,5,19,24
54:16,19 55:6,9,11
56:7 57:1,2 58:13
59:7,11,18,21
60:2,9,11 61:10,
18,19,20,21 63:3,
5,25 65:4,23
66:10,12 67:11,20,
21 68:1,2 69:6,11,
12,15 70:7 71:2,6,
7,8

nobody
17:22 18:3 30:5
37:24 53:20 57:1
64:25 65:6 66:3
69:7 71:1

nods
8:13

noise
53:4

None
34:16

not
7:24 8:8,9 12:20
14:24 15:14,15
16:23 17:18,21
20:15 24:18,19,21,
23 26:5 27:5 31:6,
13,22 33:19 34:8
35:5,8 39:9 41:3
43:12 44:1,7,14
45:7,10,11,12 46:1
47:10 49:10,11,14,
16 53:1,3,6,23
54:4 55:13 58:1,2,
3 60:3 61:12,18
66:2 68:7 69:5,7
71:13

notary
10:7,11,13,17,20,
24 11:4,9,11

noted
31:3

nothing
5:16 14:22 15:3,8
16:3,17 24:13 30:9
32:1 46:2 61:21
64:14 67:21 69:7

now
5:4 6:16 7:22 8:12,
24 9:8,16 10:6
11:20 12:6 13:21
15:5,20 16:19
18:2,5,11 19:9
20:18,25 21:11
22:21 23:2,4 24:24
26:3,12 27:2 33:3
34:3 37:10 40:5,7
43:20 46:4,19,21
50:20 51:6 52:13
53:7 54:3 55:23
56:17,21,25 57:9
58:1 61:4 63:20
67:3 71:4

number
5:9 11:6 46:15

## O

oath
7:5

Object
42:4

objection
9:4,5 30:22 31:1,2
41:17 42:20,23
43:10 44:3,8,18
46:25 47:8,17
48:20 59:6

objections
9:1,3

off
12:1 50:17 61:3,4

offer
34:18

offered
44:21,25

office
14:16 15:19,22
33:6 54:1,5,6
55:24 56:2,18,20,
22 57:19

officer
26:24 27:1,3,9,10,
14 30:6 32:24,25
33:7 35:23 44:21,
25 45:19,23,24,25
46:17 48:12,14,22,
24 58:3,7 59:4,20,
23 60:4,6,7 61:18,
19,21 69:3 70:23
71:6,7,8

officer's
31:6

officers
15:23 26:22 29:2,
3,8,11,18,20,21
30:17,20 31:17,20
32:4 39:17 45:3,8
51:7,25 52:3 56:14
59:9 67:17

oh
7:10 11:13 13:15
16:17,21 17:24
28:1,12 32:20,23
33:22 39:8,24
40:13,19 54:6,9,22
58:1,22 59:16
62:11 63:2 64:1

OK
43:20,21

okay
6:13,15,21 7:1,4,8,
14,17,19 8:2,6,8,
10,16,22 9:8,23
10:2,9,20,24
11:11,12 12:1,9,
15,18,23 13:13,20,
23 14:2,5,17,20,23
15:2,6,12,14,17
16:1,5,13,15,25
17:4,11,14,17,23
18:6,11,16,18
19:1,9,19,21,24
20:4,18,25 21:3,
11,17,19,22 22:1,
8,11,19,21,24
23:2,13,18,25
24:20,24 25:3,8,
12,16 26:8,12,17,
21 27:2,9,12,14,
17,19,22 28:3,10,
15,18,25 29:7,15,
21 30:7,10,17,20
31:2,15 32:3,7,15
33:2,4,10,17,20
34:1,18 35:9,15,19
36:2,10,16,19,22
37:1,16,19,21,25



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

38:3,6,8,14,19,24
39:4,10,18 40:4,
13,19 41:2,4,9,12,
25 42:22,25 43:16,
18,21,25 44:12,17
45:3,13 46:1,9,21
47:12,22 48:2,9,
14,17 49:2,22
50:5,9,13,16 51:2,
6,14,18,21,23
52:5,10,13,24
53:16,25 54:9,13,
17,22 55:8,21
56:1,4,10,13,17,24
57:7,9,20 58:5,9,
14,20 59:1 60:5,
10,20 61:24,25
62:24 63:19,23
64:9,13,21 65:2,5,
7,12,21 66:5,11,17
67:23 68:3,6,25
69:4,12,19 70:5,
21,24 71:10,14

