```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
              JACKSONVILLE DIVISION

            CASE NO.: 3:23-cv-88-MMH-SJH


BYRON ANDREWS,

      Plaintiff,

vs.

SGT. CICCONE,

      Defendant.
_____/
```

```
      VIDEOTAPED DEPOSITION OF ALEXANDER M. CICCONE

         TAKEN ON BEHALF OF THE PLAINTIFF

              MARCH 6, 2025
           1:00 P.M. TO 3:18 P.M.

         ALL PARTIES APPEARED REMOTELY
                  PURSUANT TO
       FLORIDA SUPREME COURT ORDER AOSC20-23
```

```
REPORTED BY:
MARIA M. ESPINOZA-WRIGHT, CER
NOTARY PUBLIC, STATE OF FLORIDA
```



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 2

```
01                    APPEARANCES OF COUNSEL

02   ON BEHALF OF THE PLAINTIFF:

03        JOSHUA TARJAN, ESQUIRE
          THE TARJAN LAW FIRM, P.A.
04        12372 SOUTHWEST 82ND AVENUE
          PINECREST, FLORIDA 33156
05        (305) 423-8747
          JOSH@TARJANLAWFIRM.COM
06        (REMOTELY VIA ZOOM)

07        JAMES V. COOK, ESQUIRE
          LAW OFFICE OF JAMES COOK
08        314 WEST JEFFERSON STREET
          TALLAHASSEE, FLORIDA 32301
09        (850) 222-8080
          COOKJV@GMAIL.COM
10        (REMOTELY VIA ZOOM)

11   ON BEHALF OF THE DEFENDANT:

12        JUANITA VILLALPANDO, ESQUIRE
          THE OFFICE OF THE ATTORNEY GENERAL
13        THE CAPITOL # PL-01
          TALLAHASSEE, FLORIDA 32399
14        (850) 414-3300
          JUANITA.VILLALPANDO@MYFLORIDALEGAL.COM
15        (REMOTELY VIA ZOOM)

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 3

```
01                    INDEX OF EXAMINATION

02   WITNESS:  Alexander M. Ciccone
                                                    PAGE
03   DIRECT EXAMINATION
          By James V. Cook, Esquire                  06
04   CROSS-EXAMINATION
          By Juanita Villalpando, Esquire            66
05   RE-DIRECT EXAMINATION
          By James V. Cook, Esquire                  67
06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 4

```
01                        INDEX OF EXHIBITS

02    EXHIBIT                  DESCRIPTION                    PAGE

03    (NO EXHIBITS MARKED)

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        VIDEOTAPED DEPOSITION OF ALEXANDER M. CICCONE

02                      MARCH 6, 2025

03        THE COURT REPORTER:  We're now on the record.

04        Today's date is March 6, 2025, and the time is

05     approximately 01:00 o'clock.

06        We are here for the video deposition of

07     Alexander Ciccone in the matter of Byron Andrews

08     vs. Sergeant Ciccone.  Case Number 3:23-CV-88-MMH-

09     SJH.  Parties are appearing remotely via Zoom.

10        Court reporter and Videographer is Maria

11     Wright with Universal Court Reporting.

12        Counsels, please introduce yourselves for the

13     record.  Thereafter, the Court Reporter will swear

14     in the Witness.

15        MR. COOK:  James Cook for the Plaintiff coming

16     from Tallahassee by Zoom.

17        MR. TARJAN:  Josh Tarjan on behalf of the

18     Plaintiff in Miami.

19        MS. VILLALPANDO:  Juanita Villalpando on

20     behalf of Defendant in Tallahassee, Florida.

21        Thereupon:

22               ALEXANDER M. CICCONE,

23        was called as a witness, and after having

24     been first duly  sworn, testified as follows:

25        MR. CICCONE:  I do.
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01                    DIRECT EXAMINATION
02   BY MR. COOK:
03        Q.   Okay.  You don't mind if I call you
04   Mr. Ciccone, do you?
05        A.   You can call me Alex if that's -- if you don't
06   mind.  That's okay.  I'm not that picky.
07        Q.   That's just what I've been calling you in my
08   head.
09        A.   Yeah.
10        Q.   Okay.  Well, first of all, I want you to know
11   that I want you to be comfortable.  I don't anticipate
12   this is going to take a whole long time.
13        A.   Right.
14        Q.   I have a lot of questions, but I'm going to
15   move them along.  And so, the main thing is for us to
16   try not to talk over each other.
17             So, I'll try to wait until you've finished
18   your answer and -- before I ask my next question and you
19   wait until I finish my question before you answer it, if
20   that's okay.
21        A.   That is okay.
22        Q.   And if you need to take a break for any
23   reason, as long as there's not a question pending, then
24   that's fine.
25             We'll take a break.  We'll go off the record
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    and everybody can get up and walk around and take a --

02    get a drink of water or go to the bathroom or whatever,

03    and then we'll go back on.  Probably take a break for

04    about five minutes or something like that.

05            As we get toward the -- As we get later in the

06    afternoon, we'll try to make an assessment of how

07    quickly we can finish up.  And then, if we need to take

08    a longer break, we can do that.  When you answer --

09            Well, I haven't even asked you.  Have you had

10    your deposition taken before?

11        A.   I have not.

12        Q.   Okay.  Well, it's important when you answer a

13    question to answer with a word rather than a gesture.

14            Shaking the head or nodding or saying um-hum

15    or uh-uh makes it hard for the Court Reporter to keep a

16    clear record.

17    So just try to remember to answer with a gesture.

18            If the answer is I don't know, that's fine.

19    If it's I don't remember, which is slightly different,

20    that's also fine.  I may ask you which it is, whether

21    it's something you don't know, as in you never --

22            THE COURT REPORTER:  Are you guys there?

23            THE WITNESS:  I'm still here.  I lost

24        Mr. Cook.

25            THE COURT REPORTER:  Okay.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01              MR. COOK:  Okay.  Can you hear me?

02              THE WITNESS:  Loud and clear.

03              MR. COOK:  Okay.  Good deal.

04  BY MR. COOK:

05      Q.   If a question is confusing, just let me know,

06  and I will take whatever time is necessary to clarify

07  it.

08              And if you don't tell me that you don't

09  understand it, then I will assume that you did and that

10  your answer is complete and truthful.

11              Now, I understand that you did at one-time

12  work for Columbia Annex.  Is that correct?

13      A.   That is correct.

14              MR. TARJAN:  I think he froze again.

15              THE WITNESS:  Yes.

16              MR. TARJAN:  Oh, dear.

17              THE COURT REPORTER:  Seems like he just logged

18      off.  Do you want to go off the record or just wait

19      a little bit?

20              MR. TARJAN:  Can we go off the record?

21              THE COURT REPORTER:  Yeah.

22              (Thereupon, a short discussion was held off

23      record.)

24              (Deposition resumed.)

25              THE COURT REPORTER:  Okay.  We're back on at



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        1:12  P.M.
02            MR. COOK:  I apologize.  Something happened to
03        my internet.  I don't know what it was, but I'm on
04        a different machine now and it seems to be working.
05   BY MR. COOK:
06        Q.   Okay.  I was just asking you about your past
07   employment with the Department of Corrections.  Can you
08   give me a little kind of thumbnail sketch of when you
09   started and where you worked?
10        A.   Right.  So, with Department of Corrections, I
11   started June 2017, and my employment there ended in
12   December of 2021.  And I only worked at just Columbia
13   Correctional.
14        Q.   Okay.  Now, I understand the time of the
15   matter suit upon that you were working in the Annex,
16   right?
17        A.   Correct.  Yes.
18        Q.   Did you go back and forth between the Annex
19   and the main unit, or did you pretty much just stay
20   working in the Annex?
21        A.   The majority of my time was at the Annex, but
22   I did have some brief periods at the main unit.
23        Q.   Okay.  Just to give me a baseline, can you
24   tell me where and when you graduated from high school?
25        A.   Yes.  I graduated high school in Sedalia,
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 10

```
01  Missouri in 2011.
02      Q.   Okay.  And what was your first job out of high
03  school?
04      A.   After high school, my first job was at Rick
05  Ball Ford in Sedalia, Missouri.  And I started there in
06  July of 2011.  I was a car detailer.
07      Q.   Okay.  What was your first law enforcement
08  job?
09      A.   My first law enforcement job was with the
10  Marshall, Missouri, Police Department.  And I started as
11  a reserve officer in October of 2014.  And I was hired
12  full-time in December 2014.
13      Q.   Okay.  And how long did you work with the
14  Marshall PD?
15      A.   I was with Marshall PD until end of May 2017.
16      Q.   Is that when you moved to Florida?
17      A.   Yes, that's correct.
18      Q.   Okay.  And when you moved to Florida, where
19  did you move?
20      A.   I moved to Lake City, Florida.
21      Q.   Did you already have a job offer at that
22  point?
23      A.   I did.  Yes, I completed --
24      Q.   And that was --
25      A.   I'm sorry.
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    Q.    No, you go ahead.  I'm sorry.

02    A.    No, it's okay.  I completed my job interviews

03  with the Florida Department of Corrections prior to

04  making the move.

05    Q.    Okay.  Did they provide you with the training,

06  pay for the training?

07    A.    Yes, the department paid for my correctional

08  academy.

09    Q.    Prior to taking the exam and getting your

10  certification, did you do any work as a trainee?

11    A.    Yes, yes.  Prior to getting certified, a new

12  hire officer works on the compound at the institution.

13    Q.    Okay.  Any limitations on your work there when

14  you're a trainee?

15    A.    Yes.  When you're a trainee, your limitations

16  are mostly just a supervisory role over the inmates in

17  an officer station.

18        And generally, you're not involved in use of

19  force.  You do not carry chemical agents, and you

20  generally do not carry handcuffs.

21    Q.    And would you have been able to be alone in

22  the officer station at that time?

23    A.    Yes.  As a matter of fact, I was almost always

24  alone in the officer station prior to certification and

25  after.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 12

01        Q.   Would you have been able to work in special

02   housing as a trainee?

03        A.   No.

04        Q.   Would you have been able to enter special

05   housing as a trainee?

06        A.   Yes.

07        Q.   Okay.  But you would have been with another

08   officer who would be, what, a training officer?

09        A.   Correct.  Training officer, a sergeant, or a

10   supervisor, such as lieutenant or captain, can take a

11   trainee into special housing.

12        Q.   Okay.  And when did you complete your

13   training, and when were you sworn in?

14        A.   So I completed my training approximately

15   January of 2018, and the swearing-in was at the ceremony

16   for graduation.

17        Q.   And when was that?

18        A.   Approximately January 2018.

19        Q.   And at that point, you were a sworn officer?

20        A.   Correct.

21        Q.   Can you give me an idea of your job?  Well,

22   first of all, I believe that at the time you left, you

23   were a sergeant.  Is that right?

24        A.   That is correct.

25        Q.   Okay.  When did you make sergeant?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      A.   I made sergeant in approximately August.  May

02  have been September, but I believe it was the end of

03  August of 2019.  I'm not entirely sure on that.

04      **Q.   What was your first job assignment as a**

05  **sergeant?**

06      A.   I went immediately into confinement at the

07  main unit because, upon promotion, they moved me from

08  the annex to the main unit.

09      **Q.   Okay.  But at the time that this occurred,**

10  **which I believe was in May of 2021, you were at the**

11  **Annex, correct?**

12      A.   That's correct.

13      **Q.   Okay.  Were you going back and forth, or did**

14  **they move you back to the Annex?**

15      A.   At that point, I had been moved back to the

16  Annex permanently.  That was my assigned shift, I should

17  say.

18      **Q.   Okay.  And on the particular date of the**

19  **event, you were the housing supervisor for N-Dorm.  Is**

20  **that correct?**

21      A.   That is correct.

22      **Q.   What kind of dorm is N-Dorm?  What is it --**

23  **What's its mission?**

24      A.   N-Dorm's mission is as a confinement housing

25  unit.  It has multiple uses.  It can be used for an



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                         Page 14

```
01   investigative hold, a medical hold, protective hold,
02   along with disciplinary.
03        Q.   Okay.  Now, in the parlance of the Florida
04   Department of Corrections, is it -- you have
05   administrative confinement and disciplinary confinement.
06   Is that correct?
07        A.   That is correct.
08        Q.   And did you have four wings?
09        A.   Correct.  Yes.
10        Q.   Okay.  Now, was it administrative confinement
11   in one wing and disciplinary in another, or how was it
12   divided up?
13        A.   So, generally, Wing 1 is going to be an
14   administrative wing.  It also has these special
15   observation cells for mental health evaluations.
16             And Wing 2 is generally protective custody.
17   Wing 3 is generally disciplinary.  And Wing 4 can be a
18   mix of disciplinary and administrative.  And this was at
19   my time of assignment.  It could be different now.
20        Q.   Okay.  So, Wing 4 could be AC or DC inmates,
21   correct?
22        A.   That is correct.
23        Q.   But they couldn't be in the same cell, could
24   they?
25        A.   No, they could not.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    Q.   All right.  And let me back up and ask you,

02  what other kind of specialized training did you have

03  while you were with the department?

04    A.   Specialized training, in addition to my normal

05  role, I was part of the DART Team.  I believe it stands

06  for Designated Armed Response Team.

07         But really, other than the DART, I only had

08  the normal training that comes with being a certified

09  officer.

10    Q.   Okay.  Now, I understand there are different

11  kinds of response teams.  DART isn't the same as the

12  cell extraction team, is it?

13    A.   It is not.  No.  The DART team is going to be

14  for incident response, disturbance involving multiple

15  inmates.  While a cell extraction team is going to be

16  for one cell at a time.

17    Q.   Okay.  And tell me what DART stands for again,

18  please.

19    A.   I believe it's Designated Armed Response Team.

20    Q.   And what kind of arms did the DART members

21  have?

22    A.   There was a combination of less lethal and

23  lethal shotguns.

24    Q.   Okay.  So, like beanbag shotguns?

25    A.   Correct.  The shotguns that had bright orange



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    plastic furniture are going to be your less lethal.

02          Beanbag-style impact munitions is a good

03    example, along with what's called a hornet's nest that

04    carries foam pellets.

05          And then, the normal shotguns that do not have

06    the bright orange furniture, those are going to be for

07    lethal only.

08    **Q.    Okay.  And what kind of shots are they going**

09    **to carry that's lethal?**

10    A.    I'm sorry, what kind of shot is carried?  Is

11    that what you're asking?

12    **Q.    Yeah, what kind of shot do they -- are they**

13    **armed with?**

14    A.    A lethal shotgun round is going to be a

15    double-aught buck, 12-gauge round.

16    **Q.    Now, double-aught buck, is that -- And excuse**

17    **me for not knowing a lot about firearms, but is there**

18    **just one pellet in the -- that it expels or are there**

19    **multiple?**

20    A.    There are multiple.  Generally, the department

21    uses a nine-pellet load.

22    **Q.    Okay.**

23    A.    Each pellet is approximately 33-caliber.

24    **Q.    Okay.  So, that would be comparable to a 32-**

25    **caliber slug?**



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 17

01      A.   Yes.

02      Q.   Okay.

03      A.   But instead of a slug -- I'm sorry.

04      Q.   I'm sorry.  I didn't mean to interrupt you.

05      A.   That's okay.  Instead of a slug, it's a round

06  ball.  A slug tends to be a ballistic-shaped bullet.

07  It would have a conical nose, straight sides.

08      Q.   Okay.  Yeah.  I just meant the dimension.

09  I --

10      A.   Oh, sorry.

11      Q.   I understood that it had to do with the

12  diameter.

13      A.   Right.

14      Q.   Is that -- Right.  Okay.  All right.  So now,

15  the shifts that you were working at that time, what were

16  the beginning and ending of the shifts?

17      A.   The shift times began at 07:00  P.M. and ended

18  at 07:00 A.M.

19      Q.   Okay.  Were they doing these 12-hour shifts

20  the whole time that you were with the department?

21      A.   That is correct.

22      Q.   Okay.  So, if you moved Mr. Andrews into N-

23  Dorm Wing 4 between 07:00 and 10:00, you would have done

24  it sometime after the beginning of your shift on that

25  evening, correct?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 18

01    A.    That is correct.

02    Q.    All right.  Now, when you moved him to the

03  cell in Wing 4, did you have some kind of paper document

04  that told you where to put him, or had you been given

05  that information verbally?

06    A.    I don't recall.

07    Q.    What was the normal practice?

08    A.    Normal practice would be verbal over the

09  landline phone.

10    Q.    Okay.  So, the landline phone is in the

11  officer station, correct?

12    A.    Correct.

13    Q.    Do you know how many officers you had working

14  with you on that date?  That would have been May 16,

15  2021.

16    A.    I generally had two on a normal shift.

17    Q.    And that was for all four wings?

18    A.    Correct.

19    Q.    And I understand that someone always has to be

20  in the officer station.  Is that right?

21    A.    That is correct.

22    Q.    So, would you have gotten that call in the

23  officer station?

24    A.    Theoretically, yes, I would in the officer

25  station.  But generally, my, what we call bubble officer



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  assigned to the station, that person takes the phone

02  calls.

03      Q.   Okay.  And why did you go to get Mr. Andrews?

04      A.   As the sergeant, I was always a part of what

05  my floor officer, you know, so to say in a colloquial

06  term, would do.

07           So, if there's a move to be done, you need two

08  officers.  So, one is going to be on the escort of the

09  inmate, and another is going to open and shut the door

10  of the cell.

11      Q.   Okay.  Now, we don't -- at this moment, we

12  don't have the dorm logs, but they will indicate who was

13  on the shift with you, correct?

14      A.   Correct.

15      Q.   Did you go by yourself, or did you take

16  another officer with you?

17      A.   I don't recall in that particular moment.

18      Q.   Would you have been able to move an inmate

19  into your -- that cell by yourself?

20      A.   No, I would not.

21      Q.   Okay.  You'd have to have at least two

22  officers cell front, correct?

23      A.   Yes, including myself.  So, myself and my

24  floor officer would open and close the door.

25      Q.   Okay.  So, whatever happened, there was



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 20

01   another person there with you, correct?

02       A.   Correct.

03       Q.   And how about the escort?  Would that have

04   been a two-man escort?

05       A.   Yes.

06       Q.   Okay.  So, you can be reasonably sure that you

07   didn't go to pick him up alone, correct?

08       A.   I don't have enough of a recollection to

09   answer that question.

10       Q.   Okay.  What kind of documentation would exist

11   to indicate who was on that escort?

12       A.   Escorts alone generally were not documented.

13            Documentation would be where the inmate came

14   from, such as being in a holding cell and then going to

15   their assigned cell.

16       Q.   Okay.  And that would be the movement log?

17       A.   Correct.

18       Q.   Okay.  Which is computer-based, right?

19       A.   It's computer-based, and then there's also one

20   that's paper handwritten that's in the officer's

21   station.  And it's called the Movement Sheet.

22       Q.   Okay.  Is the movement log IM-29?

23       A.   I don't recall the exact form number.

24       Q.   Now, this was a Sunday.  Is that correct?

25       A.   I don't recall the day of that week.  It's


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01    been too long.
02        Q.    If it was a weekend, would there be anything
03    different about the movement?
04        A.    Not until the late hours of the night.
05        Q.    When you say late hours, what are you talking
06    about?
07        A.    Generally, in the late hours of the night,
08    we're talking after midnight.  It's expected to have a
09    supervisor, you know, the shift supervisor, present when
10    opening a cell.
11        Q.    Do you remember who the shift supervisor was
12    that night?
13        A.    I don't.
14        Q.    Would that have been a lieutenant or a captain
15    normally?
16        A.    Normally, a captain.
17        Q.    So, that's the OIC?
18        A.    Yes, that would be OIC.
19        Q.    And the captain would be likely to go to take
20    a new, you'll get a new inmate?  At the late hour.
21        A.    I'm sorry.  Can you clarify?  Are you asking
22    if I'm gaining an inmate at a late hour if the captain
23    is present?
24        Q.    Right.
25        A.    It's sometimes because if it's the late hours
```



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  and I'm gaining an inmate, it's usually following an

02  incident, such as a use of force.

