## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## BEHAVIORAL RISK ASSESSMENT

**Instructions:** A behavioral risk assessment (BRA) is to be completed on each team-decision CM inmate, as follows: within 14 days of CM placement; within 120 days of the initial assessment; every 180 days thereafter; and within three (3) work days of a critical event (escape, escape attempt, homicide, homicide attempt, physical assault, physical assault attempt, assignment to suicide observation status). Note that the BRA shall be completed at above intervals regardless of S-grade or housing assignment. Record rating for each risk factor; multiply the rating by the assigned weight to determine score for each factor; sum all scores to obtain total score. Any risk factor with a rating of 2 or higher must be addressed on the individualized service plan, if the inmate is classified S-2 or higher. The total score and individual risk factor ratings/scores are intended to be used with other pertinent information for service planning and administrative decision making. Original to be filed in the *Mental Health Evaluations* section of the health record, with copy to the confidential section of the master (classification) file.

Date BRA Completed __6/18/21__   Reason (check one): ☒ Initial  ☐ 120-Day  ☐ 180-Day  ☐ Critical Event

S-Grade: __2__   CM Level: __1__   Date Assigned to CM: __4/1/21__

Dates of CM level changes during current CM status (N/A if no change in level): _____

| RISK FACTOR | ENTER RATING | WEIGHT | Hit F9 Key for SCORE |
|---|---|---|---|
| **A. Major Axis I Disorder** (Schizophrenia/Other Psychotic Disorder/Bipolar Disorder/Major Depression):<br>0. No history.<br>1. Diagnosis is present, but symptoms in remission (well controlled with treatment).<br>2. Diagnosis is present with mild symptoms/impairment.<br>3. Diagnosis is present with moderate symptoms/impairment. | 2 | 1 | 2 |
| **B. Suicide Attempts/Threats:**<br>0. No history.<br>1. Pre-/postincarceration attempt within past three years; threat within past year.<br>2. Pre-/postincarceration attempt within past two years; threat within past six months.<br>3. Pre-/postincarceration attempt within past year; threat within past 30 days. | 0 | 1 | 0 |
| **C. Intentional Self-Injury (without suicide intent):**<br>0. No history.<br>1. Pre-/postincarceration attempt within past three years; threat within past year.<br>2. Pre-/postincarceration attempt within past two years; threat within past six months.<br>3. Pre-/postincarceration attempt within past year; threat within past 30 days. | 0 | 1 | 0 |

Inmate Name __HERRERA, ANGEL L.__
DC# __422908__   Race/Sex __W/M__
Date of Birth _____
Institution __Union C.I.-Team# 17__   __S-2__

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-729 (Revised 4/04) Page 1 of 3

| RISK FACTOR | ENTER RATING | WEIGHT | Hit F9 Key for SCORE |
|---|---|---|---|
| **D. Substance Abuse:**<br>0. No history.<br>1. History of alcohol abuse or illegal drug use.<br>2. Use of illegal drugs in prison within past three years.<br>3. Trafficking illegal drugs in prison within past three years. | 0 | 3 | 0 |
| **E. Predatory Behavior:**<br>0. No history.<br>1. Coercion/intimidation behaviors within past two years.<br>2. Coercion/intimidation behaviors within past year.<br>3. Coercion/intimidation behaviors within past six months. | 0 | 2 | 0 |
| **F. Possession of Lethal Contraband (weapons, ammunition, explosives, flammables, initiation of or participation in trafficking these items).**<br>0. No history.<br>1. Possession/participation within past two years.<br>2. Possession/participation within past year.<br>3. Possession/participation within past six months. | 3 | 3 | 9 |
| **G. Threat to Safety of Others (acts or attempted acts of violence which caused or could have caused injury, including sexual assault/battery):**<br>0. No history.<br>1. Acts or attempted acts of violence within past two years.<br>2. Acts or attempted acts of violence within past year.<br>3. Acts or attempted acts of violence within past six months. | 0 | 4 | 0 |
| **H. Homicidal Behavior:**<br>0. No history.<br>1. Any pre-/postincarceration history of involvement in an incident resulting in a death.<br>2. Any pre-/postincarceration incident causing death within the past two years.<br>3. Any incident causing death within the past year. | 0 | 5 | 0 |
| **I. Threat to Institutional Security (e.g., serious property damage/instigating; inciting or involvement in a riot; trafficking in contraband; hostage taking; or attempts to commit above acts):**<br>0. No history.<br>1. Disruption within past two years.<br>2. Disruption within past year.<br>3. Disruption within past six months. | 0 | 4 | 0 |
| **J. Escape Threat:**<br>0. No history.<br>1. Any history of escape/escape attempt.<br>2. Any escape/escape attempt within past two years.<br>3. Any escape/escape attempt with past year. | 1 | 5 | 5 |

Inmate Name __HERRERA, ANGEL L.__
DC# __422908__          Race/Sex __W/M__
Date of Birth _____
Institution __Union C.I.-Team# 17    S-2__

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-729 (Revised 4/04) Page 2 of 3

| RISK FACTOR | ENTER RATING | WEIGHT | Hit F9 Key for SCORE |
|---|---|---|---|
| K. Disruptive Behavior (documented pattern of conduct that disrupts orderly institutional operations):<br>0. No history.<br>1. Pattern evident within past two years.<br>2. Pattern evident within past year.<br>3. Pattern evident within past six months. | 3 | 3 | 9 |
| | **FOR TOTAL SCORE, HIT F9 Key →** | | 25 |

Legend for Translating Total Score to Potential Risk Level:

1-14 = Mild
15-29 = Moderate
30-60 = Severe
> 60 = Very Severe

Security Staff (Signature/Stamp/Date)

Classification Officer (Signature/Stamp/Date)

Programs Staff (Signature/Stamp/Date)

Joel Socarras, PhD
Psychologist
Union CI - Centurion
6/18/21
Senior Mental Health Clinician (Signature/Stamp/Date)

Frank N. Anthony, MD
Psychiatrist
Union Centurion
Psychiatrist (Signature/Stamp/Date)  06/18/21

Stephen, Kushner, RMHC-I, MHP
Union CI - Centurion
6-18-21
Mental Health Specialist (Signature/Stamp/Date)

Joan A. Brakebill, R.N.
Mental Health Nurse
CI-Centurion
Mental Health Nurse (Signature/Stamp/Date)

Inmate Name __HERRERA, ANGEL L.__
DC# __422908__    Race/Sex __W/M__
Date of Birth __12/10/1967__
Institution __Union C.I.-Team# 17    S-2__

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-729 (Revised 4/04) Page 3 of 3