# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Columbia Correctional Institution Annex | **Incident Report Number:** | AX-21  1404 |
| **Reporting Employee:** | Jesus Camacho, Captain | **PREA Number:** | X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 |
| **Employee ID Number:** | [redacted] | **Date of incident:** | July 8, 2021 |
| **Person(s) Involved:** | Andrews, Byron B06604 (V) | **Time of incident:** | 7:15PM |
| | | **Witness (es):** | |

Control Room Log Entry Made: ☐ Yes ☒ No
Inmate Placed in Confinement: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No  Time: 7:45P
EAC Notified: ☒ Yes ☐ No  Time: 7:30P
Supporting Documents Attached: Yes

Disciplinary Report Initiated: ☐ Yes ☒ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☐ Yes ☒ No
Duty Officer Name: Knowles

### DETAILS OF INCIDENT:

On July 8, 2021, at approximately 7:00PM, while assigned as Annex B-Shift Supervisor, I was informed via email that Inmate Andrews, Byron DC#B06604 had submitted a written request that was alleging that he was sexually assaulted by another inmate in the month of May. I attempted to interview Inmate Andrews but he was uncooperative during the initial investigation and he verbally stated 'I'm not talking or writing anything. I will only talk to an investigator.'

**Jesus Camacho, Captain**
Reporting Employee's Name (Print)                Reporting Employee's Signature                07/08/2021

### Shift Supervisor/Department Head COMMENT:

I attempted to gain information from Inmate Andrews and was able to gain that the alleged incident occurred on May 16, 2021 in N-Dormitory in cell N4-213. Inmate Andrews stated that Inmate Herrerra, Angel DC#422908 was the inmate that was housed with him at the time of the alleged incident. A review of OBIS/CDC showed that Inmate Herrerra is currently housed at Union CI and has been at Union CI as of June 16, 2021. A review of CDC revealed that Inmate Andrews and Inmate Herrerra were housed in N4-213 on May 16, 2021 and Inmate Andrews was re-housed in cell N1103U on May 17, 2021 at approximately 11AM. Major C. Crawford along with EAC Duty Officer Knowles were notified of these allegations as a precautionary measure. EAC Duty Officer Knowles issued PREA #PR-X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 and advised that due to the alleged incident occurring more than 72 hours prior SART would not be activated. Inmate Andrews was seen by on-duty medical staff LPN A. Bridges with no injuries being noted. Due to Inmate Andrews providing a

**Jesus Camacho, Captain**
Shift Supervisor's/Department Head's Name (Print)      Shift Supervisor's Signature      07/08/2021

### REVIEW:

Actions taken due to correspondence Inmate Andrews sent to Rebecca Yates, Grievance Coordinator in Central Office. Copy attached, forward for MINS

CC: Inspectors Laurs Jordan
E. Rogers
C. Rice
N. Lewis

**Michelle Nipper, Colonel**
Correctional Officer Chief's Name (Print)        Correctional Officer Chief's Signature        7/9/21

### REVIEW:

Initial review 7-9-21 (MN)
all paperwork attached

MINS 17-B
+060919 2

CC: Rogers / Lewy
MINS

**John Godwin, Warden**
Warden's Name (Print)                Warden's Signature                7-14-21

DC6-210 (Effective 12/12)    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

**DETAILS OF INCIDENT (cont.):**

**SHIFT Supervisor/ Department Head COMMENT (cont.):**

date that was greater than 30 days of the alleged incident a camera review could not be conducted. Inmate Andrews was placed in Administrative Confinement pending a protection investigation. A copy of Inmate Andrews refused DC6-112C as well as Inmate Andrews ER record and Diagram of Injury will be attached to this report. This report will be forwarded to the Chief of Security for documentation and further review.

**REVIEW (cont.):**

**REVIEW (cont.):**

RECEIVED
JUL 8 2021
Department of Corrections
Inmate Grievance Appeals

To: Rebecca yates; grievance
Coosidinator

My name is Byron Andrews D.C # B06604 I am writting you in regrouds to an incident that took place at Columbia Annex on 5-16-21 where I was sexually assulted by an other inmate that I belive/know was set up by the officers working on shifth that day. I have reported this to mental health last week I still have not head anything or spoken to anyone. I have ~~[redacted]~~ tired to call the tip hot line to report what happen but the new Phone system globle taillink does not allow you to dial out to the agency. I have written grievance concerning the incident but have not gotten any responces in over a mounth There for I am writting you to report the sexual abuse of an inmate and ask that you contact P.R.E.A So an investergation could be lunched into what I am reporting as I will also continue to try other means of reporting This crime. I fear that the officers here at Columbia Annex were invole so I do not wish to report it to them as my life maybe in danger

## Nipper, Michelle

| | |
|---|---|
| **From:** | Godwin, John |
| **Sent:** | Thursday, July 8, 2021 4:29 PM |
| **To:** | Nipper, Michelle; Crawford, Christopher J.; Rice, Christine B. |
| **Cc:** | Godwin, John; Cohen, Pinine |
| **Subject:** | FW: inmate Andrews, Byron #B06604 |
| **Attachments:** | SBizhub12.321070814010.pdf |

Inmate in T dorm.

**From:** Culpepper, Zina <Zina.Culpepper@fdc.myflorida.com>
**Sent:** Thursday, July 8, 2021 2:05 PM
**To:** Godwin, John <John.Godwin@fdc.myflorida.com>
**Subject:** inmate Andrews, Byron #B06604

The above inmate submitted a correspondence alleging PREA. I am attaching the correspondence for your review/action. I will provide the inmate a correspondence memo advising he will need to file on the proper forms as well as the institution has been advised of his PREA allegation.

