20

ISSO150 (01) FLORIDA DEPARTMENT OF CORRECTIONS 03/24/2021 PAGE: 1

CHARGING DISCIPLINARY REPORT

LOG # 251-210311

---

DC#: 422908 INMATE NAME: HERRERA, ANGEL L.
VIOLATION CODE: 0031 TITLE: POSS OF WEAPONS
FACILITY CODE: 251 NAME: COLUMBIA ANNEX

INFRACTION
DATE: 03/23/21
TIME: 09:00

A14209C

---

I. STATEMENT OF FACTS

INMATE HERRERA, ANGEL DC#422908, IS BEING CHARGED WITH A DIRECT VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES OF PROHIBITED CONDUCT SECTION (3-1) POSSESSION OF OR MANUFACTURE OF WEAPONS, AMMUNITION, OR EXPLOSIVES. ON MARCH 23, 2021 AT APPROXIMATELY 0900 HOURS, WHILE ASSIGNED AS SECURITY THREAT INTELLIGENCE SERGEANT, I WAS PRESENT AT CENTER GATE CONDUCTING A SEARCH OF INMATE HERRERA. DURING THIS SEARCH, I DISCOVERED (1) APPROXIMATE 5 ½ INCH HOMEMADE WEAPON MADE FROM A GREEN TOOTHBRUSH THAT WAS SHARPENED TO A POINT ON ONE END IN THE POCKET OF INMATE HERRERA'S STATE ISSUED JACKET. THE HOMEMADE WEAPON WAS PHOTOGRAPHED AND PACKAGED IN ACCORDANCE WITH DEPARTMENTAL POLICY AND PLACED IN THE DR EVIDENCE SAFE FOR FURTHER DISPOSITION. PHOTOGRAPHS HAVE BEEN ATTACHED TO THIS REPORT. INMATE HERRERA WAS PLACED IN ADMINISTRATIVE CONFINEMENT PENDING THE DISPOSITION OF THIS REPORT. THE SHIFT SUPERVISOR WAS NOTIFIED AND AUTHORIZED THIS REPORT TO BE WRITTEN.

REPORT WRITTEN: 03/23/21, AT 10:15 BY: CBR09 - CLEMENS,B.R.

---

II. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 3/24/21, AT 08:57

NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE 33-601, FLORIDA ADMINISTRATIVE CODE.

DELIVERED BY : MKJ21 - [signature]

---

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED CONDUCT, YOU ARE ADVISED THE FOLLOWING:

---

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT. DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS. SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL

DC#: 422908 INMATE NAME: HERRERA, ANGEL L.
VIOLATION CODE: 0031 TITLE: POSS OF WEAPONS
FACILITY CODE: 251 NAME: COLUMBIA ANNEX
INFRACTION DATE: 03/23/21 TIME: 09:00

HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS YOU SIGN THE WAIVER.

DISCIPLINARY HEARING:
THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY. YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF, PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.

APPEAL:
IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION.
FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.

# Disciplinary Report Worksheet

State of Florida

Department of Corrections

Log # 251-21

PREA log # ____

**I. Identifying Inmate Information**

DC# 422908 Inmate Name: Herrera, Angel

Violation Code and Short Title (3-1) Possession or Manufacture of a Weapon

Facility Name Columbia Correctional Institution Annex Facility Code 251

Infraction Date 3/23/21 Date Report Written 3/23/21 Inmate Housing Assignment T2208L

Inmate Work/Program Assignment ____

**II. Statement of Facts** (Include date, time, place, circumstances, evidence and witnesses)

Inmate Herrera, Angel DC#422908, is being charged with a direct violation of F.A.C. Chapter 33-601.314 Rules of Prohibited Conduct Section (3-1) Possession of or manufacture of weapons, ammunition, or explosives. On March 23, 2021 at approximately 0900 hours, while assigned as Security Threat Intelligence Sergeant, I was present at Center Gate conducting a search of Inmate Herrera. During this search, I discovered (1) approximate 5 ½ inch homemade weapon made from a green toothbrush that was sharpened to a point on one end in the pocket of Inmate Herrera's state issued jacket. The homemade weapon was photographed and packaged in accordance with departmental policy and placed in the DR evidence safe for further disposition. Photographs have been attached to this report. Inmate Herrera was placed in administrative confinement pending the disposition of this report. The shift supervisor was notified and authorized this report to be written.

Date Report Written: March 23, 2021 at 1015 AM/PM

Signature of Reporting Officer [signature] B. Clemens Sgt

Name and Position (print) Sergeant B. Clemens Staff ID CBR09

**III. Review of Disciplinary Report** Approved: X DISAPPROVED: ____

Supervisor's Signature [signature] Captain H.P.L.

