**FLORIDA DEPARTMENT of CORRECTIONS**

Governor
**RON DESANTIS**

Secretary
**RICKY D. DIXON**

501 South Calhoun Street, Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

December 21, 2021

DELIVERED BY HAND
EMPLOYEE _[signature]_
DATE 12-27-2021   TIME 802 an
WITNESS _[signature]_
WITNESS

Alexander M. Ciccone
[redacted]

**RE: Probationary Status Dismissal Letter**

Dear Mr. Ciccone:

This letter is to notify you that you are hereby dismissed from your position as a Correctional Officer Sergeant effective at 11:59 p.m. on the date of delivery of this letter. This is a result of your willful violation of the rules and failure to maintain the proper security and welfare of the institution and inmates. This action is being taken in accordance with Chapter 60L-33.002(5), Florida Administrative Code, a copy of which is attached.

As an employee in probationary status, you have no appeal rights through the Public Employees Relations Commission or collective bargaining procedure.

You are required to surrender any Department of Corrections property remaining in your possession to Columbia Correctional Institution.

Sincerely,

_[signature]_ for
John Godwin
Warden

Attachment

JG/ai

cc: Maria Dinkins, Assistant General Counsel
Employee Personnel File

_Handwritten annotations:_
Eff 12/27/2021
PF [redacted]
PN 70038706

Columbia Correctional Institution
216 SE Corrections Way
Lake City, FL 32025

★ INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME ★