IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

Plaintiff,

v. Case No.: 3:23-cv-88-MMH-SJH

SGT. CICCONE,

Defendant.
_________________________/

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, Defendant moves this Court to extend the time to file his Reply in Support of his Motion for Summary Judgment (Doc. 45) for an additional 7 days.

1. On April 28, 2025, Plaintiff submitted his Response (Doc. 73) to Defendant's Motion for Summary Judgment. Pursuant to Local Rule 3.01(d) and Rules 5(b)(2)(C) and 6(d), Fed. R. Civ. P., the deadline for Defendant to file a Reply is presently May 5, 2025.

2. Although undersigned counsel has been diligently working on a Reply, due to her caseload and conflicting deadlines, undersigned needs more time to complete Defendant's Reply.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time… with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…" Fed. R.

Civ. P. 6(b)(1)(A). "A motion for extension of time is within the discretion of the district court and is usually viewed liberally so as to work substantial justice." *Johnston v. Dowling*, 765 F.2d 145 (6th Cir. 1985) (*citing Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108, 110 (D.S.C. 1971) ("This court believes that Rule 6(b) like Rule 60(b) must be liberally construed in order that litigants be given opportunity to be heard, and given their day in court so that justice may be served.")). Because of the foregoing reasons, good cause has been shown to grant an extension.

Wherefore, good cause having been shown, Defendant requests that this Court render an order extending the time for him to file his Reply in Support of his Motion for Summary Judgment for an additional 7 days until May 12, 2025.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando (FBN 1036083)
Assistant Attorney General
Office of the Attorney General
Civil Litigation Division
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
Juanita.Villalpando@myfloridalegal.com

LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g)(2), I certify that I conferred with Plaintiff's counsel regarding this Motion and that counsel had no objection to this motion.

*/s/ Juanita Villalpando*
Juanita Villalpando

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Defendant's Motion for Extension of Time to File a Reply in Support of Motion for Summary Judgment* was e-filed electronically through CM/ECF and served on all registered counsel.

*/s/ Juanita Villalpando*
Juanita Villalpando