UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.      Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

    Defendant.

_____

### ORDER

Defendant's Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment (Doc. 74) is **DENIED as moot**. Local Rule 3.01(d) provides "fourteen days after service of the response" to file a reply. The response was filed and served April 28, 2025 (Doc. 73).

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of May, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 5/5
c:
Counsel of Record