**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONTROL ROOM LOG**

**COLUMBIA – ANNEX**

**(INSTITUTION)**

| DATE: Sunday, May 16, 2021 | |
|---|---|
| **TIME** | **DESCRIPTIVE REMARKS** |
| 7:00 AM | ███████████████████████████ |
| 7:00 AM | *Enhanced Cleaning initiated* |
| 7:00 AM | ███████████████████████████ |
| 7:00 AM | ███████████████████████████ |
| 7:00 AM | ███████████████████████████ |
| 7:00 AM | ███████████████████████████ |
| 7:00 AM | ███████████████████████████ |
| 7:00 AM | ███████████████████████████ |
| 7:01 AM | **Inspection Of Control Room Cleanliness:** Sergeant J. Moody conducted an inspection of Control Room's cleanliness; with no discrepancies. ███ |
| 7:01 AM | ███████████████████████████ |
| 7:02 AM | ███████████████████████████ |
| 7:03 AM | ███████████████████████████ |
| 7:10 AM | ███████████████████████████ |
| 7:12 AM | ███████████████████████████ |
| 7:15 AM | ███████████████████████████ |
| 7:17 AM | ███████████████████████████ |
| 7:25 AM | **Official Visitor Passes:** Officer R. Wright accounted for (15) official visitor passes. (ORS 1.05.040) |
| 7:25 AM | ███████████████████████████ |

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONTROL ROOM LOG**

**COLUMBIA – ANNEX**
_____
**(INSTITUTION)**

| TIME | DESCRIPTIVE REMARKS |
|---|---|
| | **DATE: Sunday, May 16, 2021** |
| 7:30 AM | **Visitor's Passes:** Officer R. Wright verified that the (100) visitor's passes were sealed with seal #0026311 present. |
| 7:30 AM | |
| 7:35 AM | |
| | |
| 7:40 AM | |
| 7:45 AM | |
| 7:45 AM | **Chapel Volunteer J. Schnorbus entered the institution. Departed @4:00 PM** |
| 7:50 AM | |
| 7:50 AM | |
| 7:55 AM | |
| 8:00 AM | |
| 8:00 AM | *Enhanced Cleaning initiated* |
| 8:00 AM | **Visitation Registration: Initiated.** **(CH 33-601)** |
| 8:00 AM | |
| 8:00 AM | |
| 8:03 AM | |
| 8:15 AM | (ORS1.12.290) |
| 8:15 AM | |
| 8:15 AM | |
| 8:20 AM | |
| 8:25 AM | |
| 8:35 AM | |
| 8:40 AM | |

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONTROL ROOM LOG**

**COLUMBIA – ANNEX**
_____
**(INSTITUTION)**

| DATE: Sunday, May 16, 2021 | |
|---|---|
| **TIME** | **DESCRIPTIVE REMARKS** |
| 8:45 AM | ███████████ |
| 8:48 AM | ███████████ |
| 8:50 AM | Recreation yard opened with Q-Dorm (53), U-Dorm (50), P-Dorm (47), and S-Dorm (34). Total of (184) inmates on the recreation yard. Closed @10:00 AM |
| 8:50 AM | Canteen opened with P-Dorm (34) and R-Dorm (34). Total of (68) scans. Closed @10:00 AM |
| 8:55 AM | ███████████. |
| 9:00 AM | *Enhanced Cleaning initiated* |
| 9:00 AM | **Visitation Opened: for General population inmates. (CH 33-601)** |
| 9:00 AM | **AM Callouts** |
| 9:30 AM | **Assistant Warden J. Johnson entered the institution. Departed @11:00 AM** |
| 9:30 AM | **Officer J. Borzeka conducted Food Service inmate temperature checks prior to inmates entering Food Service with no inmate having a temperature over 99.6 degrees. (Per Warden Godwin's guidance) Completed @10:00 AM** |
| 10:00 AM | *Enhanced Cleaning initiated* |
| 10:30 AM | Officer C. Collins advised N-dorm food carts received from Food Service. (19) RDPs (162) Cups (143) Trays and (162) Sporks provided by Food Service. Noon meal initiated in the confinement unit. (Completed @ 12:00 PM ) |
| 10:30 AM | Mid-day meal initiated with (1,102) inmates. Completed @12:00 PM |
| 10:40 AM | ███████████ |
| 11:00 AM | *Enhanced Cleaning initiated* |
| 12:00 PM | **Visitation Registration: Closed. (CH 33-601)** |
| 12:15 PM | ███████████ |
| 12:15 PM | **Lost (01) to EOS:** ███████████ |
| 12:20 PM | ███████████ |
| 12:30 PM | **Visitation Registration: Initiated. (CH 33-601)** |
| 12:30 PM | ███████████. |
| 12:35 PM | ███████████ |
| 1:00 PM | **Visitation Opened: for General population inmates. (CH 33-601)** |
| 1:00 PM | *Enhanced Cleaning initiated* |
| 1:10 PM | ███████████ |
| 1:10 PM | ███████████ |
| 1:40 PM | Recreation yard opened with P-Dorm (68), R-Dorm (30), O-Dorm (27), and T-Dorm (43). Total of (168) inmates on the recreation yard. Closed @2:10 PM |
| 1:40 PM | Canteen opened with P-Dorm (34) scans. Closed @2:10 PM |
| 2:00 PM | *Enhanced Cleaning initiated* |
| 2:00 PM | **Colonel M. Nipper entered the institution. Departed @4:00 PM** |

