# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### DAILY RECORD OF SPECIAL HOUSING

B-B06604 TM 09 03/15/19
ANDREWS, BYRON
B/M DOB 06/01/1987 (32)

Special Housing Category: AC ☒  DC ☐  CM ☐  MM ☐  CSU ☐  TCU ☐  MHTF ☐
This is sheet number 1 of inmate's current period of special housing.
Initial Placement Date 5-16-21  Applicable Level ___  Team ___
Status A-7  DC Time Begins ___  Ends ___

Security Alerts/Property/Privilege Restrictions: Rec 6-16-21

Institution: ___
Dorm & Cell #: ___  Dorm# ___  Cell# ___  Diet: ___

| Day/Date | Physical Appearance | Attitude | Time | Remarks | Weight | Cell Search | Laundry/Linen | Haircut/Shave | Shower | Outdoor Exercise | Dayroom Activities | Work Assignment | Phone Call | Visit | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun | | | | | | | ✓ | | | I | | | k | | k |
| Mon | | | | | | | | | | | | | | | |
| Tue 5/6 | 5/5 | 5/5 | 11/4 | Rec Meal / Rec Meal | | | | | | | | | | | |
| Wed | 5/5 | 5/5 | 11/4 | Rec Meal / Rec Meal | | ✓ | | | | | | | | | RA RA |
| Thu | 5/5/5 | 5/5/5 | 5/11/4 | Rec Meal / Rec Meal / Rec Meal | | | | | | | | | | | k DA DA |
| Fri 5-21 | 5/5/5 | 5/5/5 | 5/11/4 | Rec Meal / Rec Meal / Rec Meal | | | | ✓ | | ✓ | | | | | |
| Sat 5-22 | 5/3 | 5/3 | 11/4 | Rec Meal / Rec Meal | | | | | | | | | | | |

## MEDICAL/MENTAL HEALTH DEPARTMENT

| Date | Time | Condition | Action and Remarks | Initials |
|---|---|---|---|---|
| 5-16 | 1830 | Stable | PCA WT: 156 Released to security | AD |
| 5-20-21 | AM | | MH3 ROUNDS | z |

## PROGRAMS

| Date | Time | Program Provided/Remarks | Initials |
|---|---|---|---|

DC6-229 (Effective 4/6/11)   Incorporated by Reference in Rule 33-601.800, F.A.C.   Page 1 of 3

## Classification / Institutional Classification Team (ICT) / State Classification Office (SCO) Review

| Date Reviewed | Action | Remarks - Disposition | Signature |
|---|---|---|---|
| 5-20-21 | CUO | Rounds | [signature] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**INSTRUCTIONS:**
Complete this form in one original only on every inmate placed in special housing. Maintain this form in the housing area for thirty (30) days. Forms for inmates in A/C and D/C will be forwarded to the ICT for review and once reviewed will be forwarded to Classification for placement in the institutional inmate record. Forms for inmates in CM, after each 30-day review of the inmate by the ICT, shall be forwarded to Classification to be filed in the institutional inmate record. If inmate is remaining in special housing, fill out the heading of another form on the inmate.

Security Department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain:    Excellent – (E), Very Good – (VG), Good – (G), Satisfactory – (S), Fair – (F), Poor – (P), Unsatisfactory – (U). Weigh inmate and record weight upon entry to special housing, once a week thereafter, and on discharge. The actual amount of time out of cell for dayroom activities, outdoor exercise and for job assignment will be recorded in the appropriate space. All other activities will be checked in the appropriate area to signify completion. All other spaces may be left blank, to include spaces for activities not conducted, as well as those not applicable to the inmate's current special housing status.

**REMARKS: Full and complete remarks are required in the following situations:**

**Security Department**
1. Unusual occurrences in inmate's behavior;
2. It becomes necessary to notify Medical;
3. It becomes necessary to restrict any privilege or remove any clothing, bedding, personal property, or comfort item to prevent the inmate from inflicting injury, to prevent the destruction of property or equipment, or to prevent the inmate from impeding security staff from accomplishing functions essential to the unit and institutional security;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To further explain a notation made under "physical appearance" or "attitude."

