**CICCONE, ALEXANDER M**

**5/16/2021 - 5/17/2021, Selected range of dates**

**1 Employee(s) Selected**

Kronos Timecard
Prepared by HR Systems: Stacey Roberts
Data as of 07/16/2024

| Date | Schedule | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun 5/16 | 7:00PM-7:00AM | | | 6:56PM | | 7:10AM | | | | 12.25 | 12.25 | 12.25 |
| Mon 5/17 | | | | | | | | | | | | 12.25 |

## Accruals

| Accrual Code | Accrual Available Balance | Accrual Units | Accrual Reporting Period | Accrual Opening Balance | Accrual Ending Balance |
|---|---|---|---|---|---|
| 51-Annual Leave | 382.5 | Hour | Fri 1/01 - Fri 12/31 | 342.5 | 437.0 |
| 52-Sick Leave | 342.0 | Hour | Fri 1/01 - Fri 12/31 | 302.0 | 398.0 |
| 54-Regular Comp Leave | 0.0 | Hour | Fri 1/01 - Fri 12/31 | 0.0 | 0.0 |
| 55-Special Comp Pre 7-1-2012 | 0.0 | Hour | Fri 1/01 - Fri 12/31 | 0.0 | 0.0 |
| 57-Military Training | 240.0 | Hour | Fri 1/01 - Fri 12/31 | 240.0 | 240.0 |
| 66-Personal Holiday | 1.0 | Day | Fri 1/01 - Fri 12/31 | 1.0 | 1.0 |
| 91-Special Comp Holiday 1 | 0.0 | Hour | Fri 1/01 - Fri 12/31 | 20.0 | 0.0 |
| 92-Special Comp Holiday 2 | 0.0 | Hour | Fri 1/01 - Fri 12/31 | 0.0 | 0.0 |
| 93-Special Comp Holiday Carry Over | 0.0 | Hour | Fri 1/01 - Fri 12/31 | 0.0 | 0.0 |
| 94-Special Comp-Closure | 0.0 | Hour | Fri 1/01 - Fri 12/31 | 0.0 | 0.0 |
| 95-Special Comp Closures Carry Over | 0.0 | Hour | Fri 1/01 - Fri 12/31 | 0.0 | 0.0 |
| 97-Federal FMLA | 0.0 | Hour | Fri 1/01 - Fri 12/31 | 0.0 | 0.0 |
| 98-Federal Sick Leave | 0.0 | Hour | Fri 1/01 - Fri 12/31 | 0.0 | 0.0 |
| FMLA | 480.0 | Hour | Fri 1/01 - Fri 12/31 | 480.0 | 480.0 |
| FMLA Military | 1040.0 | Hour | Fri 1/01 - Fri 12/31 | 1040.0 | 1040.0 |