**old**
21:22

**on**
5:4,23,25 8:6
10:17,18 11:13
14:21 16:7 18:4
19:6,11 21:14 22:3
25:3,18 29:17
30:15 31:19 32:1
33:5,14 34:24
35:15 36:6 38:13,
14 43:5 47:23
49:6,23 50:2,23
52:6 54:7,10 60:2,
3,20,25 61:1,5,14
67:1,20 69:8

**one**
10:7 15:25 16:19
19:22 20:3,5 25:1
28:8 33:19 39:23
50:11 52:1 55:4
56:7 61:23 65:8

70:1

**only**
5:18 15:25 30:3,9
33:11 34:8,9 35:20
38:21 39:23 43:20
45:18,22 46:3 48:3
55:4 56:7 60:2
61:17 67:11,12,15,
21,23 68:17 69:2
71:9

**open**
26:16 31:8 56:24
66:4

**opportunity**
66:20 67:4

**orange**
63:13

**order**
10:6 70:4,7

**orderlies**
51:24

**orderly's**
51:25

**other**
7:25 23:14,22 25:5
29:8 32:5,17 33:9
34:4 36:3 43:25
45:4,5,8 47:6 58:6,
14

**otherwise**
21:8

**out**
12:7 14:22 15:3,6
33:22 37:13 58:6,
23 59:2 63:4,9
68:22

**outside**
65:22

**over**
7:22,25 8:9 10:12
14:15,24 16:4

45:25 57:8 58:22,
24 63:14 64:11
67:17 69:8

**own**
56:8 69:8

---

## P

**paid**
37:4,6,7 61:19

**pain**
9:13

**part**
41:12 55:22

**participate**
62:12

**past**
12:21,22

**patience**
15:14

**paying**
69:5

**peace**
67:22

**peanut**
63:10 64:15,17

**pee**
55:12

**people**
16:18 17:5,14
36:3,4 38:24 39:22
41:23 43:22 54:3
58:14,17 70:14

**percent**
61:23

**period**
12:11

**permission**
24:6

**person**
19:2 20:7 21:23
22:1,8,12,15 24:5
26:22 32:10 41:16
51:8,11,15

**personal**
43:5

**personally**
48:5,10

**Peter**
62:18

**phone**
46:9,20 54:7,10
58:23,24,25

**phonetic**
17:7

**physical**
9:13 51:14

**physically**
22:2 56:2

**pic**
20:2

**picture**
19:4,7 20:3 21:5,6,
7

**place**
52:17

**placed**
18:12 20:7 21:12,
14,17 23:2 26:9
29:3 30:14 32:9,18
50:24

**Plaintiff**
6:16 18:23 20:4

**plan**
34:1,2,3,13,15

**plastic**
64:24,25 66:5

**playing**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

35:19

**plead**
6:22

**please**
5:10,11,12,21

**point**
8:18 14:9 56:15
66:18 68:15

**police**
56:7

**possession**
18:1,5

**possible**
23:24

**potentially**
59:4

**pounds**
20:25

**PREA**
53:13,17 54:1,10

**preserve**
9:3 67:9,25

**previously**
46:9 68:16

**prior**
25:8,14 26:3

**prison**
11:21,23 28:14
39:5,6,14 41:25
44:20,24 53:10,12,
13 55:22

**problem**
13:5 55:6,13

**problems**
13:11

**proceed**
6:3 10:7 55:3

**program**

60:21,22 62:5

**promise**
9:17

**proposal**
34:22 35:6

**proposed**
52:16,20

**prosecution**
6:19,24

**prove**
68:24

**provide**
69:25

**public**
36:9

**put**
14:21 16:12,16,21
17:4 18:17 20:5,
13,15 23:5 25:20
26:4,12,14,19
30:6,7,18 31:7,9,
25 32:5 33:5,13
34:8 35:15 38:7,8,
11,15 47:7,23
48:7,10 49:24 50:2
51:8,12,15 52:4,7
67:20 70:3 71:2,6,
7