03       Q.   Okay.  And what --

04       A.   And --

05       Q.   Go ahead.  I'm sorry.

06       A.   I was just saying, and that incident would

07  bring the captain to my building.  But the captain did

08  not arrive for all gains.

09       Q.   Was this directly after an incident?

10       A.   I don't recall.

11       Q.   Do you remember what Mr. Andrews was moved to

12  administrative confinement for?

13       A.   I do not recall.

14       Q.   Where would you have picked Mr. Andrews up?

15  Is there a specific place?

16       A.   That would depend on his reason for being in

17  the building.  Because if he was gained that night, he

18  would come from a holding cell.

19            But if he was already in confinement, then he

20  would be in his previous assigned cell.

21       Q.   Now, I think I read somewhere that you don't

22  have a current memory of what actually happened that

23  night?

24       A.   I do not.

25       Q.   So, would it be fair to say that whatever you



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                Page 23

```
01   can testify today would be something that you have --
02           if it's a specific, it would be something that
03   you got from documentation?
04       A.   That would be correct.
05       Q.   Now, I understand that Columbia CI is not a CM
06   Institution.  Is that correct?
07       A.   That is correct.  At my time of employment, it
08   was not.
09       Q.   Is it now, do you know?
10       A.   I don't know.
11       Q.   But if you had a CM person, then they would be
12   held until they could be transferred to a CM
13   Institution.  Is that correct?
14       A.   Yes, that is correct.
15       Q.   And I think you said that you had a protective
16   management wing.  Is that right?
17       A.   That's right.
18       Q.   Is that basically the protective management
19   program at Columbia Annex?
20       A.   Yes, yes.  So, Wing 2 is generally going to
21   house confinement inmates that are on a permanent
22   protective status.
23       Q.   How many beds do you have for that?
24       A.   I don't recall the wing alone.  I recall the
25   building held approximately 250 inmates.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01        Q.    Were they more or less equally divided between

02   the four wings?

03        A.    More or less, yes.

04        Q.    How many single-bed cells did you have?

05        A.    I don't recall the exact amount as far as

06   single bed.  I don't recall there being any with one

07   bed.

08        Q.    Okay.  So, in general, they were two-bed

09   cells, correct?

10        A.    Correct.  No cell had more than two beds.

11        Q.    But if you had a close management inmate, even

12   though you don't -- you're not a close management

13   facility, if it was a CM1, it would be house alone,

14   correct?

15        A.    Not in all cases.

16        Q.    Really?

17        A.    Really.

18        Q.    How would you differentiate?

19        A.    I would differentiate with, there were times

20   where if you had two inmates pending the same level of

21   CM, I recall them being housed together if both inmates

22   were on the same status.

23        Q.    Okay.  But only a CM1 inmate is housed alone,

24   isn't it?

25        A.    A CM1 inmate is most generally housed alone.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01        Q.   Okay.  In fact, doesn't the close management

02   regulation 33-601.800 say that a CM1 inmate is always

03   housed alone?

04        A.   I wouldn't know.  I don't have the statute in

05   front of me.

06        Q.   Okay.  CM1 is the most restrictive single-

07   cell housing level of all the CM status designations.

08   Is that correct?

09        A.   Yes, to the best of my knowledge.

10        Q.   Do you know if Mr. Angel Herrera, the occupant

11   of the cell where you placed Mr. Andrews, was a CM

12   inmate?

13        A.   I wouldn't be able to recall.

14        Q.   Okay.  Now, as housing supervisor, you're

15   required to check the status of every inmate every week,

16   correct?

17        A.   Weekly, yes.

18        Q.   Okay.  And so, if he had been on CM status for

19   six weeks, you would have had that many opportunities to

20   check his status, correct?

21        A.   Correct.

22        Q.   So, his status should have been correctly

23   reflected in the daily record of special housing.  Is

24   that fair?

25        A.   That's fair.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01          Q.    Okay.  Have you taken a look at the daily

02    record of special housing?

03          A.    I have not.

04          Q.    Sorry, I'm a slow note-taker.  Have you ever

05    been a -- Well, let's see.  You were dorm sergeant in

06    Dorm N, which has a protective management wing.

07          A.    Right.

08          Q.    Did you become pretty familiar with the

09    protective management protocols?

10          A.    Yes, that's fair to say.

11          Q.    Is there any reason that an administrative

12    confinement inmate would be housed with a CM inmate?

13          A.    None that I can think of.

14          Q.    How about with a disciplinary confinement

15    inmate?

16          A.    Neither.  No, an inmate under administrative

17    is not to be with someone on a long-term status

18    disciplinary CM.

19          Q.    What do you mean long-term status?

20          A.    Long-term status, such as they're doing 60

21    days disciplinary confinement.  They're doing several

22    months of CM.  That would not be housed with an

23    administrative hold.

24          Q.    So, it would be okay to put somebody in a cell

25    with a different status, like CM or disciplinary



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 27

01   confinement for a single night?

02       A.   No, not for just one night.

03       Q.   Have you reviewed any records for this

04   deposition?

05       A.   I did read through briefly.  I read the actual

06   allegation from the Plaintiff, mostly just to get an

07   idea of what's being said.  But I haven't had very much

08   time to really look over everything.

09       Q.   Okay.  Do you feel that you have a pretty good

10   recollection of what the rules were that you operated

11   under?

12       A.   Yes.

13       Q.   Okay.  Now, understanding that you don't have

14   a current recollection of what happened on the night of

15   May 16, 2021, I'm going to ask you anyway if you recall

16   Mr. Herrera telling you that he was on a house-alone

17   status?

18       A.   I do not recall.

19       Q.   Okay.  And you don't recall at this point what

20   the daily record of special housing said?

21       A.   No, I do not recall what it said.

22       Q.   Now, a daily record of special housing,

23   there's one sheet per week, correct?

24       A.   Correct.

25       Q.   And so, there would be seven blocks where you


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  would enter certain events, whether an inmate had a

02  shower, whether there was a cell search, that sort of

03  thing.  Is that correct?

04      A.   Yes.  Yes, that's correct.

05      Q.   Now, on May 16, 2021, I understand that you

06  were the housing supervisor for Dorm N.  Did you --

07  On different days, did you work different dorms?

08      A.   Generally, no.  I spent almost all of my

09  working hours in confinement.

10      Q.   Okay.  And that was a pretty specialized

11  confinement dorm, correct?

12      A.   Yes, it was.

13      Q.   Okay.  When you made your weekly check of an

14  inmate's status, where did you get the status, the

15  updated status, to check it against the paper -- your

16  paperwork?

17      A.   So, my check would be comparing the most

18  current roster against the daily housing log.

19      Q.   Okay.  When you say daily housing log, are you

20  talking about, what is it, a 209 or a two -- what is it,

21  299?

22      A.   I believe it was 229.  I'm not entirely sure,

23  but I believe it was 2 --

24      Q.   229?

25      A.   Right.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01          Q.   Yeah, the daily record of special housing is,

02    that's right.   It's a what, DC6229?

03          A.   That sounds right.

04          Q.   Okay.   So, you would check the current roster.

05    Would that be a computer-based roster?

06          A.   Yes.

07          Q.   And you would check it against your 229?

08          A.   Yes.

09          Q.   And so, if you looked at the 229 and the

10    status was incorrect, you would change it, correct?

11          A.   Yes, that would be the right course of action.

12          Q.   All right.   Are you pretty confident that

13    whatever that 229 said was correct?

14          A.   I wouldn't know.

15          Q.   Okay.   Well, then hypothetically, if you were

16    checking the status of the inmate every week and you had

17    an inmate who was -- had been CM for six weeks, would

18    you have more or less automatically updated his status

19    to CM?

20          A.   Based on procedure, that would be the right

21    thing to do, but I don't recall if that is what

22    happened.

23          Q.   Okay.   And Department of Corrections is a

24    pretty bureaucratic institution, wasn't it?

25          A.   That's a good way to word it.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      Q.   Okay.  Did you ever --

02  Were you ever tempted to cut corners?

03      A.   To cut corners, no.

04      Q.   You remember reading about what Mr. Herrera

05  did to get placed in close management?

06      A.   No, I do not.

07      Q.   Did you read his deposition?

08      A.   I did not.

09      Q.   So I think you said that if it were a weekend,

10  that the folks in the control room would have contacted

11  your housing area to let you know that you could hit a

12  new gain.

13      A.   Correct.  And that would go for any day of the

14  week, weekday or weekend.

15      Q.   Do they have somebody in the control room that

16  they -- the main control room, you call it the central

17  control room?

18      A.   We just refer to it as the control room but --

19      Q.   Okay.  Called a movement officer?

20      A.   I wouldn't agree with that title.  Basically,

21  moves would have been done by control room staff,

22  whether it was the assigned --

23      Q.   Okay.

24      A.   -- sergeant or officer.

25      Q.   Okay.  So, there isn't a designated person to



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 31

01  handle the moves or the, I guess, internal movements.

02  Is that -- Could be any one of a number of people?

03      A.  It could be.  Yes.

04      Q.  Do you always work the overnight shift?

05      A.  I wasn't always on the overnight shift.  I

06  spent the majority of my time on overnight shift.  But I

07  also worked the, what's called a swing shift, and it's a

08  daytime shift.  That's all.

09      Q.  What is the -- What hours are the swing shift?

10      A.  The swing shift, there was one swing shift.

11          I worked two shifts from 03:00 A.M. to 11:00

12  A.M., and I also had some days 11:00 A.M. to 07:00  P.M.

13          That was a period of only a few months.  And

14  then I was briefly on what's called the admin shift,

15  which is not the normal security shift.  And that was a

16  period of about six months.  I worked weekdays, 08:00

17  a.m. to 05:00  P.M.

18      Q.  Okay.  Because I am basically doing this on my

19  tablet, I don't know that I can really share the

20  documents that I have.  But I did have a few that I

21  wanted to go over with you.

22      A.  Okay.

23      Q.  But I'm going to let that go.  I think that we

24  won't have any problem.  But I recall that you --

25          when you answered Mr. Andrews' complaint, you



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025          Page 32

01    did formally admit that he was placed in cell N4213 on

02    May 16th and that he was moved out of N4213 on May 17th,

03    the next day.  Does that sound right to you?

04        A.    I don't recall answering a complaint to

05    Mr. Andrews or making an --

06        Q.    Okay.  Well, your lawyer would have done it

07    for you, but I just wondered whether that comports with

08    your memory.

09        A.    I don't have a memory of the move itself.

10        Q.    Okay.  Would you defer to your answers to

11    discovery?

12        A.    Yes, I would defer to what was discussed with

13    my attorney.

14        Q.    Okay.  But I'm talking about what was written

15    and signed by you as responses to Interrogatories.

16        A.    Right.  I stand by my responses to those

17    Interrogatories.

18        Q.    Okay.  And they were almost a year ago, so I

19    can understand that you might not have a clear current

20    memory.

21        A.    Thank you.

22        Q.    I may have asked you this, but I'll ask it

23    again, not having a clear recollection myself.

24            Is there any purpose that would be achieved to

25    your knowledge in placing Mr. Andrews in a cell with



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 33

```
01   Mr. Herrera for just one night?

02        A.   No, there would not be any official purpose

03   for doing such a move.

04        Q.   Okay.  Do you have any idea why he was moved

05   the next day?

06        A.   I do not know.

07        Q.   Do you recall visiting cell N4213 again the

08   next morning before the end of your shift?

09        A.   I do not.

10        Q.   Would that -- Would you have been detailed

11   with serving breakfast while it was still your shift?

12        A.   Yes.

13        Q.   Did you typically go --

14             And I presume that the breakfast was actually

15   served by orderly.  Is that a normal practice?

16        A.   Yes, the officer --

17        Q.   Did you -- Okay.

18        A.   Yes.

19        Q.   An officer and an orderly or two orderlies?

20        A.   Yes.

21        Q.   Do you remember serving Mr. Herrera breakfast?

22        A.   I do not.

23        Q.   If an inmate in confinement got canteen, would

24   that have been brought to him by an orderly?

25        A.   Yes, --
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 34

01      Q.    Would that --

02      A.    -- which did not occur on my shift.

03      Q.    It did not occur on your shift?

04      A.    No.

05      Q.    Okay.  How do you know that?

06      A.    Procedurally, canteen deliveries are done

07  during the day shift.

08      Q.    Okay.  You happen to know --

09  You've spent some time on the day shift, correct?

10      A.    Yes, but not in confinement.

11      Q.    Do you know if canteen items are ever packaged

12  in a clear plastic bag?

13      A.    No.

14      Q.    Okay.  If an inmate got a special diet, I've

15  heard the term RDP, but apparently, there are some other

16  special diets.  Are they normally provided in paper

17  bags?

18      A.    Yes, the RDP was usually in a paper bag.

19      Q.    What color was the paper bag?

20      A.    Brown, generally.

21      Q.    Can you think of anything that would be served

22  to an inmate in a clear plastic bag?

23      A.    I can't think of anything at the moment.

24      Q.    Do you recall if you ever had a conversation

25  with Mr. Herrera?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    A.    No, I don't recall.

02    Q.    Do you think you could have?

03    A.    I would need to know in what context.

04    Q.    Have you ever read any statements by

05  Mr. Herrera?

06    A.    I have not.

07    Q.    Have you ever been asked to review any

08  grievances by Mr. Andrews?

09    A.    Not that I can recall.

10    Q.    Would you, on occasion, be asked to review a

11  grievance if it related -- if you were mentioned in it,

12  if it had allegations against you in it?

13    A.    Yes, and I have been asked to review an

14  allegation on a grievance.

15    Q.    Would you be asked then for feedback?

16    A.    Yes, I would be asked if I deny or have

17  knowledge of the allegation.

18    Q.    Would it ever -- I see that my face isn't on

19  that when I lean back.  Would it ever -- Would you ever

20  do so in writing?

21    A.    Not that I recall.  When it comes to being

22  asked about a grievance, I would be approached by the

23  grievance officer, usually part of the administrative

24  shift.  And as you said, feedback is what I would give

25  at that point.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q.    Is the grievance officer always the same

02  person?

03      A.    No, it's an assigned position.  I recall at

04  least three or four different grievance officers in my

05  time there.

06      Q.    Do you have any idea how the choice was made

07  to place Mr. Andrews in Angel Herrera's cell?

08      A.    How the choice was made, no, I don't know.

09      Q.    Do you know the base -- the various

10  compatibility criteria?

11      A.    Not specifically.  I know it's done with a

12  computer program which uses a mostly quantitative

13  qualitator procedure, compares attribute to the inmate,

14  predator versus prey, if they've had prior incidents.

15          And then, of course, the type of confinement

16  is also brought into play.

17      Q.    Okay.  Crime of conviction, is that one?

18      A.    I believe so.  I'm not sure.

19      Q.    Prison history?

20      A.    Yes.

21      Q.    You may have said this, height and weight?

22      A.    Yes.  I didn't say that --

23      Q.    Gang --

24      A.    -- but it's correct.

25      Q.    Gang membership?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    A.   Yes.

02    Q.   Did you ever see Mr. Andrews after the night

03   that you brought him to that cell?

04    A.   I'm sure I would have seen him on a security

05   check, but I don't recall any interaction with him.

06    Q.   Okay.  Did you become aware that there was an

07   allegation of sexual assault by Mr. Herrera?

08    A.   No, not until I was reached out to by

09   Ms. Villalpando.

10    Q.   So, you didn't know what it was about when you

11   were served on this case?

12    A.   No, I did not.

13    Q.   Oh, that's right.  You weren't --

14    A.   No.

15    Q.   I'm sorry.  You weren't personally served,

16   right?