**Zina Culpepper**
Correctional Program Administrator
Bureau of Policy Management and Inmate Appeals
Florida Department of Corrections
Office: 850-717-3628



*Inspiring Success by Transforming One Life at a Time*
Respect*Integrity*Courage*Selfless Service*Compassion

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

1

```
PREPARED BY: R201CVC COLLINS, CHANDRA V.       INCIDENT NUMBER: 0001069192
INCIDENT TYPE: 17B SEXUAL BATTERY (INMATE)     STATUS OF INCIDENT: REF. TO MG
REPORT DATE:   07/09/2021                      REPORT TIME:   13:38
INCIDENT DATE: 07/08/2021                      INCIDENT TIME: 19:00
REPORTING FACILITY: 251 COLUMBIA ANNEX         INCIDENT REGION: 2
INCIDENT FACILITY : 251 COLUMBIA ANNEX         INCIDENT IG OFFICE: 04
INCIDENT LOCATION: 30 VICTIM`S CELL ROOM       DAY CODE: 4      SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 07/08/2021        W-B REVIEW BY: JAB
IG NUMBER:                                     UOF NUMBER:
DATE ASSIGNED: 07/12/2021
INJURIES: N       STG/STI INVOLVEMENT: N       PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N   WEAPONS USED: N              INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N              CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A                              SEND TO IG OFFICE: Y
PREA NUMBER: PR - X251210032                   INCIDENT COMPLETION TYPE: COMPLETED
NATURE OF ACT: FORCE                           TYPE OF ACT: I/I - OTHER


          NAME                 TITLE           BIRTHDATE  R S    ID NUMBER
   -------------------  -----------------------  ----------  - -  ----------------
REPORTING EMPLOYEE (S)
  CAMACHO, JESUS  .    CORRECTIONAL OFFICER CA 06/13/1969 3 1
SUBJECT (S)
  HERRERA, ANGEL L.    INMATE  TRD:12/27/2031  12/10/1967 1 1  422908
VICTIMS (S)
  ANDREWS, BYRON  .    INMATE  TRD:07/17/2046  06/01/1987 2 1  B06604


CONTRABAND RECOVERED        TYPE     POSSESS    QUANTITY     UNIT MSR
-------------------------   ------   -------    ----------   --------
```

MEDICAL DEPT. DESCRIPTION OF INJURIES:
    INMATE ANDREWS WAS SEEN BY ON-DUTY MEDICAL STAFF LPN A.
    BRIDGES WITH NO INJURIES


DESCRIPTION OF INCIDENT:
    CAPTAIN CAMACHO REPORTS ON JULY 8, 2021, AT APPROXIMATELY
    7:00PM, WHILE ASSIGNED AS ANNEX B-SHIFT SUPERVISOR, HE WAS
    INFORMED VIA EMAIL THAT INMATE ANDREWS, BYRON DC#B06604 HAD
    SUBMITTED A WRITTEN REQUEST THAT WAS ALLEGING THAT HE WAS
    SEXUALLY ASSAULTED BY ANOTHER INMATE IN THE MONTH OF MAY.
    HE ATTEMPTED TO INTERVIEW INMATE ANDREWS BUT HE WAS
    UNCOOPERATIVE DURING THE INITIAL INVESTIGATION AND HE
    VERBALLY STATED 'I'M NOT TALKING OR WRITING ANYTHING, I WILL
    ONLY TALK TO AN INVESTIGATOR.'


ACTION TAKEN:
    CAPTAIN CAMACHO AGAIN ATTEMPTED TO GAIN INFORMATION FROM

INMATE ANDREWS AND WAS ABLE TO GAIN THAT THE ALLEGED
INCIDENT OCCURRED ON MAY 16, 2021 IN N-DORMITORY IN CELL
N4-213. INMATE ANDREWS STATED THAT INMATE HERRERRA, ANGEL
DC#422908 WAS THE INMATE THAT WAS HOUSED WITH HIM AT THE
TIME OF THE ALLEGED INCIDENT. A REVIEW OF OBIS/CDC SHOWED
THAT INMATE HERRERRA IS CURRENTLY HOUSED AT UNION CI AND HAS
BEEN AT UNION CI AS OF JUNE 16, 2021. A REVIEW OF CDC
REVEALED THAT INMATE ANDREWS AND INMATE HERRERRA WERE HOUSED
IN N4-213 ON MAY 16, 2021 AND INMATE ANDREWS WAS RE-HOUSED
IN CELL N1103U ON MAY 17, 2021 AT APPROXIMATELY 11AM.  EAC
DUTY OFFICER KNOWLES ISSUED PREA #PR-X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 AND
ADVISED THAT DUE TO THE ALLEGED INCIDENT OCCURRING MORE THAN
72 HOURS PRIOR SART WOULD NOT BE ACTIVATED

OIG ACTION:

*** AFTER REVIEW BY THE OFFICE OF THE INSPECTOR GENERAL IT
IS DETERMINED THAT WHILE THE INITIAL INCIDENT DESCRIBED IN
THE MINS IS REPORTABLE AS A PREA EVENT, IT WAS REPORTED THAT
VIDEO WAS IDENTIFIED AND REVIEWED FOR POSSIBLE COLLECTION
AS PHYSICAL EVIDENCE. THE MINS PROVIDES A DESCRIPTION OF THE
VIDEO REVIEW WHICH DEMONSTRATES TO THE OIG THE ALLEGATIONS
DESCRIBED ARE UNFOUNDED PER THE DEFINITION CONTAINED WITHIN
DOJ PREA STANDARD 115.5. IF ADDITIONAL INFORMATION IS
OBTAINED, PLEASE RE-MINS THE ALLEGATION(S) FOR FURTHER OIG
REVIEW AND RELATE TO THIS MINS. / JAB/HPP ***