Printed Name and Position H. Lee, Captain Staff ID LHP03

Date Report Reviewed March 23, 2021 at 1040 AM/PM

State of Florida

# 24 Hour/Refusal to Appear Waiver

Log # 251-210311

Department of Corrections

**I. Identifying Inmate Information**

DC # 422908 Inmate Name Herrera, Angel

Violation Code and Short Title 3-1 Poss of Weapon

Date Report Written

**II. A. ☐ Waiver of 24 Hour Waiting Period**

*I waive my right to the provision of Rule 33-601 stipulating that the disciplinary hearing is not to commence prior to 24 hours of delivery of the charges. My signature below attest to the fact that I do so voluntarily and that I understand that the disciplinary hearing may commence at the discretion of the Team Chairman/Hearing Officer.*

**B. ☐ Waiver of Right to be Present at Disciplinary Hearing**

*I waive my right to be present at the disciplinary hearing for the disciplinary report described in Section I above. My signature below attests to the fact that I do so voluntarily and that I am aware that the disciplinary hearing will be conducted in my absence.*

Inmate Signature ____________________ Date ________

Signature of Witnessing Employee ____________________

**III. Refusal of Right to be Present at Disciplinary Hearing**

The inmate identified in Section I above refused to appear at the Disciplinary Hearing and refused to affix his signature to: Section II. A. ☐ Section II. B. ☑

*My signature attests to the fact that the inmate was given the opportunity to be present at the disciplinary hearing and that the inmate voluntarily refused to be present and refused to participate in attesting to that decision by signing this form.*

Signature of Witnessing Employee [signature] 6? Date 3-30-24

**IV. Additional Comments:**

DC6-112D (Revised 5-00) Original: Inmate File Copy: Central Office

State of Florida — **Disciplinary Investigative Report** — Department of Corrections

Log # 251-210311

DC# 422908 Inmate Name Herrera, Angel

Date Report Written 3/23/2021, at 1015 AM/PM

Date Investigation Began 3/23/2021, at 1040 AM/PM

(Use ball point pen, blue or black ink, when completing this form)

**I. Staff Assistance Offered:** Declined (circled) Accepted **Provided** Yes No (circled)

Inmate Herrera, Angel staff assistance.

**II. Charged Inmate's Version of Infraction:** Date 3/24/21, at 0857 AM/PM

SEE ATTCHED DC6-112C FROM CHARGED INMATE

**III. Charging Staff Member Interview:** Date 3/23/2021, at 1040 AM/PM

Sergeant B. Clemens WAS INTERVIEWED AND STATED THAT THIS REPORT AND THAT FACTS CONTAINED IN IT ARE TRUE AND CORRECT AS WRITTEN AND REFLECTED BY THEIR STATEMENT

**IV. Charging Staff/Pertinent Individual(s) Interview(s):** SEE ATTACHED DC6112C

N/A

**V. Other Inmate(s) Interview(s):** SEE ATTACHED DC6112C FROM INMATE

N/A

**VI. Explanation of Witness Statement Forms Not Completed and/or Other Interviews Not Completed:**

N/A

**VII. Explanation of Delay(s) at Any Stage of Investigation:**

N/A

**VIII. Evidence; Other Included Reports; Other Information:** K. Matthews, Officer MKJ22 obtained statement from charged inmate and delivered charges to charged inmate. Evidence is attached.

STG: Y/N (N circled) DUR: 25

Signature of Investigating Officer: [signature]

Legibly Printed Name: K. Matthews, Officer MKJ22

Date Investigation Completed: 3/25/21 (1321) Report Continued: Yes No (circled)

# Witness Statement

State of Florida | Log# 251-210311 | Department of Corrections

DC # 422908 Inmate Name Herrera, Angel Facility Columbia AX 251
Violation Code and Short Title (3-1) Possession of Weapon
Date Report Written 3/23/2021 Date of Hearing

**I. Notice to Inmate:** The following shall be read to the charged inmate by the Investigating Officer:
"The charged inmate shall indicate whether he has any material witnesses. In the event that you have material witnesses, they must be listed below. Failure to complete and sign Section II of this form will result in a waiver of the opportunity to call witnesses either live or by written statement."

As a rule the testimony of inmate witnesses will be presented by written statements instead of witnesses appearing at the hearing. Multiple disciplinary hearings are often held at one time and limited staffing prohibits the routine retrieval and escort of inmate witnesses to the hearing and back to assignments. Further, written statements minimize the disruption of work and program assignments of inmate witnesses. A request for live testimony for witnesses not listed below must be made at the hearing and supported by cause sufficient to overcome the concerns noted above."

**II. Inmate Witnesses:** I do not have any witnesses ☒ I do have witnesses listed below ☐

| | Name of Witness | DC6-112C Read YES/NO | Witness Requested To Appear YES/NO | Reason Witness Requested to Appear | Disposition |
|---|---|---|---|---|---|
| 1. | | ☐/☐ | ☐/☐ | | |
| 2. | | ☐/☐ | ☐/☐ | | |
| 3. | | ☐/☐ | ☐/☐ | | |
| 4. | | ☐/☐ | ☐/☐ | | |
| 5. | | ☐/☐ | ☐/☐ | | |
| 6. | | ☐/☐ | ☐/☐ | | |
| 7. | | ☐/☐ | ☐/☐ | | |
| 8. | | ☐/☐ | ☐/☐ | | |
| 9. | | ☐/☐ | ☐/☐ | | |
| 10. | | ☐/☐ | ☐/☐ | | |