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONTROL ROOM LOG

### COLUMBIA – ANNEX
_____
**(INSTITUTION)**

| TIME | DESCRIPTIVE REMARKS |
|---|---|
| **DATE: Sunday, May 16, 2021** | |
| 2:15 PM | Single dose. Completed @3:20 PM. |
| 2:20 PM | ███████████████████████████ |
| 3:00 PM | *Enhanced Cleaning initiated* |
| 3:00 PM | Evening meal initiated for (1,384) inmates. Completed @4:50 PM. |
| 3:10 PM | Insulin |
| 3:11 PM | ███████████████████████████ |
| 3:30 PM | Officer C. Collins advised N-dorm food carts received from Food Service. (19) RDPs (162) Cups (143) Trays and (162) Sporks provided by Food Service. Evening meal initiated in the confinement unit. (Completed @ 5:00 PM ) |
| 3:40 PM | ███████████████████████████ |
| 3:41 PM | ███████████████████████████ |
| 3:49 PM | ███████████████████████████ |
| 4:00 PM | **Visitation Registration: Closed.** **(CH 33-601)** |
| 4:00 PM | **Visitation: Closed for general population inmates.** **(CH 33-601)** |
| 4:00 PM | *Enhanced Cleaning initiated* |
| 4:07 PM | ███████████████████████████ |
| 4:15 PM | ███████████████████████████ |
| 4:30 PM | ███████████████████████████ |
| 4:30 PM | **PMVisitation Registration: Initiated.** **(CH 33-601)** |
| 5:00 PM | **Visitation Initiated: For PM inmates.** **(CH 33-601)** |
| 5:00 PM | *Enhanced Cleaning initiated* |
| 5:00 PM | ███████████████████████████ |
| 5:10 PM | ███████████████████████████ |
| 5:40 PM | ███████████████████████████ |
| 5:45 PM | *C-Shift OIC, Captain C. Smart, entered the institution, reporting for duty.* |
| 5:55 PM | *Afternoon count cleared at this time with ███ inmates accounted for;* ███████████████████████████ |
| 6:00 PM | *Enhanced Cleaning initiated* |
| 6:00 PM | **Recreation Inspection Initial:** Sergeant H. Priller conducted a thorough and complete walking/visual inspection of the entire recreational areas and all fenced areas within the recreational area, after closing of recreation. (Completed @6:05 PM) (FDC 602.027) |
| 6:10 PM | Recreation yard not opened. |
| 6:10 PM | Canteen not opened. |
| 6:48 PM | **Log of Official Visitor Review:** Lieutenant D. Cowsert and Sergeant J. Moody reviewed the Log of Official Visitors to ensure that all visitors who have departed are signed out, and to account for all visitors remaining inside the secure perimeter and inform the on-coming shift of their presence. |
| 6:55 PM | ███████████████████████████ |

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONTROL ROOM LOG**

**COLUMBIA – ANNEX**



**(INSTITUTION)**

| DATE: Sunday, May 16, 2021 | |
|---|---|
| **TIME** | **DESCRIPTIVE REMARKS** |
| | ▮▮▮▮▮ |
| 6:55 PM | ▮▮▮▮▮ |
| 7:00 PM | **Visitation Registration: Closed for PM inmates.**<br>**(CH 33-601)** |
| 7:00 PM | **Visitation: Closed for PM inmates.**<br> **(CH 33-601)** |
| 7:00 PM | **Visitation Re-Cap: (47) Total, Adults (31), Dependents (00), Inmates (16)**<br>**(CH 33-601)** |
| 7:00 PM | ▮▮▮▮▮ |
| 7:00 PM | ▮▮▮▮▮ |
| 7:00 PM | ▮▮▮▮▮ |
| 7:00 PM | ▮▮▮▮▮ |
| 7:00 PM | ▮▮▮▮▮ |

_____          _____
Control Room Supervisor                              Shift Supervisor