**Medical**
1. Immediate health care services (code #1);
2. Call out for a physician's appointment or laboratory, x-ray, tests, etc., (code #2);
3. No action required (code #3);
4. Referral to mental health (code #4);
5. Co-pay, if inmate requests care which results in a health care encounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Refer to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgent or emergent concerns (code MH 2);
3. No action required (code MH 3);
4. Schedule for non-emergency follow-up by mental health (code MH 4).
5. Evaluation and/or treatment provided (code MH 5).

**Classification/ICT/SCO**
1. At each review of the case;
2. On release from special housing, or upon status change;
3. Job Assignment;
4. Privilege(s) restricted and/or reinstated by ICT;
5. SCO review of privilege restrictions over 30 days;
6. Other Classification Action.

**Programs**
1. Academic Services (code AS)
2. Wellness Education Program (code WE)
3. Fresh Start Smoking Cessation (code SC)
4. Betterment Program (code BP)
5. Chaplaincy Services (code CS)
6. 100 Hour Transition (code TR)

**ADDITIONAL REMARKS:**

| Date | Time | Remarks | Date | Time | Remarks | Date | Time | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DC6-229 (Effective 4/6/11)    Incorporated by Reference in Rule 33-601.800, F.A.C.    Page 3 of 3

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## DAILY RECORD OF SPECIAL HOUSING

**Security Alerts/Property/Privilege Restrictions:**

| | Start: | End: | OIC: |
|---|---|---|---|
| Property Restriction | | | |
| Management meal | | | |
| Spit Shield | | | |
| COW: 156 | | | |
| Eligible for Recreation on: 6/16/21 | | | |

Inmate Name: Andrews, Byron
FDC#: B06604
Institution: Columbia CI Annex
Dorm & Cell#: N 1 103U    Diet: REGULAR

Special Housing Category: AC ☒  DC ☐  CM ☐  MM ☐  CSU ☐  TCU ☐  MHTF ☐
This is sheet number 2 of inmate's current period of special housing.
Initial Placement Date 5/16/21    Applicable Level ___    Team ___
Status A7    DC Time Begins ___    Ends ___

### SECURITY DEPARTMENT
(May be entered with check ✓ mark unless otherwise indicated)

| Day / Date | Physical Appearance | Attitude | Time | Remarks (Check box if remarks included on back or DC 6-229B) | Weight (Enter Actual) | Cell Search | Laundry/ Linen | Haircut/ Shave | Shower | Outdoor Activities (# hours) | Dayroom Activities (# hours) | Work Assignment (# hours) | Phone Call | Visit | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun 5/23/21 | 5 5 5 | 5 5 5 | 5a 11 4 | Received / Refused Morning Meal ☐<br>Received / Refused Noon Meal<br>Received / Refused Evening Meal ☐ | | ✗ | | | | | | | | | |
| Mon 5/24/21 | 5 5 5 | 5 5 5 | 5a 11 4 8? | Received / Refused Morning Meal ☐<br>Received / Refused Noon Meal<br>Received / Refused Evening Meal ☐ | | | ✓ | | ✓ | | | | | | |
| Tues 5/25/21 | 5 | 5 | 6 | Received / Refused Morning Meal ☐<br>Received / Refused Noon Meal<br>Received / Refused Evening Meal ☐ | | | | | | | | | | | |
| Wed 5/26/21 | | | | Received / Refused Morning Meal<br>Received / Refused Noon Meal<br>Received / Refused Evening Meal ☐ | | | | | | | | | | | |
| Thurs 5/27/21 | | | | Received / Refused Morning Meal ☐<br>Received / Refused Noon Meal<br>Received / Refused Evening Meal ☐ | | | | | | | | | | | |
| Fri 5/28/21 | | | | Received / Refused Morning Meal ☐<br>Received / Refused Noon Meal<br>Received / Refused Evening Meal ☐ | | | | | | | | | | | |
| Sat 5/29/21 | | | | Received / Refused Morning Meal ☐<br>Received / Refused Noon Meal<br>Received / Refused Evening Meal ☐ | | | | | | | | | | | |