**putting**
30:4 34:10

## Q

**question**
6:17,19,23 8:4,20,
21 9:6,16,17,18,
20,21 29:16 39:5
46:22 53:17 65:24
67:24

**questions**
7:5,20 9:13 16:6

30:10 51:4 54:21
55:1,16 60:12,15
62:1,2 63:4 66:13,
16 68:3,12 69:13

**quickly**
19:1

## R

**raise**
5:10,11 10:21

**ranks**
43:19 44:1,15

**rape**
34:14 53:11,14,19
67:19

**raped**
14:21 30:5,8
35:11,13,16 36:6,7
61:20 71:1,6

**raping**
30:4 34:6,10 45:21
46:2

**razor**
39:1,2,4,6,10,16,
19,20,21,22,25
40:1,2,8,11,15,17,
19 41:5

**RDP**
60:21,22 61:1,2,16
62:6,20

**re-depose**
67:5

**RE-DIRECT**
62:3

**re-reading**
67:13

**read**
59:24 66:20,22
67:9,25

**reading**
71:19

**real**
17:21 29:24 36:8
53:7,8 55:19

**realize**
58:2

**really**
13:4 14:14,15
15:11 65:3,4 70:22

**reason**
36:7

**reasonably**
6:18,23

**recall**
18:18 20:10 50:21,
23

**received**
58:11

**recently**
13:2

**recess**
50:18

**record**
5:4,12,22 8:1,13
10:17,18 11:13,14
38:12 50:17

**refer**
66:10

**referring**
18:19,23

**regarding**
58:21

**regular**
69:24 70:7

**related**
16:6

**release**
12:5,6


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

**religion**
62:8,10 63:19,25
64:2,6,7

**religious**
62:25 63:1,16

**remember**
14:1 16:10,19
17:16 18:2,5,11,13
19:16,17,18 20:6,
11,21 21:5,9,11,14
22:10,11,14 23:2,
10,11,23 24:16,17,
19,21 26:21,22
27:5,6,10,11,18,20
28:4 29:2,5,7,15,
16,20 31:17,19,21,
24 32:2,3,6,8,10,
12,14,20,21 33:1
35:1,3,4 36:16,24
37:13,16,21,25
46:8,11,24 47:3
48:11 49:7,22 50:1
51:13,14 52:5
53:19,24 54:9,14
61:1,5 65:9 66:8
68:19 71:5

**remembering**
13:2

**Repeat**
11:22

**rephrase**
9:18

**reporter**
5:4,14,20 6:2 7:5,
25 8:10,12 10:4,
15,23 11:8,10,15
69:21,22 70:3

**represent**
6:15 19:24

**represented**
46:12

**request**
64:3,5 70:1

**requesting**
69:23

**required**
29:12

**respond**
8:22

**responding**
8:20

**response**
34:23 35:6

**responses**
8:15

**rest**
36:25

**restate**
9:17

**restroom**
55:2

**result**
36:23 63:6

**retaliate**
59:4,11,12,14,16
60:7

**retaliating**
59:9

**return**
40:2 67:1

**revenge**
59:16

**right**
5:10,12 6:4,20 7:4
8:12,18,24 9:11
10:6 12:6 13:21
15:19,21 16:1,11
17:17 19:6,11,14
24:24 25:17,18
27:23,25 28:9

33:3,12 34:3 37:3
39:4,22 40:25
41:14,19 42:18
43:2,21,23 46:4
52:17,21 53:10
54:3,18,19,25
55:12,14,22,24
56:17,18,20,25
57:4,22 58:1,11
60:11 63:8,20 64:3
66:12 67:9,25
68:21 69:1,12,16

**river**
62:17

**room**
20:5 34:9

**roommate**
17:3 25:11,13,14

**rude**
8:9

**rules**
7:23 49:13,19

**rush**
55:9 70:7

---

**S**

---

**said**
6:15 7:6 10:6 16:7
17:11 19:20,22
20:16 22:5 24:4,8,
10 25:1 29:23
32:24 34:5 35:12
36:2 38:10 39:21
40:7 43:12,17
46:23 47:6 57:10
58:14 60:20 61:13
64:15 65:9 66:24
68:16,18,19,22
69:2

**salad**
63:12

**same**
19:2 44:3,8,18
63:14 64:11 70:9

**sandwich**
64:16

**saw**
37:10

**say**
6:17 8:25 10:20,
21,25 11:22 12:15,
25 14:10 16:11
18:19,21,22 22:6,
13,18 25:15 30:7
33:21 34:19,20
35:1,5,11,15 37:5
42:6,7,12 43:18
44:23 45:16 47:4
48:18,23 49:25
50:22 52:2,16,18
57:15 58:16 59:3
61:18 67:12 68:17
70:13,16,17

**saying**
24:21 32:4 33:4
34:4,13,14 35:2
39:9 45:10 46:24
47:3 48:14 58:19
67:24

**says**
19:9,10 20:6 21:13
53:8

**screen**
19:3,7,12

**sealed**
64:21,22,23 65:2
66:5

**search**
30:17,20

**second**
29:18 50:11

**see**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

16:20 19:6,12 21:5
35:19 40:24,25
56:11,12,13 65:14,
22 66:3,6,23

**sees**
36:25

**seizure**
13:24

**seizures**
13:14,15,17 14:3

**self-defense**
36:4

**self-incrimination**
6:21

**sense**
8:6

**sent**
45:18,22

**separate**
25:5 67:1

**Sergeant**
5:8 21:1 22:21
23:6,13,19,21,25
24:14 27:6,7 46:23
47:6,14,19,24
48:5,6,9,18,21
49:4,5,9,12,17,23
50:1 52:10