17    A.   No, I was notified via telephone.

18    Q.   Okay.  Do you know who Officer Willis is?

19    A.   I don't remember an Officer Willis.  I

20   remember a Sergeant Shane Willis.

21    Q.   Okay.  I may have officer wrong.  I'll check

22   that.

23         Did you ever hear that Mr. Andrews was not

24   able to dial out on the TIP hotline after this happened?

25    A.    No, I haven't heard about that.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025          Page 38

01       Q.   Is the TIP hotline a physical phone in the --

02   within Dorm N?

03       A.   The TIP hotline, I wouldn't say it's its own

04   phone.  It's a line that can be dialed on the phone

05   available to inmates.

06            However, it would not be readily accessible in

07   confinement.

08       Q.   Okay.  Is there -- In confinement, is there a

09   bank of phones that inmates can use?

10       A.   There's two phones, if I recall correctly, and

11   there are special circumstances.  The inmate wouldn't be

12   able to just ask to use it.

13       Q.   Okay.  Don't administrative confinement

14   inmates have certain phone rights?

15       A.   As far as rights, not that I recall.  The only

16   circumstance generally in which a confinement inmate is

17   using a phone is going to involve Assistant Warden and

18   Chaplain notifying the inmate of a death in the family.

19            That's my best example of why they would have

20   access.  But I don't recall the inmates just being able

21   to ask to use the phone.

22       Q.   Okay.  How are grievances collected in Dorm N?

23       A.   Grievances are -- were collected at the time

24   by a classification officer.

25       Q.   So, would it just be a designated



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    classification officer?

02         A.    I don't know about designated.  I just know a

03    classification officer would walk around with a locked

04    box and collect the grievances after I left my shift.

05         Q.    Okay.  Now, is this someone who would go from

06    cell to cell?

07         A.    Yes.  The classification officer would walk

08    the entire building and give each inmate a chance to

09    pass out their grievance tour.

10         Q.    Okay.  And did the inmate get to put the

11    grievance into the box himself or hand it to the

12    grievance collector?

13         A.    I wouldn't -- I wasn't physically there when

14    it was collected, but they used to slide them halfway

15    out the flap.  So, I don't believe --

16         Q.    Okay.

17         A.    -- they actually got to reach out and hand it,

18    if that makes sense.

19         Q.    And there was something like a slot, like a

20    piggy bank?

21         A.    Yes.  Yes.

22         Q.    Okay.  Was it -- Did it tend to be the same

23    person picking up grievances every week or every day?

24         A.    I'm not sure because it happened after I left.

25         Q.    Okay.  That was a day shift activity?



**UNIVERSAL
COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01        A.    Exactly.

02        Q.    Do you have any sense of how many PREA

03   complaints were made while you were a housing supervisor

04   for Dorm N?

05        A.    I do not know.

06        Q.    Is that mostly taken care of on the day shift?

07        A.    I wouldn't say day shift per se.  PREA could

08   happen in many forms.  It could be written.  It could be

09   verbal.  I usually wasn't involved in it.

10        Q.    Okay.  How frequently are cell searches done

11   in N Dorm?

12        A.    We generally would search the cells during

13   showers.  So, quite often, an inmate's going to get

14   their cell searched most likely every two weeks.

15        Q.    So, inmates get what, three showers a week?

16        A.    Yes.

17        Q.    And that -- Is that the same whether it's AC

18   or DC?

19        A.    Yes.  When I was there, we had a rotating

20   schedule of the wings we would shower.

21        Q.    Would it surprise you if an inmate turned out

22   to have an edged weapon in his cell?

23        A.    It would be a surprise.

24        Q.    Do you feel like the searches were pretty

25   effective?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01     A.   It's hard to say.

02     Q.   And why would you be surprised?

03     A.   I would be surprised just due to ways that

04 things can be brought into the buildings.  You know, we

05 can search all we want, but if a blade's in a cell, it

06 had to come from somewhere.

07     Q.   Okay.  Were you ever interviewed by an

08 inspector or investigator about a PREA charge in this

09 case?

10     A.   I was not.

11     Q.   Can you give me your discipline history while

12 you were on the job at Columbia?

13     A.   Yes.  My discipline history going back to

14 2018, I had a miscount, you know, where I -- my count

15 caused a recount to be done, which resulted in a

16 warning.

17          I had disciplinary action for an inmate being

18 in a holding cell too long and that resulted in a

19 probation extension while I was sergeant.

20          And I was also placed on an administrative

21 leave around July of 2021, and that was following a use

22 of force.

23     Q.   Okay.  And what was the issue with the use of

24 force?

25     A.   It was under review.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 42

01      Q.    Okay.  Inmate get hurt?

02      A.    Not that I know of.

03      Q.    Okay.  What was the result of the review?

04      A.    It resulted in a probationary dismissal.

05      Q.    Okay.  Is that why you left?

06      A.    Yes.

07      Q.    What was the criticism of the use of force?

08      A.    I don't recall the exact report on it.  They

09  don't give a reason for probationary dismissal.

10      Q.    No narrative at all?

11      A.    Not that I have.  They just give you a

12  document that says they can dismiss you for any reason

13  while on probation.

14      Q.    What kind of work are you doing now?

15      A.    I am a registered representative with the

16  brokerage.  I do customer support, and I place trades.

17      Q.    Okay.  Stock brokerage?

18      A.    Yes.

19      Q.    Nothing to do with this case, right?

20      A.    Right.

21      Q.    Have you seen any video relating to these

22  issues?

23      A.    I have not.

24      Q.    Review any of the grievances?

25      A.    I read over what appeared to be the actual



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 43

```
01   suit written by Mr. Andrews, but I don't recall going

02   over a grievance form in particular.

03       Q.   Have you -- During your time as a corrections

04   employee, do you ever see any or hear any signs of

05   racial prejudice amongst your fellow officers?

06       A.   Amongst my fellow officers, no.

07       Q.   Any signs of white supremacy among your fellow

08   officers?

09       A.   No.

10       Q.   Have you ever heard a fellow officer use the

11   n-word, which -- by which, of course, I mean the word

12   nigger?

13       A.   Not around me.  No.

14       Q.   Within your hearing?

15       A.   No.

16       Q.   Have you ever heard a fellow officer use words

17   like snitch or writ writer?

18       A.   Yes.

19       Q.   Okay.  What did that -- What did those words

20   imply?

21       A.   It would be the common way of saying vexatious

22   litigator.

23       Q.   Okay.  It always have to do with complaints

24   that were unfounded?

25       A.   Yes.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 44

01          Q.    Have you ever heard of an inmate raise a

02    complaint that wasn't founded --

03          A.    I have.

04          Q.    -- and it was founded?

05          A.    Not it was founded, but I have heard of some

06    that were not founded.

07          Q.    Okay.  So, they're all, to your knowledge,

08    they're all unfounded?

09          A.    Are we talking about the particular, like,

10    incident?

11          Q.    No, not in particular.  Just general.

12          A.    I wouldn't say that they're all unfounded, but

13    I would say many are unfounded.

14          Q.    Okay.  You ever seen physical abuse by an

15    officer?

16          A.    No.

17          Q.    Verbal abuse by an officer?

18          A.    Not in front of me.  No.

19          Q.    Would you agree that causing physical abuse of

20    a prisoner is a cowardly act?

21          A.    Cowardly, yes.  Unlawful, yes.

22          Q.    As a confinement housing officer, did you ever

23    tolerate constitutional violations?

24          A.    No.

25          Q.    Did you ever report any constitutional



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   violations?

02       A.   No.

03       Q.   If an officer violated the rules in order to

04   achieve the physical abuse of the officer -- of a

05   prisoner, I'm sorry, of a prisoner, would you consider

06   that an abuse?

07       A.   I'm sorry.  So, are you asking if there's a

08   willful violation of constitutional rights, would I

09   consider that abuse?  Is that the question?

10       Q.   Yes.

11       A.   Yes, that's absolutely abuse.

12       Q.   Okay.  What time were showers normally given?

13       A.   Showers normally were started by 07:30  P.M.

14            They could take as long as until midnight,

15   depending on how much help I had.

16       Q.   What would be an optical staffing for showers?

17       A.   Optimal would be at least two officers per

18   wing because we would shower two wings in a shift.

19       Q.   Could you get officers from other dorms on

20   secondary duty?

21       A.   I could, but it didn't happen most of the

22   time.

23       Q.   Did you know that Angel Herrera had a

24   reputation for stabbing people?

25       A.   No.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01       Q.    Were you aware of a rule among the gangs that

02   they don't tolerate gay sex?

03       A.    Yes, I do recall hearing about that.

04       Q.    Have you heard about inmates being harmed

05   because of that?

06       A.    Yes, but no details.

07       Q.    Did you ever hear of any stabbings because of

08   that?

09       A.    No.

10       Q.    Did you hear anyone say that Andrews was a

11   writ writer?

12       A.    No.

13       Q.    What time was breakfast typically served in

14   N-Dorm?

15       A.    That could vary greatly, but the most common

16   time was around 05:00 A.M.

17       Q.    Did you get trays sent over from the kitchen?

18       A.    I had to go down and pick them up on carts

19   from the kitchen.

20       Q.    Okay.  On carts?

21       A.    Right.

22       Q.    How many carts typically would there be?

23       A.    Usually two.

24       Q.    Two.  Some trays and some bags?

25       A.    Yes.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 47

```
01        Q.   Was there a vending machine in the Dorm N?

02        A.   No.

03        Q.   Where was the closest vending machine?

04        A.   That was in the staff canteen at the front of

05   the institution, easily 100 feet away.

06        Q.   Okay.  Were officers or other employees

07   permitted to provide vending machine food to confinement

08   inmates?

09        A.   No.

10        Q.   I think I asked you about Officer Willis.

11             You don't -- You knew a Sergeant Willis but

12   not an Officer Willis.  Is that correct?

13        A.   That's correct.  I actually knew two Sergeant

14   Willis's.

15        Q.   Where did they work?

16        A.   So, Sergeant Shane Willis was at the main

17   unit, to my best recollection.  And then, I don't know

18   her first name, but there was a female Sergeant Willis,

19   and she was usually at the Annex.

20        Q.   Was she a housing sergeant?

21        A.   No.  She was usually in the control room.

22        Q.   Did you know a Mr. Sterling -- Sterly

23             (phonetic), Sterly, who was a mental health

24   counselor?

25        A.   No.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 48

01      Q.    Do you know a Captain Cooper?

02      A.    Captain Cooper, no.

03      Q.    How about a Captain Camacho?

04      A.    Yes.

05      Q.    What was his job?

06      A.    Captain Camacho, at the time that I was

07 working in N-Dorm, was a day shift captain.

08      Q.    Would a day shift captain be OIC?

09      A.    Yes.

10      Q.    Did the video in Dorm N, did that have audio

11 with it?

12      A.    Yes.

13      Q.    Did the camera stay in working order, pretty

14 much?

15      A.    Yes.

16      Q.    Was it your job to check on them every day?

17      A.    Yes.

18      Q.    How did you do that?

19      A.    There was a monitor that was in the officer

20 station, and I would make sure each monitor looks clear.

21      Q.    Okay.  Did you do anything to make sure that

22 the recorders were recording?

23      A.    That's a check that I can't really do.

24      Q.    Okay.  Who does that?

25      A.    That would be the OIC, usually.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 49

```
01        Q.    Is there a handheld camera in Dorm N?

02        A.    Yes.

03        Q.    Did anybody check on that on a daily basis?

04        A.    Yes.  There's a paper log on top of the box in

05   which it's held.

06        Q.    Okay.  And would you -- did you do that check?

07        A.    Yes.

08        Q.    How did you check it?

09        A.    I would check and make sure the camera is in

10   there, in the box, and that there was a seal for the

11   box.

12        Q.    Okay.  How about battery level?

13        A.    That's not something I had access to because

14   the box was sealed.

15        Q.    Okay.  You could just see that it was sealed?

16        A.    Yes.  The seal was on the outside of the box,

17   and there would be a red light that shined on the camera

18   if it was plugged into the charger.

19              MR. COOK:  Let's see.  We've been going for

20        about an hour and 23 minutes, I guess.  Does

21        anybody want to take a break?

22              THE WITNESS:  I wouldn't mind a brief break

23        for some water.

24              MR. COOK:  Okay.  Why don't we take a 15-

25        minute break and then come back.  And I should be
```


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        able to finish up in not too much more time.

02             THE WITNESS:  Sounds good.  Thank you.

03             MR. COOK:  All right.  Thank you.

04             THE COURT REPORTER:  2:40, Mr. Cook?

05             MR. COOK:  Yeah, 2:40 would be great.

06             THE COURT REPORTER:  Okay.  Going off the

07        record.  Thank you.

08             (Thereupon, a short discussion was held off

09        record.)

10             (Deposition resumed.)

11             THE COURT REPORTER:  We're back on the record

12        at 02:40  P.M.

13             MR. COOK:  Okay.  I've got an echo.  Let me

14        see.  Okay.  Can you hear me?

15             THE WITNESS:  Loud and clear.

16             MR. COOK:  Okay.  Good.  And I still have an

17        echo.  Let me see what I can do about that.  Okay.

18        Let's try it now.  Can you hear me?

19             THE WITNESS:  Loud and clear.

20             MR. COOK:  Okay.  Good.  All right.  Well, I

21        don't think I have too much more but let me --

22        Okay.  Are we back on the record?

23             THE COURT REPORTER:  Yes, sir.

24   BY MR. COOK:

25        Q.   All right.  A couple of things that I wasn't
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  clear on.  You said that you typically would serve

02  breakfast on your shift.

03      A.   That's right.

04      Q.   What time was breakfast normally?

05      A.   So, that time can vary, but the most common

06  was around 05:00 A.M.

07      Q.   And you would have orderlies with you?

08      A.   With me, yes.

09      Q.   About how many orderlies would you normally

10  have?

11      A.   One to two serving with me.

12      Q.   And how long would it take to serve breakfast

13  that way?

14      A.   At least an hour.

15      Q.   And I think you said that there was a capacity

16  of 250 beds in Dorm N, right?

17      A.   Yes, approximately.

18      Q.   How close to capacity did you usually stay?

19      A.   Quite close.  A very average count for the

20  building would be 220 to 230.

21      Q.   So, you would usually have some empty beds,

22  right?

23      A.   Very few, yes.

24      Q.   Another thing where I wasn't looking back at

25  my notes wasn't really clear.  I think you said that if



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   a staff person got canteen, it would be the staff
02   canteen, which was up front, I guess near the front
03   gate.  Is that right?
04        A.   Yes, for staff.  Yes.
05        Q.   Did they serve -- Did they provide the
06   purchases in a clear plastic bag?
07        A.   No.  Your items were handed to you loosely.
08        Q.   Okay.  What if there were numerous items?
09        A.   Numerous items, same thing.  We had our own
10   clear vinyl lunch bags.  And what you bought --
11        Q.   Okay.
12        A.   -- you'd put in there.
13        Q.   Got it.  Okay.  So, I think you said that you
14   read the allegations in the Complaint.
15        A.   Yes.
16        Q.   Is that correct?
17        A.   I did.
18        Q.   Okay.  And -- Oh, okay.  I may be
19   misremembering, but it seems to me like there was
20   something to indicate that the movement, that Andrew's
21   movement, occurred during count.  Is that right?
22        A.   Not that I know of.  We normally wouldn't move
23   during count because that can --
24        Q.   Okay.
25        A.   -- that can mess up the count.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 53

01          Q.    Okay.  And that would be true whether it was

02    master count or regular count.  Is that correct?

03          A.    Yes, we avoided moving during any count.

04          Q.    I meant to ask you if you knew a Sergeant

05    Tucker.

06          A.    Yes.

07          Q.    Okay.  How do you know Sergeant Tucker?

08          A.    I occasionally would work with him when I

09    would go in on a day off because we had mandatory days

10    off we had to work.

11                And he would be on the opposite night shift.

12    So, that's how I knew him.

13          Q.    What do you mean the opposite night shift?

14          A.    So, I was C shift, C as in Charlie.  So, that

15    would be my assigned night shift.  The opposite night

16    shift on C shift days off would be D as in Delta, and

17    Sergeant Tucker was normally on D shift.

18          Q.    Okay.  If you're on D Shift --

19                If you're on different shifts, how do you --

20    are you, like, handing off?

21          A.    No, it was because I had to go in on days off.

22    We had a mandatory, like, three or four of your days

23    off, you have to go in and work to cover shortages.  So,

24    on the --

25          Q.    Is that considered overtime?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 54

```
01        A.    Yes.
02        Q.    Okay.  So, would you be actually in the
03    institution working at the same time?
04        A.    Theoretically, yes.  If he --
05    If I'm on his day on, yes.
06        Q.    Okay.  Were you social friends?
07        A.    No.
08        Q.    Did you socialize at work?
09        A.    In passing, I'd say hi.  I wouldn't say we got
10    along.
11        Q.    Okay.  I think you may have said that there
12    was a vending machine in the staff canteen.
13        A.    Yes.
14        Q.    Do you remember what kind of items were in
15    that vending machine?
16        A.    I don't recall exactly.  I think it was Pepsi
17    products if I had to guess.
18        Q.    Okay.  So, drinks.  Anything else?
19        A.    Just drinks.
20        Q.    Okay.  Okay.  At the time that you gave your
21    responses to Mr. Andrews's pro se Interrogatories, you
22    did say that you would not have approved the placement
23    of another inmate in a cell with him unless that
24    inmates -- with Herrera unless that inmate staff was --
25    status was also CM1.
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      A.    Right.

02      Q.    You went on to say, "I would not have

03 knowingly placed a CM1 inmate with anything else but a

04 CM1 inmate."

05      A.    That's correct.

06      Q.    Isn't that true?  Okay.  I don't know if I

07 asked you if you knew an officer named Manley.

08      A.    Yes.

09      Q.    Okay.  What was he, an officer or a sergeant?

10      A.    Manley was an officer to the best of my

11 recollection.

12      Q.    What do you remember about Manley?

13      A.    I know he would often work on the opposite

14 side of the compound in T as in Tango dorm, I believe.

15            Very rarely, he would come down to confinement

16 and help.

17            As you asked earlier, if I got help with

18 showers, sometimes he would come.  But I very rarely was

19 assigned to the same building as him.

20      Q.    Okay.  What is T dorm?

21      A.    T dorm is secure housing.  So, those are going

22 to be your inmates that need to be secured at night.

23            So, that's going to be what they call an HO4

24 housing status.

25      Q.    Okay.  That's a housing unit where inmates


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                Page 56

```
01    have a particular cell, but they're free to roam around

02    during the daytime.