Signature of Inmate [signature]

Signature and Title of Investigating Officer [signature]

**III. Investigating Officer Witnesses:** Witnesses determined relevant during the investigation and not requested by charged inmate.

| | Name of Witness | SEE ATTACH DC6-112C Read YES/NO | Witness Requested To Appear YES/NO | Reason Witness Requested to Appear | Disposition |
|---|---|---|---|---|---|
| 1. | | ☑/☐ | ☐/☐ | | |
| 2. | | ☑/☐ | ☐/☐ | | |
| 3. | | ☐/☐ | ☐/☐ | | |
| 4. | | ☐/☐ | ☐/☐ | | |
| 5. | | ☐/☐ | ☐/☐ | | |
| 6. | | ☐/☐ | ☐/☐ | | |

**IV. Witnesses Requested at Hearing:** Witnesses requested by inmate, Team, or Hearing Officer in addition to those inmates already identified in Section II or III above.

| | Name of Witness | DC6-112C Read YES/NO | Witness Requested To Appear YES/NO | Reason Witness Requested to Appear | Disposition |
|---|---|---|---|---|---|
| 1. | | ☐/☐ | ☐/☐ | | |
| 2. | | ☐/☐ | ☐/☐ | | |
| 3. | | ☐/☐ | ☐/☐ | | |
| 4. | | ☐/☐ | ☐/☐ | | |

Continued Comments (indicate Section # and Witness #):

| Team Member Signature | Team Member Signature [signature] | Team Chairman/Hearing Officer Signature [signature] |
|---|---|---|
| Printed/Typed Name | Printed/Typed Name [signature] | Printed/Typed Name N. Cribbins |

State of Florida

**Witness Statement**

Log# 251-210311

Department of Corrections

**I. Identifying Inmate Information**

DC # 422908 Inmate Name Herrera, Angel

Violation Code and Short Title (3-1) Possession of Weapon

Use of Force #

Date Report Written 3/23/2021

**II.**

☐ Staff Member: Name and Position

☐ Other Individual: Name

☑ Inmate: DC# 422908 Name Herrera, Angel

**III. Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature ____________ Date ____________

Signature of Investigating Officer ____________ Date ____________

**IV. Statement**

I would Like to go to GM please I don't whant to kill know body.

Witness Signature [signature] Date 3-24-21

Signature of Investigating Officer [signature] Date 3-24-21

DC6-112C (Revised 8/06) Original: INmate File COpy: Central Office

**IV. Evidence Requested at Hearing:** Evidence requested by inmate, Team ( ) Hearing Officer in addition to evidence already identified in Section II or III above.

| | *Identification of evidence* | *Reason Evidence Requested* | *Disposition* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Continued Comments (indicate Section # and Evidence #:

Team Member Signature

Printed/Typed Name

Team Member Signature

Printed/Typed Name

M. Cutrt
Team Chairman/Hearing Officer Signature

N. Cribbins
Printed/Typed Name

## Documentary or Physical Evidence Disposition

**State of Florida** **Log #** 251-210311 **Department of Corrections**

DC#: 422908 Inmate Name: Herrera, Angel Facility: Columbia AX 251
Violation Code and Short Title: (3-1) Possession of Weapon
Date Report Written: 3/23/2021 Date of Hearing:

**I. Notice to Inmate:** The following shall be read to the charged inmate by the Investigating Officer:

The charged inmate shall identify any documentary or physical evidence that he wants considered. In the event that you have evidence that you want considered, it must be listed below. Failure to complete and sign Section II of this form will resulting a waiver of the opportunity to have documentary or physical evidence presented at hearing. If the evidence is a videotape, the investigator will determine whether the tape described will provide evidence to support the inmate's statement.

**II. Inmate Evidence:** I do not have any evidence ☑ I do have evidence, listed below ☐

| | *Identification of evidence* | *Reason Evidence Requested* | *Disposition* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10 | | | |

**For videotape/audiotape evidence only:**

**Inmate identification of videotape/audiotape:**

**Inmate Description of what tape will show:**
**(Inmate's version in his own handwriting)**

Signature of Inmate [signature]

**Summary of disposition of videotape/audiotape**

Based upon review of the identified tape to the capabilities of the particular taping equipment, the tape requested

___ provides evidence to support the inmate's statement

___ does not provide evidence to support the inmate's statement.

Signature and Title of Investigating Officer [signature]

**III. Investigating Officer Evidence:** Evidence determined relevant during the investigation and not requested by charged inmate.

| | *Identification of evidence* | *Reason Evidence Requested* | *Disposition* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

## Search Contraband Information Sheet

| I/M Name | DC# | Description of Contraband |
|---|---|---|
| Herrera, Angel | 422908 | (1) Homemade Weapon made of green toothbrush. Sharpened to a point on one end approximately 5 1/2" length |

| Location Found | Found By: |
|---|---|
| On Inmate Herrera's Person | Sgt. B. Clemens |

A/C Y / N (Y circled)