### MEDICAL/MENTAL HEALTH DEPARTMENT

| Date | Time | Condition | Action and Remarks | Initials |
|---|---|---|---|---|

### PROGRAMS

| Date | Time | Program Provided/Remarks | Initials |
|---|---|---|---|

DC6-229 (Effective 4/6/11)    Incorporated by Reference in Rule 33-601.800, F.A.C.    Pagee 1 of 2

## Classification/ Institutional Classification Teram (ICT)/ State Classification Officer (SCO) Review

| Date Reviewed | Action | Remarks- Disposition | Signature |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

INSTRUCTIONS:
Complete this form in one original only on every inmate placed in special housing. Maintain this form in the housing area for thirty (30) days. Forms for inmates in A/C and D/C will be forwarded to the ICT for review and once reviewed will be forwarded to Classification for placement in the institutional inmate record. Forms for inmates in CM, after each 30-day review of the inmate by the ICT, shall forwarded to Classification to be filed in the institutional inmate record. If inmate is remaining in special housing, fill out the heading of another form on the inmate.

Security Department "physical appearance" and "attitude" columns - indicate by one of the following and add additional comments to explain: Excellent – (E), Very Good – (VG), Good – (G), Satisfactory – (S), Fair – (F), Poor – (P), Unsatisfactory – (U). Weigh inmate and record weight upon entry to special housing, once a week thereafter, and on discharge. The actual amount of time out of cell for dayroom activities, outdoor exercise and for job assignment will be recorded in the appropriate space. All other activities will be checked in the appropriate area to signify completion. All other spaces may be left blank, to include spaces for activities not conducted, as well as those not applicable to the inmate's current special housing status.
REMARKS: Full and complete remarks are required in the following situations:

**Secutiry Department**
1. Unusual occurances in inmate behavior;
2. It becomes necessary to notify Medical;
3. It becomes necessary to restrict any privlege or remove any clothing, bedding, personal property, or comfort item to prevent the inmate from inflicting injury, to prevent the destruction of property or equipment, or to prevent the inmate from impeding security staff from accomplishing functions essential to the unit and institutional secutriy;
4. If inmate refuses food;
5. Cell changes;
6. Release to population;
7. To futher explaina notation made under "Physical Appearance" or " Attitude."

**Medical**
1. Immediate health care services (Code #1)
2. Call Out for a physician's appointment or laboratory, x-rays, tests. ect. (code # 2)
3. No Action required (code #3);
4. Referral to mental heath (code #4);
5. Co-pay, if inmate requests care which results in a health care ecncounter at that time (code #5);
6. Medication administration (code #6).

**Mental Health**
1. Referral to medical for follow-up of physical health related complaint (code MH 1);
2. Immediate mental health care services needed due to urgentor emergent concerns (code MH2);
3. No action required (code MH3);
4. Schedule for non-emergency follow-up by mental health (code MH4);
5. Evaluation and/or treatment provided (code MH5).

**Classification/ ICT/ SCO**
1. At each review of the case;
2. On release from special housing, or upon status change;
3. Job Assignment;
4. Privilege(s) restricted and/or reinstatedby ICT;
5. SCO review of privilege restrictions over 30 days;
6. Other Classification Actions.

**Programs**
1. Academic Services (code AS)
2. Wellness EducationProgram (code WE)
3. Fresh Start Smoking Cessation (code SC)
4. Betterment Program (code BP)
5. Chaplaincy Services (code CS)
6. 100 Hour Transition (code TR)

**Additional Remarks:**

| Date | Time | Remarks | Date | Time | Remarks | Date | Time | Remarks |
|---|---|---|---|---|---|---|---|---|
|  |  | HEALTH AND COMFORT ITEMS (See Memo) |  |  | If more space is required, use a DC6-229B, and attach it to the 229 |  |  |  |
|  |  | CELL CLEAN UP (TUESDAY) |  |  |  |  |  |  |
|  |  | CELL CLEAN UP (THURSDAY) |  |  |  |  |  |  |
|  |  | CELL CLEAN UP (SATURDAY) |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

DC6-229 (Effective 4/6/11)   Incorporated by Reference in Rule 33-601.800, F.A.C.   Page 2 of 2