**serve**
51:23

**served**
51:19

**service**
70:8

**set**
46:16

**seven**
65:19,21

**sex**

11:18

**shakedown**
31:7,12,14

**shakes**
8:13

**share**
19:3

**sharpened**
38:22

**shave**
39:12,14,15 40:2

**shaver**
39:16

**she**
8:25 9:2,3 57:8

**sheet**
67:1

**short**
12:19 22:9

**short-**
12:23

**short-term**
13:1

**show**
19:3,4 21:8

**shower**
36:20 40:8,11

**shut**
65:2,3

**sign**
32:1

**signing**
71:19

**signs**
53:15

**since**
11:21,23 44:20,24
69:10

**sir**
6:14,25 8:3,7,11,
17,23 9:7,10,15,
19,22 11:19,22,25
12:6,10,12,25
13:3,6,9,12,16,22
14:4,7,10 15:17,22
17:2,13 18:5,21,25
19:8,13 20:17
21:16 22:10,13,16,
20,23 23:1,8 25:2,
6,19,23 26:2,7,11,
20 27:5,13,16,18,
21 28:2,5,17,21
29:4,6,10,14 30:3,
13,16,19,23 31:21
33:8,11 34:16,20
35:11 36:1,15,18
37:2,5,9,15,18,20
38:2,5,7,10,21,23
39:3,20 40:21
41:8,11,13 42:1,6,
16,21 43:4,7,13,24
44:2,11,16,23
45:2,6,9,14 46:10,
18 48:16 49:10,14,
25 50:6 51:1,10,
13,17 52:9,12,18,
25 53:2,5,15
54:14,19 56:3,7
57:15,18 58:13,16
59:7,11,21 60:2,9,
13,20 62:6 63:18,
25 64:22 66:7,10,
14 68:13 69:11

**sit**
9:8

**sitting**
15:14,19,21 46:4
67:12 69:8

**size**
22:19

**skinny**
22:1

**smoking**
31:11

**snitch**
15:5 57:11,14,17,
24,25 58:7

**snitching**
39:8

**solemnly**
5:14

**some**
7:23 9:1,3,13 14:9
25:20 27:2 33:24
34:5 37:4 38:19
51:3 52:21 62:2
63:4 68:18

**somebody**
16:24 17:8,9,10,
11,13,19,20,25
18:7 19:7 20:11,15
21:12 25:24 36:5
37:11 39:19 58:3

**somebody's**
45:20

**someone**
10:11 23:2 26:18
30:25 37:12,13
41:15 57:12,17
59:17 60:5

**someone's**
56:20

**something**
12:12,21 16:22
17:1 21:25 22:4
31:10,12 32:21
33:16 34:14 39:12
44:21,22 45:16
46:14 47:11 52:16,
20 53:4 57:11
62:14 66:23 67:7
68:22 70:13,16
71:4