03         A.    Correct.  Yeah.

04         Q.    Okay.  So, they lock them in at night.

05         A.    That's right.

06         Q.    And it's called cell secure?

07         A.    I would just called it secured housing.  Yes.

08         Q.    Okay.  Just going over some notes.

09         A.    Not a problem.

10         Q.    Were you -- As a housing supervisor of a

11    confinement dorm, were your post orders post-order 10?

12         A.    I'm sorry, was that the complete question?

13         Q.    Yeah.  Did you operate under post-order 10?

14         A.    I don't recall, but I know there were specific

15    post orders for confinement housing.

16         Q.    Okay.  General population was nine and

17    confinement was 10.  Does that sound right?

18         A.    It sounds right.

19         Q.    Okay.  And that was basically a job

20    description, right?

21         A.    Right.

22         Q.    Okay.  And I think that one of the things that

23    was required is strict searches whenever an inmate

24    enters or leaves confinement?

25         A.    Yes.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 57

```
01        Q.    Okay.  When you put an inmate into a cell for
02   the first time, had that cell been searched before he
03   goes in?
04        A.    Procedurally, that would be the right thing to
05   do.
06        Q.    Okay.
07        A.    There were sometimes where I may not have done
08   the search myself, but I normally did.
09        Q.    And how would you go about that if it were
10   done?
11        A.    Well, if I have a -- the inmate I'm housing, I
12   would put them in the holding cell, and if it's already
13   a vacant cell, I just go in and check.
14        Q.    Right.  What if it's not already a vacant
15   cell?
16        A.    Then I would need another officer, and I would
17   need to pull the inmate that's already in there, and I
18   would have to search the cell.
19        Q.    Okay.  And is that something that was
20   required?
21        A.    I believe so.
22        Q.    Okay.  So, if you had done that, then you
23   would have needed a second officer, correct?
24        A.    Yes.
25        Q.    And if there were a search of a cell, then
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    that would be on the 229, right?

02        A.    Right.

03        Q.    Would that be on a 229B?

04        A.    I don't recall those exact form codes anymore.

05        Q.    My impression is that that would be the flip

06    side of a 229.

07        A.    That would make sense.  Yes, I do believe

08    searches were on the back of that 229.

09        Q.    Now, I remember seeing that there was a weight

10    entry, a weekly weight entry.  Did --

11            In your experience, did the housing officers

12    weigh all the inmates every week?

13        A.    Yes, we would bring scales out during showers,

14    and that was when we would get weights.

15        Q.    Okay.  And was there a scale located in the

16    triage room?

17        A.    In the triage room, yes.

18        Q.    Okay.  Was that scale moved into the wings, or

19    did the inmates go to the triage room?

20        A.    The triage room scale wasn't used for weights

21    during showers.  We had regular dial scales, and they

22    would just step up on it.

23        Q.    Okay.  Okay.  And somebody would take down

24    their weight?

25        A.    Right.  We would usually use the roster and



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                     Page 59

01    just write down --

02        Q.    Okay.

03        A.    -- next to the name.

04        Q.    How long did that take?

05        A.    It would only take a few seconds per inmate if

06    you're doing it during showers.  It doesn't add very

07    much time.

08        Q.    Okay.  And you just have to do that once a

09    week, correct?

10        A.    Yes.

11        Q.    And the cell searches are also done during

12    showers, correct?

13        A.    Most of the time, yes.  There were other

14    searches done on the other shifts, but that's when my

15    shift did them.

16        Q.    Okay.  And those cell searches would also go

17    on the 229, right?

18        A.    Right.

19        Q.    What is the automated report of administrative

20    confinement?

21        A.    Automated report, I'm sorry?

22        Q.    Automated report.  I guess that's the

23    computer-based report.

24        A.    I don't know.

25        Q.    Okay.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01        A.   It just doesn't sound familiar.

02        Q.   **This is -- I have a note that that's supposed**

03   **to be attached to the 229 for each inmate.**

04        A.   As far as 229 attachments, we use folders for

05   each inmate, and it would have --

06        Q.   **Okay.**

07        A.   -- their medical evaluation, the pre-

08   confinement screening, face sheet, current 229 and past

09   229s.  But automated report does not sound familiar.

10        Q.   **Okay.  Did that folder also have a DC6221 cell**

11   **inspection log?**

12        A.   Yes.

13        Q.   **That was in the same folder?**

14        A.   Yes.

15        Q.   **Okay.  Did the inmate have to sign for every**

16   **cell inspection?**

17        A.   They're supposed to.  Yes.

18        Q.   **Okay.  Is that often not done?**

19        A.   Not on my shift, but I remember when I would

20   audit folders, I'd find some of them with blanks.

21        Q.   **Okay.  Or forgeries?**

22        A.   I wouldn't be able to say forgeries, but I

23   find blanks.

24        Q.   **Does every signature look the same?**

25        A.   Not to my recollection.  I don't remember how


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    the signatures looked.

02        Q.    Okay.  Now, there's a cell intercom system in

03    Dorm N?

04        A.    Not a cell intercom system.  There was an

05    active listening for the wing, but I did not have an

06    electronic communication directly to a cell.

07        Q.    Okay.  You had a intercom monitoring each

08    wing?

09        A.    Yes.

10        Q.    Okay.  Overnight, were those intercoms turned

11    on so that you could hear?

12        A.    Yes.

13        Q.    All right.  That must have been cacophony.

14        A.    It could be.

15        Q.    Lots of singing?

16        A.    A little bit of singing, conversations across

17    the entire quad.  Often, that intercom made me have to

18    go out and walk out and settle them down.

19        Q.    Okay.  But that would have picked up any calls

20    for help, correct?

21        A.    It -- Yes.  If someone was yelling for help,

22    I -- it would have picked up.

23        Q.    Okay.  And that's the purpose, right?

24        A.    Yes.

25        Q.    Did you ever have anybody turn it off?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      A.   I didn't have them turn it off.

02      Q.   No, no.  I don't mean you asked them to turn

03  it off.  I mean, did you discover that someone had

04  turned it off?

05      A.   Not while I was there because I'm the one who

06  turned it on each night.

07      Q.   I see.  Looks like the overall description of

08  close management is that it is imposed, and I'm going to

09  quote here, "When the inmate, through his or her

10  behavior, has demonstrated an inability to live in the

11  general population without abusing the rights and

12  privileges of others."  Does that sound to you like a

13  fair description?

14      A.   Yes.

15           MR. COOK:  Can I take about five minutes to

16      confer with my colleague, and then presumably,

17      we'll be done.  Is that okay with everyone?

18           THE WITNESS:  Fine by me.

19           THE COURT REPORTER:  Okay.

20           (Thereupon, a short discussion was held off

21      record.)

22           (Deposition resumed.)

23           THE COURT REPORTER:  Okay.  We are back on at

24      03:09  P.M.

25  BY MR. COOK:



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 63

```
01        Q.   Okay.  So, just want to make sure, first of

02   all, that there was an automated report that you would

03   compare with the DC6229 to make sure that you had the

04   inmate's correct status each week.  Is that correct?

05        A.   Before, I wasn't sure about automated report,

06   but basically, you're asking if there's a sheet in the

07   folder I'd compare to the 229?

08        Q.   No.  I wondered whether there was a computer-

09   based list of inmates with their status that you could

10   check --

11        A.   That would be the roster.  Sorry.

12        Q.   That would be the roster?

13        A.   The roster would have who the inmate is, where

14   they are, and their current status.

15        Q.   Okay.  And that's updated weekly?

16        A.   Daily.

17        Q.   Daily.  Okay.  Updated daily.  And is that

18   computer-based?

19        A.   Yes.

20        Q.   All right.  And so, one of your jobs was to

21   make sure that your -- that this inmate's status was up

22   to date?

23        A.   Yes.  That was the best reference, was the

24   roster.

25        Q.   Okay.  And we just are still trying to figure
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    out what might have been the source of some snacks that

02    Mr. Herrera apparently got his hands on.

03            And I think you said that the vending machines

04    in the staff canteen were just of drinks.  Were there

05    any other sources of things like honey buns and that

06    sort of thing?

07        A.    Yes.

08        Q.    Where was that?

09        A.    That was in the visiting park.

10        Q.    Okay.

11        A.    Those contained food vending machines that

12    were coin-operated.  And those were only on visitation

13    days.

14        Q.    Okay.  So, an inmate would only have access to

15    that on visitation days, right?

16        A.    Yes.  And they would have to be actively in a

17    visit.  It's not just free-roam use if that makes sense.

18        Q.    Sure.  And did AC inmates have visitation?

19        A.    I believe in some circumstances, they could.

20        Q.    Is it very limited?

21        A.    Yes, because visitation was always day shift.

22    So, I just wasn't a part of it enough to know.

23        Q.    Okay.  Got it.  Okay.  And then this is just

24    because I won't have another chance to talk to you after

25    today until we get to trial.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 65

01          And that is, what were the allegations on your

02    probationary termination?

03          A.   The allegations on my probationary

04    termination?

05          Q.   Yes.

06          A.   All right.  So, leading up to it, I --

07          Q.   Yeah.  What was alleged?

08          A.   I remember seeing conduct unbecoming of an

09    officer on it.  And it listed the warden as the

10    complainant.

11          And then I believe it was excessive force on

12    the same sheet.  I'm not entirely sure.

13          Q.   Okay.  No particular description of the force?

14          A.   Not that I recall.

15          Q.   No particular description of the injuries?

16          A.   No, not that I recall.

17          Q.   Okay.  Have you ever gotten any kind of

18    brushes with law enforcement with regard to any kind of

19    violent activity?

20          A.   Violent, no, --

21          Q.   Yeah.

22          A.   -- because I was questioned by the Inspector

23    General over, you know, what you just asked me about

24    with the probationary dismissal, that incident.  But no

25    law enforcement contact for something violent.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                Page 66

```
01        Q.    Okay.  But I mean, on another occasion, a
02   fight, domestic violence, anything like that?
03        A.    No.
04        Q.    Okay.  No investigations, no arrests?
05        A.    No.
06        Q.    Okay.  Did you know what they were talking
07   about?
08        A.    In the allegation that led to my dismissal?
09        Q.    Yeah.  The person, the time, the place?
10        A.    Yes.  I know that, you know, what was alleged,
11   but yes.  And the inmate that it involved.
12        Q.    Okay.  Can you be more specific than that?
13        A.    Well, not particular.  But also, not entirely
14   sure how it's relevant to this case.
15        Q.    Well, okay.  We'll see what we can do.  Thank
16   you very much for talking to me.  And I just --
17             MR. TARJAN:  James, I just want to jump in.
18             If you could just check your text, your phone
19        text for maybe the last question.
20             MR. COOK:  Oh, let's see.  No, I think we'll
21        just leave it there.  Do you have anything,
22        Ms. Villalpando?
23             MS. VILLALPANDO:  Give me a second, please.
24                      CROSS-EXAMINATION
25   BY MS. VILLALPANDO:
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025          Page 67

01        Q.   I guess my only question is, were inmates in

02   the dorm allowed to purchase canteen items?

03        A.   Were confined inmates allowed to purchase

04   canteen items?

05        Q.   Yes.

06        A.   Yes.  Using an order form.

07             MS. VILLALPANDO:  Okay.  Thank you.  That'll

08        be all.

09                    RE-DIRECT EXAMINATION

10   BY MR. COOK:

11        Q.   Okay.  Just on that one.  What did --

12   What kind of containers did those items come in?

13   Was there a canteen bag?

14        A.   I -- Now, this is going off what I was told.

15   I was told they come in a large mesh bag.

16        Q.   Okay.  Okay.  Is it any particular color?

17        A.   I believe I was told it's orange.

18             MR. COOK:  Okay.  All right.  All right.  You

19        want to do the read or waive?

20             MS. VILLALPANDO:  He wants to read.

21             MR. COOK:  Okay.  All right.  Well, I

22        appreciate your time, Mr. Ciccone, and we will

23        order.

24             THE WITNESS:  Sure.

25             THE COURT REPORTER:  Okay.  Let me just go off



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 68

```
01        the video record at 03:18  P.M.

02              (Deposition concluded at 03:18 P.M.)

03              (Reading and signing of the deposition by the

04        Witness has been reserved.)

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01                     CERTIFICATE OF REPORTER

02    STATE OF FLORIDA

03    COUNTY OF POLK

04         I, Maria M. Espinoza-Wright, Court Reporter and

05    Notary Public for the State of Florida, do hereby

06    certify that I was authorized to and did digitally

07    report and transcribe the foregoing proceedings and

08    that the transcript is a true and complete record of my

09    notes.

10         I further certify that I am not a relative,

11    employee, attorney, or counsel of any of the parties,

12    nor am I a relative or employee of any of the parties'

13    attorneys or counsel connected with the action, nor am

14    I financially interested in the action.

15         Witness my hand this 20th day of March, 2025.

16

17

18

19
```



```
20    _____
      MARIA M. ESPINOZA-WRIGHT, CER
21    NOTARY PUBLIC, STATE OF FLORIDA

22

23

24

25
```

**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025                    Page 70

```
01                    CERTIFICATE OF OATH

02   STATE OF FLORIDA

03   COUNTY OF POLK

04        I, Maria M. Espinoza-Wright, the undersigned

05   authority, certify that Alexander M. Ciccone appeared

06   before me remotely pursuant to Florida Supreme Court

07   Order AOSC20-23 and was duly sworn on the 6th day of

08   March, 2025.

09
          Witness my hand this 20th day of March, 2025.
10

11

12

13

14   _____
     MARIA M. ESPINOZA-WRIGHT, CER
15   NOTARY PUBLIC, STATE OF FLORIDA
     COMMISSION NO.:  HH 319512
16   COMMISSION EXP.: 10/06/2026

17

18

19

20

21

22

23

24

25
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01  DATE:      March 20, 2025
    TO:        Alexander M. Ciccone
02             C/O
               Juanita Villalpando, Esquire
03             The Office of the Attorney General
               The Capitol # PL-01
04             Tallahassee, FL 32399

05  IN RE:   Byron Andrews vs. Sgt. Ciccone

06  CASE NO:  3:23-cv-88-MMH- SJH

07  Dear Mr. Ciccone,

08          Please take notice that on March 6, 2025, you
    gave your deposition in the above-referenced matter.
09  At that time, you did not waive signature.  It is now
    necessary that you sign your deposition.  You may do so
10  by contacting your own attorney or the attorney who took
    your deposition and make an appointment to do so at
11  their office.  You may also contact our office at the
    below number, Monday - Friday, 9:00 AM - 5:00 PM, for
12  further information and assistance.

13          If you do not read and sign your deposition
    within thirty (30) days, the original, which has already
14  been forwarded to the ordering attorney, may be filed
    with the Clerk of the Court.

15
            If you wish to waive your signature, sign your
16  name in the blank at the bottom of this letter and
    promptly return it to us.