Charge: 3-1, Possession of Weapon

UOF NO X Chemical_____ Physical____

Witness Statement Obtained Y / N

| Recorder / Date | Team # |
|---|---|
| 3/23/21 | |

| | |
|---|---|
| Provider | |
| Make | |
| Model | |
| Camera | Y / N |
| Locked | Y / N |
| Passcode | |

1 2 3 4 5 6 7 8 9 10 11 12 13

ISSO250
ISS 25

FLORIDA DEPARTMENT OF CORRECTIONS
REPORT OF CLOSE MANAGEMENT, DC6-233C
** INMATE NOTICE **

03/26/2021
PAGE: 1

DC# : 422908
W/M
PROCESS TYPE: REFERRAL
TOT #DR : 32
CUR ES DSG : NO

NAME : HERRERA, ANGEL L.
CUR.LOC: COLUMBIA ANNEX
WK.ASG.: CONFINEMENT-ADMIN/OTHER
#DR PER: N/A
LAST ES DSG :

EXT.STA : ACTIVE
CUSTODY : CLOSE
BED : N4209L
#CAT I DR: 3
#ES DSG :

TRD : 09/29/2032
TEAM : 04
INTERNAL STATUS: AC - PENDING DISCIP.
LAST CAT I DR : 0110 04/07/2017

---

*** SECTION I. REFERRAL FOR ASSIGNMENT TO CLOSE MANAGEMENT

DATE OF REFERRAL: 03/26/2021 TIME: 15:26 FACILITY: COLUMBIA C.I.

REFERRAL BY: REWIS, H.R.
STAFF ASSAULT CONV: NO

*CLO RECOMMENDATION: REC. FOR CM I
*BASIS:
POSSESSION OF WEAPONS, AMMUNITION, EXPLOSIVES, FLAMMABLES, OR INITIATION OF OR PARTICIPATION IN TRAFFICKING OF THESE ITEMS OR TRAFFICKING IN DRUGS.
*RECOMMENDATION COMMENTS:
CLOSE MANAGEMENT 1 IS RECOMMENDED FOR INMATE HERRERA, ANGEL DC# 422908 DUE IN PART TO AN INCIDENT WHICH OCCURRED ON 03/23/21 AT COLUMBIA CI ANNEX. SGT. CLEMENS REPORTS THAT ON 03/23/21 AT APPROXIMATELY 0900 HOURS HE WAS PRESENT AT CENTER GATE CONDUCTING A SEARCH OF INMATE HERRERA. DURING THE SEARCH, HE DISCOVERED (1) HOMEMADE WEAPON APPROXIMATELY 5 ½ INCHES IN LENGTH, MADE FROM A GREEN TOOTHBRUSH THAT WAS SHARPENED TO A POINT ON ONE END IN THE POCKET OF INMATE HERRERA'S STATE ISSUED JACKET. IN THE LAST 12 MONTHS IN HERRERA HAS RECEIVED (4) DISCIPLINARY REPORTS FOR DISOBEYING A VERBAL ORDER AND POSSESSION OF A WEAPON. INMATE HERRERA HAS NO DOCUMENTED STG AFFILIATION. INMATE HERRERA'S ACTIONS PRESENT A THREAT TO THE SAFE AND SECURE OPERATION OF THE FACILITY AND DISPLAYS AN INABILITY TO LIVE IN THE GENERAL POPULATION WITHOUT ABUSING THE RIGHTS AND PRIVILEGES OF OTHERS.

---

*** SECTION II. NOTICE OF CLOSE MANAGEMENT REVIEW

YOU ARE HEREBY NOTIFIED THAT YOU SHALL RECEIVE A REVIEW BY THE INSTITUTIONAL CLASSIFICATION TEAM NO EARLIER THAN 48 HOURS FROM THE TIME THIS NOTICE IS DELIVERED. YOU ARE PERMITTED TO SUBMIT INFORMATION TO THE TEAM VERBALLY OR IN WRITING REGARDING THE CONSIDERATION OF PLACEMENT ON CLOSE MANAGEMENT STATUS.

NOTICE DELIVERED BY: [signature] SCO DATE: 3/30/21 TIME: 1128

"gonna cut people"
"admitted to having a drug problem & owing money"
CM I

**Florida Department of Corrections**

**Close Management Waiver**

N4209L

**DC#:** 422908 **Inmate Name:** HERRERA, ANGEL **Facility:** Columbia CI-Annex

**Section A: Waiver of 48-Hour Waiting Period**

☑ *I waive my right to the provision of Rule 33-601.800, F.A.C., stipulating that the inmate will be given 48-hours to prepare for a close management hearing, which is not to commence prior to 48-hours unless waived. My signature below evidences the fact that I do so voluntarily and that I understand that the close management hearing may commence at the discretion of the Institutional Classification Team Chairman.*

**Inmate Signature** **Date** 03/30/21

**Signature of Witnessing Employee** SCW

**Section B: Waiver of Right to Be Present at Close Management Hearing**

☐ *I waive my right to be present at the close management hearing. My signature below evidences the fact that I do so voluntarily and that I am aware that the close management hearing will be conducted in my absence.*

**Inmate Signature** **Date**

**Signature of Witnessing Employee**

**Refusal of Right to Be Present at Close Management Hearing**

**The inmate identified above refused to appear at the close management hearing and refused to affix her or his signature in Section B above.**

*My signature evidences the fact that the inmate was given the opportunity to be present at the close management hearing and that the inmate voluntarily refused to be present and refused to evidence that decision by signing this form.*

**Signature of Witnessing Employee** **Date**

**Additional Comments:**

DC6-265 (Effective 01/21)
Original: Inmate File
Copy: Central Office

Incorporated by reference in Rule 33-601.800, F.A.C.