 **UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

**sometimes**
12:17 22:5

**son**
28:11,12

**sorry**
10:4,15 13:20
15:11 18:20 23:3
24:8 25:13 30:24
40:13 48:23 52:2
53:1,3 55:10 59:13

**sort**
19:11 38:19

**sound**
9:21

**speak**
7:24 34:5 52:10
53:22 54:1

**speaker**
55:20

**speakers**
55:18,21

**speaking**
45:7 46:8,11

**special**
52:6

**specific**
18:13 56:20

**specifically**
33:20 49:4

**spell**
9:25

**spit**
37:22,23

**spoke**
33:5 46:16

**spoken**
14:5

**stab**
37:11

**stabbed**
37:21

**stabbing**
37:13

**staff**
53:22

**stand**
62:7

**standing**
57:4

**start**
14:9 52:14

**started**
33:19 61:2

**state**
5:12 11:21,23
68:15

**statement**
45:21

**status**
25:1,18,21,25

**still**
9:5 42:5

**stop**
50:10

**stuff**
12:17 33:9 34:11
45:21 49:15

**sued**
45:20

**suffice**
11:9

**sugar**
64:18

**supposed**
14:24 24:11 25:3,
5,6,24 29:11 30:20
31:6,8,12,14,23
47:10 48:1,25

49:11 56:7 68:7

**sure**
17:18 19:2 20:16
24:18 43:12 45:11,
17 61:12

**surprised**
26:14,18

**swear**
5:14 10:8,16 71:5

**sworn**
6:7

**system**
12:4 44:20,24

---

**T**

**take**
8:21,22 13:18,20,
21 41:16 44:6,25
45:4 50:6,8,10,13
52:17 54:15 55:4,6
59:16 60:7 71:15

**taken**
50:18

**taking**
44:13

**talk**
8:8 42:13 58:22
70:14

**talked**
54:8

**talking**
19:2 26:5 39:20
42:16 68:20

**tall**
20:18 22:14,17

**taped**
65:2

**Tarjan**
5:23 6:4,9 10:5,9

11:12,16 30:24
31:2,15,16 41:19,
20 42:5,8,22,25
43:1,11 44:4,9,19
46:7 47:2,12,13,18
48:23 49:2,3 50:9,
13,16,19 51:3,5
54:17,20,23 55:15
59:8 60:11 62:2,4,
15,16,20,22,23
66:12,15,17 67:23
68:3,6,9,11,14,25
69:4,9,12,16,25
70:6 71:10,14

**tell**
7:20 12:12,16,19
16:10,20 18:15
21:24 23:15,17
29:22 31:22 32:8,
17 33:10 34:7 39:8
40:21 48:11 52:13,
24 53:1 54:20 58:2
65:11,14

**telling**
7:18 16:23 19:23
31:17,19,20 57:25
58:2 68:10

**temper**
14:14 15:11

**term**
12:24

**testified**
6:7

**testimony**
5:15

**than**
23:14,22

**thank**
5:20 6:2 11:8,10,
12 54:25 69:17,20
70:5,21,24 71:10,
14



UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

**that**
6:10,17,18,23 7:3,
7,8,10,24 8:6,14,
15,19,21 9:11,14,
16,21,25 10:6,10,
15,21 11:9,20,21,
22 12:1,4,11,16,25
13:2,11 14:3,9,10
16:1,8,10,15 17:4,
6 18:12,21 19:12,
14,16,25 20:7,16
21:25 22:1,4,8,12,
13,14 23:5 24:2
25:15,16,25 26:3,
8,9,14,18,22,25
27:5,12 29:3,12
30:14,18 31:18,22
32:5,9,10,17,22,25
33:1,4,9,10,12,16,
17,19 34:2,5,6,7,
10,17,18,22 35:5,
8,12,13,14,21,25
36:2,6,10,16 37:5,
10,15,16,19 38:6,
7,8,9,14,15,16
39:8 40:7,11,15,23
41:16 42:6 44:10,
23 45:18,21,22
46:14,21,22,23,24
47:3,5,6 48:11,14,
18 49:8,13,18,23,
25 50:22 51:15
52:11,14,15,16,18,
19,24 53:22 54:8,
13 56:25 57:12,13,
15,16 58:5,6,16
59:11,14,15 60:7,
8,20 61:11,19,20,
21,22,23 62:5,7,25
63:9,16 64:21
66:3,6,23 67:2,5,7,
8,24 68:11,15,24

**that's**
5:18 7:6 8:19 10:7
12:3 13:4 15:1,6,7,

15 17:20 18:8
19:22,23,24,25
20:2,3,6,12,16
23:24 24:6 29:25
30:5,7,9 32:16
33:3,11,24 34:3,9,
11,24 35:3,15,20
36:14 38:21 39:8
40:5,17,22 41:24
43:21,22 45:12,22
46:3 48:3 50:16
53:15 57:6 61:22
63:12,14,16 64:3
67:18 68:23 69:3
70:3 71:8,9

**their**
12:3 21:5,20,24,25
42:19 43:6,19
44:1,7,15 56:16

**them**
16:2 22:2 31:20,22

**themselves**
5:21

**then**
8:5,6,22 9:5 20:22
55:2 60:6 63:11
66:21,25 67:3

**there**
7:5 9:11 10:7
15:23 16:11 17:20
22:11 27:25 28:9,
11 29:17,18 34:13,
15,25 39:17 41:1,
25 51:25 53:4
57:3,4 58:24 65:1,
6 68:14 69:1,21
71:11

**there's**
15:25 66:23

**thereupon**
5:3 50:18

**they**

7:16,20 10:6 15:5,
25 16:12,15,21
17:24,25 18:4,8,17
20:5,13,15 22:8,25
25:20 28:8,11,14,
21,22,23 31:8,25
32:5 34:8 38:7,11,
14 39:14 41:23
43:7,8,14 48:4
54:7 56:16 57:21,
22 58:8,15,23 59:2
60:22,23,24 61:3,4
62:13 63:4 69:6