17
    Very truly yours,
18


19  _____
    Maria M. Espinoza-Wright, CER
20  Universal Court Reporting
    (954)712-2600
21

22  I do hereby waive my signature.

23

24  _____
    Alexander M. Ciccone
25  Cc: via transcript:              Joshua Tarjan, Esquire
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
 1   Errata Sheet

 2

 3   NAME OF CASE: Byron Andrews vs Sgt. Ciccone

 4   DATE OF DEPOSITION: 03/06/2025

 5   NAME OF WITNESS: Alexander M. Ciccone

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                          _____
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

**0**

**01:00**
5:5

**02:40**
50:12

**03:00**
31:11

**03:09**
62:24

**03:18**
68:1,2

**05:00**
31:17 46:16 51:6

**07:00**
17:17,18,23 31:12

**07:30**
45:13

**08:00**
31:16

**1**

**1**
14:13

**10**
56:11,13,17

**100**
47:5

**10:00**
17:23

**11:00**
31:11,12

**12-gauge**
16:15

**12-hour**
17:19

**15-**
49:24

**16**
18:14 27:15 28:5

**16th**
32:2

**17th**
32:2

**1:12**
9:1

**2**

**2**
14:16 23:20 28:23

**2011**
10:1,6

**2014**
10:11,12

**2017**
9:11 10:15

**2018**
12:15,18 41:14

**2019**
13:3

**2021**
9:12 13:10 18:15
27:15 28:5 41:21

**2025**
5:2,4

**209**
28:20

**220**
51:20

**229**
28:22,24 29:7,9,13
58:1,6,8 59:17
60:3,4,8 63:7

**229B**
58:3

**229s**
60:9

**23**
49:20

**230**
51:20

**250**
23:25 51:16

**299**
28:21

**2:40**
50:4,5

**3**

**3**
14:17

**32-**
16:24

**33-601.800**
25:2

**33-caliber**
16:23

**3:23-CV-88-MMH-**
5:8

**4**

**4**
14:17,20 17:23
18:3

**6**

**6**
5:2,4

**60**

**26:20**

**A**

**a.m.**
17:18 31:11,12,17
46:16 51:6

**able**
11:21 12:1,4 19:18
25:13 37:24 38:12,
20 50:1 60:22

**about**
7:4 9:6 16:17 20:3
21:3,6 26:14 28:20
30:4 31:16 32:14
35:22 37:10,25
39:2 41:8 44:9
46:3,4 47:10 48:3
49:12,20 50:17
51:9 55:12 57:9
62:15 63:5 65:23
66:7

**absolutely**
45:11

**abuse**
44:14,17,19 45:4,
6,9,11

**abusing**
62:11

**AC**
14:20 40:17 64:18

**academy**
11:8

**access**
38:20 49:13 64:14

**accessible**
38:6

**achieve**
45:4

**achieved**



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

32:24

**across**
61:16

**act**
44:20

**action**
29:11 41:17

**active**
61:5

**actively**
64:16

**activity**
39:25 65:19

**actual**
27:5 42:25

**actually**
22:22 33:14 39:17
47:13 54:2

**add**
59:6

**addition**
15:4

**admin**
31:14

**administrative**
14:5,10,14,18
22:12 26:11,16,23
35:23 38:13 41:20
59:19

**admit**
32:1

**after**
5:23 10:4 11:25
17:24 21:8 22:9
37:2,24 39:4,24
64:24

**afternoon**
7:6

**again**
8:14 15:17 32:23
33:7

**against**
28:15,18 29:7
35:12

**agents**
11:19

**ago**
32:18

**agree**
30:20 44:19

**ahead**
11:1 22:5

**Alex**
6:5

**Alexander**
5:1,7,22

**all**
6:10 12:22 15:1
17:14 18:2,17 22:8
24:15 25:7 28:8
29:12 31:8 41:5
42:10 44:7,8,12
50:3,20,25 58:12
61:13 63:2,20 65:6
67:8,18,21

**allegation**
27:6 35:14,17 37:7
66:8

**allegations**
35:12 52:14 65:1,3

**alleged**
65:7 66:10

**allowed**
67:2,3

**almost**
11:23 28:8 32:18

**alone**
11:21,24 20:7,12

23:24 24:13,23,25
25:3

**along**
6:15 14:2 16:3
54:10

**already**
10:21 22:19 57:12,
14,17

**also**
7:20 14:14 20:19
31:7,12 36:16
41:20 54:25 59:11,
16 60:10 66:13

**always**
11:23 18:19 19:4
25:2 31:4,5 36:1
43:23 64:21

**am**
31:18 42:15

**among**
43:7 46:1

**amongst**
43:5,6

**amount**
24:5

**Andrew's**
52:20

**Andrews**
5:7 17:22 19:3
22:11,14 25:11
32:5,25 35:8 36:7
37:2,23 43:1 46:10

**Andrews'**
31:25

**Andrews's**
54:21

**Angel**
25:10 36:7 45:23

**annex**
8:12 9:15,18,20,21

13:8,11,14,16
23:19 47:19

**another**
12:7 14:11 19:9,16
20:1 51:24 54:23
57:16 64:24 66:1

**answer**
6:18,19 7:8,12,13,
17,18 8:10 20:9

**answered**
31:25

**answering**
32:4

**answers**
32:10

**anticipate**
6:11

**any**
6:22 11:10,13 24:6
26:11 27:3 30:13
31:2,24 32:24
33:2,4 35:4,7 36:6
37:5 40:2 42:12,
21,24 43:4,7 44:25
46:7 53:3 61:19
64:5 65:17,18
67:16

**anybody**
49:3,21 61:25

**anymore**
58:4

**anyone**
46:10

**anything**
21:2 34:21,23
48:21 54:18 55:3
66:2,21

**anyway**
27:15

**apologize**



UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

9:2

**apparently**
34:15 64:2

**appeared**
42:25

**appearing**
5:9

**appreciate**
67:22

**approached**
35:22

**approved**
54:22

**approximately**
5:5 12:14,18 13:1
16:23 23:25 51:17

**area**
30:11

**armed**
15:6,19 16:13

**arms**
15:20

**around**
7:1 39:3 41:21
43:13 46:16 51:6
56:1

**arrests**
66:4

**arrive**
22:8

**ask**
6:18 7:20 15:1
27:15 32:22 38:12,
21 53:4

**asked**
7:9 32:22 35:7,10,
13,15,16,22 47:10
55:7,17 62:2 65:23

**asking**
9:6 16:11 21:21
45:7 63:6

**assault**
37:7

**assessment**
7:6

**assigned**
13:16 19:1 20:15
22:20 30:22 36:3
53:15 55:19

**assignment**
13:4 14:19

**Assistant**
38:17

**assume**
8:9

**attached**
60:3

**attachments**
60:4

**attorney**
32:13

**attribute**
36:13

**audio**
48:10

**audit**
60:20

**August**
13:1,3

**automated**
59:19,21,22 60:9
63:2,5

**automatically**
29:18

**available**
38:5

**average**
51:19

**avoided**
53:3

**aware**
37:6 46:1

**away**
47:5

---

## B

**back**
7:3 8:25 9:18
13:13,14,15 15:1
35:19 41:13 49:25
50:11,22 51:24
58:8 62:23

**bag**
34:12,18,19,22
52:6 67:13,15

**bags**
34:17 46:24 52:10

**ball**
10:5 17:6

**ballistic-shaped**
17:6

**bank**
38:9 39:20

**base**
36:9

**based**
29:20 63:9

**baseline**
9:23

**basically**
23:18 30:20 31:18
56:19 63:6

**basis**
49:3

**bathroom**
7:2

**battery**
49:12

**beanbag**
15:24

**Beanbag-style**
16:2

**because**
13:7 21:25 22:17
31:18 39:24 45:18
46:5,7 49:13 52:23
53:9,21 62:5
64:21,24 65:22

**become**
26:8 37:6

**bed**
24:6,7

**beds**
23:23 24:10 51:16,
21

**before**
6:18,19 7:10 33:8
57:2 63:5

**began**
17:17

**beginning**
17:16,24

**behalf**
5:17,20

**behavior**
62:10

**believe**
12:22 13:2,10
15:5,19 28:22,23
36:18 39:15 55:14
57:21 58:7 64:19
65:11 67:17

**best**
25:9 38:19 47:17



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

55:10 63:23

**between**
9:18 17:23 24:1

**bit**
8:19 61:16

**blade's**
41:5

**blanks**
60:20,23

**blocks**
27:25

**both**
24:21

**bought**
52:10

**box**
39:4,11 49:4,10,
11,14,16

**break**
6:22,25 7:3,8
49:21,22,25

**breakfast**
33:11,14,21 46:13
51:2,4,12

**brief**
9:22 49:22

**briefly**
27:5 31:14

**bright**
15:25 16:6

**bring**
22:7 58:13

**brokerage**
42:16,17

**brought**
33:24 36:16 37:3
41:4

**Brown**

34:20

**brushes**
65:18

**bubble**
18:25

**buck**
16:15,16

**building**
22:7,17 23:25 39:8
51:20 55:19

**buildings**
41:4

**bullet**
17:6

**buns**
64:5

**bureaucratic**
29:24

**Byron**
5:7

---

**C**

**cacophony**
61:13

**caliber**
16:25

**call**
6:3,5 18:22,25
30:16 55:23

**called**
5:23 16:3 20:21
30:19 31:7,14
56:6,7

**calling**
6:7

**calls**
19:2 61:19

**Camacho**
48:3,6

**came**
20:13

**camera**
48:13 49:1,9,17

**can**
6:5 7:1,7,8 8:1,20
9:7,23 12:10,21
13:25 14:17 20:6
21:21 23:1 26:13
31:19 32:19 34:21
35:9 38:4,9 41:4,5,
11 42:12 50:14,17,
18 51:5 52:23,25
62:15 66:12,15

**can't**
34:23 48:23

**canteen**
33:23 34:6,11 47:4
52:1,2 54:12 64:4
67:2,4,13

**capacity**
51:15,18

**captain**
12:10 21:14,16,19,
22 22:7 48:1,2,3,6,
7,8

**car**
10:6

**care**
40:6

**carried**
16:10

**carries**
16:4

**carry**
11:19,20 16:9

**carts**
46:18,20,22

**case**
5:8 37:11 41:9
42:19 66:14

**cases**
24:15

**caused**
41:15

**causing**
44:19

**cell**
14:23 15:12,15,16
18:3 19:10,19,22
20:14,15 21:10
22:18,20 24:10
25:7,11 26:24 28:2
32:1,25 33:7 36:7
37:3 39:6 40:10,
14,22 41:5,18
54:23 56:1,6 57:1,
2,12,13,15,18,25
59:11,16 60:10,16
61:2,4,6

**cells**
14:15 24:4,9 40:12

**central**
30:16

**ceremony**
12:15

**certain**
28:1 38:14

**certification**
11:10,24

**certified**
11:11 15:8

**chance**
39:8 64:24

**change**
29:10

**Chaplain**
38:18


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

charge
41:8

charger
49:18

Charlie
53:14

check
25:15,20 28:13,15,
17 29:4,7 37:5,21
48:16,23 49:3,6,8,
9 57:13 63:10
66:18

checking
29:16

chemical
11:19

choice
36:6,8

CI
23:5

Ciccone
5:1,7,8,22,25 6:4
67:22

circumstance
38:16

circumstances
38:11 64:19

City
10:20

clarify
8:6 21:21

classification
38:24 39:1,3,7

clear
7:16 8:2 32:19,23
34:12,22 48:20
50:15,19 51:1,25
52:6,10

close

19:24 24:11,12
25:1 30:5 51:18,19
62:8

closest
47:3

CM
23:5,11,12 24:21
25:7,11,18 26:12,
18,22,25 29:17,19

CM1
24:13,23,25 25:2,6
54:25 55:3,4

codes
58:4

coin-operated
64:12

colleague
62:16

collect
39:4

collected
38:22,23 39:14

collector
39:12

colloquial
19:5

color
34:19 67:16

Columbia
8:12 9:12 23:5,19
41:12

combination
15:22

come
22:18 41:6 49:25
55:15,18 67:12,15

comes
15:8 35:21

comfortable
6:11

coming
5:15

common
43:21 46:15 51:5

communication
61:6

comparable
16:24

compare
63:3,7

compares
36:13

comparing
28:17

compatibility
36:10

complainant
65:10

complaint
31:25 32:4 44:2
52:14

complaints
40:3 43:23

complete
8:10 12:12 56:12

completed
10:23 11:2 12:14

comports
32:7

compound
11:12 55:14

computer
36:12

computer-
63:8

computer-based
20:18,19 29:5
59:23 63:18

concluded
68:2

conduct
65:8

confer
62:16

confident
29:12

confined
67:3

confinement
13:6,24 14:5,10
22:12,19 23:21
26:12,14,21 27:1
28:9,11 33:23
34:10 36:15 38:7,
8,13,16 44:22 47:7
55:15 56:11,15,17,
24 59:20 60:8

confusing
8:5

conical
17:7

consider
45:5,9

considered
53:25

constitutional
44:23,25 45:8

contact
65:25

contacted
30:10

contained
64:11

containers


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

67:12

**context**
35:3

**control**
30:10,15,16,17,18,
21 47:21

**conversation**
34:24

**conversations**
61:16

**conviction**
36:17

**Cook**
5:15 6:2 7:24 8:1,
3,4 9:2,5 49:19,24
50:3,4,5,13,16,20,
24 62:15,25 66:20
67:10,18,21

**Cooper**
48:1,2

**corners**
30:2,3

**correct**
8:12,13 9:17 10:17
12:9,20,24 13:11,
12,20,21 14:6,7,9,
21,22 15:25 17:21,
25 18:1,11,12,18,
21 19:13,14,22
20:1,2,7,17,24
23:4,6,7,13,14
24:9,10,14 25:8,
16,20,21 27:23,24
28:3,4,11 29:10,13
30:13 34:9 36:24
47:12,13 52:16
53:2 55:5 56:3
57:23 59:9,12
61:20 63:4

**correctional**
9:13 11:7

**corrections**
9:7,10 11:3 14:4
29:23 43:3

**correctly**
25:22 38:10

**could**
14:19,20,23,25
23:12 30:11 31:2,3
35:2 40:7,8 45:14,
19,21 46:15 49:15
61:11,14 63:9
64:19 66:18

**couldn't**
14:23

**counselor**
47:24

**Counsels**
5:12

**count**
41:14 51:19 52:21,
23,25 53:2,3

**couple**
50:25

**course**
29:11 36:15 43:11

**Court**
5:3,10,11,13 7:15,
22,25 8:17,21,25
50:4,6,11,23
62:19,23 67:25

**cover**
53:23

**cowardly**
44:20,21

**Crime**
36:17

**criteria**
36:10

**criticism**
42:7

**CROSS-
EXAMINATION**
66:24

**current**
22:22 27:14 28:18
29:4 32:19 60:8
63:14

**custody**
14:16

**customer**
42:16

**cut**
30:2,3

---

**D**

**daily**
25:23 26:1 27:20,
22 28:18,19 29:1
49:3 63:16,17

**DART**
15:5,7,11,13,17,20

**date**
5:4 13:18 18:14
63:22

**day**
20:25 30:13 32:3
33:5 34:7,9 39:23,
25 40:6,7 48:7,8,
16 53:9 54:5 64:21

**days**
26:21 28:7 31:12
53:9,16,21,22
64:13,15

**daytime**
31:8 56:2

**DC**
14:20 40:18

**DC6221**
60:10

**DC6229**
29:2 63:3

**deal**
8:3

**dear**
8:16

**death**
38:18

**December**
9:12 10:12

**Defendant**
5:20

**defer**
32:10,12

**deliveries**
34:6

**Delta**
53:16

**demonstrated**
62:10

**deny**
35:16

**department**
9:7,10 10:10 11:3,
7 14:4 15:3 16:20
17:20 29:23

**depend**
22:16

**depending**
45:15

**deposition**
5:1,6 7:10 8:24
27:4 30:7 50:10
62:22 68:2,3

**description**
56:20 62:7,13
65:13,15

**designated**
15:6,19 30:25


**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

38:25 39:2

**designations**
25:7

**detailed**
33:10

**detailer**
10:6

**details**
46:6

**dial**
37:24 58:21

**dialed**
38:4

**diameter**
17:12

**didn't**
17:4 20:7 36:22
37:10 45:21 62:1

**diet**
34:14

**diets**
34:16

**different**
7:19 9:4 14:19
15:10 21:3 26:25
28:7 36:4 53:19

**differentiate**
24:18,19

**dimension**
17:8

**DIRECT**
6:1

**directly**
22:9 61:6

**disciplinary**
14:2,5,11,17,18
26:14,18,21,25
41:17

**discipline**
41:11,13

**discover**
62:3

**discovery**
32:11

**discussed**
32:12

**discussion**
8:22 50:8 62:20

**dismiss**
42:12

**dismissal**
42:4,9 65:24 66:8

**disturbance**
15:14

**divided**
14:12 24:1

**document**
18:3 42:12

**documentation**
20:10,13 23:3

**documented**
20:12

**documents**
31:20

**doesn't**
25:1 59:6 60:1

**domestic**
66:2

**don't**
6:3,5,11 7:18,19,
21 8:8 9:3 18:6
19:11,12,17 20:8,
23,25 21:13 22:10,
21 23:10,24 24:5,
6,12 25:4 27:13,19
29:21 31:19 32:4,9
35:1 36:8 37:5,19

38:13,20 39:2,15
42:8,9 43:1 46:2
47:11,17 49:24
50:21 54:16 55:6
56:14 58:4 59:24
60:25 62:2

**done**
17:23 19:7 30:21
32:6 34:6 36:11
40:10 41:15 57:7,
10,22 59:11,14
60:18 62:17

**door**
19:9,24

**dorm**
13:22 17:23 19:12
26:5,6 28:6,11
38:2,22 40:4,11
47:1 48:10 49:1
51:16 55:14,20,21
56:11 61:3 67:2

**dorms**
28:7 45:19

**double-aught**
16:15,16

**down**
46:18 55:15 58:23
59:1 61:18

**drink**
7:2

**drinks**
54:18,19 64:4

**due**
41:3

**duly**
5:24

**during**
34:7 40:12 43:3
52:21,23 53:3 56:2
58:13,21 59:6,11

**duty**
45:20

---

## E

**each**
6:16 16:23 39:8
48:20 60:3,5 61:7
62:6 63:4

**earlier**
55:17

**easily**
47:5

**echo**
50:13,17

**edged**
40:22

**effective**
40:25

**electronic**
61:6

**else**
54:18 55:3

**employee**
43:4

**employees**
47:6

**employment**
9:7,11 23:7

**empty**
51:21

**end**
10:15 13:2 33:8

**ended**
9:11 17:17

**ending**
17:16

**enforcement**
10:7,9 65:18,25



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

enough
20:8 64:22

enter
12:4 28:1

enters
56:24

entire
39:8 61:17

entirely
13:3 28:22 65:12
66:13

entry
58:10

equally
24:1

escort
19:8 20:3,4,11

Escorts
20:12

evaluation
60:7

evaluations
14:15

evening
17:25

event
13:19

events
28:1

every
25:15 29:16 39:23
40:14 48:16 58:12
60:15,24

everybody
7:1

everyone
62:17

everything

27:8

exact
20:23 24:5 42:8
58:4

exactly
40:1 54:16

exam
11:9

EXAMINATION
6:1 67:9

example
16:3 38:19

excessive
65:11

excuse
16:16

exist
20:10

expected
21:8

expels
16:18

experience
58:11

extension
41:19

extraction
15:12,15

**F**

face
35:18 60:8

facility
24:13

fact
11:23 25:1

fair

22:25 25:24,25
26:10 62:13

familiar
26:8 60:1,9

family
38:18

far
24:5 38:15 60:4

feedback
35:15,24

feel
27:9 40:24

feet
47:5

fellow
43:5,6,7,10,16

female
47:18

few
31:13,20 51:23
59:5

fight
66:2

figure
63:25

find
60:20,23

fine
6:24 7:18,20 62:18

finish
6:19 7:7 50:1

finished
6:17

firearms
16:17

first
5:24 6:10 10:2,4,7,
9 12:22 13:4 47:18

57:2 63:1

five
7:4 62:15

flap
39:15

flip
58:5

floor
19:5,24

Florida
5:20 10:16,18,20
11:3 14:3

foam
16:4

folder
60:10,13 63:7

folders
60:4,20

folks
30:10

following
22:1 41:21

follows
5:24

food
47:7 64:11

force
11:19 22:2 41:22,
24 42:7 65:11,13

Ford
10:5

forgeries
60:21,22

form
20:23 43:2 58:4
67:6

formally
32:1



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

**forms**
40:8

**forth**
9:18 13:13

**founded**
44:2,4,5,6

**four**
14:8 18:17 24:2
36:4 53:22

**free**
56:1

**free-roam**
64:17

**frequently**
40:10

**friends**
54:6

**from**
5:16 9:24 13:7
20:14 22:18 23:3
27:6 31:11 39:5
41:6 45:19 46:17,
19

**front**
19:22 25:5 44:18
47:4 52:2

**froze**
8:14

**full-time**
10:12

**furniture**
16:1,6

---

**G**

---

**gain**
30:12

**gained**
22:17

**gaining**
21:22 22:1

**gains**
22:8

**Gang**
36:23,25

**gangs**
46:1

**gate**
52:3

**gave**
54:20

**gay**
46:2

**general**
24:8 44:11 56:16
62:11 65:23

**generally**
11:18,20 14:13,16,
17 16:20 18:16,25
20:12 21:7 23:20
24:25 28:8 34:20
38:16 40:12

**gesture**
7:13,17

**get**
7:1,2,5 19:3 21:20
27:6 28:14 30:5
39:10 40:13,15
42:1 45:19 46:17
58:14 64:25

**getting**
11:9,11

**give**
9:8,23 12:21 35:24
39:8 41:11 42:9,11
66:23

**given**
18:4 45:12

**go**
6:25 7:2,3 8:18,20
9:18 11:1 19:3,15
20:7 21:19 22:5
30:13 31:21,23
33:13 39:5 46:18
53:9,21,23 57:9,13
58:19 59:16 61:18
67:25