**Florida Department of Corrections**

**Close Management Referral Assessment**

To: **Mental Health at** Columbia CI Annex **Date:** 03/29/2021
From: **Institutional Classification Team**
Re: **Close Management Referral**

Inmate: Herrera, Angel DC# 422908 is being considered for placement in Close Management.

Please provide information about her/his mental functioning and level of mental health care required, by checking the appropriate space below.

C. Rice, Classification Supervisor
Institutional Classification Supervisor or Designee

---

## MENTAL HEALTH RECOMMENDATIONS

Date Received: ____/____/____

☐ Inmate is classified S-1 and present mental status evaluation (clinical interview) indicated no significant mental or emotional impairment. Inmate may be placed at any Close Management institution.

☐ Inmate is classified S-2 and present mental status evaluation (clinical interview) indicated signs of mild to moderate mental or emotional impairment. Inmate may be placed at any Close Management institution that provides mental health services to S-2 inmates. Mental health staff will provide necessary care.

☐ Inmate is classified S-3 and present mental status evaluation (clinical interview) indicated inmate is mentally/behaviorally stable. Inmate may be placed at any Close Management institution that provides mental health services to S-3 inmates. Mental health staff will provide necessary care.

☐ Inmate is classified S-3 and present mental status evaluation (clinical interview) indicated signs of mild to moderate mental and/or behavioral instability. Inmate may be placed at any Close Management institution that provides mental health services to S-3 inmates. Mental health staff will provide necessary care.

☐ Inmate shows present symptoms that require inpatient mental health care, and s/he has been referred for admission to an infirmary isolation room, transitional care unit, or crisis stabilization unit.

☒ Inmate refused the clinical interview. Based on review of the mental health record, observational data and review of pertinent collateral information, the inmate:
☒ may be placed in a Close Management institution consistent with her/his S-grade.
☐ requires referral for admission to an infirmary isolation room, transitional care unit, or crisis stabilization unit.

[signature], LMHC, CAP, MHP
Clinician signature and stamp

Date: 3/29/2021

**(Behavioral Specialist may sign for S-1/S-2 inmates; Senior Behavior Analyst or Psychiatrist signature required for S-3 inmates.)**

ISS0152 (03)

FLORIDA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT
LOG # 251-210311

03/26/2021
PAGE 1

DC#: 422908 INMATE NAME: HERRERA, ANGEL L.
VIOLATION CODE: 0031 TITLE: POSS OF WEAPONS
FACILITY CODE: 251 NAME: COLUMBIA ANNEX

INFRACTION
DATE: 03/23/2021
TIME: 09:00

I. STATEMENT OF FACTS:

INMATE HERRERA, ANGEL DC#422908, IS BEING CHARGED WITH A DIRECT VIOLATION OF F.A.C. CHAPTER 33-601.314 RULES OF PROHIBITED CONDUCT SECTION (3-1) POSSESSION OF OR MANUFACTURE OF WEAPONS, AMMUNITION, OR EXPLOSIVES. ON MARCH 23, 2021 AT APPROXIMATELY 0900 HOURS, WHILE ASSIGNED AS SECURITY THREAT INTELLIGENCE SERGEANT, I WAS PRESENT AT CENTER GATE CONDUCTING A SEARCH OF INMATE HERRERA. DURING THIS SEARCH, I DISCOVERED (1) APPROXIMATE 5 ½ INCH HOMEMADE WEAPON MADE FROM A GREEN TOOTHBRUSH THAT WAS SHARPENED TO A POINT ON ONE END IN THE POCKET OF INMATE HERRERA'S STATE ISSUED JACKET. THE HOMEMADE WEAPON WAS PHOTOGRAPHED AND PACKAGED IN ACCORDANCE WITH DEPARTMENTAL POLICY AND PLACED IN THE DR EVIDENCE SAFE FOR FURTHER DISPOSITION. PHOTOGRAPHS HAVE BEEN ATTACHED TO THIS REPORT. INMATE HERRERA WAS PLACED IN ADMINISTRATIVE CONFINEMENT PENDING THE DISPOSITION OF THIS REPORT. THE SHIFT SUPERVISOR WAS NOTIFIED AND AUTHORIZED THIS REPORT TO BE WRITTEN.

REPORT WRITTEN: 03/23/2021, AT 10:15 OFFICER: CBR09 - CLEMENS,B.R.
ASSIGNED AND APPROVED BY: LHP03 - LEE,H.P.