**they're**
16:4 28:24 31:7,8

**they've**
56:16 67:17 69:7

**thing**
30:3,4 33:11 34:8,
9 35:21 45:18,22
46:3 48:4 57:22
61:12,17 63:14
64:11 67:11,12,15,
22 68:17 69:2

**things**
8:14 12:18 13:2
41:23 42:17 67:5

**think**
13:25 15:5 16:20,
21,22,23,25 17:6,
11,16,19,21 25:16
27:11 46:10 53:7
54:12 61:9,11,12
67:6

**thinks**
31:10,13

**this**
5:15 6:10 7:23 9:1
14:14,25 15:4,6,10
16:19 18:13,23
19:9,14 20:4
32:24,25 34:18,21
35:6,21 46:4,22

49:15 55:17 56:4,
15 57:5,13,16
58:12,17 60:12
65:13,16 66:18
68:15,21 70:17
71:13

**those**
29:2 31:20 42:17
61:25 62:18 65:8
66:9

**though**
25:21 54:24

**thought**
41:15

**threatened**
58:21

**threats**
58:11

**three**
13:25 14:2 17:16
29:23 68:20

**threesomes**
28:8

**through**
14:13 51:3 55:18,
21

**time**
5:5 12:7,8,19
13:18,23 17:2,3,9
20:24 24:2 26:3,9
35:25 39:17,23
46:21 51:18,21
55:7 56:5,6 58:22
60:12 61:2 63:13
64:2,19 69:7

**times**
17:14,16 25:16
39:18

**tin**
64:23



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

**today**
6:11 7:6 9:8 15:14
67:15 68:3,12

**Today's**
5:5

**together**
41:23

**told**
32:22,23 33:1,24
35:8 52:19

**tomorrow**
67:14

**took**
61:3,4

**tooth**
40:9

**toothbrush**
38:17,21 40:16,18,
19

**top**
19:11

**totally**
12:5

**touch**
24:12 66:3

**towards**
42:3,10

**transcript**
8:1 66:20,21,22
67:10 68:1

**tray**
23:14,22 48:7,10,
15 52:4 61:15

**trays**
52:1

**trouble**
15:4

**true**
30:8 34:9 53:23

**truth**
5:16,17,18,19
7:18,20 16:23
19:23 23:15,17
29:22 30:9 40:21
58:2 68:10 71:9

**try**
9:2 12:13 24:11,12
47:10 52:22

**trying**
8:9 14:18,22,25
15:15 34:12 40:21
42:12 45:19,23
48:17 49:14 57:10
58:1 68:21 70:20,
22 71:3

**Tucker**
27:6,7

**tuna**
64:20

**turn**
57:5

**two**
12:22 29:11,18,20

**type**
38:15,25 52:5 64:9

**typical**
42:3,9

**typically**
17:4 38:25 51:19

---

### U

**uh-huhs**
8:14

**under**
7:5 9:9 26:3 49:13,
19

**understand**
6:24 9:6,12,16

15:13,17 18:6 24:9
28:15,18 34:12
42:11 48:17 55:11
57:10 58:19

**understanding**
11:20 18:12 25:4

**understood**
9:21 17:17 28:25
68:9,12

**Unfortunately**
21:7

**unit**
22:24

**unless**
49:11

**up**
10:25 17:15 18:9
30:15 36:6,8 37:23
46:16 54:23 62:14

**upset**
15:15

**us**
10:6 52:19 55:17
69:25

**use**
8:15 38:25

**used**
39:21,23

**using**
39:19,22

---

### V

**vending**
24:15,22 52:6

**verbal**
8:15,16

**version**
66:20

**versus**
5:8

**Villalpando**
5:25 8:24 30:22
31:1 41:17 42:4,
20,24 43:10 44:3,
8,18 46:25 47:8,17
48:20 54:23 55:1,
6,9,11,13 59:6
60:14,17 61:25
62:14,17,21 66:15,
16 69:14,15,20,23
70:5,9,12,17,21,24
71:12,13,17