**goes**
57:3

**going**
6:12,14 13:13
14:13 15:13,15
16:1,6,8,14 19:8,9
20:14 23:20 27:15
31:23 38:17 40:13
41:13 43:1 49:19
50:6 55:21,23 56:8
62:8 67:14

**good**
8:3 16:2 27:9
29:25 50:2,16,20

**gotten**
18:22 65:17

**graduated**
9:24,25

**graduation**
12:16

**great**
50:5

**greatly**
46:15

**grievance**
35:11,14,22,23
36:1,4 39:9,11,12
43:2

**grievances**
35:8 38:22,23
39:4,23 42:24

**guess**
31:1 49:20 52:2
54:17 59:22 67:1

**guys**
7:22

---

**H**

---

**had**
7:9 13:15 15:7,25
17:11 18:4,13,16
23:11,15 24:10,11,
20 25:18,19 27:7
28:1 29:16,17
31:12 34:24 35:12
36:14 40:19 41:6,
14,17 45:15,23
46:18 49:13 52:9
53:9,10,21,22
54:17 57:2,22
58:21 61:7 62:3
63:3

**halfway**
39:14

**hand**
39:11,17

**handcuffs**
11:20

**handed**
52:7

**handheld**
49:1

**handing**
53:20

**handle**
31:1

**hands**
64:2

**handwritten**
20:20



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

**happen**
34:8 40:8 45:21

**happened**
9:2 19:25 22:22
27:14 29:22 37:24
39:24

**hard**
7:15 41:1

**harmed**
46:4

**has**
13:25 14:14 18:19
26:6 62:10 68:4

**have**
6:14 7:9,11 9:22
10:21 11:21 12:1,
4,7 13:2 14:4,8
15:2,21 16:5 17:7,
23 18:3,14,22
19:12,18,21 20:3,8
21:8,14 22:14,22
23:1,23 24:4 25:4,
19,22 26:1,3,4
27:3,9,13 29:18
30:10,15,21 31:20,
24 32:6,9,19,22
33:4,10,24 35:2,4,
6,7,13,16 36:6,21
37:4,21 38:14,19
40:2,22 42:11,21,
23 43:3,10,16,23
44:1,3,5 46:4
48:10 50:16,21
51:7,10,21 53:23
54:11,22 55:2 56:1
57:7,11,18,23 59:8
60:2,5,10,15 61:5,
13,17,19,22,25
62:1 63:13 64:1,
14,16,18,24 65:17
66:21

**haven't**
7:9 27:7 37:25

**having**
5:23 32:23

**he**
8:14,17 22:17,19
25:18 27:16 32:1,2
33:4 53:11 54:4
55:9,13,15,18 57:2
67:20

**head**
6:8 7:14

**health**
14:15 47:23

**hear**
8:1 37:23 43:4
46:7,10 50:14,18
61:11

**heard**
34:15 37:25 43:10,
16 44:1,5 46:4

**hearing**
43:14 46:3

**height**
36:21

**held**
8:22 23:12,25 49:5
50:8 62:20

**help**
45:15 55:16,17
61:20,21

**her**
47:18 62:9

**here**
5:6 7:23 62:9

**Herrera**
25:10 27:16 30:4
33:1,21 34:25 35:5
37:7 45:23 54:24
64:2

**Herrera's**
36:7

**hi**
54:9

**high**
9:24,25 10:2,4

**him**
18:2,4 20:7 33:24
37:3,4,5 53:8,12
54:23 55:19

**himself**
39:11

**hire**
11:12

**hired**
10:11

**his**
22:16,20 25:20,22
29:18 30:7 40:22
48:5 54:5 62:9
64:2

**history**
36:19 41:11,13

**hit**
30:11

**HO4**
55:23

**hold**
14:1 26:23

**holding**
20:14 22:18 41:18
57:12

**honey**
64:5

**hornet's**
16:3

**hotline**
37:24 38:1,3

**hour**
21:20,22 49:20
51:14

**hours**
21:4,5,7,25 28:9
31:9

**house**
23:21 24:13

**house-alone**
27:16

**housed**
24:21,23,25 25:3
26:12,22

**housing**
12:2,5,11 13:19,24
25:7,14,23 26:2
27:20,22 28:6,18,
19 29:1 30:11 40:3
44:22 47:20 55:21,
24,25 56:7,10,15
57:11 58:11

**hurt**
42:1

**hypothetically**
29:15

---

**I**

**I'D**
54:9 60:20 63:7

**I'LL**
6:17 32:22 37:21

**I'M**
6:6,14 7:23 9:3
10:25 11:1 13:3
16:10 17:3,4
21:21,22 22:1,5
26:4 27:15 28:22
31:23 32:14 36:18
37:4,15 39:24
45:5,7 54:5 56:12
57:11 59:21 62:5,8
65:12

**I'VE**



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

6:7 34:14 50:13

**idea**
12:21 27:7 33:4
36:6

**IM-29**
20:22

**immediately**
13:6

**impact**
16:2

**imply**
43:20

**important**
7:12

**imposed**
62:8

**impression**
58:5

**in**
5:7,14,18,20 6:7
7:5,21 9:11,15,20,
25 10:1,5,11,12
11:16,18,21,24
12:1,13 13:1,10
14:3,11,23 15:4
16:18 18:3,10,20,
22,24 19:5,17
20:14,20 21:7
22:16,19,20 24:8,
15 25:1,4,23 26:5,
24 28:9 30:5,10,15
32:1,25 33:23
34:10,12,16,18,22
35:3,11,12,20
36:4,7 38:1,6,8,16,
18,22 40:8,9,11,22
41:5,8,15,18 42:4
43:2 44:11,18
45:3,18 46:13
47:1,4,21 48:7,10,
13,19 49:1,4,9,10
50:1 51:16 52:6,

12,14 53:9,14,16,
21,23 54:2,9,12,
14,23 55:14 56:4
57:3,12,13,17
58:11,15,17 60:13
61:2 62:10 63:6
64:4,9,16,19 66:8,
17 67:1,12,15

**inability**
62:10

**incident**
15:14 22:2,6,9
44:10 65:24

**incidents**
36:14

**including**
19:23

**incorrect**
29:10

**indicate**
19:12 20:11 52:20

**information**
18:5

**injuries**
65:15

**inmate**
19:9,18 20:13
21:20,22 22:1
24:11,23,25 25:2,
12,15 26:12,15,16
28:1 29:16,17
33:23 34:14,22
36:13 38:11,16,18
39:8,10 40:21
41:17 42:1 44:1
54:23,24 55:3,4
56:23 57:1,11,17
59:5 60:3,5,15
62:9 63:13 64:14
66:11

**inmate's**

28:14 40:13 63:4,
21

**inmates**
11:16 14:20 15:15
23:21,25 24:20,21
38:5,9,14,20 40:15
46:4 47:8 54:24
55:22,25 58:12,19
63:9 64:18 67:1,3

**inspection**
60:11,16

**inspector**
41:8 65:22

**instead**
17:3,5

**institution**
11:12 23:6,13
29:24 47:5 54:3

**interaction**
37:5

**intercom**
61:2,4,7,17

**intercoms**
61:10

**internal**
31:1

**internet**
9:3

**Interrogatories**
32:15,17 54:21

**interrupt**
17:4

**interviewed**
41:7

**interviews**
11:2

**into**
12:11 13:6 17:22
19:19 36:16 39:11

41:4 49:18 57:1
58:18

**introduce**
5:12

**investigations**
66:4

**investigative**
14:1

**investigator**
41:8

**involve**
38:17

**involved**
11:18 40:9 66:11

**involving**
15:14

**isn't**
15:11 24:24 30:25
35:18 55:6

**issue**
41:23

**issues**
42:22

**it's**
7:12,19,21 11:2
15:19 17:5 20:19,
21,25 21:8,25 22:1
23:2 29:2 31:7
36:3,11,24 38:3,4
40:17 41:1 49:5
56:6 57:12,14
64:17 66:14 67:17

**items**
34:11 52:7,8,9
54:14 67:2,4,12

**its**
13:23 38:3

**itself**
32:9



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

**J**

**James**
5:15 66:17

**January**
12:15,18

**job**
10:2,4,8,9,21 11:2
12:21 13:4 41:12
48:5,16 56:19

**jobs**
63:20

**Josh**
5:17

**Juanita**
5:19

**July**
10:6 41:21

**jump**
66:17

**June**
9:11

**just**
6:7 7:17 8:5,17,18
9:6,12,19,23 11:16
16:18 17:8 22:6
27:2,6 30:18 32:7
33:1 38:12,20,25
39:2 41:3 42:11
44:11 49:15 54:19
56:7,8 57:13 58:22
59:1,8 60:1 63:1,
25 64:4,17,22,23
65:23 66:16,17,18,
21 67:11,25

**K**

**keep**
7:15

**kind**
9:8 13:22 15:2,20
16:8,10,12 18:3
20:10 42:14 54:14
65:17,18 67:12

**kinds**
15:11

**kitchen**
46:17,19

**knew**
47:11,13 53:4,12
55:7

**know**
6:10 7:18,21 8:5
9:3 18:13 19:5
21:9 23:9,10 25:4,
10 29:14 30:11
31:19 33:6 34:5,8,
11 35:3 36:8,9,11
37:10,18 39:2 40:5
41:4,14 42:2 45:23
47:17,22 48:1
52:22 53:7 55:6,13
56:14 59:24 64:22
65:23 66:6,10

**knowing**
16:17

**knowingly**
55:3

**knowledge**
25:9 32:25 35:17
44:7

**L**

**Lake**
10:20

**landline**
18:9,10

**large**
67:15

**last**
66:19

**late**
21:4,5,7,20,22,25

**later**
7:5

**law**
10:7,9 65:18,25

**lawyer**
32:6

**leading**
65:6

**lean**
35:19

**least**
19:21 36:4 45:17
51:14

**leave**
41:21 66:21

**leaves**
56:24

**led**
66:8

**left**
12:22 39:4,24 42:5

**less**
15:22 16:1 24:1,3
29:18

**let's**
26:5 49:19 50:18
66:20

**lethal**
15:22,23 16:1,7,9,
14

**level**
24:20 25:7 49:12

**lieutenant**
12:10 21:14

**light**
49:17

**likely**
21:19 40:14

**limitations**
11:13,15

**limited**
64:20

**line**
38:4

**list**
63:9

**listed**
65:9

**listening**
61:5

**litigator**
43:22

**little**
8:19 9:8 61:16

**live**
62:10

**load**
16:21

**located**
58:15

**lock**
56:4

**locked**
39:3

**log**
20:16,22 28:18,19
49:4 60:11

**logged**
8:17

**logs**
19:12



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

**long**
6:12,23 10:13 21:1
41:18 45:14 51:12
59:4

**long-term**
26:17,19,20

**longer**
7:8

**look**
26:1 27:8 60:24

**looked**
29:9 61:1

**looking**
51:24

**looks**
48:20 62:7

**loosely**
52:7

**lost**
7:23

**lot**
6:14 16:17

**Lots**
61:15

**Loud**
8:2 50:15,19

**lunch**
52:10

**M**

**machine**
9:4 47:1,3,7 54:12,
15

**machines**
64:3,11

**made**
13:1 28:13 36:6,8
40:3 61:17

**main**
6:15 9:19,22 13:7,
8 30:16 47:16

**majority**
9:21 31:6

**make**
7:6 12:25 48:20,21
49:9 58:7 63:1,3,
21

**makes**
7:15 39:18 64:17

**making**
11:4 32:5

**management**
23:16,18 24:11,12
25:1 26:6,9 30:5
62:8

**mandatory**
53:9,22

**Manley**
55:7,10,12

**many**
18:13 23:23 24:4
25:19 40:2,8 44:13
46:22 51:9

**March**
5:2,4

**Maria**
5:10

**Marshall**
10:10,14,15

**master**
53:2

**matter**
5:7 9:15 11:23

**may**
7:20 10:15 13:1,10
18:14 27:15 28:5
32:2,22 36:21
37:21 52:18 54:11

57:7

**maybe**
66:19

**me**
6:5 8:1,5,8 9:8,23,
24 12:21 13:7
15:1,17 16:17 25:5
41:11 43:13 44:18
50:13,14,17,18,21
51:8,11 52:19
61:17 62:18 65:23
66:16,23 67:25

**mean**
17:4 26:19 43:11
53:13 62:2,3 66:1

**meant**
17:8 53:4

**medical**
14:1 60:7

**members**
15:20

**membership**
36:25

**memory**
22:22 32:8,9,20

**mental**
14:15 47:23

**mentioned**
35:11

**mesh**
67:15

**mess**
52:25

**Miami**
5:18

**midnight**
21:8 45:14

**might**
32:19 64:1

**mind**
6:3,6 49:22

**minute**
49:25

**minutes**
7:4 49:20 62:15

**miscount**
41:14

**misremembering**
52:19

**mission**
13:23,24

**Missouri**
10:1,5,10

**mix**
14:18

**moment**
19:11,17 34:23

**monitor**
48:19,20

**monitoring**
61:7

**months**
26:22 31:13,16

**more**
24:1,3,10 29:18
50:1,21 66:12

**morning**
33:8

**most**
24:25 25:6 28:17
40:14 45:21 46:15
51:5 59:13

**mostly**
11:16 27:6 36:12
40:6

**move**
6:15 10:19 11:4
13:14 19:7,18 32:9



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

33:3 52:22

**moved**
10:16,18,20 13:7,
15 17:22 18:2
22:11 32:2 33:4
58:18

**movement**
20:16,21,22 21:3
30:19 52:20,21

**movements**
31:1

**moves**
30:21 31:1

**moving**
53:3

**much**
9:19 27:7 45:15
48:14 50:1,21 59:7
66:16

**multiple**
13:25 15:14 16:19,
20

**munitions**
16:2

**must**
61:13

**my**
6:7,18,19 9:3,11,
21 10:4,9 11:2,7
12:14 13:16 14:19
15:4 18:25 19:5,23
22:7 23:7 25:9
28:8,17 31:6,18
32:13,16 34:2
35:18 36:4 38:19
39:4 41:13,14 43:6
47:17 51:25 53:15
55:10 58:5 59:14
60:19,25 62:16
65:3 66:8 67:1

**myself**
19:23 32:23 57:8

---

**N**

**N-**
17:22

**N-DORM**
13:19,22 46:14
48:7

**N-Dorm's**
13:24

**n-word**
43:11

**N4213**
32:1,2 33:7

**name**
47:18 59:3

**named**
55:7

**narrative**
42:10

**near**
52:2

**necessary**
8:6

**need**
6:22 7:7 19:7 35:3
55:22 57:16,17

**needed**
57:23

**Neither**
26:16

**nest**
16:3

**never**
7:21

**new**
11:11 21:20 30:12

**next**
6:18 32:3 33:5,8
59:3

**nigger**
43:12

**night**
21:4,7,12 22:17,23
27:1,2,14 33:1
37:2 53:11,13,15
55:22 56:4 62:6

**nine**
56:16

**nine-pellet**
16:21

**no**
11:1,2 12:3 14:25
15:13 19:20 24:10
26:16 27:2,21 28:8
30:3,6 33:2 34:4,
13 35:1 36:3,8
37:8,12,14,17,25
42:10 43:6,9,13,15
44:11,16,18,24
45:2,25 46:6,9,12
47:2,9,21,25 48:2
52:7 53:21 54:7
62:2 63:8 65:13,
15,16,20,24 66:3,
4,5,20

**nodding**
7:14

**None**
26:13

**normal**
15:4,8 16:5 18:7,8,
16 31:15 33:15

**normally**
21:15,16 34:16
45:12,13 51:4,9
52:22 53:17 57:8

**nose**

17:7

**not**
6:6,16,23 7:11
11:18,19,20 13:3
14:25 15:13 16:5,
17 19:20 20:12
21:4 22:8,13,24
23:5,8 24:12,15
26:3,17,22 27:2,
18,21 28:22 30:6,8
31:15 32:19,23
33:2,6,9,22 34:2,3,
10 35:6,9,21
36:11,18 37:8,12,
23 38:6,15 39:24
40:5 41:10 42:2,
11,23 43:13 44:5,
6,11,18 47:12
49:13 50:1 52:22
54:22 55:2 56:9
57:7,14 60:9,18,
19,25 61:4,5 62:5
64:17 65:12,14,16
66:13