II. INVESTIGATION:
COMMENTS:
PHOTO EVIDENCE ATTACHED.
INMATE OFFERED STAFF ASSISTANCE: DECLINED

INVESTIGATION BEGUN: 03/23/2021, AT 10:40 OFFICER: MKJ22 - MATTHEWS, K.J.
INVESTIGATION ENDED: 03/25/2021, AT 13:21

III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 03/24/2021, AT: 08:57

DELIVERED BY : MKJ22 - MATTHEWS, K.J.

IV. DESIGNATING AUTHORITY REVIEW LEVEL: DECISION DATE:

OFFICER: - NO OFFICER ID FOUND

V. HEARING OFFICER FINDINGS AND ACTION: DATE: , AT: 00:00
INMATE OFFERED STAFF ASSISTANCE: DECLINED
INMATE PLEA: PLEA NOT F FINDINGS: FIND NOT F
INM PRESNT: WAIVED 24 HR NOTICE:
POSTPONEMENT:
BASIS FOR DECISION:

ACTIONS TAKEN:
LOSS OF GAIN TIME: 0000; PROBATION DAYS SET: 000
DISCIPLINARY CONFINEMENT: 0000; PROBATION DAYS SET: 000
ALTERNATIVE HOUSING: 0000;

ISSO152 (03) FLORIDA DEPARTMENT OF CORRECTIONS 03/26/2021
DISCIPLINARY REPORT PAGE 2
LOG # 251-210311

---

DC#: 422908 INMATE NAME: HERRERA, ANGEL L. INFRACTION
VIOLATION CODE: 0031 TITLE: POSS OF WEAPONS DATE: 03/23/2021
FACILITY CODE: 251 NAME: COLUMBIA ANNEX TIME: 09:00

---

0000 000

RESTITUTION: $.00; INDIV.REVIEW/COUNSEL?: ; CONFISCATE CONTRABAND?:

HEARING OFFICER: - NO OFFICER ID FOUND

---

VI. REVIEW AND FINAL ACTION: NO FINAL ACTION
WARDEN: DATE:

---

VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
WARDEN: - DATE: 00/00/0000

---

INFORMATIONAL NOTES:
MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN: 0 DAYS

---

DC4-804

**DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT**

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Columbia Correctional Institution Annex | **Incident Report Number:** | AX-21-0544 |
| **Reporting Employee:** | Brandon Clemens, Sergeant | **PREA Number:** | |
| **Employee ID Number:** | 65791 | **Date of Incident:** | 3/23/2021 |
| **Person(s) Involved:** | Inmate Herrera, Angel DC#422908 | **Time of Incident:** | 9:00am |
| | | **Witness(es):** | |

Control Room Log Entry Made: ☒ Yes ☐ No
Inmate Placed in Confinement: ☒ Yes ☐ No
Duty Warden Notified: ☐ Yes ☒ No Time: ____
EAC Notified: ☐ Yes ☒ No Time: ____
Supporting Documents Attached YES

Disciplinary Report Initiated: ☒ Yes ☐ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☒ Yes ☐ No
Duty Officer Name: ____

**DETAILS OF INCIDENT:**

On March 23, 2021 at approximately 9:00am, while assigned as Security Threat Intelligence Sergeant, I was present at Center Gate conducting a search of Inmate Herrera, Angel DC#422908. During this search, I discovered (1) approximate 5 ½ inch homemade weapon made from a green toothbrush that was sharpened to a point on one end in the pocket of Inmate Herrera's state issued jacket. The homemade weapon was photographed and packaged in accordance with departmental policy and placed in the DR evidence safe for further disposition. Photographs have been attached to this report. Report forwarded to shift supervisor for further disposition.

**Brandon Clemens, Sergeant**
**Reporting Employee's Name (Print)**

B. Clemens Sgt.
**Reporting Employee's Signature**

**3/23/2021**
**Date**

**Shift Supervisor/ Department Head**
**COMMENT:**

Inmate Herrera was placed in administrative confinement pending disciplinary charge (3-1) Possession of Weapon. All evidence was photographed, documented and stored in accordance to policy and procedure. Per STORMS Inmate Herrera currently has no documented STG affiliation. A disciplinary history was conducted on Inmate Herrera with (0) prior disciplinary charges for (3-1) Possession of Weapon. Inmate Herrera's disciplinary history shows (3) disciplinary reports within the past (12) months consisting of (3) 6-1, Disobeying Orders. It should be noted Inmate Herrera's disciplinary history does containing charges of (1-10), Aggravated Battery on an Inmate and (1-18), Battery on an Inmate. Report forwarded to Chief of Security for further disposition.

**Harry Lee, Captain**
**Shift Supervisor's/ Department Head's Name (Print)**

Captain H. P. Lee
**Shift Supervisor's Signature**

**3/23/2021**
**Date**

**REVIEW:**

Inmate Herrera was placed In A/C pending an Investigation the Weapon was properly stored and a photo is attached to this report. a copy of Inmate Herrera STORMS report is all so attached. Inmate Herrera should be recommended for review on close Management status.