---

### W

**W-I-L-L-I-S**
27:10

**wait**
8:4,5 9:4 12:6,7
54:19

**waived**
71:20

**walking**
56:5,15

**want**
6:17 10:20 23:15,
16 24:20 25:16
30:1 46:5 55:12
57:22 61:9 64:3
65:9 66:19,22
67:9,20,25 68:14

**wanted**
67:3

**wants**
35:20,22 58:4

**Washington**
7:9,16

**wasn't**
12:4 34:25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

**watching**
57:1

**way**
15:9 20:18 37:4,8

**we**
5:4,7 6:16 8:22
9:1,2 10:13 11:4,
13 14:13 19:5 24:5
32:23 33:22,23
46:16,20 50:9,10,
17 66:18 70:1
71:11

**we'll**
55:2 70:18

**we're**
6:10 11:13 19:2,15
57:23 68:20 69:23

**we've**
53:15

**weapon**
17:25 18:1,4,5,8
38:13,14,16 41:9

**weapons**
38:25

**webpage**
12:2

**website**
19:5,10

**weeks**
46:13,15

**weigh**
20:23

**weight**
20:21 22:3

**went**
18:10

**were**
7:17,19 12:9,11
13:10 16:7,13,25
17:18,20 18:6,11,

12 24:24,25 25:3,
4,17,18,21 26:13,
17,18 29:2,18
30:15 31:18,19,22
38:8 57:9,10 59:3
60:20,25 61:5,25
63:23,24 65:8 66:9

**weren't**
25:24

**what**
7:3,12 9:23 12:5,
16,19 14:15 15:6,
15 16:13,15 19:1,
24 20:6,16 21:20
23:19 24:8 27:6,9,
19 28:3,18 31:24
32:11 33:1,3,20,24
34:19,22,25 35:1,
12,21 36:22,23
37:16 38:15,24
39:20 41:14,21,24
42:2,6,9,11,22
44:12 46:1 48:23
50:5,13 51:18 52:2
53:12 55:22 57:23
58:1,17,19 59:11,
14 61:15,22 62:7,
9,25 63:1,6,8,19
64:1,4,7,9,23 69:2

**what's**
23:24 26:25 32:16
34:3 45:11 63:1
65:22

**whatever**
8:20 30:6 57:21
60:3 71:3

**whatsoever**
24:1

**when**
12:4,15 13:23
14:8,11 16:5,8,9,
20 18:11,19,22
24:24 25:10,17

26:12 29:16 30:14,
25 31:5,17,24
32:5,9,21 33:13
34:18,21 36:2,7,
10,25 38:24 39:14,
25 40:5 41:6 49:23
50:2 54:13 61:2
63:1,8

**where**
10:18 15:9,18,19
22:25 37:12 40:12,
14,17

**whether**
17:18 34:12 37:6
43:6 49:17 66:19
67:25 70:18

**which**
26:22

**while**
16:17

**white**
21:19 27:11

**who**
10:11,22,25 18:19,
22,23 19:15,25
20:3 21:17 26:21
29:3 33:4 37:21
43:23 44:7,14
46:12 48:10 51:8,
12,15,23 53:18

**who's**
7:5

**whole**
5:16

**why**
13:7 17:4,20 18:8,
10 32:17 46:4
48:17 53:1,3,6
58:23

**will**
5:16,21 11:9 69:8

**Williams**
36:18 40:8

**Willis**
27:9,10,14

**wine**
31:11

**with**
8:16 12:7 14:3,19
15:25 17:24 18:1,
4,8 19:15 20:7
21:1,13,14,17
23:3,5 24:5 25:9,
14,21,25 26:4,10,
13,15,19 27:3
29:3,17 30:12,15
32:10 33:5,13
34:17 35:13,16
37:7 38:10,17
39:16,19 40:8,15
42:14 44:10,13
46:9,11,16 47:7
48:15 49:22,24
50:1,3,21,23,25
51:9,11,12,15,16
52:1,3,8,15,20
53:10,13,18 56:8
68:8 69:9

**without**
25:12,13

**witness**
5:13,18 6:6 10:13,
17 11:1 30:23,25
31:5 42:6,21 47:9
48:21,24 50:6,11,
15 54:15,18,22,25
55:4,8,10,12 59:7
60:13 61:18 66:14
67:11 68:2,5,7,10,
13,17 69:1,5,11,19
70:10,13,19,22
71:1,16,20

**woman**
10:11 57:4,6



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

**wondering**
14:11 41:14

**word**
59:15 66:24

**words**
8:15,16 34:4

**work**
12:20 22:21 27:14
28:7,8,11,14,20,21
33:23 45:25

**worked**
21:9 27:23,25
28:10

**working**
28:9,16

**works**
28:12 45:24,25
57:8

**would**
5:10 9:11 21:8
34:6 51:23,25
52:16 64:10 66:25
67:2,8

**write**
59:24,25 60:2
62:12 63:2 64:3,5

**writing**
7:6 59:25 60:6

**written**
59:19,22,25

**Y**

**yeah**
7:9,16 11:4,15
16:21,23 18:1,5
23:23 31:4 32:20,
21 33:8 34:2 37:22
39:7 40:14 41:7
46:13 47:9,16,21
52:22 54:6 55:6