**note**
60:2

**note-taker**
26:4

**notes**
51:25 56:8

**Nothing**
42:19

**notified**
37:17

**notifying**
38:18

**now**
5:3 8:11 9:4,14
14:3,10,19 15:10
16:16 17:14 18:2
19:11 20:24 22:21
23:5,9 25:14



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

27:13,22 28:5 39:5
42:14 50:18 58:9
61:2 67:14

**number**
5:8 20:23 31:2

**numerous**
52:8,9

---

## O

**o'clock**
5:5

**observation**
14:15

**occasion**
35:10 66:1

**occasionally**
53:8

**occupant**
25:10

**occur**
34:2,3

**occurred**
13:9 52:21

**October**
10:11

**off**
6:25 8:18,20,22
50:6,8 53:9,10,16,
20,21,23 61:25
62:1,3,4,20 67:14,
25

**offer**
10:21

**officer**
10:11 11:12,17,22,
24 12:8,9,19 15:9
18:11,20,23,24,25
19:5,16,24 30:19,
24 33:16,19 35:23

36:1 37:18,19,21
38:24 39:1,3,7
43:10,16 44:15,17,
22 45:3,4 47:10,12
48:19 55:7,9,10
57:16,23 65:9

**officer's**
20:20

**officers**
18:13 19:8,22 36:4
43:5,6,8 45:17,19
47:6 58:11

**official**
33:2

**often**
40:13 55:13 60:18
61:17

**Oh**
8:16 17:10 37:13
52:18 66:20

**OIC**
21:17,18 48:8,25

**okay**
6:3,6,10,20,21
7:12,25 8:1,3,25
9:6,14,23 10:2,7,
13,18 11:2,5,13
12:7,12,25 13:9,
13,18 14:3,10,20
15:10,17,24 16:8,
22,24 17:2,5,8,14,
19,22 18:10 19:3,
11,21,25 20:6,10,
16,18,22 22:3
24:8,23 25:1,6,14,
18 26:1,24 27:9,
13,19 28:10,13,19
29:4,15,23 30:1,
19,23,25 31:18,22
32:6,10,14,18
33:4,17 34:5,8,14
36:17 37:6,18,21
38:8,13,22 39:5,

10,16,22,25 40:10
41:7,23 42:1,3,5,
17 43:19,23 44:7,
14 45:12 46:20
47:6 48:21,24
49:6,12,15,24
50:6,13,14,16,17,
20,22 52:8,11,13,
18,24 53:1,7,18
54:2,6,11,18,20
55:6,9,20,25 56:4,
8,16,19,22 57:1,6,
19,22 58:15,18,23
59:2,8,16,25 60:6,
10,15,18,21 61:2,
7,10,19,23 62:17,
19,23 63:1,15,17,
25 64:10,14,23
65:13,17 66:1,4,6,
12,15 67:7,11,16,
18,21,25

**on**
5:3,17,19 7:3 8:25
9:3 11:12,13 13:3,
18 17:24 18:14,16
19:8,13 20:11
22:16 23:21 24:22
25:18 26:17 27:14,
16 28:5,7 29:20
31:5,6,14,18 32:1,
2 34:2,3,9 35:10,
14,18 37:4,11,24
38:4 40:6 41:12,20
42:8,13 45:15,19
46:18,20 48:16
49:3,4,16,17
50:11,22 51:1,2
53:9,11,16,17,18,
19,21,24 54:5
55:2,13 58:1,3,8,
22 59:14,17 60:19
61:11 62:6,23
64:2,12,15 65:1,3,
9,11 66:1 67:11

**once**
59:8

**one**
14:11 15:16 16:18
19:8 20:19 24:6
27:2,23 31:2,10
33:1 36:17 51:11
56:22 62:5 63:20
67:11

**one-time**
8:11

**only**
9:12 15:7 16:7
24:23 31:13 38:15
59:5 64:12,14 67:1

**open**
19:9,24

**opening**
21:10

**operate**
56:13

**operated**
27:10

**opportunities**
25:19

**opposite**
53:11,13,15 55:13

**optical**
45:16

**Optimal**
45:17

**orange**
15:25 16:6 67:17

**order**
45:3 48:13 67:6,23

**orderlies**
33:19 51:7,9

**orderly**
33:15,19,24



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

| | | | |
|---|---|---|---|
| **orders**<br>56:11,15 | **paper**<br>18:3 20:20 28:15<br>34:16,18,19 49:4 | **per**<br>27:23 40:7 45:17<br>59:5 | **piggy**<br>39:20 |
| **other**<br>6:16 15:2,7 34:15<br>45:19 47:6 59:13,<br>14 64:5 | **paperwork**<br>28:16 | **period**<br>31:13,16 | **place**<br>22:15 36:7 42:16<br>66:9 |
| **others**<br>62:12 | **park**<br>64:9 | **periods**<br>9:22 | **placed**<br>25:11 30:5 32:1<br>41:20 55:3 |
| **our**<br>52:9 | **parlance**<br>14:3 | **permanent**<br>23:21 | **placement**<br>54:22 |
| **out**<br>10:2 32:2 37:8,24<br>39:9,15,17 40:21<br>58:13 61:18 64:1 | **part**<br>15:5 19:4 35:23<br>64:22 | **permanently**<br>13:16 | **placing**<br>32:25 |
| **outside**<br>49:16 | **particular**<br>13:18 19:17 43:2<br>44:9,11 56:1<br>65:13,15 66:13<br>67:16 | **permitted**<br>47:7 | **Plaintiff**<br>5:15,18 27:6 |
| **over**<br>6:16 11:16 18:8<br>27:8 31:21 42:25<br>43:2 46:17 56:8<br>65:23 | **Parties**<br>5:9 | **person**<br>19:1 20:1 23:11<br>30:25 36:2 39:23<br>52:1 66:9 | **plastic**<br>16:1 34:12,22 52:6 |
| **overall**<br>62:7 | **pass**<br>39:9 | **personally**<br>37:15 | **play**<br>36:16 |
| **overnight**<br>31:4,5,6 61:10 | **passing**<br>54:9 | **phone**<br>18:9,10 19:1 38:1,<br>4,14,17,21 66:18 | **please**<br>5:12 15:18 66:23 |
| **overtime**<br>53:25 | **past**<br>9:6 60:8 | **phones**<br>38:9,10 | **plugged**<br>49:18 |
| **own**<br>38:3 52:9 | **pay**<br>11:6 | **phonetic**<br>47:23 | **point**<br>10:22 12:19 13:15<br>27:19 35:25 |
| | **PD**<br>10:14,15 | **physical**<br>38:1 44:14,19 45:4 | **Police**<br>10:10 |
| **P** | **pellet**<br>16:18,23 | **physically**<br>39:13 | **population**<br>56:16 62:11 |
| **P.M.**<br>9:1 17:17 31:12,17<br>45:13 50:12 62:24<br>68:1,2 | **pellets**<br>16:4 | **pick**<br>20:7 46:18 | **position**<br>36:3 |
| **packaged**<br>34:11 | **pending**<br>6:23 24:20 | **picked**<br>22:14 61:19,22 | **post**<br>56:11,15 |
| **paid**<br>11:7 | **people**<br>31:2 45:24 | **picking**<br>39:23 | **post-order**<br>56:11,13 |
| | **Pepsi**<br>54:16 | **picky**<br>6:6 | **practice**<br>18:7,8 33:15 |
| | | | **pre-** |



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

60:7

**PREA**
40:2,7 41:8

**predator**
36:14

**prejudice**
43:5

**present**
21:9,23

**presumably**
62:16

**presume**
33:14

**pretty**
9:19 26:8 27:9
28:10 29:12,24
40:24 48:13

**previous**
22:20

**prey**
36:14

**prior**
11:3,9,11,24 36:14

**Prison**
36:19

**prisoner**
44:20 45:5

**privileges**
62:12

**pro**
54:21

**Probably**
7:3

**probation**
41:19 42:13

**probationary**
42:4,9 65:2,3,24

**problem**
31:24 56:9

**Procedurally**
34:6 57:4

**procedure**
29:20 36:13

**products**
54:17

**program**
23:19 36:12

**promotion**
13:7

**protective**
14:1,16 23:15,18,
22 26:6,9

**protocols**
26:9

**provide**
11:5 47:7 52:5

**provided**
34:16

**pull**
57:17

**purchase**
67:2,3

**purchases**
52:6

**purpose**
32:24 33:2 61:23

**put**
18:4 26:24 39:10
52:12 57:1,12

**Q**

**quad**
61:17

**qualitator**
36:13

**quantitative**
36:12

**question**
6:18,19,23 7:13
8:5 20:9 45:9
56:12 66:19 67:1

**questioned**
65:22

**questions**
6:14

**quickly**
7:7

**quite**
40:13 51:19

**quote**
62:9

**R**

**racial**
43:5

**raise**
44:1

**rarely**
55:15,18

**rather**
7:13

**RDP**
34:15,18

**RE-DIRECT**
67:9

**reach**
39:17

**reached**
37:8

**read**
22:21 27:5 30:7
35:4 42:25 52:14
67:19,20

**readily**
38:6

**reading**
30:4 68:3

**really**
15:7 24:16,17 27:8
31:19 48:23 51:25

**reason**
6:23 22:16 26:11
42:9,12

**reasonably**
20:6

**recall**
18:6 19:17 20:23,
25 22:10,13 23:24
24:5,6,21 25:13
27:15,18,19,21
29:21 31:24 32:4
33:7 34:24 35:1,9,
21 36:3 37:5
38:10,15,20 42:8
43:1 46:3 54:16
56:14 58:4 65:14,
16

**recollection**
20:8 27:10,14
32:23 47:17 55:11
60:25

**record**
5:3,13 6:25 7:16
8:18,20,23 25:23
26:2 27:20,22 29:1
50:7,9,11,22 62:21
68:1

**recorders**
48:22

**recording**
48:22

**records**
27:3


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

recount
41:15

red
49:17

refer
30:18

reference
63:23

reflected
25:23

regard
65:18

registered
42:15

regular
53:2 58:21

regulation
25:2

related
35:11

relating
42:21

relevant
66:14

remember
7:17,19 21:11
22:11 30:4 33:21
37:19,20 54:14
55:12 58:9 60:19,
25 65:8

remotely
5:9

report
42:8 44:25 59:19,
21,22,23 60:9
63:2,5

reporter
5:3,10,13 7:15,22,
25 8:17,21,25

50:4,6,11,23
62:19,23 67:25

Reporting
5:11

representative
42:15

reputation
45:24

required
25:15 56:23 57:20

reserve
10:11

reserved
68:4

response
15:6,11,14,19

responses
32:15,16 54:21

restrictive
25:6

result
42:3

resulted
41:15,18 42:4

resumed
8:24 50:10 62:22

review
35:7,10,13 41:25
42:3,24

reviewed
27:3

Rick
10:4

right
6:13 9:10,16 12:23
15:1 17:13,14
18:2,20 20:18
21:24 23:16,17
26:7 28:25 29:2,3,

11,12,20 32:3,16
37:13,16 42:19,20
46:21 50:3,20,25
51:3,16,22 52:3,21
55:1 56:5,17,18,
20,21 57:4,14
58:1,2,25 59:17,18
61:13,23 63:20
64:15 65:6 67:18,
21

rights
38:14,15 45:8
62:11

roam
56:1

role
11:16 15:5

room
30:10,15,16,17,18,
21 47:21 58:16,17,
19,20

roster
28:18 29:4,5 58:25
63:11,12,13,24

rotating
40:19

round
16:14,15 17:5

rule
46:1

rules
27:10 45:3

_____

S

_____

said
23:15 27:7,20,21
29:13 30:9 35:24
36:21 51:1,15,25
52:13 54:11 64:3

same
14:23 15:11 24:20,
22 36:1 39:22
40:17 52:9 54:3
55:19 60:13,24
65:12

say
13:17 19:5 21:5
22:25 25:2 26:10
28:19 36:22 38:3
40:7 41:1 44:12,13
46:10 54:9,22 55:2
60:22

saying
7:14 22:6 43:21

says
42:12

scale
58:15,18,20

scales
58:13,21

schedule
40:20

school
9:24,25 10:3,4

screening
60:8

se
40:7 54:21

seal
49:10,16

sealed
49:14,15

search
28:2 40:12 41:5
57:8,18,25

searched
40:14 57:2

searches
40:10,24 56:23


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

58:8 59:11,14,16

**second**
57:23 66:23

**secondary**
45:20

**seconds**
59:5

**secure**
55:21 56:6

**secured**
55:22 56:7

**security**
31:15 37:4

**Sedalia**
9:25 10:5

**see**
26:5 35:18 37:2
43:4 49:15,19
50:14,17 62:7
66:15,20

**seeing**
58:9 65:8

**seems**
8:17 9:4 52:19

**seen**
37:4 42:21 44:14

**sense**
39:18 40:2 58:7
64:17

**sent**
46:17

**September**
13:2

**sergeant**
5:8 12:9,23,25
13:1,5 19:4 26:5
30:24 37:20 41:19
47:11,13,16,18,20
53:4,7,17 55:9

**serve**
51:1,12 52:5

**served**
33:15 34:21 37:11,
15 46:13

**serving**
33:11,21 51:11

**settle**
61:18

**seven**
27:25

**several**
26:21

**sex**
46:2

**sexual**
37:7

**Shaking**
7:14

**Shane**
37:20 47:16

**share**
31:19

**she**
47:19,20,21

**sheet**
20:21 27:23 60:8
63:6 65:12

**shift**
13:16 17:17,24
18:16 19:13 21:9,
11 31:4,5,6,7,8,9,
10,14,15 33:8,11
34:2,3,7,9 35:24
39:4,25 40:6,7
45:18 48:7,8 51:2
53:11,13,14,15,16,
17,18 59:15 60:19
64:21

**shifts**
17:15,16,19 31:11
53:19 59:14

**shined**
49:17

**short**
8:22 50:8 62:20

**shortages**
53:23

**shot**
16:10,12

**shotgun**
16:14

**shotguns**
15:23,24,25 16:5

**shots**
16:8

**should**
13:16 25:22 49:25

**shower**
28:2 40:20 45:18

**showers**
40:13,15 45:12,13,
16 55:18 58:13,21
59:6,12

**shut**
19:9

**side**
55:14 58:6

**sides**
17:7

**sign**
60:15

**signature**
60:24

**signatures**
61:1

**signed**

32:15

**signing**
68:3

**signs**
43:4,7

**singing**
61:15,16

**single**
24:6 27:1

**single-**
25:6

**single-bed**
24:4

**sir**
50:23

**six**
25:19 29:17 31:16

**SJH**
5:9

**sketch**
9:8

**slide**
39:14

**slightly**
7:19

**slot**
39:19

**slow**
26:4

**slug**
16:25 17:3,5,6

**snacks**
64:1

**snitch**
43:17

**social**
54:6



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

socialize
54:8

some
9:22 18:3 31:12
34:9,15 44:5 46:24
49:23 51:21 56:8
60:20 64:1,19

somebody
26:24 30:15 58:23

someone
18:19 26:17 39:5
61:21 62:3

something
7:4,21 9:2 23:1,2
39:19 49:13 52:20
57:19 65:25

sometime
17:24

sometimes
21:25 55:18 57:7

somewhere
22:21 41:6

sorry
10:25 11:1 16:10
17:3,4,10 21:21
22:5 26:4 37:15
45:5,7 56:12 59:21
63:11

sort
28:2 64:6

sound
32:3 56:17 60:1,9
62:12

sounds
29:3 50:2 56:18

source
64:1

sources
64:5

special
12:1,4,11 14:14
25:23 26:2 27:20,
22 29:1 34:14,16
38:11

specialized
15:2,4 28:10

specific
22:15 23:2 56:14
66:12

specifically
36:11

spent
28:8 31:6 34:9

stabbing
45:24

stabbings
46:7

staff
30:21 47:4 52:1,4
54:12,24 64:4

staffing
45:16

stand
32:16

stands
15:5,17

started
9:9,11 10:5,10
45:13

statements
35:4

station
11:17,22,24 18:11,
20,23,25 19:1
20:21 48:20

status
23:22 24:22 25:7,
15,18,20,22 26:17,
19,20,25 27:17

28:14,15 29:10,16,
18 54:25 55:24
63:4,9,14,21

statute
25:4

stay
9:19 48:13 51:18

step
58:22

Sterling
47:22

Sterly
47:22,23

still
7:23 33:11 50:16
63:25

Stock
42:17

straight
17:7

strict
56:23

suit
9:15 43:1

Sunday
20:24

supervisor
12:10 13:19 21:9,
11 25:14 28:6 40:3
56:10

supervisory
11:16

support
42:16

supposed
60:2,17

supremacy
43:7

sure
13:3 20:6 28:22
36:18 37:4 39:24
48:20,21 49:9
63:1,3,5,21 64:18
65:12 66:14 67:24

surprise
40:21,23

surprised
41:2,3

swear
5:13

swearing-in
12:15

swing
31:7,9,10

sworn
5:24 12:13,19

system
61:2,4

T

tablet
31:19

take
6:12,22,25 7:1,3,7
8:6 12:10 19:15
21:19 45:14 49:21,
24 51:12 58:23
59:4,5 62:15

taken
7:10 26:1 40:6

takes
19:1

taking
11:9

talk
6:16 64:24



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

**talking**
21:5,8 28:20 32:14
44:9 66:6,16

**Tallahassee**
5:16,20

**Tango**
55:14

**Tarjan**
5:17 8:14,16,20
66:17

**team**
15:5,6,12,13,15,19

**teams**
15:11

**telephone**
37:17

**tell**
8:8 9:24 15:17

**telling**
27:16

**tempted**
30:2

**tend**
39:22

**tends**
17:6

**term**
19:6 34:15

**termination**
65:2,4

**testified**
5:24

**testify**
23:1

**text**
66:18,19

**than**
7:13 15:7 24:10

66:12

**Thank**
32:21 50:2,3,7
66:15 67:7

**that**
6:6,11,21 7:4,8
8:8,9,11,12,13
9:15 10:16,21,24
11:22 12:17,19,22,
23,24 13:3,9,15,
16,20,21 14:6,7,22
15:8,25 16:3,5,11,
16,18,24 17:11,14,
15,20,21,24 18:1,
4,5,14,17,19,20,
21,22 19:1,17,19
20:3,6,9,11,16,24,
25 21:12,14,18
22:6,16,17,21,22,
25 23:1,2,4,5,6,7,
13,14,15,16,18,21,
23 25:2,8,19,24
26:11,13,22 27:9,
10,13,16 28:2,3,5,
10 29:3,5,11,12,
13,20,21 30:9,10,
11,13,15,20 31:2,
13,15,19,20,23,24
32:1,2,3,7,19,24
33:10,14,15,24
34:1,5,21 35:9,18,
19,21,25 36:17,22
37:3,6,22,23,25
38:4,9,15 39:18,25
40:6,17 41:3,18,21
42:2,5,11,12
43:19,24 44:2,6,
12,19 45:6,9,23
46:1,3,5,8,10,15
47:4,12 48:6,10,
18,19,21,23,24,25
49:3,6,10,15,17
50:17,25 51:1,5,
13,15,25 52:3,13,
16,20,21,22,23,25