MINS-23W

**William Billingsley, Colonel** for Michael Kelly Major
**Correctional Officer Chief's Name (Print)**

Michael Kelly
**Correctional Officer Chief's Signature**

3/24/21
**Date**

**REVIEW:**

Great job! Review for CM placement.

CC: Ms. Rice

JBC
4/5 15:35

**John Godwin, Warden**
**Warden's Name (Print)**

[signature] for
**Warden's Signature**

3/24/21
**Date**

STORMS

Help Main Reception_Review Reports Search SharePoint

Offender (422908)
Questionnaires
NEW
Validations
NEW
Renunciations
NEW
Field Notes
NEW
Intelligence

## Offender Details

**Individual STG Report**

| | | | |
|---|---|---|---|
| DCNumber | 422908 | Status | Incarcerated |
| Last Name | HERRERA | First Name | ANGEL |
| Middle Name | L | Suffix | |
| Birth Date | | STG Leadership Role | |
| STG Status | | STG Name | |
| STG Rank | | STG Alliance | |
| STG Primary Name | | | |
| Hair Color | BLACK | Eye Color | BROWN |
| Gender | MALE | Race | WHITE |
| Height | 508 | Weight | 156 |
| SSN | XXX-XX- (verified) | FDLE # | 02237868 |
| FBI # | | Commit County | MIAMI-DADE |
| Facility/Office | COLUMBIA ANNEX | Current Custody | CLOSE |
| Region | 2 | Bed Assigned | T2208L |
| Job Assign 1 | UNASSIGNED-OPEN POPULATION | Job Assign 2 | UNASSIGNED-OPEN POPULATION |
| Initial Receipt | 08/15/2008 | Current Release | 09/29/2032 |

Aliases Arrest History Disciplinary History Prison/Community Supervision SMT

**Disciplinary History**

| Violation Date | Violation | Lost Gain Time | Recommended Confinement | Facility |
|---|---|---|---|---|
| 3/15/2021 | DISOBEYING ORDER | 60 | 0 | COLUMBIA ANNEX |
| 1/1/2021 | DISOBEYING ORDER | 0 | 19 | COLUMBIA ANNEX |
| 9/22/2020 | DISOBEYING ORDER | 30 | 0 | COLUMBIA ANNEX |
| 7/22/2018 | SPOKEN THREATS | 90 | 20 | FLORIDA STATE PRISON |
| 8/10/2017 | DEST. OF ST. PROP. | 0 | 20 | FLORIDA STATE PRISON |
| 4/7/2017 | AGVT BTRY/ATT/INMATE | 60 | 55 | EVERGLADES C.I. |
| 11/26/2016 | FIGHTING | 0 | 21 | EVERGLADES C.I. |
| 11/3/2015 | DISORDERLY CONDUCT C | 0 | 30 | FLORIDA STATE PRISON |
| 5/27/2015 | DISORDERLY CONDUCT C | 0 | 20 | FLORIDA STATE PRISON |
| 10/12/2014 | DISOBEY REGULATIONS | 0 | 15 | FLORIDA STATE PRISON |
| 10/7/2014 | DISORDERLY CONDUCT C | 0 | 30 | FLORIDA STATE PRISON |
| 4/29/2014 | DISORDERLY CONDUCT C | 0 | 30 | FLORIDA STATE PRISON |
| 3/20/2013 | DISOBEYING ORDER | 0 | 30 | UNION C.I. |
| 3/20/2013 | FIGHTING | 0 | 30 | UNION C.I. |
| 3/6/2013 | DISOBEYING ORDER | 0 | 30 | UNION C.I. |
| 12/4/2012 | DISOBEYING ORDER | 0 | 30 | FLORIDA STATE PRISON |
| 12/4/2012 | DISOBEYING ORDER | 0 | 30 | FLORIDA STATE PRISON |
| 12/4/2012 | DISOBEYING ORDER | 0 | 30 | FLORIDA STATE PRISON |
| 12/4/2012 | DISOBEY REGULATIONS | 10 | 15 | FLORIDA STATE PRISON |
| 11/5/2012 | POSS OF NEGOTIABLES | 0 | 15 | FLORIDA STATE PRISON |

1 2 3 4

## Search Contraband Information Sheet

| I/M Name | DC# | Description of Contraband |
| --- | --- | --- |
| Herrera, Angel | 422908 | (1) Homemade weapon made of green toothbrush sharpened to a point on one end approximately 5 1/2" length |

| Location Found | Found By: |
| --- | --- |
| On Inmate Herrera's Person | Sgt. B. Clemens |

A/C Y / N  Charge: 3-1, Possession of Weapon

UOF NO X Chemical____ Physical____

Witness Statement Obtained Y / N

| Recorder / Date | Team # |
| --- | --- |
| 3/23/21 | |

| | |
| --- | --- |
| Provider | |
| Make | |
| Model | |
| Camera | Y / N |
| Locked | Y / N |
| Passcode | |