56:22 60:22 65:19,
20 68:5

**years**
12:22 13:25 14:2
29:23 68:20

**yes**
6:14,25 7:7,21 8:3,
7,11,17,23 9:7,19,
22 10:23 11:10,11,
25 12:10,12 13:3,
6,16 15:17,22
17:2,7,13 18:5,25
19:8,13 20:6,17,24
21:2,9,16 22:20,23
23:1 24:10 25:2,6,
10,19,23 26:2,11,
20 27:13,16,18,21
28:2,5,17 29:14,20
30:13,16 31:12
33:8,15 34:2 36:5,
15,18 37:2,15,20
38:5,7,23 39:3
41:22 42:1,16
43:4,24 45:15
46:10,18 48:1,16
53:15 54:6,12
56:3,16,23 57:6,18
60:13,19 61:8,11,
12,17 62:6,16,21
63:3,4,18,21 64:22
66:7,14 68:1,13
69:22 70:12

**yesterday**
67:14

**you**
5:10,11,14,20 6:2,
3,12,17,18,20,22,
23,24 7:1,8,17,19,
24 8:4,5,8,15,18,
19,21,22 9:4,5,6,8,
11,16,17,20,21,25
10:10,11,16,20,25
11:8,10,12,17,23
12:4,9,11,12,14,

15,18,23 13:1,7,
10,11,17,20,21,23
14:5,8 15:5,9,15,
18,19,24 16:2,5,7,
8,9,10,13,15,16,
20,25 17:4,11,14,
18,19,20 18:6,7,8,
11,12,13,15,18,19,
23 19:3,4,6,12,15,
17,22,25 20:6,7,
10,13,16,19,21,25
21:1,8,11,13,14,
17,24 22:2,5,6,11,
14 23:2,3,5,6,11,
13,15,17,22 24:1,
3,4,8,10,14,17,20,
21,22,24,25 25:1,
3,4,9,12,13,16,17,
18,21,24,25 26:3,
4,10,13,15,17,18,
19,21,22 27:2,3,6,
10,20 28:4,15,22
29:1,2,3,5,7,11,15,
16,17,21 30:1,2,4,
11,12,15 31:17,18,
19,22 32:1,3,8,10,
12,17,18,24 33:5,
13,22,24 34:4,5,6,
18,19,22,24 35:1,
5,6,13,17,23,24
36:2,3,4,16,19
37:1,3,6,7,10,13,
16,21,23,25 38:3,
8,14,15,24,25
39:4,8,14,15,18,
20,21 40:1,7,12,
14,21 41:4,5,9,12,
21 42:5,7,14,16
43:2,5,12,18
44:10,13,21,25
45:3,7,10 46:8,10,
11,16,22,23,24
47:3,5,6,7,14,19,
24 48:6,11,15,18,
23 49:5,9,12,17,
18,19,22,24 50:1,

3,7,13,15,20,23,25
51:7,9,11,12,14,
16,18 52:2,5,8,11,
13,15,19,20,24
53:1,10,13,17,18,
22 54:1,3,9,10,20,
25 55:17,19,20,22
56:10,13,15,20
57:4,5,9,10,12,13,
16,17 58:5,6,7,11,
14,20,21,22,23
59:2,3,5,9,19,25
60:5,18,20,22,23,
24,25 61:5,13,15
62:7,12,13,24
63:1,2,3,4,6,8,10,
12,13,19,23,24
64:2,3,5,15,18,19
65:8,10,11,14,22
66:6,8,9,18,19,22,
23,24,25 67:3,5,6,
8,9,25 68:8,9,10,
11,14,15,23,24
69:9,17,19,20,21
70:4,5,14,18,20,
21,24 71:10,14

**you're**
5:15 7:4 10:18
15:18 17:18 20:15
31:10,11,13 33:4
34:19,22 35:7
39:12 40:24,25
42:11 43:12 45:10,
11 48:14 49:13
55:21 56:1,17,25
58:5,19 63:23 66:2
68:5,7,23 69:17

**you've**
11:20 13:15 31:10,
11 36:2,3 38:24
39:22 44:20,24
59:22

**your**
5:10,11,12 6:20
9:12,23,25 10:17



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

BYRON ANDREWS vs SGT. CICCONE
Herrera, Angel on 02/13/2025

12:1,5,19 13:4
14:3,6,8,11 15:13
19:6 20:21 22:19
25:4,25 26:18
31:2,14 32:4,16
34:22 36:19 40:2
42:2,22 43:5,25
44:5,6 45:11 48:15
49:20 55:6 58:17
64:2,3,4,6,7 67:9,
19,24,25 69:25

**yourself**
45:7



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com