53:1,2,14,25
54:11,15,20,22,23,
24 55:6,22 56:12,
17,19,22 57:2,4,9,
19,22 58:1,3,5,7,8,
9,14,18 59:4,8
60:2,10,13,18
61:11,13,17,19
62:3,8,12,17 63:2,
3,4,9,11,12,17,21,
23 64:1,3,5,8,9,11,
15,17 65:1,14,16,
24 66:2,8,10,11,12
67:11

**That'll**
67:7

**that's**
6:5,6,7,20,24 7:18,
20 10:17 13:12
16:9 17:5 20:20
21:17 23:17 25:25
26:10 28:4 29:2,25
31:8 37:13 38:19
45:11 47:13 48:23
49:13 51:3 53:12
55:5,23,25 56:5
57:17 59:14,22
60:2 61:23 63:15

**their**
20:15 39:9 40:14
58:24 60:7 63:9,14

**them**
6:15 24:21 39:14
46:18 48:16 56:4
57:12 59:15 60:20
61:18 62:1,2

**then**
6:23 7:3,7 8:9 16:5
20:14,19 22:19
23:11 29:15 31:14
35:15 36:15 47:17
49:25 57:16,22,25
62:16 64:23 65:11

**Theoretically**
18:24 54:4

**there**
7:22 9:11 10:5
11:13 15:10,22
16:17,18,20 19:25
20:1 21:2 22:15
24:6,19 26:11
27:25 28:2 30:25
31:10 32:24 33:2
34:15 36:5 37:6
38:8,11 39:13,19
40:19 46:22 47:1,
18 48:19 49:1,10,
17 51:15 52:8,12,
19 54:11 56:14
57:7,17,25 58:9,15
59:13 61:4 62:5
63:2,8 64:4 66:21
67:13

**there's**
6:23 19:7 20:19
27:23 38:10 45:7
49:4 61:2 63:6

**Thereafter**
5:13

**thereupon**
5:21 8:22 50:8
62:20

**these**
14:14 17:19 42:21

**they**
11:5 13:7,14
14:23,24,25 16:8,
12 17:19 19:12
23:11,12 24:1,8
30:15,16 32:18
34:16 38:19 39:14,
17 42:8,11,12
45:14 46:2 47:15
52:5 55:23 56:4
58:21 63:14 64:16,
19 66:6 67:15



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

**they're**
26:20,21 44:7,8,12
56:1 60:17

**they've**
36:14

**thing**
6:15 28:3 29:21
51:24 52:9 57:4
64:6

**things**
41:4 50:25 56:22
64:5

**think**
8:14 22:21 23:15
26:13 30:9 31:23
34:21,23 35:2
47:10 50:21 51:15,
25 52:13 54:11,16
56:22 64:3 66:20

**this**
6:12 13:9 14:18
19:11 20:24 22:9
27:3,19 31:18
32:22 36:21 37:11,
24 39:5 41:8 42:19
60:2 63:21 64:23
66:14 67:14

**those**
16:6 32:16 43:19
55:21 58:4 59:16
61:10 64:11,12
67:12

**though**
24:12

**three**
36:4 40:15 53:22

**through**
27:5 62:9

**thumbnail**
9:8

**time**
5:4 6:12 8:6 9:14,
21 11:22 12:22
13:9 14:19 15:16
17:15,20 23:7 27:8
31:6 34:9 36:5
38:23 43:3 45:12,
22 46:13,16 48:6
50:1 51:4,5 54:3,
20 57:2 59:7,13
66:9 67:22

**times**
17:17 24:19

**TIP**
37:24 38:1,3

**title**
30:20

**today**
23:1 64:25

**Today's**
5:4

**together**
24:21

**told**
18:4 67:14,15,17

**tolerate**
44:23 46:2

**top**
49:4

**tour**
39:9

**toward**
7:5

**trades**
42:16

**trainee**
11:10,14,15 12:2,
5,11

**training**
11:5,6 12:8,9,13,

14 15:2,4,8

**transferred**
23:12

**trays**
46:17,24

**triage**
58:16,17,19,20

**trial**
64:25

**true**
53:1 55:6

**truthful**
8:10

**try**
6:16,17 7:6,17
50:18

**trying**
63:25

**Tucker**
53:5,7,17

**turn**
61:25 62:1,2

**turned**
40:21 61:10 62:4,6

**two**
18:16 19:7,21
24:10,20 28:20
31:11 33:19 38:10
40:14 45:17,18
46:23,24 47:13
51:11

**two-bed**
24:8

**two-man**
20:4

**type**
36:15

**typically**
33:13 46:13,22

51:1

---

**U**

**uh-uh**
7:15

**um-hum**
7:14

**unbecoming**
65:8

**under**
26:16 27:11 41:25
56:13

**understand**
8:9,11 9:14 15:10
18:19 23:5 28:5
32:19

**understanding**
27:13

**understood**
17:11

**unfounded**
43:24 44:8,12,13

**unit**
9:19,22 13:7,8,25
47:17 55:25

**Universal**
5:11

**Unlawful**
44:21

**unless**
54:23,24

**until**
6:17,19 10:15 21:4
23:12 37:8 45:14
64:25

**up**
7:1,7 14:12 15:1
20:7 22:14 39:23
46:18 50:1 52:2,25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

58:22 61:19,22
63:21 65:6

**updated**
28:15 29:18 63:15,
17

**upon**
9:15 13:7

**us**
6:15

**use**
11:18 22:2 38:9,
12,21 41:21,23
42:7 43:10,16
58:25 60:4 64:17

**used**
13:25 39:14 58:20

**uses**
13:25 16:21 36:12

**using**
38:17 67:6

**usually**
22:1 34:18 35:23
40:9 46:23 47:19,
21 48:25 51:18,21
58:25

---

**V**

**vacant**
57:13,14

**various**
36:9

**vary**
46:15 51:5

**vending**
47:1,3,7 54:12,15
64:3,11

**verbal**
18:8 40:9 44:17

**verbally**
18:5

**versus**
36:14

**vexatious**
43:21

**via**
5:9 37:17

**video**
5:6 42:21 48:10
68:1

**Videographer**
5:10

**VIDEOTAPED**
5:1

**Villalpando**
5:19 37:9 66:22,
23,25 67:7,20

**vinyl**
52:10

**violated**
45:3

**violation**
45:8

**violations**
44:23 45:1

**violence**
66:2

**violent**
65:19,20,25

**visit**
64:17

**visitation**
64:12,15,18,21

**visiting**
33:7 64:9

**vs**
5:8

---

**W**

**wait**
6:17,19 8:18

**waive**
67:19

**walk**
7:1 39:3,7 61:18

**want**
6:10,11 8:18 41:5
49:21 63:1 66:17
67:19

**wanted**
31:21

**wants**
67:20

**warden**
38:17 65:9

**warning**
41:16

**wasn't**
29:24 31:5 39:13
40:9 44:2 50:25
51:24,25 58:20
63:5 64:22

**water**
7:2 49:23

**way**
29:25 43:21 51:13

**ways**
41:3

**we**
5:6 7:5,7,8 8:20
18:25 19:11 30:18
31:23 40:12,19,20
41:4,5 44:9 45:18
49:24 50:22 52:9,
22 53:3,9,10,22
54:9 58:13,14,21,

25 60:4 62:23
63:25 64:25 66:15
67:22

**we'll**
6:25 7:3,6 62:17
66:15,20

**we're**
5:3 8:25 21:8
50:11

**We've**
49:19

**weapon**
40:22

**week**
20:25 25:15 27:23
29:16 30:14 39:23
40:15 58:12 59:9
63:4

**weekday**
30:14

**weekdays**
31:16

**weekend**
21:2 30:9,14

**weekly**
25:17 28:13 58:10
63:15

**weeks**
25:19 29:17 40:14

**weigh**
58:12

**weight**
36:21 58:9,10,24

**weights**
58:14,20

**went**
13:6 55:2

**were**
9:15 12:13,19,23


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

13:10,13,19 15:3
17:15,19,20 20:12
24:1,8,19,22 26:5
27:10 28:6 29:15
30:2,9 32:18 35:11
37:11 38:23 40:3,
24 41:7,12 43:24
44:6 45:12,13 46:1
47:6 48:22 52:7,8
54:6,14 56:10,11,
14 57:7,9,25 58:8
59:13 61:10 64:4,
12 65:1 66:6 67:1,
3

**weren't**
37:13,15

**what**
6:7 9:3 10:2,7 12:8
13:4,22 15:2,17,20
16:8,10,11,12
17:15 18:7,25 19:4
20:10 21:5 22:3,
11,22 26:19 27:10,
14,19,21 28:20
29:2,21 30:4 31:9
32:12,14 34:19
35:3,24 37:10
40:15 41:23 42:3,
7,14,25 43:19
45:12,16 46:13
48:5 50:17 51:4
52:8,10 53:13
54:14 55:9,12,20,
23 57:14 59:19
64:1 65:1,7,23
66:6,10,15 67:11,
12,14

**what's**
13:23 16:3 27:7
31:7,14

**whatever**
7:2 8:6 19:25
22:25 29:13

**when**
7:8,12 9:8,24
10:16,18 11:13,15
12:12,13,17,25
18:2 21:5,9 28:13,
19 31:25 35:19,21
37:10 39:13 40:19
53:8 57:1 58:14
59:14 60:19 62:9

**whenever**
56:23

**where**
9:9,24 10:18 18:4
20:13 22:14 24:20
25:11 27:25 28:14
41:14 47:3,15
51:24 55:25 57:7
63:13 64:8

**whether**
7:20 28:1,2 30:22
32:7 40:17 53:1
63:8

**which**
7:19,20 13:10
20:18 26:6 31:15
34:2 36:12 38:16
41:15 43:11 49:5
52:2

**while**
15:3,15 33:11 40:3
41:11,19 42:13
62:5

**white**
43:7

**who**
12:8 19:12 20:11
21:11 29:17 37:18
39:5 47:23 48:24
62:5 63:13

**whole**
6:12 17:20

**why**
19:3 33:4 38:19
41:2 42:5 49:24

**will**
5:13 8:6,9 19:12
67:22

**willful**
45:8

**Willis**
37:18,19,20 47:10,
11,12,16,18

**Willis's**
47:14

**wing**
14:11,13,14,16,17,
20 17:23 18:3
23:16,20,24 26:6
45:18 61:5,8

**wings**
14:8 18:17 24:2
40:20 45:18 58:18

**with**
5:11 7:13,17 9:7,
10 10:9,13,15
11:3,5 12:7 14:2
15:3,8 16:3,13
17:11,20 18:14
19:13,16 20:1
24:6,19 26:8,12,
14,17,22,25 30:20
31:21 32:7,12,25
33:11 34:25 36:11
37:5 39:3 41:23
42:15,19 43:23
48:11 51:7,8,11
53:8 54:23,24
55:3,17 60:20
62:16,17 63:3,9
65:18,24

**within**
38:2 43:14

**without**
62:11

**witness**
5:14,23 7:23 8:2,
15 49:22 50:2,15,
19 62:18 67:24
68:4

**won't**
31:24 64:24

**wondered**
32:7 63:8

**word**
7:13 29:25 43:11

**words**
43:16,19

**work**
8:12 10:13 11:10,
13 12:1 28:7 31:4
42:14 47:15 53:8,
10,23 54:8 55:13

**worked**
9:9,12 31:7,11,16

**working**
9:4,15,20 17:15
18:13 28:9 48:7,13
54:3

**works**
11:12

**would**
11:21 12:1,4,7,8
16:24 17:7,23
18:8,14,22,24
19:6,18,20,24
20:3,10,13,16
21:2,14,18,19
22:6,14,16,18,20,
25 23:1,2,4,11
24:13,18,19 25:19
26:12,22,24 27:25
28:1,17 29:4,5,7,
10,11,17,20 30:10,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Byron Andrews vs Sgt. Ciccone
Ciccone, Alexander M. on 03/06/2025

13,21 32:6,10,12,
24 33:2,10,23
34:1,21 35:3,10,
15,16,18,19,22,24
37:4 38:6,19,25
39:3,5,7 40:12,20,
21,23 41:2,3 43:21
44:13,19 45:5,8,
16,17,18 46:22
48:8,20,25 49:6,9,
17 50:5 51:1,7,9,
12,20,21 52:1
53:1,8,9,11,15,16
54:2,22 55:2,13,
15,18 56:7 57:4,9,
12,16,18,23 58:1,
3,5,7,13,14,22,23,
25 59:5,16 60:5,19
61:19,22 63:2,11,
12,13 64:14,16

**wouldn't**
25:4,13 29:14
30:20 38:3,11
39:13 40:7 44:12
49:22 52:22 54:9
60:22

**Wright**
5:11

**writ**
43:17 46:11

**write**
59:1

**writer**
43:17 46:11

**writing**
35:20

**written**
32:14 40:8 43:1

**wrong**
37:21

## Y

**Yeah**
6:9 8:21 16:12
17:8 29:1 50:5
56:3,13 65:7,21
66:9

**year**
32:18

**yelling**
61:21

**yes**
8:15 9:17,25
10:17,23 11:7,11,
15,23 12:6 14:9
17:1 18:24 19:23
20:5 21:18 23:14,
20 24:3 25:9,17
26:10 27:12 28:4,
12 29:6,8,11 31:3
32:12 33:12,16,18,
20,25 34:10,18
35:13,16 36:20,22
37:1 39:7,21
40:16,19 41:13
42:6,18 43:18,25
44:21 45:10,11
46:3,6,25 48:4,9,
12,15,17 49:2,4,7,
16 50:23 51:8,17,
23 52:4,15 53:3,6
54:1,4,5,13 55:8
56:7,25 57:24
58:7,13,17 59:10,
13 60:12,14,17
61:9,12,21,24
62:14 63:19,23
64:7,16,21 65:5
66:10,11 67:5,6

**you**
6:3,4,5,7,10,11,18,
19,22 7:8,9,12,20,
21,22 8:1,8,9,11,

18 9:6,7,8,9,15,18,
19,23,24 10:13,16,
18,19,21 11:1,5,
10,19,21 12:1,4,7,
12,13,19,21,22,25
13:10,13,14,19
14:4,8 15:1,2,3
17:4,15,20,22,23
18:2,3,4,13,14,22
19:3,5,7,13,15,16,
18 20:1,6 21:5,9,
11,21 22:11,14,21,
25 23:1,3,9,11,15,
23 24:4,11,12,18,
20 25:10,11,19
26:1,4,5,8,19 27:3,
9,10,13,15,16,19,
25 28:5,6,7,13,14,
19 29:4,7,9,10,12,
15,16,18 30:1,2,4,
7,9,11,16 31:4,21,
24,25 32:3,7,10,
15,19,21,22 33:4,
7,10,13,17,21
34:5,8,11,21,24
35:2,4,7,10,11,12,
15,19,24 36:6,9,21
37:2,3,6,10,13,15,
18,23 40:2,3,21,24
41:2,4,7,11,12,14
42:5,11,12,14,21
43:3,4,10,16 44:1,
14,19,22,25 45:5,
7,19,23 46:1,4,7,
10,17 47:10,11,22
48:1,18,21 49:6,8,
15 50:2,3,7,14,18
51:1,7,9,15,18,21,
25 52:7,10,13
53:4,7,13,19,20,23
54:2,6,8,11,14,20,
21,22 55:2,7,12,17
56:10,13 57:1,9,22
59:8 61:7,11,25
62:2,3,12 63:2,3,9
64:3,24 65:17,23

18 66:6,7,8,9,15,18,
19,23,24 10:13,16,
21 67:7,18

**you'd**
19:21 52:12

**you'll**
21:20

**you're**
11:14,15,18 16:11
24:12 25:14 53:18,
19 59:6 63:6

**you've**
6:17 34:9

**your**
6:18 7:10 8:10 9:6
10:2,7 11:9,13,15
12:12,21 13:4 16:1
17:24 19:19 28:13,
15 29:7 30:11
32:6,8,10,25 33:8,
11 34:3 41:11
43:3,5,7,14 44:7
48:16 51:2 52:7
53:22 54:20 55:22
56:11 58:11 63:20,
21 65:1 66:18
67:22

**yourself**
19:15,19

**yourselves**
5:12

## Z

**Zoom**
5:9,16



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com