1 2 3 4 5 6 7 8 9 10 11 12 13

# Disciplinary Report Worksheet

**State of Florida** **Department of Corrections**

**Log #** 251-21 **PREA log #**__________

**I. Identifying Inmate Information**

DC# 422908 Inmate Name: Herrera, Angel

Violation Code and Short Title (3-1) Possession or Manufacture of a Weapon

Facility Name Columbia Correctional Institution Annex Facility Code 251

Infraction Date 3/23/21 Date Report Written 3/23/21 Inmate Housing Assignment T2208L

Inmate Work/Program Assignment __________

**II. Statement of Facts** (Include date, time, place, circumstances, evidence and witnesses)

Inmate Herrera, Angel DC#422908, is being charged with a direct violation of F.A.C. Chapter 33-601.314 Rules of Prohibited Conduct Section (3-1) Possession of or manufacture of weapons, ammunition, or explosives. On March 23, 2021 at approximately 0900 hours, while assigned as Security Threat Intelligence Sergeant, I was present at Center Gate conducting a search of Inmate Herrera. During this search, I discovered (1) approximate 5 ½ inch homemade weapon made from a green toothbrush that was sharpened to a point on one end in the pocket of Inmate Herrera's state issued jacket. The homemade weapon was photographed and packaged in accordance with departmental policy and placed in the DR evidence safe for further disposition. Photographs have been attached to this report. Inmate Herrera was placed in administrative confinement pending the disposition of this report. The shift supervisor was notified and authorized this report to be written.

Date Report Written March 23, 2021 at 1015 AM/PM

Signature of Reporting Officer __________

Name and Position (print) Sergeant B. Clemens Staff ID CBR09

**III. Review of Disciplinary Report** Approved: X DISAPPROVED:____

Supervisor's Signature __________

Printed Name and Position H. Lee, Captain Staff ID LHP03

Date Report Reviewed March 23, 2021 at 1040 AM/PM

03/24/2021
MINO101

FLORIDA DEPARTMENT OF CORRECTIONS
MINS INCIDENT REPORT

PAGE: 1
TIME 11:15

PREPARED BY: R201CVC COLLINS, CHANDRA V.
INCIDENT TYPE: 23W WEAPONS CONTRABAND
REPORT DATE: 03/24/2021
INCIDENT DATE: 03/23/2021
REPORTING FACILITY: 251 COLUMBIA ANNEX
INCIDENT FACILITY : 251 COLUMBIA ANNEX
INCIDENT LOCATION: 03 COMPOUND
DATE REPORTED TO MANAGEMENT: 03/23/2021
IG NUMBER:
DATE ASSIGNED:
INJURIES: N STG/STI INVOLVEMENT: N
USE OF FORCE: N WEAPONS USED: N
ELECTRONIC RESTRAINING DEVICES: N
EVIDENCE LOC: DR EVIDENCE LOCKER

INCIDENT NUMBER: 0001051535
STATUS OF INCIDENT: ENTERED
REPORT TIME: 11:13
INCIDENT TIME: 09:00
INCIDENT REGION: 2
INCIDENT IG OFFICE: 04
DAY CODE: 2 SHIFT CODE: 5
W-B REVIEW BY:
UOF NUMBER:

PHYSICAL EVIDENCE RECOVERED: Y
INCIDENT VIDEO TAPED: N
CHEMICAL AGENTS USED: N
SEND TO IG OFFICE: Y

| NAME | TITLE | BIRTHDATE | R | S | ID NUMBER |
|---|---|---|---|---|---|
| REPORTING EMPLOYEE (S) | | | | | |
| CLEMENS, BRANDON R. | CORRECTIONAL OFFICER SE | [redacted] | 1 | 1 | 65791 |
| SUBJECT (S) | | | | | |
| HERRERA, ANGEL L. | ACTIVE INMATE | [redacted] | 1 | 1 | 422908 |

| CONTRABAND RECOVERED | TYPE | POSSESS | QUANTITY | UNIT MSR |
|---|---|---|---|---|
| SHANK/BLADED WEAPON | POSSES | INMATE | 1.00 | EACH |

DESCRIPTION OF PHYSICAL EVIDENCE:
(1) HOMEMADE WEAPON APPROXIMATE 5 ½ INCHES IN LENGTH MADE FROM A GREEN TOOTHBRUSH THAT WAS SHARPENED TO A POINT ON ONE

DESCRIPTION OF INCIDENT:
SERGEANT CLEMENS REPORTS ON MARCH 23, 2021 AT APPROXIMATELY 9:00AM, WHILE ASSIGNED AS SECURITY THREAT INTELLIGENCE SERGEANT, HE WAS PRESENT AT CENTER GATE CONDUCTING A SEARCH OF INMATE HERRERA, ANGEL DC#422908. DURING THIS SEARCH, HE DISCOVERED (1) APPROXIMATE 5 ½ INCH HOMEMADE WEAPON MADE FROM A GREEN TOOTHBRUSH THAT WAS SHARPENED TO A POINT ON ONE END IN THE POCKET OF INMATE HERRERA'S STATE ISSUED JACKET. THE HOMEMADE WEAPON WAS PHOTOGRAPHED AND PACKAGED IN ACCORDANCE WITH DEPARTMENTAL POLICY AND PLACED IN THE DR EVIDENCE SAFE FOR FURTHER DISPOSITION.