1

```
 1              UNITED STATES DISTRICT COURT FOR THE
                    MIDDLE DISTRICT OF FLORIDA
 2                    JACKSONVILLE DIVISION

 3
       BYRON ANDREWS,
 4     DC# B06604,

 5          Plaintiff,

 6
       vs.                       CASE NO. 3:23-cv-88-MMH-JBT
 7
       SGT. CICCONE,
 8
            Defendant.
 9     _____/

10

11

12

13                   VIDEO-TELECONFERENCE
                   DEPOSITION OF BYRON ANDREWS
14             (Taken on behalf of the Defendant)

15     DATE TAKEN:        March 26, 2024
       TIME:              2:00 p.m. - 3:25 p.m.
16     PLACE:             Zoom

17

18

19

20

21

22
                Examination of the witness taken before:
23
                   JESSICA RENCHEN, Court Reporter
24                        On Behalf of
                      For The Record Reporting
25


          FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491
```

2

```
1    APPEARANCES OF COUNSEL:

2    On behalf of Defendant:

3    JUANITA VILLALPANDO, ESQ.
     Assistant Attorney General
4    Florida Bar No.:  1036083
     Office of the Attorney General
5    The Capitol, Suite PL-01
     Tallahassee, Florida 32399
6    E-mail:  Juanita.Villalpando@myfloridalegal.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                        INDEX OF WITNESS

2

3    WITNESS                                          PAGE

4        BYRON ANDREWS
             Examination by Ms. Villalpando          04
5
                              * * * *
6
     CERTIFICATE OF OATH                             54
7    REPORTER'S PAGE                                 55
     READ & SIGN LETTER                              56
8    ERRATA SHEET                                    57

9                              * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
1                     D E P O S I T I O N
2              THE COURT REPORTER:  Please raise your right
3         hand.
4              Do you swear or affirm that the testimony
5         you're about to give will be the truth, the whole
6         truth and nothing but the truth?
7              THE WITNESS:  I do.
8              THE COURT REPORTER:  Okay.  Thank you.
9              MS. VILLALPANDO:  All right.  Can we start?
10             THE COURT REPORTER:  Yes, ma'am.  We're on
11        the record.
12             MS. VILLALPANDO:  Thank you.
13                          EXAMINATION
14   BY MS. VILLALPANDO:
15        Q.   All right.  Hello, Mr. Andrews.  I am -- my
16   name is Juanita Villalpando.  I'm the attorney
17   representing the defendant, Defendant Alexander
18   Ciccone, for the Case Number 3:23-cv-88 filed in the
19   Middle District of Florida.
20             I'm gonna be asking you questions about this
21   case.  For starters, can you -- do you mind stating
22   your name and DC number for the record?
23        A.   My name's Byron Andrews; DC Number B06604.
24        Q.   All right.  Where are you currently located?
25        A.   Florida State Prison Main Unit.
```

5

```
 1              (Indiscernible background noise.)

 2     BY MS. VILLALPANDO:

 3         Q.   Okay.  Have you ever been deposed before?

 4         A.   No, ma'am.

 5         Q.   All right.  I'm gonna go -- I'm gonna quickly

 6     go through a couple of preliminary matters.

 7              THE COURT REPORTER:  Before we begin, I'm

 8         sorry, Mr. Andrews, is there anyone else in the

 9         room with you?

10              THE WITNESS:  Yeah, there's someone here

11         signing some papers.

12              THE COURT REPORTER:  Okay.  I was just

13         wondering if there's a door open, if maybe it can

14         be closed.

15              UNKNOWN SPEAKER:  I'll leave as soon as I

16         have him sign this.

17              THE COURT REPORTER:  Okay.  Thank you.

18              MS. VILLALPANDO:  Let's have him do that

19         before we continue.

20              THE COURT REPORTER:  Yes, ma'am.  Thank you.

21         That would be helpful.

22              (Brief pause.)

23              THE WITNESS:  Okay.  I'm alone.

24              THE COURT REPORTER:  Thank you.

25              We're back on the record.
```

6

1    BY MS. VILLALPANDO:

2        Q.    All right.  So I'm gonna go over a few

3    things.  Please answer all your questions clearly, so

4    the court reporter can record your verbal answers.  No

5    nonverbal nods and stuff like that.  If you don't

6    understand the question, please ask me to rephrase.

7    If you need a break, like to the restroom or

8    something, just tell me and we'll -- we'll take a

9    pause.

10            Objections can be made but cannot be handled

11    right now.  You still must answer the question but you

12    can state if you object to the way it is phrased or

13    object to the content.

14            All right.  Mr. Andrews, are you currently

15    under any medications that would impair your focus or

16    inhibit you from answering today's testimony?

17        A.    No, not at this time.

18        Q.    Do you take medication any other time?

19        A.    I take -- I'm prescribed high blood pressure

20    medication.

21        Q.    Are you currently on it right now?

22        A.    No, not right now.

23        Q.    Okay.  Are you going to be truthful and

24    honest with me today?

25        A.    Yes.

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

7

 1        Q.    Okay.  And after the transcripts are

 2    complete, do you want to read the transcript to verify

 3    the information or do you waive?

 4        A.    What do you -- what do you mean?  Would you

 5    mail the transcripts to me?

 6        Q.    So we do not provide you a -- we provide --

 7    we can provide you with a copy to review.  However,

 8    you do not get to keep a copy of the transcript.  All

 9    you can do is fill out an errata sheet if you see any

10    mistakes regarding your testimony, and -- and it has

11    to be minor mistakes, like you said he instead of she.

12    And I guess to answer your question, whether we send

13    you one, no.  If you want to purchase one, we can give

14    you the information of the court reporter and you can

15    request one from her.  You'll be able to view one.

16        A.    So how would I view it?

17        Q.    We will send you one to review; you do not

18    get to keep it, though.

19        A.    I have to send it back?

20        Q.    Yes.

21        A.    Okay.  So yeah, I want to review it.

22        Q.    Okay.  This case involves allegations

23    pertaining to your incarceration stemming from the

24    alleged abuse by another inmate, correct?

25        A.    Yes.

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

8

1      Q.   All right.  Some background questions:  What

2   crimes are you currently in prison for?

3      A.   Occupied burglary.

4      Q.   Okay.  How long have you been in FDC custody?

5      A.   2019.

6      Q.   When are you due to be released?

7      A.   My release date as of right now is 2046.

8      Q.   Is it your first time in FDC custody?

9      A.   No.

10      Q.   What other convictions do you have?

11      A.   Can you repeat the question?

12      Q.   How many other convictions?  Like, how many

13   times have you been in prison?

14      A.   I've been in prison two other times.

15      Q.   What -- what was the reason for the other

16   times?

17      A.   The previous time before this was also a

18   burglary.  And the time before that was an armed

19   robbery.

20      Q.   All right.  Do you have any chronic medical

21   issues?

22      A.   No.

23      Q.   Do you have any mental issues that you

24   receive treatment for?

25      A.   No.

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

9

1       Q.    All right.  Now we're gonna talk about the

2    events that transpired and resulted in you filing the

3    complaint report.

4            Can you give me the date the incidents you

5    allege in your complaint occurred?

6       A.    May 16, 2021.

7       Q.    Where did this occur?

8       A.    Columbia Annex inside the N dorm confinement.

9       Q.    What do you mean "confinement"?

10      A.    Confinement units.  You have -- you receive a

11   disciplinary action and you're confined into a cell

12   for 24 -- 24 hours a day -- or 23 hours a day.  It's a

13   disciplinary unit.

14      Q.    Can you describe the defendant, Alexander

15   Ciccone?  What does he look like?

16      A.    Medium height, probably my height, a little

17   heavyset.  I would guess off appearance, I would say

18   he's Italian, how he look, his name.  I remember he

19   had a distinct discoloration of his hair color of a

20   patch in his head.  It was slightly off color, light

21   gray, maybe a birthmark or something.  Pretty much.

22      Q.    Let's see.  So was he white?

23      A.    Well, he had -- his skin was not -- was not

24   dark as mine.  He was -- like I said, I guess his race

25   is Italian.  But I won't call him white.  I call him

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

10

1    Italian.

2         Q.    Okay.  What was the color of his hair.

3         A.    Say black.

4         Q.    Black.

5               And you said it had a discoloration?

6         A.    Yes.  I believe so, if I'm not mistaken.  I

7    can remember it having a discoloration.  Like, a patch

8    in his head had a -- just like grayish, if I'm not

9    mistaken.

10        Q.    And you said, "medium height."  Is that --

11   can you give me like a range?  Like 5 feet?

12        A.    Between 5'10" and 6 feet.

13        Q.    All right.  Prior to the date of May 16,

14   2021, did you have any interactions with the

15   defendant?

16        A.    No, not really.  I've seen him on my previous

17   -- on a previous occasion when I was placed in

18   confinement.  He was a dorm supervisor or sergeant at

19   the time, so he worked -- he worked -- that -- that

20   was his regular unit that he work.  So anytime I would

21   come to confinement, I would see him.  He escorted to

22   the shower, serve trays.  If I needed to be taken out

23   of the cell for any reason, him or another officer

24   would escort me to the place I needed to go to.

25        Q.    All right.  Did you have any negative

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

11

1    interactions with the defendant?

2        A.    No, ma'am.

3        Q.    Did you have any interactions with Defendant

4    Ciccone after the incident, after May 16th?

5        A.    No, I don't recall.  So I think I may have

6    seen him working inside of the dorm, but I don't think

7    I had any -- any interaction with him at that.  I was

8    released 10 days after the incident occurred.  May

9    25th I was -- I was released from confinement.

10       Q.    Does that mean that you were transferred to

11   another dorm?

12       A.    Yes, I was transferred to another dorm.

13       Q.    All right.  Okay.  Can you tell me -- can you

14   describe in detail the interaction between you and the

15   defendant on May 16th?

16       A.    Well, yes.  I was placed inside to the cell

17   with him.  I believe it Cell 4213.

18       Q.    Sorry, I'm gonna stop.  I'm gonna stop.  When

19   I said "defendant," I'm talking about --

20       A.    Oh, you mean -- you mean -- oh, Ciccone.

21       Q.    Yes.  I'm only -- right now I'm only talking

22   about the officer -- sergeant.

23       A.    Okay.  So what was the question again?

24       Q.    Can you please describe in detail the

25   interaction between you and Sergeant Ciccone?

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

12

1          A.    When I was escorted to the confinement unit,

2    the procedure is I was placed inside of a holding

3    cell.  And while I was inside the holding cell waiting

4    to be classified, he came and asked me questions:  My

5    name, which dorm I was from, those type of questions,

6    and told me I'll be -- I will be placed in a cell

7    shortly, that I had to be classified and then I'll and

8    I'll be escorted to a cell.

9          Q.    Do you know what that means, to be

10   classified?  Can you elaborate?

11         A.    You have to be classified is to be screened,

12   evalu- -- gets evaluated and compare with a cellmate

13   that is comparable with you in terms of the amount of

14   time that you have, weight, height.  I'm not sure all

15   what it's based on, but you have to be placed inside

16   of a cell with someone that's comparable to you.

17         Q.    Okay.  And you started off by saying that you

18   were escorted to the confinement unit.  Why were you

19   being escorted here?

20         A.    Why was I being escorted to the confinement

21   unit?  Well, I was -- I received a disciplinary action

22   for knocking on a glass window of the dormitory.  At

23   the time I was trying to alert the officer's

24   attention.  I was having a medical issue and the

25   intercom system inside of the unit -- because the

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

13

1    officer is inside of a bubble outside of the unit.

2    He's not inside of it.  So I was trying to get his

3    attention and the intercom system that was in our

4    unit, I can't remember exactly which dorm, but it

5    wasn't working.  So it was normal for all the inmates,

6    if you wanted to get the officer's attention, to

7    either wave or you knock on the glass.  So I was

8    knocking on the glass and I was trying to get his

9    attention, and he didn't respond to me.

10           So shortly afterwards, it was -- it was

11    announced that it was count time and all the inmates

12    are to return to they cell.  So I returned to my cell

13    and while count was in progress, another officer came

14    and asked me to submit to hand restraints, which I

15    complied, and I was taken to confinement, which is --

16    which is unusual.  It's really abnormal to be taken to

17    confinement while count is in progress.

18           This is a serious infraction of the rules and

19    regulations to Chapter 33.  During count time, all

20    inmates are to be inside of their cell.  And while

21    count was in progress, I was taken and escorted to

22    confinement.  And the disciplinary action was, I

23    believe, causing a disturbance or disobeying verbal

24    orders or some made up something that they just put on

25    the paper.

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

14

1      Q.    Okay.  And you said -- sorry.

2            Were you convicted of the DR?

3      A.    I believe I received probation.  Or I

4  received probation or that was dismissed.  I can't

5  remember.  But when I went to DR court, disciplinary

6  court, I was released from confinement that day.

7      Q.    Okay.  So you don't know if you were

8  convicted or not?

9      A.    Not sure.

10     Q.    That's fine.

11           So you were in the holding cell waiting to be

12 classified.  And what happens next?

13     A.    Sometime after that, officer -- Sergeant

14 Ciccone takes me out of the holding cell and escorts

15 me to -- to Quad 4 of N Dorm, which was upstairs.  He

16 escorted me to Cell 4213 and placed me inside the cell

17 with Inmate Angel Herrera (phonetic).

18     Q.    Did you know the other inmate, Angel Herrera

19 before this -- before this day?

20     A.    I knew of him.  I knew of him from the

21 compound.  Never really had any interaction with him.

22 I knew he was -- I knew he was a homosexual.  I knew

23 he had a reputation of -- of taking contracts out on

24 other inmates or taking what we call hits.  I actually

25 seen him perform -- I actually seen him stab an inmate

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

15

1    at Columbia Annex before.  So he had a reputation of

2    being violent towards other inmates and taking out

3    contracts on them.

4        Q.   Um, can you describe Angel Herrera, what he

5    looks like?

6        A.   Hispanic, I'd say slightly shorter than I am.

7    I'm 5'11", so he would be probably somewhere between

8    5'8" and 5'10".  Medium built, older.  I'd say early

9    50s.  I believe he wore glasses.

10        Q.   So he places you in this -- so he -- the

11    defendant, Sergeant Ciccone, he escorts you to the

12    cell and then what happens?

13        A.   Well, at the time I believe, which I'm not

14    sure because inmates will often say -- will try to

15    divert other inmates from coming inside of their cell.

16    So I believe he said something to the magnitude of,

17    oh, I'm gonna see him or maybe it was I'm under

18    investigation.  It was something to that effect to

19    where he was trying to say, well, I'm not supposed to

20    have a roommate, a cellmate.

21            And at the time, like I said, I wasn't

22    exactly sure because he was behind the door and I was

23    being placed inside.  But it wasn't -- it wasn't a

24    comment that I took serious.  I thought it was some

25    kind of a joke or him just trying to avoid having a

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

16

1    cellmate because Sergeant Ciccone respond about

2    shrugging his shoulders and saying something to the

3    magnitude, I don't care or that's not my problem in

4    some kind of joking manner and then he put me inside

5    -- he placed me inside of the cell with him.

6        Q.   So you didn't take it -- you didn't take

7    Angel Herrera's comment seriously?

8        A.   No, because I was -- I was aware that -- if

9    he -- if he was on CM 1 or under investigation, I

10   would not be allowed in that cell with him.  So by the

11   fact that I was placed in the cell with him, it

12   discounted any -- discredited any possibility of him

13   being on CM 1 or under investigation or -- or

14   whatever.

15       Q.   Did you tell the sergeant that you didn't

16   want to be housed with Angel Herrera at this moment?

17       A.   Did I say that?

18       Q.   Yeah.  Did you tell him?

19       A.   No, I don't -- I don't believe saying that.

20   I believe, as I recall, he may have asked me -- I

21   don't know if it was him or Angel -- I know it came up

22   about him being a homosexual.  I don't know if it was

23   me who asked him or said -- maybe I commented that he

24   is -- he -- he's gay, he's a homosexual.  I know that

25   came -- that came up.  I'm not sure what -- well, I'm

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

17

1    not actually sure if that was before or after I was

2    placed inside of the cell.

3        Q.   Yes, but did you -- did you tell the

4    defendant that you don't want to be placed in the same

5    cell?

6        A.   No, I didn't -- I didn't object to it.  I had

7    no reason to.

8        Q.   Okay.  And around what time did this occur?

9        A.   When I was I believe -- okay.  I was taken to

10   confinement around seven o'clock.  This was after

11   count time, so it was around 6:00 or 7:00.  So it was

12   between the hours of 7:00 p.m. and -- between seven

13   and 10 o'clock p.m.  Count time is at 10:00, so it was

14   between seven and 10 o'clock p.m.

15       Q.   Okay.  So you're placed in the cell and then

16   what happens?

17       A.   Well, the first thing I remember we was

18   discussing, and I think that's when it came up, the

19   issue of whether him being a homosexual.  Which I knew

20   he was a homosexual, but I made it clear that I was

21   not a homosexual and to -- and was we gonna have --

22   was that gonna be an issue.  I was trying to -- and

23   from what I -- from what he told me was that he

24   respected the fact that I was not a homosexual.

25       Q.   Okay.  And then what happened next?

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

18

```
 1        A.    Well, we had -- we had discussed -- we was

 2   talking, asking questions back and forth and from what

 3   I recall, like the -- the vibe was kind of off.   It

 4   was -- it was -- it was something unsaid.   I guess he

 5   was trying to fill me out to see what type of person I

 6   -- because he was -- he was asking questions but he

 7   was being -- he wasn't -- he was being elusive and not

 8   responding.   It's kind of -- the vibe was kind of off.

 9   It was kind of -- it was kind of an awkward situation.

10          He really didn't say too much.   I was just --

11   It was kind of -- it was kind of tense.   It was --

12   wouldn't say tense, but it was -- it was awkward; it

13   was uncomfortable.

14        Q.    Okay.   And what happened next?

15        A.    Well, after that I went -- I went to sleep.

16   I had -- I had -- how are cell is arranged is --

17   there's no bunks.   It's what we call a slab, two slabs

18   of concrete on each side of the room.   One to the far

19   side where the door is is where I slept.   And another

20   one to the other side where the toilet and sink is.

21          So sometime in the middle of the night, I'm

22   not sure the time, but he wakes me up by tapping my

23   bunk.   He -- he taps my bunk and I wake up and I look

24   at him.   And he's standing over me with a -- with a

25   shank, with a homemade knife, which we refer to as a
```

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

1    poker.  It's like a -- it's like a -- a long, thin,

2    hard piece of metal sharpened at the end.  And when I

3    look at him, he tells me -- he tells me -- well, I get

4    -- I sit up in my bunk and he tells me not to move,

5    don't say nothing or I'm gonna hit you, referring to

6    like he's gonna hit me, he's gonna poke me.

7            And he tells me to lay -- he tells me to lay

8    back down.  And once I lay back down, he takes the

9    pillow -- I lay down.  He tells me to lay down on my

10   stomach.  And then he takes the pillow and he places

11   it over my head and tells me not to move and if I

12   move, he's gonna hit me.  So in that situation, I know

13   it can easily escalate and turn life threatening

14   because he's -- he has a weapon.

15           And like I said, I've seen this guy actually

16   stab someone before in the same compound, and I'm

17   thinking if I make a move to try to grab the weapon or

18   take it from him, that he wasn't -- he might -- he may

19   -- he gonna end up stabbing me.  I have no doubt in my

20   mind that he's gonna end up stabbing me.  But I'm

21   concerned what -- what happened from there because I

22   know he's gonna not -- he's not gonna let me disarm

23   him.  He's gonna keep trying to stab me and what

24   happens if I -- if I do get the weapon from him, if I

25   do disarm him?  What then do I got?  Well, I'm gonna

20

1    have to stab him.

2           I have a 30-year sentence.  This gentleman, I

3    believe, has a life sentence.  So it was a situation

4    to where, you know, it could end really badly no

5    matter what I do.  If I try to make a move to try to

6    defend myself and try to disarm, either he can end up

7    killing me or stabbing me, seriously injuring me, or I

8    could end up taking a weapon from him and may have --

9    may have to stab him or end up killing him and not a

10   situation was going that I wanted -- I wanted to end

11   up, so I complied with what he said.

12          I laid down and he placed a pillow over my

13   head and he pulled my pants down below my waist.  He

14   kept repeating telling me "Don't move.  Don't move.

15   Don't say nothing.  I'm gonna stab you."  And then he

16   proceeded to assault me.  I can remember him -- I can

17   remember feeling some -- some moisture being applied,

18   which I believe he spitted -- he was spitting

19   (inaudible) on his penis (inaudible) between --

20   between my butt and he proceeded to penetrate me.  He

21   assaulted me, lasted for probably, I'd say, maybe 5 to

22   10 minutes.

23          And then -- and then afterwards, he told me

24   that I'm lucky that he didn't stab me because he -- he

25   commented that he was -- he was -- he was supposed to

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

21

```
1    hit, indicating that I was put in a cell with the
2    purpose of him to stab me or to assault me in some
3    kind of way.  But he said I was lucky that's all the
4    he done to me because he was suppose to hit me or he
5    should've hit me.  He said he was supposed to.
6         And like I said, I've never had any type of
7    interaction with this guy.  Me and him are -- we just
8    in different circles.  He's older.  He's older,
9    Hispanic.  I'm young, black.  He's gay.  I'm not.  I
10   never probably said more than a few words to him, like
11   how you doing or -- never had any really -- really
12   real interaction with him.
13        Q.   To clarify, you said, Herrera told you that
14   you were put in his cell for the purpose of stabbing?
15        A.   He -- he indicated that when he said that I'm
16   lucky that's all that he -- that he did because he was
17   supposed to stab me.  He said he was -- I was supposed
18   to get hit, he said.
19        Q.   Do you know why?
20        A.   Well -- and my -- my best -- my -- well, the
21   reason why I believe so is for the past grievances
22   that I filed against correction officers, mainly one
23   with I filed a grievance against Officer J. Manley
24   (phonetic) for the assault of an inmate who was having
25   a seizure.  The inmate was having a seizure inside of
```

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

22

1    his cell and the officer came in there and responded,

2    told him to stop resisting or comply with and he

3    gassed him.  He sprayed him and he proceeded to beat

4    him.

5            The unit was placed there; everyone was told

6    to go to their cell.  And while this was taking place,

7    you can hear the guy screaming for help.  It was

8    pretty bad.  It was pretty dramatic.  I felt really

9    uncomfortable.

10       Q.   So you filed a grievance against him?

11       A.   Yes, I did.  And I also placed a call into

12   the tip hotline against him.

13       Q.   When did this occur?

14       A.   This occurred say around March, same year,

15   shortly before the incident took place.

16       Q.   Okay.  And the grievance was not against the

17   defendant, right, Defendant Ciccone?

18       A.   No, it was not against Ciccone.  But after --

19   after the filing of the grievance, I receive threats.

20   Well, I received threats prior to the incident and

21   afterwards.  I received threats from the officer who

22   placed me -- who wrote a disciplinary report, Sergeant

23   Tucker, who placed me in confinement, and I was trying

24   to -- when I was trying to get his attention.  He will

25   often make comments about whoever filed a grievance,

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

23

1    they don't work.  They're not going to do nothing.

2    There's nothing -- nothing's going to happen behind

3    them and --

4         Q.    Did -- did Sergeant Ciccone ever threaten

5    you?

6         A.    No.

7         Q.    Okay.

8         A.    I never had any contact with Sergeant

9    Ciccone.

10        Q.    So back to Angel Herrera.  So you said it

11   occurred -- that it took 5, 10 minutes?

12        A.    Yes, around that time.

13        Q.    Okay.  And what happened next after he

14   finished?

15        A.    I sat there laying in my bunk for a while

16   until breakfast was served.  Breakfast was served

17   between the hours of like anywhere between 4:00 or

18   5:00, when it's still dark outside.  So after

19   breakfast was served, I --

20        Q.    You mean serve, do they bring it to the cell?

21        A.    Yeah.  This is the confinement unit so the

22   breakfast, the trays -- you're in the cell 24 hours a

23   day so the trays come to you.

24        Q.    Okay.

25        A.    So after breakfast was served, I was -- the

24

1    time when they change shifts is around this time in

2    the morning.  Sometimes like seven or eight o'clock.

3    So I was waiting for the next shift to come in to say

4    something about it, because I felt that because of --

5    because of -- because of Angel's comment about I was

6    -- he was supposed to hit me and because of the reason

7    why and how I was placed in confinement led me to the

8    conclusion that this was prearranged.  And the fact

9    that he was in possession of a weapon led me to

10   believe and conclude that the officers were -- had

11   arranged for this situation.  So I did not want to say

12   anything while that shift was still on.  I wanted to

13   wait till the next shift.

14           Sometime between that -- but see -- well, now

15   it's different.  The work schedule was different.  The

16   officers worked eight-hour shifts.  But at that time,

17   they was -- they was working 12-hour shifts.

18       Q.   Okay.

19       A.   Now it's different.  So at that time, I was

20   waiting for different shift to come on to report it.

21   And sometime between then, Sergeant Ciccone comes back

22   to the cell after breakfast is served and he places

23   some personal food items of his and he gives it to

24   Angel Herrera and kind of nods at him and winks.

25           I'm like -- I'm in my bunk that's close to

25

```
 1    the cell door, so I'm still -- I'm laying there.  And
 2    he places it inside of the cell or whatever, and he
 3    takes -- and this is -- again, this is against Chapter
 4    33.  This is against the rules of regulations.  I can
 5    only assume and conclude that that was paid off for --
 6    for the assault.
 7         Q.   What did Defendant Ciccone leave behind?
 8         A.   It was in a plastic bag.  I believe -- I
 9    think, yeah, it was in a plastic bag.  And it was --
10    it was some food items.  It was --
11         Q.   What kind of food items?
12         A.   Not the stuff that we -- we regularly -- we
13    normally receive on canteen.  It was somewhat similar
14    to that.  I remember seeing -- and if I'm not
15    mistaken, I remember seeing a Texas cinnamon roll or
16    something like that and that does not come off the
17    canteen.  It -- it is in the vending -- it is -- that
18    item is inside the vending machine in the visitation
19    area.  Like if you go to visitation, you could get
20    this item out the vending machine.  But it's not
21    served on canteen.  And it was a couple of other items
22    that was like junk food, snack items, stuff like that.
23         Q.   And was this after breakfast had been served?
24         A.   This was after breakfast had been served,
25    yes.
```

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

26

1    Q.    How did the defendant drop off the items?

2    A.    When you open the flap door, we have a flap

3    so once you open the flaps and you slide the trays

4    inside --

5    Q.    Uh-huh.

6    A.    -- so he reopened the flap and he placed

7    those items inside of the cell.

8    Q.    And around what time was -- did this occur?

9    A.    It was still dark outside and we are served

10    breakfast in a confinement unit.  It varies.  It can

11    be early as four o'clock.  It can be as late as 7:00

12    or maybe 8:00, but this was after breakfast.  So it

13    could have been later.  It could have been between

14    eight o'clock -- it was close to when it was time for

15    the shift to change.

16    Q.    All right.  Did Angel Herrera say anything to

17    you?

18    A.    At that point?

19    Q.    After the sexual assault.

20    A.    Like, all he told me was I'm lucky that that

21    -- that's all he did, and that he was supposed to hit

22    me and that's it.

23    Q.    All right.  And then what happened next?

24    A.    Well --

25    Q.    Let me -- let me rephrase that.

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

27

1           Were you in pain?

2     A.   Was I in pain?

3     Q.   Uh-huh.

4     A.   Physically?  Well, physically, yes, I was a

5   -- I felt irritation.  I felt discomfort.

6           Emotionally, I was -- I was -- I was --

7   psychologically, I was in shock.  I was still trying

8   to figure out why he did this, and I was trying to put

9   the pieces together for everything that transpired

10  leading up to the assault and contemplating what

11  should I do, who should I tell, when should I tell.

12  Should I say something to the -- if I say something to

13  the wrong person, I may end up being further

14  retaliated against.  I was -- I was not in a good

15  place after that.

16     Q.   Did you have any physical injuries as a

17  result of the sexual assault?

18     A.   Yes, my anal area was -- it was irritated.  I

19  could feel that it had been -- had been ripped; it had

20  been torn.  I -- obviously, I couldn't view it, but I

21  remember taking toilet paper and wiping my anal and I

22  remember seeing blood on it.  The toilet paper had

23  some blood and it was smeared on it.

24     Q.   Are any of your injuries still ongoing to

25  this day?

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

28

1        A.    Ell, emotionally and psychologically, yes.

2        Q.    But not physically?

3        A.    Not physically.

4        Q.    All right.  Did you get treatment for your

5    injuries immediately after?

6        A.    Immediately after?

7        Q.    Or the same day?

8        A.    I didn't get immediately any treatment the

9    same day.  I reported it, but I reported it to the

10   next shift.  I reported it to Officer Willis.  And I

11   was waiting for the next shift to come in and I

12   believe I may have dozed off because I stayed up the

13   rest of that morning.  I was waiting for the next

14   shift, so.  But I remember Officer Willis, before I

15   could say anything, he came up to my room and told me

16   to submit to hand restraints.  He told me I was being

17   moved to another cell.

18        At that time, as I was being exported --

19   transported from that cell, I was moved to another

20   unit.  I reported it to Officer Willis that -- that --

21   that I had been assaulted; I'd been sexually

22   assaulted.  And he looked at me and distinctly and

23   told me, "If I was you, I wouldn't say nothing about

24   it."  Then he placed me inside of another cell in

25   another unit.

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

1        Q.    Okay.  Did you report it?

2        A.    What?  To Officer Willis?

3        Q.    To anyone else besides Officer Willis?

4        A.    Yes, I reported it to Captain Cooper when he

5   came to my door.

6        Q.    And when did this occur?

7        A.    This occurred -- this occurred -- I'm not

8   sure if it was that same day, on the 17th, or the day

9   after.  It was between -- it was between the 17th and

10  the 19th or 20 and those days leading right after

11  that.  So I was -- I was in Cell 1103, I believe, if

12  I'm not mistaken, and I was placed inside another cell

13  with a roommate who had been assaulted by officers.

14        This inmate was -- had blood stains on him.

15  He was reporting -- he was constantly, continually

16  yelling out the door that he wants medical attention.

17        Q.    Mr. Andrews, please, let's focus on the

18  questions.

19        A.    Okay.

20        Q.    I asked you when you reported this to -- who

21  did you say?  Krueger?

22        A.    Captain Cooper.

23        Q.    So you said the same day or the days after?

24  Can you clarify?

25        A.    Yeah.  It was between the 17th, the 18th and

30

1    the 19th, I reported it several times.

2         Q.    To who?

3         A.    The only name of the officer I can remember

4    was Captain Cooper.  But I re- -- I -- after I said --

5    after I reported it to Officer Willis and he told me,

6    "I wouldn't say nothing if I was you," I was -- I was

7    kind of -- I was intimidated.  I was -- felt a little

8    threatened, so I was being careful who I was reporting

9    it to.  I was trying to report to someone who I felt

10   safe to report it to.

11        So when I seen Captain Cooper, I felt he's a

12   supervisor, he had on a white shirt, I reported it to

13   him.

14        Q.    All right.  And what happened after?

15        A.    After I reported it to him?

16        Q.    Uh-huh, yes.

17        A.    Well, when I reported it to him, this was at

18   the time when my cellmate was at the door talking to

19   him asking for medical attention.  And I told him that

20   I wanted to report a PREA.  I have a PREA allegation,

21   I told him something had happened to me and I want a

22   witness statement.  He -- well, as I said -- when I

23   said this to him, he was talking to my cellmate and

24   the discussion was -- between them was that he went

25   back on the deal that they had --

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

31

1     Q.    Okay.  Mr. --

2     A.    This -- this relates -- this relates exactly

3  -- this is directly to the question you asked.  When

4  he -- when I -- at the time that I said this to him,

5  he responded by saying if I say something about it,

6  the same thing will happen to me, referring to the

7  assault of my cellmate.  And when I reported it, this

8  was while he was discussing it with him.

9          So when I said it to him, when I reported it,

10 he said if I say something about it, the same thing is

11 going to happen to me.  And like I said, this man was

12 covered in blood from an assault by officers the

13 previous day on the same shift.

14    Q.    All right.  So did you ever report it?

15    A.    I reported it to Captain Cooper.

16    Q.    But after Captain Krueger [sic], who did you

17 report it to?

18    A.    I reported it to Officer Willis.  I reported

19 it to Captain Cooper.  I've mentioned it to other

20 officers that I can't remember names because it was --

21    Q.    So after you -- after your discussion with

22 Captain Krueger [sic], did you discuss it with other

23 --

24    A.    Cooper, Cooper.

25    Q.    Cooper?

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

32

1       A.   Yes, C-o-o-p-e-r, Captain Cooper.

2       Q.   After that discussion with Captain Cooper,

3  did you report it to any other officer?

4       A.   While in confinement?

5       Q.   At anytime.

6       A.   At anytime?  Yes, after I was released from

7  confinement, I reported it to several officers.  I

8  reported it to the mental health counselor named Mr.

9  Stirley (phonetic), a big, heavyset black dude.  I

10  went up directly to medical and asked to speak with a

11  counselor.  I reported it to him.  I reported it to --

12  I can't remember officers' names because it was -- it

13  was so long ago.

14       Q.   When were you -- backtrack a little bit.

15  When were you released from confinement?

16       A.   25th.

17       Q.   Of?

18       A.   May.

19       Q.   May.  So May 25th you were released?

20       A.   Uh-huh.

21       Q.   Did you file any grievances about this

22  incident?

23       A.   Yes.  When I -- when I learned that Angel

24  Herrera was in fact, actually approved for CM 1 and he

25  was placed on CM 1 as of the time, I filed a grievance

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

33

```
 1    against Sergeant Ciccone for placing me inside of a
 2    cell with someone who was on CM 1, that placed me in
 3    danger.
 4              I didn't mention the assault in it because
 5    Chapter 33, you're not supposed to raise multiple
 6    issues on a grievance.  I tried to call the tip
 7    hotline, the phone service wasn't working.  I filed a
 8    grievance on that, but the phone system's not allowing
 9    me to dial out to the -- the -- the hotline.  And the
10    other officers I reported it to never gave me a
11    response, told me that the grievance don't work and
12    basically to keep quiet, don't say nothing about it.
13    So --
14         Q.   Which officers?
15         A.   It was the officer that was working at where
16    the grievance box that you place the grievances in.
17    It's at the center gate.  It's not inside the unit.
18    So this is after I got released from confinement.
19              When I went in to turn in the grievance, I
20    put it inside the griev- -- the officer that was
21    working -- okay, yeah.  I would have to check the
22    dates on my grievances because I keep them.  But I
23    believe it was like the 25th or the 26th, I wrote
24    several grievances.
25         Q.   The 25th or the 26th of which month?
```

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

34

1    A.    It can be after May or June.  But this was

2    the formal grievance.  So it takes -- the grievance

3    process, you have to wait for your time to expire

4    before you can appeal it.  So on the 25th or 26th

5    either May or June, this was after I had filed the

6    informal grievance.

7         And this grievance was relating to the

8    incident -- the situation that occurred the same day

9    with Sergeant Tucker, the one who wrote me the

10   disciplinary report.  I filed a grievance on him for

11   the false disciplinary report, for denying me medical

12   when I was trying to -- I was telling him I was

13   feeling lightheaded and also, yeah, when I -- the

14   disciplinary report that I received to go to

15   confinement, I was placed -- when I -- when I -- hold

16   on.

17   Q.    Sir, I'm only asking about grievances

18   regarding after the incident that are related to the

19   incident.

20   A.    Grievances that are related to the incident.

21   This --

22   Q.    (Inaudible) --

23   A.    -- this directly relates to it.  It was while

24   I was placed in confinement.  This was the reason --

25   the grievance is the reason why I was placed in

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

35

1    confinement.  So I filed those grievances, filed in

2    confinement.

3        Q.    So you were able to file grievances while you

4    were in confinement?

5        A.    Yeah.  I filed grievances in confinement.  A

6    lot of them never was returned.  Had plenty of issue

7    with the grievances not being returned or not being

8    responded to.

9        Q.    So you're -- you're saying that you're --

10   that all your grievances were not responded to or just

11   some of them?

12       A.    Some of them.

13       Q.    All right.

14       A.    The ones that I filed prior to coming to

15   confinement, the reason for why I was placed in

16   confinement, for the disorderly conduct -- that's what

17   it was, for disorderly conduct -- those were responded

18   -- after I got out of confinement, I received a

19   response to them.  And I believe the day is like -- it

20   had to be June because it's 15 days, so I was

21   appealing it.  And I have the appealed grievance.  I

22   have the (inaudible) date on them.

23            When I was appealing it, I went to the center

24   gate -- you can -- you can cross-reference this

25   against -- I guess you can call references to see who

36

1    was working center gate because they would keep a log

2    for that day.  I said to the officer, "Man, hey, I've

3    been trying to file for a PREA."  "Nah, man."  And

4    while I was in confinement.  And the officer told me,

5    "those grievance don't work" and "no one's gonna do

6    anything about it."  And he laughed at me.  He laughed

7    at me.

8            So again, I tried the tip hotline several

9    times.  It was not -- it was not working, so I went

10   down to -- I went down to medical.  I reported it to

11   the mental health counselor, Mr. Stirley.  I believe

12   this was like June 22nd.

13       Q.   Okay.  Did you -- but did you eventually ever

14   file a PREA complaint?

15       A.   Yes.  After several -- after not having

16   several grievances responded to, after not being able

17   to dial out to the tip hotline, I wrote a handwritten

18   letter to the grievance board in Tallahassee.  I was

19   able to get the information from someone because I

20   wasn't -- I never -- I never had -- I never made a

21   PREA assault -- I mean, I've never made a PREA

22   allegation.  I never -- I was not sure how the

23   procedure works.

24           Even though this is my third time in prison,

25   the first time I was in prison, I did roughly six

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

37

1    months and the second time, I did a year.  I'd never

2    been in prison any long stretch of time prior to this,

3    so I was not familiar with the -- I didn't even know

4    what PREA was.

5           So I wrote to the grievance coordinator in

6    Tallahassee and I explained that, hey, I'd been

7    sexually assaulted.  I explained that I've been trying

8    to report this for some time.  I reported that the

9    phone system doesn't work, doesn't allow me to dial

10   out to the tip hotline, and I reported that I -- I

11   stated that I reported this to the mental health

12   counselor and I had received no response; and

13   therefore, I was placing it in writing and reporting

14   it to -- to -- to -- the name I received was Becky

15   Gates (phonetic).  I don't know if that was the

16   grievance coordinator at the time, but that's the

17   information that I received and that's who I wrote the

18   report to.

19       Q.   Okay.  And what happened as a result of the

20   PREA investigation?

21       A.   Okay.  So on July 8th, I wrote -- I wrote --

22   I wrote the -- I reported sometime before the July 4th

23   holiday weekend.  It was over a weekend.  So I wrote

24   it before that, probably like a week before.  And it

25   got reported on the 8th.  It got reported on the 8th.

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

38

```
 1              So on the 8th of July, officer came to my
 2    unit and placed me in handcuffs and escorted me down
 3    to the captain's office.  And when I spoke to Captain
 4    -- I believe Captain Camacho or Comacho, something
 5    like that, he asked me -- it was like -- had to be
 6    over 10 correctional officers in the captain's office.
 7    I was in handcuffs.  Went to yelling at me, asking me
 8    "why didn't I report it to them?  Why did I go to
 9    Tallahassee?"  And I told them, "I had reported it to
10    several officers, including Captain Cooper, including
11    the mental health counselor, including Officer
12    Willis."  Explained that the phone service doesn't
13    work and that that's who I reported it and in writing.
14              And then I was told -- well, he asked me a
15    few questions about do I remember what cell it
16    happened in?  I said, "Yes, 4213."  He showed me a
17    picture of Angel Herrera and asked me to identify who
18    was that.  I said, "Yeah, that's him."  He showed me a
19    picture of him on a computer, on a monitor.  I said,
20    "Yeah."
21              And then he asked me to describe what
22    happened and all this.  And I told him, "I do not feel
23    comfortable with speaking to a correctional officer
24    about the assault because I believe correctional
25    officers was involved in the assault."  And I stated
```

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

39

1    -- I specifically specified several times that I want

2    to speak to a PREA investigator.  And he told me that

3    I will not be able to speak to a PREA at that -- he

4    told me that how it works, I have to first explain to

5    him what happened and then he deems it as necessary

6    and if I should speak to a PREA investigator.  And

7    because of the issues I had with my grievances being

8    returned, because of the threats that I received,

9    because of -- because of the way how the assault

10   happened, I was not comfortable explaining or

11   providing any details to any of the correctional

12   officers, and I asked to speak to a PREA investigator.

13        Q.    Did you get to talk to a an investigator?

14        A.    No.  I was taken back to confinement, placed

15   inside of a cell, Cell 1201.  And it was at that time

16   that I started receiving response to one of my

17   grievance, the grievance that I filed for not allowing

18   the phones to work.

19            I stated then, I said that the phone systems

20   that was recently switched over, because the phone

21   system had been recently switched over to another

22   provider, Global Tel Link, did not allow the inmates

23   to dial out to the -- to the tip hotline.  And I said

24   I've been trying to report a crime.  I was trying to

25   make a report for weeks, and I haven't been able to do

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

40

1    so.

2         I never mentioned anything about the assault.

3    I never said I was assaulted.  I just -- and this was

4    filed June 29th, and it was received July 8th, the

5    same day which the -- the assault had been reported to

6    -- to Columbia Annex.  And the response was system

7    shows that you have been placed in confinement

8    interview and refused to cooperate with investigation.

9         Well, not only did it fail to address the

10   issue about the phones not working, it specifically

11   said that I was -- refused to cooperate with the

12   investigation when I never -- the assault had not been

13   reported when I filed the grievance.  The grievance

14   was filed on the 29th.  The grievance was received on

15   July 8th.  I never mentioned anything about any -- any

16   assault.  So I -- I responded --

17        Q.   And when was it answered?

18        A.   The answer was system shows you have been

19   placed in --

20        Q.   No, but when was it answered?  Do you

21   remember?

22        A.   It was received on the 8th.  Well, possibly

23   on the 8th because it was double stamped.  The

24   received date was obscure.  It appears to be the 8th,

25   but then again it doesn't.  Because the double stamp

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

41

1      to make it, it's altered.  It's --

2          Q.    But when was it answered?

3          A.    What was answered -- when was it returned to

4      me?  I believe the return date was the 12th on it.

5          Q.    Okay.

6          A.    So I appealed that.  I appealed it, and I

7      never received a response to it.

8          Q.    And --

9          A.    Yeah.  And it was at that time I learned that

10     officers had -- it was that time I received a

11     disciplinary report, I think -- yeah, an officer

12     stated that I was intoxicated.  I was under the

13     impression that I was under -- I was back in

14     confinement under investigation; that I was waiting to

15     speak to a PREA investigator.

16             I received a disciplinary report that stated

17     while -- while I was in the captain's office being

18     interviewed for PREA allegation that I was

19     intoxicated, and I received a disciplinary action and

20     receive 60 days in confinement.  Just completely

21     unheard of.

22         Q.    Okay.  Let's get back to the PREA

23     investigation.  Were you medically -- were you in a

24     medical exam?

25         A.    Well, after the -- after the -- after I was

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

42

```
 1    -- left from the captain's office, I was led down to
 2    the medical and they asked me some questions, the
 3    medical team, and I responded.  And they placed me on
 4    some medication.  I think it was some HIV preventative
 5    medication; type of pills that if you come in contact
 6    with someone who's HIV positive or may be positive or
 7    high risk or you had some high-risk behavior or
 8    activity, which in my case, I told them that -- yeah.
 9    So they placed me on some medication to -- which I was
10    told was HIV preventative.
11         Q.   Okay.
12         A.   It was -- yeah.  It was -- since this was so
13    long after the assault had occurred, there was no --
14    it was determined by them that there will be no traces
15    of DNA so they didn't perform any tests.  I never
16    refused -- I never -- I never refused to comply with
17    any of the medical examinations.  But I was -- from
18    there, I was taken and placed back in confinement.
19         Q.   Okay.  And when you mean -- when you say that
20    you were placed back in confinement, the same building
21    where the defendant worked in?
22         A.   Yes.
23         Q.   Did you have any interactions with the
24    defendant?
25         A.   At that time, no, I don't -- I don't -- I
```

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

43

1    don't recall ever seeing him.  I don't recall seeing

2    him after that.  Maybe he did work inside of there,

3    but I cannot recall ever actually seeing him.

4         Q.    All right.  Some clarifying questions.  You

5    said that you seen Angel Herrera stab another inmate?

6         A.    Yes.

7         Q.    When did -- when did you see him do this?

8         A.    Sometime -- I was at Columbia Annex since

9    2019.  Sometime in between that.  I can't exactly

10   remember what it was.  It wasn't something that I was

11   trying to remember.  It was something I seen.  I

12   cannot give an exact date.  But I do remember seeing

13   -- is how I heard him -- how I became aware of him, I

14   seen him stab an inmate inside the chute.

15        And inside of the chute when coming back from

16   chow, when you're coming back from the chow hall, you

17   enter into a door and there's a chute that -- which is

18   another bar gate in front of it.  And this bar gate

19   does not open till the door closes.  It's referred to

20   as the rat trap, because there's a lot of stabbings or

21   a lot of incidents that goes down right there because

22   at that moment in time, you're locked inside of that.

23        So it was there that -- came back from chow,

24   I walked past -- I seen Angel Herrera.  He was not

25   inside of a dorm.  He was not living -- he was not

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

44

1    housed there.  I seen him on my way back.  I went

2    inside and when I looked back -- there was some

3    commotion and when I looked back, I seen Angel

4    wielding a knife at this other inmate, and he was --

5    he was -- the other inmate he had done stabbed, the

6    dude was trying -- he was trying to get -- he was

7    trying to get from around him.  He was running around.

8    It was crowded inside of there.

9           And someone was holding the door for Angel,

10   because I said, it's a bar gate that doesn't open

11   until this door closes.  So when I looked back, I seen

12   him wielding a knife and the dude was trying to get

13   away from him and Angel took off and left back outside

14   of the door.  Then he closed the door behind him, so

15   that it was locked inside there, and this --

16       Q.    Okay.  Mr. Andrews, I just wanted to know

17   what the date.  I didn't need the entire story.

18       A.    Okay.  Well, I don't -- I don't know the

19   date.  I can't tell you the date.

20       Q.    Do you know the year?

21       A.    I believe -- I think -- if I'm not mistaken,

22   probably was the same year, '21.  Could have been '20

23   but probably '21.

24       Q.    Okay.  All right.  Okay.  Is there anything

25   else you would like to add regarding the questions

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

45

1    posed here today?

2        A.    Yes.  After, when I was placed back in

3    confinement, I wrote several grievances in connection

4    with this.  A lot of these grievances did not get

5    responded to.  While I was filing a grievance, I

6    called -- I called out to audio/video recording

7    letting them know that I was placing grievances.

8    Yeah, I wrote a witness statement.  I wrote a witness

9    statement describing it, the -- the assault.

10        Q.    A witness statement for your PREA complaint

11    or for --

12        A.    For -- for a crime.  It's not a grievance.  A

13    witness statement is -- I was placing a witness

14    statement for a crime, the crime of sexual assault.

15    This is -- I was reporting a crime.  And I -- and that

16    was -- I think that was July 15th or the 14th because

17    I filed a succession of grievances at that time.

18            And it was at this time I knew that I was

19    aware that they was not responding to the grievance.

20    So when I was filing them, once I'm placing them in

21    there, I'm yelling outside of the cell that I filed a

22    grievance in regards to this, and this, and this and

23    that.  And at the time I filed a witness statement, I

24    put it up to the cell door to the window in view of

25    the camera, and I stated outside --

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

46

1      Q.    Did you -- but did you submit the witness

2  statement to anyone?

3      A.    To the grievance coordinator, to the person

4  who comes around and collects the grievances.  It's a

5  procedure of Chapter --

6      Q.    And what did the witness statement state?

7      A.    That I was sexually assaulted by Angel

8  Herrera.

9      Q.    And when did you file this witness statement?

10      A.    This was either July 14th or July 15, one of

11  those days.

12      Q.    All right.

13      A.    And I never got a response.

14      Q.    Okay.

15      A.    I never got a response.

16            And then when I was moved from there to

17  another unit, I continued to file grievances.  I

18  continued to file.  I filed grievance on -- to the

19  warden against the assistant warden for not returning

20  my grievances, which I filed for being placed inside

21  of the cell with Angel Herrera.

22            This grievance had been -- I filed the

23  informal grievance; that had been returned to me.

24  When I appealed it -- and I appealed it when I was --

25  at the time, I was out of confinement.  The Part C,

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

47

1    the receipt of the grievance, was returned to me.  I

2    never got a copy of the grievance.  Per Chapter 33, in

3    order to appeal the grievance, you must provide,

4    attach a copy of the grievance to it.  So I did not

5    have a copy to attach to it.

6         Q.   Did you file any grievances regarding your

7    lack of responses?

8         A.   Yes.  I filed a grievance to the warden

9    against the --

10        Q.   Were they responded to?

11        A.   Was it responded to?  Yes, that was responded

12   to.  And immediately that same day, I filed that, it

13   was either -- it was either -- it was either August

14   2nd or August 4th.  I have all this logged down.  I

15   can -- I just -- that same day that I filed a

16   grievance to the warden against the assistant warden,

17   I received copies because the Part C had the reference

18   log number of the grievance, but it just didn't have a

19   copy of --

20        Q.   So you did get the copies of your --

21        A.   No, I did not get the copies.  I got Part C,

22   the receipt.  It was no response.  The only response

23   there is that's saying we have received your

24   grievance.

25        Q.   But did you request copies of your responses?

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

48

1          A.    I requested copies of my responses.

2          Q.    And what was the response?

3          A.    The response was -- I believe the response

4     was the system shows that you received copies of it.

5     But that same day, copies were furnished to me.  I --

6     I don't know if --

7          Q.    Copies of what?

8          A.    Of -- of my formal grievance, of me grieving

9     that I was placed inside of a cell with Angel Herrera.

10         Q.    So you did receive cop- -- you did get back

11    copies of your grievances' responses and grievances?

12         A.    After the time had elapsed.  You have a

13    certain day to respond to the grievance per Chapter

14    33.  You have 15 to 30 days.  This time had elapsed.

15    So I went home and did the next step and I appealed to

16    Tallahassee, and I explained that I'm not able to

17    provide a copy because none was turned to me.

18         Q.    But at this point you already had copies,

19    correct?

20         A.    No, I did not have copies.  I'm grieving the

21    fact that I did not have copies.

22         Q.    But you just said -- you just said you had

23    gotten the copies.

24         A.    After the filing of this grievance.  It

25    wasn't until I filed this grievance that I got copies,

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

49

1      that I received copies.  I filed the grievance between

2      August 2nd and August 4th, one of those dates.  After

3      I filed that grievance, then I got copies.

4          Q.   Okay.

5          A.   Then once I -- once I got a copy, I

6      reinitiated the entire grievance process and re-filed

7      all the grievance all over again.  But this was after

8      -- after I had been transferred to a different

9      institution.  So on my original appeal, I was not able

10     to provide copies because none was provided to me.

11     But I went on ahead and followed through with the

12     grievance process anyway.

13         Q.   All right.  So is there anything else that

14     you want to address that we haven't covered related to

15     this incident?

16         A.   Related to this incident?  Just one more

17     thing I would say that -- which I called cameras to

18     verify -- the one -- the person who was placing the

19     grievance inside of the locked grievance box -- and

20     this is Chapter 33, that grievance box is supposed to

21     be locked -- the cameras will show that the box was

22     not locked.  It was unsecured.  You can actually look

23     and see the grievances falling out of them.  And other

24     inmates was responding saying that they're not

25     returning the grievance.

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

50

1          Columbia Annex has a long history of not

2     responding to grievances, and I'm sure I'm not the

3     only one that can file this complaint.  But the griev-

4     -- oh, yeah.  Oh, yeah.  Oh, yeah, I almost forgot.  I

5     almost forgot.

6          On September 16th, I filed a report to the

7     Secretary of DOC, Mark Inch, re-reporting the sexual

8     assault that occurred on 5/16.  I also reported that

9     my grievance was not being response to.  I gave or

10     provided times and dates when I filed these

11     grievances.

12          I received a response on October 5th.  This

13     is after I had been transferred from Columbia, and I

14     was at Taylor CI.  I received a response saying that

15     your allegations have been reported, received and it

16     will be referred to -- to IG or to some investigator.

17     This is September 16th.

18          When I received this October 5th, saying that

19     it will be responded to, again, I never spoke to a

20     PREA investigator.  And I asked specifically --

21          UNKNOWN SPEAKER:  I have a question:  How

22          much longer are y'all going to be?  You only had

23          an hour scheduled.

24          MS. VILLALPANDO:  We won't have much time.

25          We were just reaching the end.


FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

51

1          UNKNOWN SPEAKER:  Okay.  Thank you.

2          THE WITNESS:  And when I filed to the -- to

3     the secretary, I specifically asked to speak to a

4     PREA investigator, specifically asked to speak to

5     IG, specifically asked to speak to a mental health

6     counselor.

7   BY MS. VILLALPANDO:

8     Q.   Okay.

9     A.   I've never spoken to anyone.

10    Q.   Okay.

11    A.   And I stated that this was -- it was a

12  coordinated effort between the correctional officers,

13  administration to cover up the sexual assault because

14  everyone was aware of this.  At this time I was

15  confined.  I was yelling it out through the door

16  everyday.  No one would stop to the door and talk to

17  me.  I was -- I was --

18    Q.   What do you mean you were yelling out your

19  door?

20    A.   I was yelling out every time I filed a

21  grievance, "I'm filing a grievance in connection with

22  this.  I'm filing a witness statement I was sexually

23  --" I'm yelling this out in front of the camera.

24    Q.   At Columbia?

25    A.   At Columbia, while I'm filing a grievance,

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

52

1    while I'm turning in a witness statement.  I turned in

2    two witness statements.

3        Q.    While you were in confinement?

4        A.    Yeah, while I was in confinement.

5        Q.    You were yelling out that you were filing

6    grievances?

7        A.    Yep, in connection with the sexual assault.

8        Q.    Okay.  And also once you are released from

9    confinement?

10       A.    No, no.  This -- I had been placed back in

11   confinement for -- for being intoxicated.  This is

12   between -- this is after July 8th, in the month of

13   August, when I was tran- --

14       Q.    When did you start yelling out?

15       A.    After July 8th, after the -- after the

16   assault had been reported back.  I was only in

17   confinement for 10 days after the assault, and I was

18   released back to con- -- to -- to the pound.  And I

19   was filing grievances then, and I was receiving

20   responses for some of my grievances but not all.

21   After it had been reported, I was placed back in

22   confinement on July 8th.

23       Q.    And you were yelling that you were filing

24   grievances regarding the incident on May 16th?

25       A.    Yes.

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

53

1   Q.   Okay.

2   A.   And also -- and also not have my grievance

3   responded to.

4        MS. VILLALPANDO:  Okay.  Well, that's all my

5   questions, Mr. Andrews.

6        Madam Court Reporter, can you stop the

7   recording?

8        THE WITNESS:  I can't touch this.  I can't

9   touch that.

10       MS. VILLALPANDO:  I would like to talk with

11   the -- with Mr. Andrews off the record.

12       THE COURT REPORTER:  Yes, ma'am.

13       MS. VILLALPANDO:  Okay.  Thank you.

14       THE COURT REPORTER:  You're welcome.

15       (Discussion off the record.)

16       MS. VILLALPANDO:  Court Reporter, that's it.

17       THE COURT REPORTER:  Okay.

18       MS. VILLALPANDO:  Thank you.

19       THE COURT REPORTER:  Thank you.

20       MS. VILLALPANDO:  Have a good day.

21       THE COURT REPORTER:  You too.  Bye-bye.

22       (Whereupon, the deposition concluded at 3:25

23   p.m.)

24

25

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

54

```
 1                      CERTIFICATE OF OATH

 2

 3      STATE OF FLORIDA )

 4      COUNTY OF LEON)

 5

 6

 7

 8

 9           I, the undersigned authority, certify that BYRON

10      ANDREWS, personally appeared before me and was duly

11      sworn on the 26th day of March, 2024.

12

13           Signed this 26th day of March, 2024.

14

15

16

17      _____
              Jessica Renchen
18      JESSICA RENCHEN, Court Reporter
        Notary Public - State of Florida

19

20

21

22

23

24

25
```

55

```
1                      CERTIFICATE OF REPORTER

2

3      STATE OF FLORIDA)

4      COUNTY OF LEON)

5

6          I, JESSICA RENCHEN, Registered Professional

7      Reporter, certify that I was authorized to and did

8      stenographically report the deposition of BYRON

9      ANDREWS, pages 1 through 53; that a review of the

10     transcript WAS REQUESTED; and that the transcript is a

11     true and complete record of my stenographic notes.

12

13         I further certify that I am not a relative,

14     employee, attorney, or counsel of any of the parties,

15     nor am I a relative or employee of any of the parties'

16     attorney or counsel connected with the action, nor am

17     I financially interested in the action.

18

19             DATED this 26th day of March, 2024.

20

21         _____
               JESSICA RENCHEN, Court Reporter.

22

23

24

25
```

FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

56

 1    TO:  BYRON ANDREWS
      C/O:  DC# B06604
 2    Florida State Prison
      Post Office Box 800
 3    Raiford, Florida, 32083

 4    IN RE:  BYRON ANDREWS VS SGT. CICCONE
      CASE NO:  3:23-cv-88-MMH-JBT
 5
      Please take notice that on the 26th day of March,
 6    2024, you gave a deposition in the above cause.  At
      that time, you did not waive your signature.
 7
      Please make arrangements with For The Record at
 8    850-222-5491 to exercise your right to read and sign
      the transcript.
 9
      If you do not read and sign the deposition within 30
10    days or at such other time as instructed by counsel,
      the original, which has already been forwarded to the
11    ordering attorney, may be filed with the Clerk of the
      Court and your reading and signing may be considered
12    waived.

13    If you wish to waive your signature now, please sign
      your name in the blank at the bottom of this letter
14    and return it to the address listed below.

15    Very truly yours,

16    _Jessica Renchen_ _____
      JESSICA RENCHEN, Court Reporter
17
      For The Record
18

19    I do hereby waive my signature.

20    _____

21

22

23

24

25


        FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

57

1                          ERRATA SHEET
           DO NOT WRITE ON TRANSCRIPT ~ ENTER CHANGES
2

3     IN RE:  BYRON ANDREWS VS SGT. CICCONE
      CASE NO:  3:23-cv-88-MMH-JBT
      DATE TAKEN:  March 26, 2024
4     DEPONENT:  BYRON ANDREWS

5     PAGE_____  LINE_____  SHOULD BE_____

6     PAGE_____  LINE_____  SHOULD BE_____

7     PAGE_____  LINE_____  SHOULD BE_____

8     PAGE_____  LINE_____  SHOULD BE_____

9     PAGE_____  LINE_____  SHOULD BE_____

10    PAGE_____  LINE_____  SHOULD BE_____

11    PAGE_____  LINE_____  SHOULD BE_____

12    PAGE_____  LINE_____  SHOULD BE_____

13    PAGE_____  LINE_____  SHOULD BE_____

14    PAGE_____  LINE_____  SHOULD BE_____

15    PAGE_____  LINE_____  SHOULD BE_____

16    PAGE_____  LINE_____  SHOULD BE_____

17    PAGE_____  LINE_____  SHOULD BE_____

18    PAGE_____  LINE_____  SHOULD BE_____

19    PAGE_____  LINE_____  SHOULD BE_____

20

21    Under penalties of perjury, I declare that I have read
      the foregoing document and that the facts stated in it
22    are true.
             7-18-24
23    _____        _____
      DATE                           BYRON ANDREWS
24

25

         FOR THE RECORD REPORTING TALLAHASSEE FLORIDA 850.222.5491

'

'20 [1] - 44:22
'21 [1] - 44:22, 44:23

**0**

04 [1] - 3:4

**1**

1 [6] - 16:9, 16:13, 32:24, 32:25, 33:2, 55:9
10 [7] - 11:8, 17:13, 17:14, 20:22, 23:11, 38:6, 52:17
1036083 [1] - 2:4
10:00 [1] - 17:13
1103 [1] - 29:11
12-hour [1] - 24:17
1201 [1] - 39:15
12th [1] - 41:4
14th [2] - 45:16, 46:10
15 [3] - 35:20, 46:10, 48:14
15th [1] - 45:16
16 [2] - 9:6, 10:13
16th [5] - 11:4, 11:15, 50:6, 50:17, 52:24
17th [3] - 29:8, 29:9, 29:25
18th [1] - 29:25
19th [2] - 29:10, 30:1

**2**

20 [1] - 29:10
2019 [2] - 8:5, 43:9
2021 [2] - 9:6, 10:14
2024 [6] - 1:15, 54:11, 54:13, 55:19, 56:6, 57:3
2046 [1] - 8:7
22nd [1] - 36:12
23 [1] - 9:12
24 [3] - 9:12, 23:22
25th [6] - 11:9, 32:16, 32:19, 33:23, 33:25, 34:4
26 [2] - 1:15, 57:3
26th [7] - 33:23, 33:25, 34:4, 54:11, 54:13, 55:19, 56:5
29th [2] - 40:4, 40:14
2:00 [1] - 1:15
2nd [2] - 47:14, 49:2

**3**

30 [2] - 48:14, 56:9
30-year [1] - 20:2
32083 [1] - 56:3
32399 [1] - 2:5
33 [6] - 13:19, 25:4, 33:5, 47:2, 48:14, 49:20
3:23-cv-88 [1] - 4:18
3:23-cv-88-MMH-JBT [1] - 1:6, 56:4, 57:3
3:25 [2] - 1:15, 53:22

**4**

4 [1] - 14:15
4213 [3] - 11:17, 14:16, 38:16
4:00 [1] - 23:17
4th [3] - 37:22, 47:14, 49:2

**5**

5 [3] - 10:11, 20:21, 23:11
5'10 [1] - 10:12
5'10" [1] - 15:8
5'11 [1] - 15:7
5'8 [1] - 15:8
5/16 [1] - 50:8
50s [1] - 15:9
53 [1] - 55:9
54 [1] - 3:6
55 [1] - 3:7
56 [1] - 3:7
57 [1] - 3:8
5:00 [1] - 23:18
5th [2] - 50:12, 50:18

**6**

6 [1] - 10:12
60 [1] - 41:20
6:00 [1] - 17:11

**7**

7:00 [3] - 17:11, 17:12, 26:11

**8**

800 [1] - 56:2
850-222-5491 [1] - 56:8
8:00 [1] - 26:12
8th [12] - 37:21,
37:25, 38:1, 40:4, 40:15, 40:22, 40:23, 40:24, 52:12, 52:15, 52:22

**A**

a [190] - 5:6, 5:13, 6:2, 6:7, 6:8, 7:6, 7:7, 7:8, 8:17, 9:10, 9:11, 9:12, 9:16, 9:19, 9:21, 10:5, 10:7, 10:8, 10:11, 10:17, 10:18, 12:2, 12:6, 12:8, 12:12, 12:16, 12:21, 12:22, 12:24, 13:1, 13:18, 13:23, 14:22, 14:23, 15:1, 15:20, 15:23, 15:25, 16:22, 16:24, 17:19, 17:20, 17:21, 17:24, 18:17, 18:24, 18:25, 19:1, 19:14, 19:17, 20:2, 20:3, 20:5, 20:8, 20:9, 20:12, 21:1, 21:10, 21:23, 21:25, 22:10, 22:11, 22:22, 22:25, 23:15, 23:22, 24:9, 25:8, 25:9, 25:15, 25:21, 26:2, 26:10, 27:4, 27:14, 27:16, 29:13, 30:7, 30:11, 30:12, 30:20, 30:21, 32:9, 32:10, 32:14, 32:25, 33:1, 33:6, 33:7, 33:10, 34:10, 35:18, 36:1, 36:3, 36:14, 36:17, 36:20, 36:21, 37:1, 37:19, 37:23, 37:24, 38:14, 38:16, 38:18, 38:19, 38:23, 39:2, 39:3, 39:6, 39:12, 39:13, 39:15, 39:24, 39:25, 41:7, 41:10, 41:15, 41:16, 41:19, 41:23, 43:17, 43:20, 43:21, 43:25, 44:4, 44:10, 44:12, 45:5, 45:8, 45:10, 45:12, 45:13, 45:14, 45:15, 45:17, 45:21, 45:23, 46:4, 46:13, 46:15, 47:2, 47:4, 47:5, 47:8, 47:15, 47:18, 48:9, 48:12, 48:17, 49:5, 49:8, 50:1, 50:6, 50:12, 50:14, 50:19, 50:21, 51:3, 51:5, 51:11, 51:20, 51:21, 51:22, 51:25, 52:1,
53:20, 55:9, 55:10, 55:13, 55:15, 56:6
A [2] - 35:5, 45:4
able [8] - 7:15, 35:3, 36:16, 36:19, 39:3, 39:25, 48:16, 49:9
abnormal [1] - 13:16
about [22] - 4:5, 4:20, 9:1, 11:19, 11:22, 16:1, 16:22, 22:25, 24:4, 24:5, 28:23, 31:5, 31:10, 32:21, 33:12, 34:17, 36:6, 38:15, 38:24, 40:2, 40:10, 40:15
above [1] - 56:6
abuse [1] - 7:24
action [6] - 9:11, 12:21, 13:22, 41:19, 55:16, 55:17
activity [1] - 42:8
actually [7] - 14:24, 14:25, 17:1, 19:15, 32:24, 43:3, 49:22
add [1] - 44:25
address [3] - 40:9, 49:14, 56:14
administration [1] - 51:13
affirm [1] - 4:4
After [2] - 32:2, 45:2
after [57] - 7:1, 11:4, 17:1, 17:10, 18:15, 22:18, 22:19, 23:13, 23:18, 23:25, 24:22, 25:23, 25:24, 26:12, 26:19, 27:15, 28:5, 28:6, 29:9, 29:10, 29:23, 30:4, 30:5, 30:14, 30:15, 31:16, 31:21, 32:6, 33:18, 34:1, 34:5, 34:18, 35:18, 36:15, 36:16, 41:25, 42:13, 43:2, 48:12, 48:24, 49:2, 49:7, 49:8, 50:13, 52:12, 52:15, 52:17, 52:21
afterwards [3] - 13:10, 20:23, 22:21
again [6] - 11:23, 25:3, 36:8, 40:25, 49:7, 50:19
against [14] - 21:22, 21:23, 22:10, 22:12, 22:16, 22:18, 25:3, 25:4, 27:14, 33:1, 35:25, 46:19, 47:9, 47:16
ago [1] - 32:13
ahead [1] - 49:11
alert [1] - 12:23
Alexander [2] - 4:17, 9:14
all [26] - 6:2, 6:3, 10:25, 11:13, 12:14, 13:5, 13:11, 13:19, 21:3, 21:16, 26:20, 26:21, 26:23, 30:14, 31:14, 35:10, 35:13, 38:22, 43:4, 44:24, 46:12, 47:14, 49:7, 52:20, 53:4
All [13] - 4:9, 4:15, 4:24, 5:5, 6:14, 7:8, 8:1, 8:20, 9:1, 10:13, 26:16, 28:4, 49:13
allegation [3] - 30:20, 36:22, 41:18
allegations [2] - 7:22, 50:15
allege [1] - 9:5
alleged [1] - 7:24
allow [2] - 37:9, 39:22
allowed [1] - 16:10
allowing [2] - 33:8, 39:17
almost [2] - 50:4, 50:5
alone [1] - 5:23
already [2] - 48:18, 56:10
also [7] - 8:17, 22:11, 34:13, 50:8, 52:8, 53:2
altered [1] - 41:1
am [5] - 4:15, 15:6, 55:13, 55:15, 55:16
amount [1] - 12:13
an [12] - 7:9, 8:18, 14:25, 17:22, 18:9, 21:24, 31:12, 39:13, 41:11, 43:12, 43:14, 50:23
anal [2] - 27:18, 27:21
and [238] - 4:6, 4:22, 6:5, 6:8, 6:23, 7:1, 7:10, 7:12, 7:14, 9:2, 9:11, 10:5, 10:12, 11:14, 11:25, 12:4, 12:6, 12:7, 12:12, 12:17, 12:24, 13:3, 13:8, 13:9, 13:11, 13:13, 13:14, 13:15, 13:18, 13:20, 13:21, 13:22, 14:1, 14:14, 14:16, 15:2, 15:8, 15:12, 15:21, 15:22,

16:2, 16:4, 17:12,
17:13, 17:14, 17:15,
17:18, 17:21, 17:22,
17:25, 18:2, 18:7,
18:14, 18:20, 18:23,
18:24, 19:4, 19:7,
19:8, 19:10, 19:11,
19:13, 19:16, 19:23,
20:6, 20:8, 20:9,
20:12, 20:13, 20:15,
20:20, 20:23, 21:6,
21:7, 21:20, 22:1,
22:2, 22:3, 22:6,
22:20, 22:23, 23:3,
23:13, 24:6, 24:7,
24:8, 24:10, 24:22,
24:23, 24:24, 25:2,
25:3, 25:5, 25:14,
25:16, 26:3, 26:6,
26:8, 26:9, 26:21,
26:22, 26:23, 27:8,
27:10, 27:21, 27:23,
28:1, 28:10, 28:11,
28:15, 28:22, 29:6,
29:9, 29:10, 29:12,
29:25, 30:5, 30:14,
30:21, 30:23, 31:7,
32:10, 32:24, 33:11,
34:13, 35:19, 35:21,
36:3, 36:4, 36:5, 36:6,
37:1, 37:6, 37:10,
37:12, 37:13, 37:17,
37:19, 38:2, 38:3,
38:9, 38:13, 38:14,
38:17, 38:22, 38:25,
39:5, 39:6, 39:12,
39:15, 39:23, 39:25,
40:3, 40:4, 40:6, 40:8,
40:17, 41:6, 41:8,
41:9, 41:19, 42:2,
42:3, 42:18, 42:19,
43:15, 43:17, 44:2,
44:3, 44:4, 44:9,
44:12, 44:13, 44:15,
45:15, 45:18, 45:22,
45:25, 46:4, 46:6,
46:9, 46:24, 47:12,
48:11, 48:15, 48:16,
49:2, 49:6, 49:11,
49:19, 49:23, 50:2,
50:10, 50:13, 50:15,
50:20, 51:2, 51:11,
51:16, 52:17, 52:18,
52:19, 52:23, 53:2,
54:10, 55:7, 55:10,
55:11, 56:8, 56:9,
56:11, 56:14, 57:21
**And** [31] - 8:18,
10:10, 12:3, 14:12,
17:8, 18:19, 19:2,
19:15, 22:11, 22:16,

24:21, 25:1, 25:9,
25:21, 25:23, 28:22,
30:19, 31:11, 33:9,
34:7, 37:24, 38:21,
38:22, 39:2, 43:18,
45:23, 46:13, 46:16,
48:2, 52:8, 53:2
**Andrews** [8] - 4:15,
4:23, 5:8, 6:14, 29:17,
44:16, 53:5, 53:11
**ANDREWS** [10] - 1:3,
1:13, 3:4, 54:10, 55:9,
56:1, 56:4, 57:2, 57:4,
57:23
**Angel** [19] - 14:17,
14:18, 15:4, 16:7,
16:16, 16:21, 23:10,
24:24, 26:16, 32:23,
38:17, 43:5, 43:24,
44:3, 44:9, 44:13,
46:7, 46:21, 48:9
**Angel's** [1] - 24:5
**Annex** [5] - 9:8, 15:1,
40:6, 43:8, 50:1
**announced** [1] -
13:11
**another** [15] - 7:24,
10:23, 11:11, 11:12,
13:13, 18:19, 28:17,
28:19, 28:24, 28:25,
29:12, 39:21, 43:5,
43:18, 46:17
**answer** [4] - 6:3,
6:11, 7:12, 40:18
**answered** [4] -
40:17, 40:20, 41:2,
41:3
**answering** [1] - 6:16
**answers** [1] - 6:4
**any** [33] - 6:15, 6:18,
7:9, 8:20, 8:23, 10:14,
10:23, 10:25, 11:3,
11:7, 14:21, 16:12,
21:6, 21:11, 23:8,
27:16, 27:24, 28:8,
32:3, 32:21, 37:2,
39:11, 40:15, 42:15,
42:17, 42:23, 47:6,
55:14, 55:15
**anyone** [4] - 5:8,
29:3, 46:2, 51:9
**anything** [8] - 24:12,
26:16, 28:15, 36:6,
40:2, 40:15, 44:24,
49:13
**anytime** [3] - 10:20,
32:5, 32:6
**anyway** [1] - 49:12
**anywhere** [1] - 23:17
**appeal** [3] - 34:4,

47:3, 49:9
**appealed** [6] - 35:21,
41:6, 46:24, 48:15
**appealing** [2] -
35:21, 35:23
**appearance** [1] -
9:17
**APPEARANCES** [1] -
2:1
**appeared** [1] - 54:10
**appears** [1] - 40:24
**applied** [1] - 20:17
**approved** [1] - 32:24
**Are** [2] - 6:21, 6:23
**are** [16] - 4:24, 6:14,
7:1, 8:2, 8:6, 13:12,
13:20, 18:16, 21:7,
26:9, 27:24, 34:18,
34:20, 50:22, 52:8,
57:22
**area** [2] - 25:19,
27:18
**armed** [1] - 8:18
**around** [10] - 17:8,
17:10, 17:11, 22:14,
23:12, 24:1, 26:8,
44:7, 46:4
**arranged** [2] - 18:16,
24:11
**arrangements** [1] -
56:7
**as** [17] - 5:15, 8:7,
9:24, 16:20, 18:25,
26:11, 27:16, 28:18,
30:22, 32:25, 37:19,
39:5, 43:20, 56:10
**ask** [1] - 6:6
**asked** [17] - 12:4,
13:14, 16:20, 16:23,
29:20, 31:3, 32:10,
38:5, 38:14, 38:17,
38:21, 39:12, 42:2,
50:20, 51:3, 51:4,
51:5
**asking** [6] - 4:20,
18:2, 18:6, 30:19,
34:17, 38:7
**assault** [26] - 20:16,
21:2, 21:24, 25:6,
26:19, 27:10, 27:17,
31:7, 31:12, 33:4,
36:21, 38:24, 38:25,
39:9, 40:2, 40:5,
40:12, 40:16, 42:13,
45:9, 45:14, 50:8,
51:13, 52:7, 52:16,
52:17
**assaulted** [7] -
20:21, 28:21, 28:22,
29:13, 37:7, 40:3,

46:7
**Assistant** [1] - 2:3
**assistant** [2] - 46:19,
47:16
**assume** [1] - 25:5
**at** [48] - 6:17, 10:18,
11:7, 15:1, 15:13,
15:21, 16:16, 17:13,
18:24, 19:2, 19:3,
24:16, 24:19, 24:24,
26:18, 28:18, 28:22,
30:17, 30:18, 31:4,
32:5, 32:6, 33:15,
33:17, 36:6, 36:7,
37:16, 38:7, 39:3,
39:15, 41:9, 43:8,
43:22, 44:4, 45:17,
45:18, 45:23, 46:25,
48:18, 50:14, 51:14,
51:24, 51:25, 53:22,
56:6, 56:7, 56:10,
56:13
**At** [2] - 12:22, 42:25
**attach** [2] - 47:4,
47:5
**attention** [7] - 12:24,
13:3, 13:6, 13:9,
22:24, 29:16, 30:19
**attorney** [4] - 4:16,
55:14, 55:16, 56:11
**Attorney** [2] - 2:3,
2:4
**audio/video** [1] -
45:6
**August** [5] - 47:13,
47:14, 49:2, 52:13
**authority** [1] - 54:9
**authorized** [1] - 55:7
**avoid** [1] - 15:25
**aware** [4] - 16:8,
43:13, 45:19, 51:14
**away** [1] - 44:13
**awkward** [2] - 18:9,
18:12

_____

## B

**B06604** [3] - 1:4,
4:23, 56:1
**back** [27] - 5:25,
7:19, 18:2, 19:8,
23:10, 24:21, 30:25,
39:14, 41:13, 41:22,
42:18, 42:20, 43:15,
43:16, 43:23, 44:1,
44:2, 44:3, 44:11,
44:13, 45:2, 48:10,
52:10, 52:16, 52:18,
52:21
**background** [2] -

5:1, 8:1
**backtrack** [1] - 32:14
**bad** [1] - 22:8
**badly** [1] - 20:4
**bag** [2] - 25:8, 25:9
**bar** [3] - 43:18, 44:10
**Bar** [1] - 2:4
**based** [1] - 12:15
**basically** [1] - 33:12
**be** [43] - 4:5, 4:20,
5:14, 5:21, 6:10, 6:23,
7:11, 7:15, 8:6, 10:22,
12:4, 12:6, 12:7, 12:8,
12:9, 12:11, 12:15,
13:16, 13:20, 14:11,
15:7, 16:10, 16:16,
17:4, 17:22, 26:11,
34:1, 35:20, 38:5,
39:3, 40:24, 42:6,
42:14, 49:21, 50:16,
50:19, 50:22, 56:11,
56:11
**BE** [15] - 57:5, 57:6,
57:7, 57:8, 57:9,
57:10, 57:11, 57:12,
57:13, 57:14, 57:15,
57:16, 57:17, 57:18,
57:19
**beat** [1] - 22:3
**became** [1] - 43:13
**because** [39] - 12:25,
15:14, 15:22, 16:1,
16:8, 18:6, 19:14,
19:21, 20:24, 21:4,
21:16, 24:4, 24:5,
24:6, 28:12, 31:20,
32:12, 33:4, 33:22,
35:20, 36:1, 36:19,
38:24, 39:7, 39:8,
39:9, 39:20, 40:23,
43:20, 43:21, 44:10,
45:16, 47:17, 48:17,
49:10, 51:13
**Because** [1] - 40:25
**Becky** [1] - 37:14
**been** [35] - 5:3, 8:4,
8:13, 8:14, 25:23,
25:24, 26:13, 27:19,
27:20, 28:21, 29:13,
36:3, 37:2, 37:6, 37:7,
39:21, 39:24, 39:25,
40:5, 40:7, 40:12,
40:18, 44:22, 46:22,
46:23, 49:8, 50:13,
50:15, 52:10, 52:16,
52:21, 56:10
**Before** [1] - 5:7
**before** [17] - 1:22,
5:3, 5:19, 8:17, 8:18,
14:19, 15:1, 17:1,

19:16, 22:15, 28:14, 34:4, 37:22, 37:24, 54:10

**begin** [1] - 5:7
**behalf** [2] - 1:14, 2:2
**Behalf** [1] - 1:24
**behavior** [1] - 42:7
**behind** [4] - 15:22, 23:2, 25:7, 44:14
**being** [22] - 12:19, 12:20, 15:2, 15:23, 16:13, 16:22, 17:19, 18:7, 20:17, 27:13, 28:16, 28:18, 30:8, 35:7, 36:16, 39:7, 41:17, 46:20, 50:9, 52:11
**believe** [25] - 10:6, 11:17, 13:23, 14:3, 15:9, 15:13, 15:16, 16:19, 16:20, 17:9, 20:3, 20:18, 21:21, 24:10, 25:8, 28:12, 29:11, 33:23, 35:19, 36:11, 38:4, 38:24, 41:4, 44:21, 48:3
**below** [2] - 20:13, 56:14
**besides** [1] - 29:3
**best** [1] - 21:20
**between** [22] - 10:12, 11:14, 11:25, 15:7, 17:12, 17:14, 20:19, 20:20, 23:17, 24:14, 24:21, 26:13, 29:9, 29:25, 30:24, 43:9, 49:1, 51:12, 52:12
**big** [1] - 32:9
**birthmark** [1] - 9:21
**bit** [1] - 32:14
**black** [4] - 10:3, 10:4, 21:9, 32:9
**blank** [1] - 56:13
**blood** [5] - 6:19, 27:22, 27:23, 29:14, 31:12
**board** [1] - 36:18
**bottom** [1] - 56:13
**box** [2] - 33:16, 49:19, 49:20, 49:21
**Box** [1] - 56:2
**break** [1] - 6:7
**breakfast** [10] - 23:16, 23:19, 23:22, 23:25, 24:22, 25:23, 25:24, 26:10, 26:12
**Brief** [1] - 5:22
**bring** [1] - 23:20
**bubble** [1] - 13:1
**building** [1] - 42:20

**built** [1] - 15:8
**bunk** [5] - 18:23, 19:4, 23:15, 24:25
**bunks** [1] - 18:17
**burglary** [2] - 8:3, 8:18
**but** [39] - 4:6, 6:10, 6:11, 11:6, 12:15, 13:4, 17:3, 17:20, 18:6, 18:12, 18:22, 19:20, 21:3, 22:18, 24:14, 24:16, 26:12, 27:20, 28:2, 28:9, 28:14, 31:16, 33:8, 33:22, 34:1, 36:13, 37:16, 40:20, 40:25, 41:2, 42:17, 43:3, 44:23, 46:1, 47:18, 48:5, 48:22, 50:3, 52:20
**But** [10] - 9:25, 14:5, 15:23, 25:20, 30:4, 43:12, 47:25, 48:18, 49:7, 49:11
**butt** [1] - 20:20
**BY** [4] - 4:14, 5:2, 6:1, 51:7
**by** [11] - 3:4, 7:24, 12:17, 16:10, 18:22, 29:13, 31:5, 31:12, 42:14, 46:7, 56:10
**bye** [2] - 53:21
**bye-bye** [1] - 53:21
**BYRON** [10] - 1:3, 1:13, 3:4, 54:9, 55:8, 56:1, 56:4, 57:2, 57:4, 57:23
**Byron** [1] - 4:23

**C**

**C** [3] - 46:25, 47:17, 47:21
**C/O** [1] - 56:1
**call** [7] - 9:25, 14:24, 18:17, 22:11, 33:6, 35:25
**called** [3] - 45:6, 49:17
**Camacho** [1] - 38:4
**came** [11] - 12:4, 13:13, 16:21, 16:25, 17:18, 22:1, 28:15, 29:5, 38:1, 43:23
**camera** [2] - 45:25, 51:23
**cameras** [2] - 49:17, 49:21
**can** [36] - 4:9, 4:21, 5:13, 6:4, 6:10, 6:12,

7:7, 7:9, 7:13, 7:14, 9:14, 10:7, 10:11, 11:13, 12:10, 15:4, 19:13, 20:6, 20:16, 22:7, 25:4, 26:10, 26:11, 29:24, 30:3, 34:1, 34:4, 35:24, 35:25, 47:15, 49:22, 50:3, 53:6
**Can** [3] - 8:11, 9:4, 11:24
**can't** [8] - 13:4, 14:4, 31:20, 32:12, 43:9, 44:19, 53:8
**cannot** [3] - 6:10, 43:3, 43:12
**canteen** [1] - 25:13, 25:17, 25:21
**Capitol** [1] - 2:5
**Captain** [13] - 29:4, 29:22, 30:4, 30:11, 31:15, 31:16, 31:19, 31:22, 32:1, 32:2, 38:3, 38:4, 38:10
**captain's** [4] - 38:3, 38:6, 41:17, 42:1
**care** [1] - 16:3
**careful** [1] - 30:8
**CASE** [3] - 1:6, 56:4, 57:3
**Case** [1] - 4:18
**case** [3] - 4:21, 7:22, 42:8
**cause** [1] - 56:6
**causing** [1] - 13:23
**cell** [44] - 9:11, 10:23, 11:16, 12:3, 12:6, 12:8, 12:16, 13:12, 13:20, 14:11, 14:14, 14:16, 15:12, 15:15, 16:5, 16:10, 16:11, 17:2, 17:5, 17:15, 18:16, 21:1, 21:14, 22:1, 22:6, 23:20, 23:22, 24:22, 25:1, 25:2, 26:7, 28:17, 28:19, 28:24, 29:12, 33:2, 38:15, 39:15, 45:21, 45:24, 46:21, 48:9
**Cell** [4] - 11:17, 14:16, 29:11, 39:15
**cellmate** [6] - 12:12, 15:20, 16:1, 30:18, 30:23, 31:7
**center** [3] - 33:17, 35:23, 36:1
**certain** [1] - 48:13
**CERTIFICATE** [3] - 3:6, 54:1, 55:1

**certify** [3] - 54:9, 55:7, 55:13
**change** [2] - 24:1, 26:15
**CHANGES** [1] - 57:1
**Chapter** [7] - 13:19, 25:3, 33:5, 46:5, 47:2, 48:13, 49:20
**check** [1] - 43:23
**chow** [3] - 43:16, 43:23
**chronic** [1] - 8:20
**chute** [3] - 43:14, 43:15, 43:17
**CI** [1] - 50:14
**Ciccone** [15] - 4:18, 9:15, 11:4, 11:20, 11:25, 14:14, 15:11, 16:1, 22:17, 22:18, 23:4, 23:9, 24:21, 25:7, 33:1
**CICCONE** [3] - 1:7, 56:4, 57:2
**cinnamon** [1] - 25:15
**circles** [1] - 21:8
**clarify** [2] - 21:13, 29:24
**clarifying** [1] - 43:4
**classified** [5] - 12:4, 12:7, 12:10, 12:11, 14:12
**clear** [1] - 17:20
**clearly** [1] - 6:3
**Clerk** [1] - 56:11
**close** [2] - 24:25, 26:14
**closed** [2] - 5:14, 44:14
**closes** [2] - 43:19, 44:11
**CM** [5] - 16:9, 16:13, 32:24, 32:25, 33:2
**collects** [1] - 46:4
**color** [3] - 9:19, 9:20, 10:2
**columbia** [1] - 50:1
**Columbia** [7] - 9:8, 15:1, 40:6, 43:8, 50:13, 51:24, 51:25
**Comacho** [1] - 38:4
**come** [7] - 10:21, 23:23, 24:3, 24:20, 25:16, 28:11, 42:5
**comes** [2] - 24:21, 46:4
**comfortable** [2] - 38:23, 39:10
**coming** [4] - 15:15, 35:14, 43:15, 43:16
**comment** [3] - 15:24,

16:7, 24:5
**commented** [2] - 16:23, 20:25
**comments** [1] - 22:25
**commotion** [1] - 44:3
**comparable** [2] - 12:13, 12:16
**compare** [1] - 12:12
**complaint** [5] - 9:3, 9:5, 36:14, 45:10, 50:3
**complete** [2] - 7:2, 55:11
**completely** [1] - 41:20
**complied** [2] - 13:15, 20:11
**comply** [2] - 22:2, 42:16
**compound** [2] - 14:21, 19:16
**computer** [1] - 38:19
**con** [1] - 52:18
**concerned** [1] - 19:21
**conclude** [2] - 24:10, 25:5
**concluded** [1] - 53:22
**conclusion** [1] - 24:8
**concrete** [1] - 18:18
**conduct** [2] - 35:16, 35:17
**confined** [2] - 9:11, 51:15
**confinement** [45] - 9:8, 9:9, 10:18, 10:21, 11:9, 12:1, 12:18, 12:20, 13:15, 13:17, 13:22, 14:6, 17:10, 22:23, 23:21, 24:7, 26:10, 32:4, 32:7, 32:15, 33:18, 34:15, 34:24, 35:1, 35:2, 35:4, 35:5, 35:15, 35:16, 35:18, 36:4, 39:14, 40:7, 41:14, 41:20, 42:18, 42:20, 45:3, 46:25, 52:3, 52:4, 52:9, 52:11, 52:17, 52:22
**Confinement** [1] - 9:10
**connected** [1] - 55:16
**connection** [3] - 45:3, 51:21, 52:7
**considered** [1] -

56:11
**constantly** [1] - 29:15
**contact** [2] - 23:8, 42:5
**contemplating** [1] - 27:10
**content** [1] - 6:13
**continually** [1] - 29:15
**continue** [1] - 5:19
**continued** [2] - 46:17, 46:18
**contracts** [2] - 14:23, 15:3
**convicted** [1] - 14:2, 14:8
**convictions** [2] - 8:10, 8:12
**COOPER** [1] - 32:1
**Cooper** [12] - 29:4, 29:22, 30:4, 30:11, 31:15, 31:19, 31:24, 31:25, 32:1, 32:2, 38:10
**cooperate** [2] - 40:8, 40:11
**coordinated** [1] - 51:12
**coordinator** [3] - 37:5, 37:16, 46:3
**cop** [1] - 48:10
**copies** [17] - 47:17, 47:20, 47:21, 47:25, 48:1, 48:4, 48:5, 48:7, 48:11, 48:18, 48:20, 48:21, 48:23, 48:25, 49:1, 49:3, 49:10
**copy** [8] - 7:7, 7:8, 47:2, 47:4, 47:5, 47:19, 48:17, 49:5
**correct** [2] - 7:24, 48:19
**correction** [1] - 21:22
**correctional** [5] - 38:6, 38:23, 38:24, 39:11, 51:12
**could** [8] - 20:4, 20:8, 25:19, 26:13, 27:19, 28:15, 44:22
**couldn't** [1] - 27:20
**counsel** [3] - 55:14, 55:16, 56:10
**COUNSEL** [1] - 2:1
**counselor** [6] - 32:8, 32:11, 36:11, 37:12, 38:11, 51:6
**count** [6] - 13:11, 13:13, 13:17, 13:19,

13:21, 17:11
**Count** [1] - 17:13
**COUNTY** [2] - 54:4, 55:4
**couple** [2] - 5:6, 25:21
**COURT** [14] - 1:1, 4:2, 4:8, 4:10, 5:7, 5:12, 5:17, 5:20, 5:24, 53:12, 53:14, 53:17, 53:19, 53:21
**court** [4] - 6:4, 7:14, 14:5, 14:6
**Court** [7] - 1:23, 53:6, 53:16, 54:17, 55:21, 56:11, 56:16
**cover** [1] - 51:13
**covered** [2] - 31:12, 49:14
**crime** [5] - 39:24, 45:12, 45:14, 45:15
**crimes** [1] - 8:2
**cross** [1] - 35:24
**cross-reference** [1] - 35:24
**crowded** [1] - 44:8
**currently** [4] - 4:24, 6:14, 6:21, 8:2
**custody** [2] - 8:4, 8:8

**D**

**D** [1] - 4:1
**danger** [1] - 33:3
**dark** [3] - 9:24, 23:18, 26:9
**DATE** [3] - 1:15, 57:3, 57:23
**date** [10] - 8:7, 9:4, 10:13, 35:22, 40:24, 41:4, 43:12, 44:17, 44:19
**DATED** [1] - 55:19
**dates** [3] - 33:22, 49:2, 50:10
**day** [25] - 9:12, 14:6, 14:19, 23:23, 27:25, 28:7, 28:9, 29:8, 29:23, 31:13, 34:8, 35:19, 36:2, 40:5, 47:12, 47:15, 48:5, 48:13, 53:20, 54:11, 54:13, 55:19, 56:5
**days** [1] - 11:8, 29:10, 29:23, 35:20, 41:20, 46:11, 48:14, 52:17, 56:10
**DC** [4] - 1:4, 4:22, 4:23, 56:1
**deal** [1] - 30:25

**declare** [1] - 57:21
**deems** [1] - 39:5
**defend** [1] - 20:6
**Defendant** [7] - 1:8, 1:14, 2:2, 4:17, 11:3, 22:17, 25:7
**defendant** [12] - 4:17, 9:14, 10:15, 11:1, 11:15, 11:19, 15:11, 17:4, 22:17, 26:1, 42:21, 42:24
**denying** [1] - 34:11
**DEPONENT** [1] - 57:4
**deposed** [1] - 5:3
**DEPOSITION** [1] - 1:13
**deposition** [4] - 53:22, 55:8, 56:6, 56:9
**describe** [5] - 9:14, 11:14, 11:24, 15:4, 38:21
**describing** [1] - 45:9
**detail** [2] - 11:14, 11:24
**details** [1] - 39:11
**determined** [1] - 42:14
**dial** [4] - 33:9, 36:17, 37:9, 39:23
**Did** [11] - 10:25, 14:18, 16:15, 16:17, 23:4, 26:16, 27:16, 28:4, 32:21, 39:13, 42:23
**did** [52] - 9:7, 10:14, 11:3, 16:18, 17:3, 17:8, 21:16, 22:11, 22:13, 23:4, 24:11, 25:7, 26:1, 26:8, 26:21, 27:8, 29:1, 29:6, 29:21, 31:14, 31:16, 31:22, 32:3, 36:13, 36:25, 37:1, 38:8, 39:22, 40:9, 43:2, 43:7, 45:4, 46:1, 46:6, 46:9, 47:4, 47:6, 47:20, 47:21, 47:25, 48:10, 48:15, 48:20, 48:21, 52:14, 55:7, 56:6
**didn't** [15] - 13:9, 16:6, 16:15, 17:6, 18:10, 20:24, 28:8, 33:4, 37:3, 38:8, 42:15, 44:17, 47:18
**different** [6] - 21:8, 24:15, 24:19, 24:20, 49:8

**directly** [3] - 31:3, 32:10, 34:23
**disarm** [3] - 19:22, 19:25, 20:6
**disciplinary** [12] - 9:11, 9:13, 12:21, 13:22, 14:5, 22:22, 34:10, 34:11, 34:14, 41:11, 41:16, 41:19
**discoloration** [3] - 9:19, 10:5, 10:7
**discomfort** [1] - 27:5
**discounted** [1] - 16:12
**discredited** [1] - 16:12
**discuss** [1] - 31:22
**discussed** [1] - 18:1
**discussing** [2] - 17:18, 31:8
**discussion** [3] - 30:24, 31:21, 32:2
**Discussion** [1] - 53:15
**dismissed** [1] - 14:4
**disobeying** [1] - 13:23
**disorderly** [2] - 35:16, 35:17
**distinct** [1] - 9:19
**distinctly** [1] - 28:22
**DISTRICT** [2] - 1:1, 1:1
**District** [1] - 4:19
**disturbance** [1] - 13:23
**divert** [1] - 15:15
**DIVISION** [1] - 1:2
**DNA** [1] - 42:15
**DO** [1] - 57:1
**Do** [3] - 4:4, 6:18, 8:20
**do** [34] - 4:7, 4:21, 5:18, 7:2, 7:3, 7:4, 7:6, 7:8, 7:9, 7:17, 8:10, 8:23, 9:9, 12:9, 19:24, 19:25, 20:5, 21:19, 23:1, 23:20, 27:11, 36:5, 38:15, 38:22, 39:25, 40:20, 43:7, 43:12, 44:20, 51:18, 56:9, 56:19
**DOC** [1] - 50:7
**document** [1] - 57:21
**does** [4] - 9:15, 11:10, 25:16, 43:19
**doesn't** [5] - 37:9, 38:12, 40:25, 44:10
**doing** [1] - 21:11
**Don't** [3] - 20:14,

20:15
**don't** [23] - 6:5, 11:5, 11:6, 14:7, 16:3, 16:19, 16:21, 16:22, 17:4, 19:5, 23:1, 33:11, 33:12, 36:5, 37:15, 42:25, 43:1, 44:18, 48:6
**done** [2] - 21:4, 44:5
**door** [18] - 5:13, 15:22, 18:19, 25:1, 26:2, 29:5, 29:16, 30:18, 43:17, 43:19, 44:9, 44:11, 44:14, 45:24, 51:15, 51:16, 51:19
**Dorm** [1] - 14:15
**dorm** [8] - 9:8, 10:18, 11:6, 11:11, 11:12, 12:5, 13:4, 43:25
**dormitory** [1] - 12:22
**double** [2] - 40:23, 40:25
**doubt** [1] - 19:19
**down** [12] - 19:8, 19:9, 20:12, 20:13, 36:10, 38:2, 42:1, 43:21, 47:14
**dozed** [1] - 28:12
**DR** [2] - 14:2, 14:5
**dramatic** [1] - 22:8
**drop** [1] - 26:1
**dude** [3] - 32:9, 44:6, 44:12
**due** [1] - 8:6
**duly** [1] - 54:10
**during** [1] - 13:19

**E**

**E** [2] - 2:6, 4:1
**E-mail** [1] - 2:6
**each** [1] - 18:18
**early** [2] - 15:8, 26:11
**easily** [1] - 19:13
**effect** [1] - 15:18
**effort** [1] - 51:12
**eight** [3] - 24:2, 24:16, 26:14
**eight-hour** [1] - 24:16
**either** [7] - 13:7, 20:6, 34:5, 46:10, 47:13
**elaborate** [1] - 12:10
**elapsed** [2] - 48:12, 48:14
**ell** [1] - 28:1
**else** [4] - 5:8, 29:3, 44:25, 49:13

**elusive** [1] - 18:7
**emotionally** [2] -
27:6, 28:1
**employee** [2] -
55:14, 55:15
**end** [10] - 19:2,
19:19, 19:20, 20:4,
20:6, 20:8, 20:9,
20:10, 27:13, 50:25
**enter** [1] - 43:17
**ENTER** [1] - 57:1
**entire** [2] - 44:17,
49:6
**ERRATA** [2] - 3:8,
57:1
**errata** [1] - 7:9
**escalate** [1] - 19:13
**escort** [1] - 10:24
**escorted** [9] - 10:21,
12:1, 12:8, 12:18,
12:19, 12:20, 13:21,
14:16, 38:2
**escorts** [2] - 14:14,
15:11
**ESQ** [1] - 2:3
**evalu** [1] - 12:12
**evaluated** [1] - 12:12
**Even** [1] - 36:24
**even** [1] - 37:3
**events** [1] - 9:2
**eventually** [1] -
36:13
**ever** [6] - 5:3, 23:4,
31:14, 36:13, 43:1,
43:3
**every** [1] - 51:20
**everyday** [1] - 51:16
**everyone** [2] - 22:5,
51:14
**everything** [1] - 27:9
**exact** [1] - 43:12
**exactly** [4] - 13:4,
15:22, 31:2, 43:9
**exam** [1] - 41:24
**EXAMINATION** [1] -
4:13
**Examination** [1] -
3:4
**examination** [1] -
1:22
**examinations** [1] -
42:17
**exercise** [1] - 56:8
**expire** [1] - 34:3
**explain** [1] - 39:4
**explained** [4] - 37:6,
37:7, 38:12, 48:16
**explaining** [1] -
39:10
**exported** [1] - 28:18

**F**

**fact** [5] - 16:11,
17:24, 24:8, 32:24,
48:21
**facts** [1] - 57:21
**fail** [1] - 40:9
**falling** [1] - 49:23
**false** [1] - 34:11
**familiar** [1] - 37:3
**far** [1] - 18:18
**FDC** [2] - 8:4, 8:8
**feel** [2] - 27:19, 38:22
**feeling** [2] - 20:17,
34:13
**feet** [2] - 10:11,
10:12
**felt** [7] - 22:8, 24:4,
27:5, 30:7, 30:9,
30:11
**few** [3] - 6:2, 21:10,
38:15
**figure** [1] - 27:8
**file** [9] - 32:21, 35:3,
36:3, 36:14, 46:9,
46:17, 46:18, 47:6,
50:3
**filed** [35] - 4:18,
21:22, 21:23, 22:10,
22:25, 32:25, 33:7,
34:5, 34:10, 35:1,
35:5, 35:14, 39:17,
40:4, 40:13, 40:14,
45:17, 45:21, 45:23,
46:18, 46:20, 46:22,
47:8, 47:12, 47:15,
48:25, 49:1, 49:3,
49:6, 50:6, 50:10,
51:2, 51:20, 56:11
**filing** [11] - 9:2,
22:19, 45:5, 45:20,
48:24, 51:21, 51:22,
51:25, 52:5, 52:19,
52:23
**fill** [2] - 7:9, 18:5
**financially** [1] -
55:17
**fine** [1] - 14:10
**finished** [1] - 23:14
**first** [4] - 8:8, 17:17,
36:25, 39:4
**flap** [3] - 26:2, 26:6
**flaps** [1] - 26:3
**FLORIDA** [3] - 1:1,
54:3, 55:3
**Florida** [7] - 2:4, 2:5,
4:19, 4:25, 54:18,
56:2, 56:3
**focus** [2] - 6:15,
29:17

**followed** [1] - 49:11
**food** [4] - 24:23,
25:10, 25:11, 25:22
**for** [53] - 4:18, 4:21,
4:22, 8:2, 8:15, 8:24,
9:12, 10:23, 12:22,
13:5, 20:21, 21:14,
21:21, 21:24, 22:7,
23:15, 24:3, 24:11,
24:20, 25:5, 25:6,
26:14, 27:9, 28:4,
28:11, 28:13, 30:19,
32:24, 33:1, 34:3,
34:10, 34:11, 35:15,
35:16, 35:17, 36:2,
36:3, 37:8, 39:17,
39:25, 41:18, 44:9,
45:10, 45:11, 45:12,
45:14, 46:19, 46:20,
52:11, 52:17, 52:20
**FOR** [1] - 1:1
**For** [3] - 1:24, 56:7,
56:17
**foregoing** [1] - 57:21
**forgot** [2] - 50:4,
50:5
**formal** [2] - 34:2,
48:8
**forth** [1] - 18:2
**forwarded** [1] -
56:10
**four** [1] - 26:11
**from** [32] - 6:16,
7:15, 7:23, 11:9, 12:5,
14:6, 14:20, 15:15,
17:23, 18:2, 19:18,
19:21, 19:24, 20:8,
22:21, 28:19, 31:12,
32:6, 32:15, 33:18,
36:19, 42:1, 42:17,
43:15, 43:16, 43:23,
44:7, 44:13, 46:16,
50:13, 52:8
**front** [2] - 43:18,
51:23
**furnished** [1] - 48:5
**further** [2] - 27:13,
55:13

**G**

**gassed** [1] - 22:3
**gate** [6] - 33:17,
35:24, 36:1, 43:18,
44:10
**Gates** [1] - 37:15
**gave** [3] - 33:10,
50:9, 56:6
**gay** [1] - 16:24, 21:9
**General** [2] - 2:3, 2:4

**gentleman** [1] - 20:2
**get** [22] - 7:8, 7:18,
13:2, 13:6, 13:8, 19:3,
19:24, 21:18, 22:24,
25:19, 28:4, 28:8,
36:19, 39:13, 41:22,
44:6, 44:7, 44:12,
45:4, 47:20, 47:21,
48:10
**gets** [1] - 12:12
**give** [5] - 4:5, 7:13,
9:4, 10:11, 43:12
**gives** [1] - 24:23
**glass** [3] - 12:22,
13:7, 13:8
**glasses** [1] - 15:9
**Global** [1] - 39:22
**go** [8] - 5:5, 5:6, 6:2,
10:24, 22:6, 25:19,
34:14, 38:8
**goes** [1] - 43:21
**going** [6] - 6:23,
20:10, 23:1, 23:2,
31:11, 50:22
**gonna** [22] - 4:20,
5:5, 6:2, 9:1, 11:18,
15:17, 17:21, 17:22,
19:5, 19:6, 19:12,
19:19, 19:20, 19:22,
19:23, 19:25, 20:15,
36:5
**good** [2] - 27:14,
53:20
**got** [12] - 19:25,
33:18, 35:18, 37:25,
46:13, 46:15, 47:2,
47:21, 48:25, 49:3,
49:5
**gotten** [1] - 48:23
**grab** [1] - 19:17
**gray** [1] - 9:21
**grayish** [1] - 10:8
**griev** [2] - 33:20,
50:3
**grievance** [61] -
21:23, 22:10, 22:16,
22:19, 22:25, 32:25,
33:6, 33:8, 33:11,
33:16, 33:19, 34:2,
34:6, 34:7, 34:10,
34:25, 35:21, 36:5,
36:18, 37:5, 37:16,
39:17, 40:13, 40:14,
45:5, 45:12, 45:19,
45:22, 46:3, 46:18,
46:22, 46:23, 47:1,
47:2, 47:3, 47:4, 47:8,
47:16, 47:18, 47:24,
48:8, 48:13, 48:24,
48:25, 49:1, 49:3,

49:6, 49:7, 49:12,
49:19, 49:20, 49:25,
50:9, 51:21, 51:25,
53:2
**grievances** [30] -
21:21, 32:21, 33:16,
33:22, 33:24, 34:17,
34:20, 35:1, 35:3,
35:5, 35:7, 35:10,
36:16, 39:7, 45:3,
45:4, 45:7, 45:17,
46:4, 46:17, 46:20,
47:6, 48:11, 49:23,
50:2, 50:11, 52:6,
52:19, 52:20, 52:24
**grievances'** [1] -
48:11
**grieving** [2] - 48:8,
48:20
**guess** [5] - 7:12,
9:17, 9:24, 18:4,
35:25
**guy** [3] - 19:15, 21:7,
22:7

**H**

**had** [58] - 9:19, 9:23,
10:5, 10:8, 11:7, 12:7,
14:21, 14:23, 15:1,
17:6, 18:1, 18:16,
21:6, 21:11, 23:8,
24:10, 25:23, 25:24,
27:19, 27:22, 28:21,
29:13, 29:14, 30:12,
30:21, 30:25, 34:5,
35:6, 35:20, 36:20,
37:12, 38:5, 38:9,
39:7, 39:21, 40:5,
40:12, 41:10, 42:7,
42:13, 44:5, 46:22,
46:23, 47:17, 48:12,
48:14, 48:18, 48:22,
49:8, 50:13, 50:22,
52:10, 52:16, 52:21
**hair** [2] - 9:19, 10:2
**hall** [1] - 43:16
**hand** [3] - 4:3, 13:14,
28:16
**handcuffs** [2] - 38:2,
38:7
**handled** [1] - 6:10
**handwritten** [1] -
36:17
**happen** [3] - 23:2,
31:6, 31:11
**happened** [12] -
17:25, 18:14, 19:21,
23:13, 26:23, 30:14,
30:21, 37:19, 38:16,

38:22, 39:5, 39:10
**happens** [4] - 14:12, 15:12, 17:16, 19:24
**hard** [1] - 19:2
**has** [5] - 7:10, 19:14, 20:3, 50:1, 56:10
**Have** [1] - 5:3
**have** [53] - 5:16, 5:18, 7:19, 8:4, 8:10, 8:13, 8:20, 8:23, 9:10, 10:14, 10:25, 11:3, 11:5, 12:11, 12:14, 12:15, 15:20, 16:20, 17:21, 19:19, 20:1, 20:2, 20:8, 20:9, 26:2, 26:13, 27:16, 28:12, 30:20, 33:21, 34:3, 35:21, 35:22, 39:4, 40:7, 40:18, 42:23, 44:22, 47:5, 47:14, 47:18, 47:23, 48:12, 48:14, 48:20, 48:21, 50:15, 50:21, 50:24, 53:2, 53:20, 57:21
**haven't** [2] - 39:25, 49:14
**having** [6] - 10:7, 12:24, 15:25, 21:24, 21:25, 36:15
**he** [142] - 7:11, 9:15, 9:18, 9:22, 9:23, 9:24, 10:18, 10:19, 10:20, 12:4, 13:9, 14:22, 14:23, 15:1, 15:4, 15:7, 15:9, 15:10, 15:11, 15:16, 15:19, 15:22, 16:4, 16:5, 16:9, 16:20, 16:23, 16:24, 17:20, 17:23, 18:4, 18:6, 18:7, 18:22, 18:23, 19:3, 19:4, 19:7, 19:8, 19:9, 19:10, 19:14, 19:18, 19:19, 20:6, 20:11, 20:12, 20:13, 20:15, 20:18, 20:20, 20:23, 20:24, 20:25, 21:3, 21:4, 21:5, 21:15, 21:16, 21:17, 21:18, 22:2, 22:3, 23:13, 24:6, 24:9, 24:22, 24:23, 25:2, 26:6, 26:20, 26:21, 27:8, 28:15, 28:16, 28:22, 28:24, 29:4, 29:15, 29:16, 30:5, 30:12, 30:23, 30:24, 31:4, 31:5, 31:8, 31:10, 32:24, 36:6, 38:5, 38:14, 38:16, 38:21,

39:2, 39:3, 39:5, 43:2, 43:24, 43:25, 44:4, 44:5, 44:6, 44:7, 44:14
**He** [8] - 10:21, 14:15, 18:10, 22:3, 22:24, 29:15, 30:22, 38:18
**He's** [3] - 13:2, 21:8, 21:9
**he's** [14] - 9:18, 16:24, 18:24, 19:6, 19:12, 19:14, 19:20, 19:22, 19:23, 21:8, 30:11
**head** [4] - 9:20, 10:8, 19:11, 20:13
**health** [5] - 32:8, 36:11, 37:11, 38:11, 51:5
**hear** [1] - 22:7
**heard** [1] - 43:13
**heavyset** [2] - 9:17, 32:9
**height** [4] - 9:16, 10:10, 12:14
**Hello** [1] - 4:15
**help** [1] - 22:7
**helpful** [1] - 5:21
**her** [1] - 7:15
**here** [3] - 5:10, 12:19, 45:1
**hereby** [1] - 56:19
**Herrera** [15] - 14:17, 14:18, 15:4, 16:16, 21:13, 23:10, 24:24, 26:16, 32:24, 38:17, 43:5, 43:24, 46:8, 46:21, 48:9
**Herrera's** [1] - 16:7
**hey** [2] - 36:2, 37:6
**high** [3] - 6:19, 42:7
**high-risk** [1] - 42:7
**him** [78] - 5:16, 5:18, 9:25, 10:16, 10:21, 10:23, 11:6, 11:7, 11:17, 14:20, 14:21, 14:25, 15:17, 15:25, 16:5, 16:10, 16:11, 16:12, 16:18, 16:21, 16:22, 16:23, 17:19, 18:24, 19:3, 19:18, 19:23, 19:24, 19:25, 20:1, 20:8, 20:9, 20:16, 21:2, 21:7, 21:10, 21:12, 22:2, 22:3, 22:4, 22:10, 22:12, 24:24, 29:14, 30:13, 30:15, 30:17, 30:19, 30:21, 30:23, 31:4, 31:8, 31:9,

32:11, 34:10, 34:12, 38:18, 38:19, 38:22, 39:5, 43:1, 43:2, 43:3, 43:7, 43:13, 43:14, 44:1, 44:7, 44:12, 44:13, 44:14
**his** [16] - 9:18, 9:19, 9:20, 9:23, 9:24, 10:2, 10:8, 10:20, 13:2, 13:8, 16:2, 20:19, 21:14, 22:1, 22:24, 24:23
**Hispanic** [2] - 15:6, 21:9
**history** [1] - 50:1
**hit** [9] - 19:5, 19:6, 19:12, 21:1, 21:4, 21:5, 21:18, 24:6, 26:21
**hits** [1] - 14:24
**HIV** [3] - 42:4, 42:6, 42:10
**hold** [1] - 34:15
**holding** [5] - 12:2, 12:3, 14:11, 14:14, 44:9
**holiday** [1] - 37:23
**home** [1] - 48:15
**homemade** [1] - 18:25
**homosexual** [7] - 14:22, 16:22, 16:24, 17:19, 17:20, 17:21, 17:24
**honest** [1] - 6:24
**hotline** [7] - 22:12, 33:7, 33:9, 36:8, 36:17, 37:10, 39:23
**hour** [2] - 24:16, 50:23
**hours** [5] - 9:12, 17:12, 23:17, 23:22
**housed** [2] - 16:16, 44:1
**how** [13] - 7:16, 8:12, 9:18, 18:16, 21:11, 24:7, 26:1, 36:22, 39:4, 39:9, 43:13, 50:21
**How** [2] - 8:4, 8:12
**However** [1] - 7:7
**huh** [4] - 26:5, 27:3, 30:16, 32:20

10:17, 10:20, 10:21, 10:22, 10:24, 11:5, 11:6, 11:7, 11:9, 11:12, 11:16, 11:19, 12:1, 12:2, 12:3, 12:5, 12:6, 12:7, 12:20, 12:21, 12:23, 12:24, 13:2, 13:4, 13:7, 13:8, 13:12, 13:14, 13:15, 13:21, 13:22, 14:3, 14:4, 14:5, 14:6, 14:20, 14:22, 14:24, 14:25, 15:6, 15:9, 15:13, 15:16, 15:21, 15:22, 15:24, 16:3, 16:8, 16:9, 16:11, 16:17, 16:19, 16:20, 16:21, 16:22, 16:23, 16:24, 17:1, 17:6, 17:9, 17:17, 17:18, 17:19, 17:20, 17:22, 17:23, 17:24, 18:3, 18:4, 18:5, 18:10, 18:15, 18:16, 18:19, 18:23, 19:2, 19:3, 19:4, 19:8, 19:9, 19:11, 19:12, 19:15, 19:17, 19:19, 19:21, 19:24, 19:25, 20:2, 20:5, 20:7, 20:10, 20:11, 20:12, 20:16, 20:18, 21:1, 21:3, 21:6, 21:9, 21:17, 21:21, 21:22, 21:23, 22:8, 22:11, 22:19, 22:20, 22:21, 22:23, 22:24, 23:8, 23:15, 23:19, 23:25, 24:3, 24:4, 24:5, 24:7, 24:11, 24:12, 24:19, 25:4, 25:8, 25:14, 25:15, 27:2, 27:4, 27:5, 27:6, 27:7, 27:8, 27:11, 27:12, 27:13, 27:14, 27:18, 27:20, 27:21, 28:8, 28:9, 28:10, 28:11, 28:12, 28:13, 28:14, 28:16, 28:18, 28:19, 28:20, 28:21, 28:23, 29:4, 29:11, 29:12, 29:20, 30:1, 30:3, 30:4, 30:5, 30:6, 30:7, 30:8, 30:9, 30:11, 30:12, 30:15, 30:17, 30:19, 30:20, 30:21, 30:22, 31:4, 31:5, 31:7, 31:9, 31:10, 31:11, 31:18, 31:20, 32:6, 32:7, 32:11, 32:12, 32:23, 32:25, 33:4, 33:6,

33:7, 33:10, 33:18, 33:19, 33:21, 33:22, 33:23, 34:5, 34:10, 34:12, 34:13, 34:14, 34:15, 34:24, 34:25, 35:1, 35:5, 35:14, 35:15, 35:18, 35:19, 35:20, 35:21, 35:23, 35:25, 36:2, 36:4, 36:8, 36:9, 36:10, 36:11, 36:17, 36:18, 36:19, 36:20, 36:21, 36:22, 36:25, 37:1, 37:3, 37:5, 37:6, 37:7, 37:8, 37:10, 37:11, 37:12, 37:13, 37:14, 37:15, 37:17, 37:21, 37:22, 37:23, 38:3, 38:4, 38:7, 38:8, 38:9, 38:13, 38:14, 38:15, 38:16, 38:18, 38:22, 38:24, 38:25, 39:1, 39:3, 39:4, 39:6, 39:7, 39:8, 39:10, 39:12, 39:14, 39:16, 39:17, 39:19, 39:23, 39:24, 39:25, 40:2, 40:3, 40:11, 40:12, 40:13, 40:15, 40:16, 41:4, 41:6, 41:9, 41:10, 41:11, 41:12, 41:13, 41:14, 41:16, 41:17, 41:18, 41:19, 41:25, 42:1, 42:3, 42:4, 42:8, 42:9, 42:15, 42:16, 42:17, 42:18, 42:25, 43:3, 43:8, 43:10, 43:11, 43:12, 43:13, 43:24, 44:1, 44:2, 44:3, 44:10, 44:11, 44:16, 44:17, 44:18, 44:19, 44:21, 45:2, 45:3, 45:5, 45:6, 45:7, 45:8, 45:13, 45:15, 45:16, 45:17, 45:18, 45:20, 45:21, 45:23, 45:25, 46:7, 46:13, 46:15, 46:16, 46:17, 46:18, 46:20, 46:22, 46:24, 46:25, 47:1, 47:4, 47:8, 47:12, 47:14, 47:15, 47:17, 47:21, 48:3, 48:5, 48:6, 48:9, 48:15, 48:16, 48:20, 48:21, 48:25, 49:1, 49:3, 49:5, 49:8, 49:9, 49:11, 49:17, 50:4, 50:6, 50:8, 50:9, 50:10, 50:12, 50:13, 50:14, 50:18, 50:19,

---

## I

**I** [558] - 4:1, 4:7, 4:15, 5:12, 5:15, 6:19, 7:12, 7:16, 7:19, 7:21, 9:17, 9:18, 9:24, 9:25, 10:6,

50:20, 50:21, 51:2, 51:3, 51:11, 51:14, 51:15, 51:17, 51:20, 51:22, 52:1, 52:4, 52:10, 52:13, 52:16, 52:17, 52:18, 52:19, 52:21, 53:8, 53:10, 55:6, 55:7, 55:13, 55:15, 55:17, 56:19, 57:21

**i** [10] - 11:17, 31:15, 32:9, 38:19, 43:1, 43:9, 44:21, 48:1, 51:20, 54:9

**I'd** [6] - 15:6, 15:8, 20:21, 28:21, 37:1, 37:6

**I'll** [4] - 5:15, 12:6, 12:7, 12:8

**I'm** [54] - 4:16, 4:20, 5:5, 5:7, 5:23, 6:2, 6:19, 10:6, 10:8, 11:18, 11:19, 11:21, 12:14, 15:7, 15:13, 15:17, 15:19, 16:25, 18:21, 19:5, 19:16, 19:20, 19:25, 20:15, 20:24, 21:9, 21:15, 24:25, 25:1, 25:14, 26:20, 29:7, 29:12, 34:17, 44:21, 45:20, 45:21, 48:16, 48:20, 50:2, 51:21, 51:22, 51:23, 51:25, 52:1

**I've** [10] - 8:14, 10:16, 19:15, 21:6, 31:19, 36:2, 36:21, 37:7, 39:24, 51:9

**identify** [1] - 38:17

**If** [4] - 6:5, 6:7, 20:5, 28:23

**if** [35] - 5:13, 6:12, 7:9, 7:13, 10:6, 10:8, 10:22, 13:6, 14:7, 16:8, 16:9, 16:21, 16:22, 17:1, 19:11, 19:17, 19:24, 25:14, 25:19, 27:12, 29:8, 29:11, 30:6, 31:5, 31:10, 37:15, 39:6, 42:5, 44:21, 48:6, 56:9, 56:13

**IG** [2] - 50:16, 51:5

**immediately** [3] - 28:5, 28:8, 47:12

**Immediately** [1] - 28:6

**impair** [1] - 6:15

**impression** [1] - 41:13

**in** [121] - 4:18, 5:8, 8:2, 8:4, 8:8, 8:13, 8:14, 9:2, 9:5, 9:20, 10:8, 10:17, 11:14, 11:24, 12:6, 12:13, 13:3, 13:13, 13:17, 13:21, 14:11, 15:10, 16:3, 16:10, 16:11, 17:4, 17:15, 18:21, 19:4, 19:12, 19:16, 19:19, 21:1, 21:2, 21:8, 21:14, 22:1, 22:23, 23:15, 23:22, 24:1, 24:3, 24:7, 24:9, 24:25, 25:8, 25:9, 25:17, 25:18, 26:10, 27:1, 27:2, 27:7, 27:14, 28:11, 28:24, 29:11, 31:12, 32:4, 32:24, 33:2, 33:4, 33:16, 33:19, 34:24, 34:25, 35:1, 35:4, 35:5, 35:15, 36:4, 36:18, 36:24, 36:25, 37:2, 37:5, 37:13, 38:2, 38:6, 38:7, 38:13, 38:16, 38:25, 40:7, 40:19, 41:13, 41:17, 41:20, 41:23, 42:5, 42:8, 42:18, 42:20, 42:21, 43:9, 43:18, 43:22, 45:2, 45:3, 45:20, 45:22, 45:24, 47:2, 51:21, 51:23, 52:1, 52:3, 52:4, 52:7, 52:10, 52:12, 52:16, 52:21, 55:17, 56:4, 56:6, 56:13, 57:2, 57:21

**inaudible** [4] - 20:19, 34:22, 35:22

**incarceration** [1] - 7:23

**Inch** [1] - 50:7

**incident** [12] - 11:4, 11:8, 22:15, 22:20, 32:22, 34:8, 34:18, 34:19, 34:20, 49:15, 49:16, 52:24

**incidents** [2] - 9:4, 43:21

**including** [3] - 38:10, 38:11

**INDEX** [1] - 3:1

**indicated** [1] - 21:15

**indicating** [1] - 21:1

**Indiscernible** [1] - 5:1

**informal** [2] - 34:6, 46:23

**information** [4] - 7:3, 7:14, 36:19, 37:17

**infraction** [1] - 13:18

**inhibit** [1] - 6:16

**injuries** [3] - 27:16, 27:24, 28:5

**injuring** [1] - 20:7

**inmate** [10] - 7:24, 14:18, 14:25, 21:24, 21:25, 29:14, 43:5, 43:14, 44:4, 44:5

**Inmate** [1] - 14:17

**inmates** [9] - 13:5, 13:11, 13:20, 14:24, 15:2, 15:14, 15:15, 39:22, 49:24

**inside** [38] - 9:8, 11:6, 11:16, 12:2, 12:3, 12:15, 13:1, 13:2, 13:20, 14:16, 15:15, 15:23, 16:4, 16:5, 17:2, 21:25, 25:2, 25:18, 26:4, 26:7, 28:24, 29:12, 33:1, 33:17, 33:20, 39:15, 43:2, 43:14, 43:15, 43:22, 43:25, 44:2, 44:8, 44:15, 46:20, 48:9, 49:19

**instead** [1] - 7:11

**institution** [1] - 49:9

**Instructed** [1] - 56:10

**interaction** [6] - 11:7, 11:14, 11:25, 14:21, 21:7, 21:12

**interactions** [4] - 10:14, 11:1, 11:3, 42:23

**intercom** [2] - 12:25, 13:3

**interested** [1] - 55:17

**interview** [1] - 40:8

**interviewed** [1] - 41:18

**intimidated** [1] - 30:7

**into** [3] - 9:11, 22:11, 43:17

**intoxicated** [3] - 41:12, 41:19, 52:11

**investigation** [8] - 15:18, 16:9, 16:13, 37:20, 40:8, 40:12, 41:14, 41:23

**investigator** [8] - 39:2, 39:6, 39:12, 39:13, 41:15, 50:16, 50:20, 51:4

**involved** [1] - 38:25

**involves** [1] - 7:22

**irritated** [1] - 27:18

**irritation** [1] - 27:5

**is** [53] - 4:16, 5:8, 6:12, 7:9, 8:7, 8:8, 9:25, 10:10, 12:2, 12:11, 12:13, 13:1, 13:15, 13:16, 13:17, 13:18, 16:24, 17:13, 18:16, 18:19, 18:20, 21:21, 23:21, 24:1, 24:22, 25:3, 25:4, 25:17, 25:18, 31:3, 31:10, 33:18, 34:25, 35:19, 36:24, 43:13, 43:17, 44:24, 45:13, 45:15, 47:23, 49:13, 49:20, 50:13, 50:17, 52:11, 52:12, 55:10, 57:21

**issue** [5] - 12:24, 17:19, 17:22, 35:6, 40:10

**issues** [4] - 8:21, 8:23, 33:6, 39:7

**it** [196] - 5:13, 6:12, 6:21, 7:10, 7:16, 7:18, 7:19, 7:21, 8:8, 10:5, 10:7, 11:17, 13:2, 13:4, 13:5, 13:10, 13:11, 15:17, 15:23, 15:24, 16:6, 16:11, 16:21, 16:22, 17:6, 17:11, 17:13, 17:18, 17:20, 18:3, 18:4, 18:9, 18:11, 18:12, 19:11, 19:13, 19:18, 20:3, 20:4, 22:18, 23:10, 23:11, 23:20, 24:4, 24:20, 24:23, 25:2, 25:8, 25:9, 25:10, 25:17, 25:21, 26:9, 26:10, 26:11, 26:12, 26:14, 26:22, 27:18, 27:19, 27:20, 27:22, 27:23, 28:9, 28:10, 28:20, 28:24, 29:1, 29:4, 29:8, 29:9, 29:25, 30:1, 30:5, 30:9, 30:10, 30:12, 30:15, 30:17, 31:5, 31:7, 31:8, 31:9, 31:10, 31:14, 31:15, 31:17, 31:18, 31:19, 31:20, 31:22, 32:3, 32:7, 32:8, 32:11, 32:12, 33:4, 33:10, 33:12, 33:15, 33:20, 33:23, 34:1, 34:2, 34:4, 34:23, 35:17, 35:19, 35:21, 35:23,

**It** [15] - 9:20, 15:18, 18:11, 22:7, 22:8, 25:10, 25:13, 25:17, 26:10, 26:13, 29:9, 37:23, 40:24, 43:10

**It's** [3] - 19:1

**it's** [19] - 9:12, 12:15, 13:16, 18:8, 18:17, 19:1, 23:18, 24:15, 24:19, 25:20, 33:17, 35:20, 41:1, 43:19, 44:10, 45:12, 46:4

**Italian** [3] - 9:18, 9:25, 10:1

**item** [2] - 25:18, 25:20

**items** [7] - 24:23, 25:10, 25:11, 25:21, 25:22, 26:1, 26:7

**J**

**J** [1] - 21:23

**JACKSONVILLE** [1] - 1:2

**JESSICA** [5] - 1:23, 54:17, 55:6, 55:21, 56:16

**joke** [1] - 15:25

**joking** [1] - 16:4

**Juanita** [1] - 4:16

**JUANITA** [1] - 2:3

**Juanita.Villalpando @myfloridalegal. com** [1] - 2:6

**July** [11] - 37:21, 37:22, 38:1, 40:4, 40:15, 45:16, 46:10, 52:12, 52:15, 52:22

**36:6, 36:9, 36:10, 37:13, 37:14, 37:24, 37:25, 38:5, 38:8, 38:9, 38:13, 38:15, 39:4, 39:5, 39:15, 40:4, 40:9, 40:10, 40:17, 40:20, 40:22, 40:23, 40:25, 41:1, 41:2, 41:3, 41:4, 41:6, 41:7, 41:9, 41:10, 42:4, 42:12, 42:14, 43:10, 43:11, 43:18, 43:23, 44:8, 44:15, 45:9, 45:18, 45:24, 46:24, 47:4, 47:5, 47:11, 47:12, 47:13, 47:18, 47:22, 48:4, 48:24, 49:22, 50:15, 50:19, 51:11, 51:15, 52:21, 53:16, 56:14, 57:21**

**June** [5] - 34:1, 34:5, 35:20, 36:12, 40:4
**junk** [1] - 25:22
**Just** [1] - 49:16
**just** [16] - 5:12, 6:8, 10:8, 13:24, 15:25, 18:10, 21:7, 35:10, 40:3, 41:20, 44:16, 47:15, 47:18, 48:22, 50:25

## K

**keep** [6] - 7:8, 7:18, 19:23, 33:12, 33:22, 36:1
**kept** [1] - 20:14
**killing** [2] - 20:7, 20:9
**kind** [13] - 15:25, 16:4, 18:3, 18:8, 18:9, 18:11, 21:3, 24:24, 25:11, 30:7
**knew** [7] - 14:20, 14:22, 17:19, 45:18
**knife** [3] - 18:25, 44:4, 44:12
**knock** [1] - 13:7
**knocking** [2] - 12:22, 13:8
**know** [18] - 12:9, 14:7, 14:18, 16:21, 16:22, 16:24, 19:12, 19:22, 20:4, 21:19, 37:3, 37:15, 44:16, 44:18, 44:20, 45:7, 48:6
**Krueger** [3] - 29:21, 31:16, 31:22

## L

**lack** [1] - 47:7
**laid** [1] - 20:12
**lasted** [1] - 20:21
**late** [1] - 26:11
**later** [1] - 26:13
**laughed** [2] - 36:6
**lay** [5] - 19:7, 19:8, 19:9
**laying** [2] - 23:15, 25:1
**leading** [2] - 27:10, 29:10
**learned** [2] - 32:23, 41:9
**leave** [2] - 5:15, 25:7
**led** [3] - 24:7, 24:9, 42:1
**left** [2] - 42:1, 44:13
**LEON** [2] - 54:4, 55:4
**let** [3] - 19:22, 26:25
**Let's** [1] - 9:22
**let's** [3] - 5:18, 29:17, 41:22
**LETTER** [1] - 3:7
**letter** [2] - 36:18, 56:13
**letting** [1] - 45:7
**life** [2] - 19:13, 20:3
**light** [1] - 9:20
**lightheaded** [1] - 34:13
**like** [36] - 6:5, 6:7, 7:11, 8:12, 9:15, 9:24, 10:7, 10:8, 10:11, 15:5, 15:21, 18:3, 19:1, 19:6, 19:15, 21:6, 21:10, 23:17, 24:2, 24:25, 25:16, 25:19, 25:22, 26:20, 31:11, 33:23, 35:19, 36:12, 37:24, 38:5, 44:25, 53:10
**LINE** [15] - 57:5, 57:6, 57:7, 57:8, 57:9, 57:10, 57:11, 57:12, 57:13, 57:14, 57:15, 57:16, 57:17, 57:18, 57:19
**Link** [1] - 39:22
**listed** [1] - 56:14
**little** [3] - 9:16, 30:7, 32:14
**living** [1] - 43:25
**located** [1] - 4:24
**locked** [5] - 43:22, 44:15, 49:19, 49:21, 49:22
**log** [2] - 36:1, 47:18
**logged** [1] - 47:14
**long** [6] - 8:4, 19:1, 32:13, 37:2, 42:13, 50:1
**longer** [1] - 50:22
**look** [5] - 9:15, 9:18, 18:23, 19:3, 49:22
**looked** [4] - 28:22, 44:2, 44:3, 44:11
**looks** [1] - 15:5
**lot** [4] - 35:6, 43:20, 43:21, 45:4
**lucky** [4] - 20:24, 21:3, 21:16, 26:20

## M

**ma'am** [5] - 4:10, 5:4, 5:20, 11:2, 53:12
**machine** [2] - 25:18, 25:20
**Madam** [1] - 53:6
**made** [5] - 6:10, 13:24, 17:20, 36:20, 36:21
**magnitude** [2] - 15:16, 16:3
**mail** [2] - 2:6, 7:5
**Main** [1] - 4:25
**mainly** [1] - 21:22
**make** [6] - 19:17, 20:5, 22:25, 39:25, 41:1, 56:7
**Man** [1] - 36:2
**man** [2] - 31:11, 36:3
**Manley** [1] - 21:23
**manner** [1] - 16:4
**many** [2] - 8:12
**March** [7] - 1:15, 22:14, 54:11, 54:13, 55:19, 56:5, 57:3
**Mark** [1] - 50:7
**matter** [1] - 20:5
**matters** [1] - 5:6
**May** [10] - 10:13, 11:4, 11:8, 11:15, 32:18, 32:19, 34:1, 34:5, 52:24
**may** [11] - 9:6, 11:5, 16:20, 19:18, 20:8, 20:9, 27:13, 28:12, 42:6, 56:11, 56:11
**maybe** [7] - 5:13, 9:21, 15:17, 16:23, 20:21, 26:12, 43:2
**Me** [1] - 21:7
**me** [106] - 6:6, 6:8, 6:24, 7:5, 9:4, 10:11, 10:24, 11:13, 12:4, 12:6, 13:9, 13:14, 14:14, 14:15, 14:16, 16:4, 16:5, 16:20, 16:23, 17:23, 18:5, 18:22, 18:24, 19:3, 19:4, 19:6, 19:7, 19:9, 19:11, 19:12, 19:19, 19:20, 19:22, 19:23, 20:7, 20:14, 20:16, 20:20, 20:21, 20:23, 20:24, 21:2, 21:4, 21:5, 21:17, 22:22, 22:23, 24:6, 24:7, 24:9, 26:20, 26:22, 26:25, 28:15, 28:16, 28:22, 28:23, 28:24, 30:5, 30:21, 31:6, 31:11, 33:1, 33:2, 33:9, 33:10, 33:11, 34:9, 34:11, 36:4, 36:6, 36:7, 37:9, 38:2, 38:5, 38:7, 38:14, 38:16, 38:17, 38:18, 38:21, 39:2, 39:4, 41:4, 42:2, 42:3, 42:9, 46:23, 47:1, 48:5, 48:8, 48:17, 49:10, 51:17, 54:10
**mean** [9] - 7:4, 9:9, 11:10, 11:20, 23:20, 36:21, 42:19, 51:18
**means** [1] - 12:9
**medical** [11] - 8:20, 12:24, 29:16, 30:19, 32:10, 34:11, 36:10, 41:24, 42:2, 42:3, 42:17
**medically** [1] - 41:23
**medication** [5] - 6:18, 6:20, 42:4, 42:5, 42:9
**medications** [1] - 6:15
**medium** [2] - 9:16, 10:10
**Medium** [1] - 15:8
**mental** [6] - 8:23, 32:8, 36:11, 37:11, 38:11, 51:5
**mention** [1] - 33:4
**mentioned** [3] - 31:19, 40:2, 40:15
**metal** [1] - 19:2
**middle** [1] - 18:21
**MIDDLE** [1] - 1:1
**Middle** [1] - 4:19
**might** [1] - 19:18
**mind** [2] - 4:21, 19:20
**mine** [1] - 9:24
**minor** [1] - 7:11
**minutes** [2] - 20:22, 23:11
**mistaken** [5] - 10:6, 10:9, 25:15, 29:12, 44:21
**mistakes** [2] - 7:10, 7:11
**moisture** [1] - 20:17
**moment** [2] - 16:16, 43:22
**monitor** [1] - 38:19
**month** [2] - 33:25, 52:12
**months** [1] - 37:1
**more** [2] - 21:10, 49:16
**morning** [2] - 24:2, 28:13
**move** [7] - 19:4, 19:11, 19:12, 19:17, 20:5, 20:14
**moved** [3] - 28:17, 28:19, 46:16
**Mr** [10] - 4:15, 5:8, 6:14, 29:17, 31:1, 32:8, 36:11, 44:16, 53:5, 53:11
**Ms** [1] - 3:4
**MS** [14] - 4:9, 4:12, 4:14, 5:2, 5:18, 6:1, 50:24, 51:7, 53:4, 53:10, 53:13, 53:16, 53:18, 53:20
**much** [4] - 9:21, 18:10, 50:22, 50:24
**multiple** [1] - 33:5
**must** [2] - 6:11, 47:3
**My** [1] - 8:7
**my** [46] - 4:15, 4:23, 9:16, 10:16, 12:4, 13:12, 16:3, 18:22, 18:23, 19:4, 19:9, 19:11, 19:19, 20:12, 20:13, 20:20, 21:20, 23:15, 24:25, 27:18, 27:21, 28:15, 29:5, 30:18, 30:23, 31:7, 33:22, 36:24, 38:1, 39:7, 39:16, 42:8, 44:1, 46:20, 48:1, 48:8, 49:9, 50:9, 52:20, 53:2, 53:4, 55:11, 56:19
**myself** [1] - 20:6

## N

**N** [3] - 4:1, 9:8, 14:15
**Nah** [1] - 36:3
**name** [7] - 4:16, 4:22, 9:18, 12:5, 30:3, 37:14, 56:13
**name's** [1] - 4:23
**named** [1] - 32:8
**names** [2] - 31:20, 32:12
**necessary** [1] - 39:5
**need** [2] - 6:7, 44:17
**needed** [2] - 10:22, 10:24
**negative** [1] - 10:25
**never** [26] - 14:21, 21:6, 21:10, 21:11, 23:8, 33:10, 35:6, 36:20, 36:21, 36:22, 37:1, 40:2, 40:3, 40:12, 40:15, 41:7, 42:15, 42:16, 46:13, 46:15, 47:2, 50:19, 51:9

**next** [11] - 14:12, 17:25, 18:14, 23:13, 24:3, 24:13, 26:23, 28:10, 28:11, 28:13, 48:15
**night** [1] - 18:21
**no** [22] - 6:4, 7:13, 8:25, 11:2, 16:19, 17:7, 18:17, 19:19, 20:4, 22:18, 23:6, 36:5, 37:12, 40:20, 42:13, 42:14, 42:25, 47:21, 47:22, 48:20, 51:16, 52:10
**No** [12] - 2:4, 5:4, 6:17, 6:22, 8:9, 8:22, 10:16, 11:5, 16:8, 17:6, 39:14, 52:10
**NO** [3] - 1:6, 56:4, 57:3
**nods** [2] - 6:5, 24:24
**noise** [1] - 5:1
**none** [2] - 48:17, 49:10
**nonverbal** [1] - 6:5
**nor** [2] - 55:15, 55:16
**normal** [1] - 13:5
**normally** [1] - 25:13
**NOT** [1] - 57:1
**Not** [1] - 14:9
**not** [87] - 6:17, 6:22, 7:6, 7:8, 7:17, 9:23, 10:6, 10:8, 10:16, 12:14, 13:2, 14:8, 15:13, 15:19, 16:3, 16:10, 16:25, 17:1, 17:21, 17:24, 18:7, 18:22, 19:4, 19:11, 19:22, 20:9, 21:9, 22:16, 22:18, 23:1, 24:11, 25:12, 25:14, 25:16, 25:20, 27:14, 28:2, 28:3, 29:7, 29:12, 33:5, 33:8, 33:17, 35:7, 35:10, 36:9, 36:15, 36:16, 36:22, 37:3, 38:22, 39:3, 39:10, 39:17, 39:22, 40:9, 40:10, 40:12, 43:19, 43:24, 43:25, 44:21, 45:4, 45:12, 45:19, 46:19, 47:4, 47:21, 48:16, 48:20, 48:21, 49:9, 49:22, 49:24, 50:1, 50:2, 50:9, 52:20, 53:2, 55:13, 56:6, 56:9
**Notary** [1] - 54:18
**notes** [1] - 55:11
**nothing** [8] - 4:6, 19:5, 20:15, 23:1, 23:2, 28:23, 30:6, 33:12
**nothing's** [1] - 23:2
**notice** [1] - 56:5
**now** [9] - 6:11, 6:21, 6:22, 8:7, 9:1, 11:21, 24:14, 24:19, 56:13
**Number** [2] - 4:18, 4:23
**number** [2] - 4:22, 47:18

## O

**O** [2] - 4:1
**o'clock** [6] - 17:10, 17:13, 17:14, 24:2, 26:11, 26:14
**OATH** [2] - 3:6, 54:1
**object** [3] - 6:12, 6:13, 17:6
**objections** [1] - 6:10
**obscure** [1] - 40:24
**obviously** [1] - 27:20
**occasion** [1] - 10:17
**occupied** [1] - 8:3
**occur** [5] - 9:7, 17:8, 22:13, 26:8, 29:6
**occurred** [9] - 9:5, 11:8, 22:14, 23:11, 29:7, 34:8, 42:13, 50:8
**October** [2] - 50:12, 50:18
**OF** [11] - 1:1, 1:13, 2:1, 3:1, 3:6, 54:1, 54:3, 54:4, 55:1, 55:3, 55:4
**of** [170] - 1:14, 1:22, 1:24, 2:2, 2:4, 4:19, 5:6, 7:8, 7:11, 7:14, 8:7, 9:19, 10:2, 10:13, 10:23, 11:6, 12:2, 12:5, 12:13, 12:16, 12:22, 12:25, 13:1, 13:2, 13:18, 13:20, 14:2, 14:14, 14:15, 14:20, 14:23, 15:1, 15:15, 15:16, 15:25, 16:4, 16:5, 16:12, 17:2, 17:12, 17:19, 18:3, 18:5, 18:8, 18:9, 18:11, 18:18, 18:21, 19:2, 21:2, 21:3, 21:6, 21:14, 21:24, 21:25, 22:19, 23:17, 24:4, 24:5, 24:6, 24:9, 24:23, 24:24, 25:2, 25:4, 25:11, 25:21, 26:7, 27:17, 27:24, 28:13, 28:24, 30:3, 30:7, 31:7, 32:17, 32:25, 33:1, 33:25, 35:6, 35:11, 35:12, 35:18, 37:2, 37:19, 38:1, 38:17, 38:19, 39:7, 39:8, 39:9, 39:11, 39:15, 39:16, 41:21, 42:5, 42:15, 42:17, 43:2, 43:13, 43:15, 43:18, 43:20, 43:21, 43:22, 43:25, 44:8, 44:14, 45:4, 45:14, 45:17, 45:21, 45:24, 46:5, 46:10, 46:21, 46:25, 47:1, 47:2, 47:4, 47:7, 47:18, 47:19, 47:20, 47:25, 48:1, 48:4, 48:7, 48:8, 48:9, 48:11, 48:24, 49:2, 49:19, 49:23, 50:1, 50:7, 51:14, 51:23, 52:12, 52:20, 54:11, 54:13, 54:18, 55:8, 55:9, 55:11, 55:14, 55:15, 55:19, 56:5, 56:11, 56:13, 57:21
**off** [12] - 9:17, 9:20, 12:17, 18:3, 18:8, 25:5, 25:16, 26:1, 28:12, 44:13, 53:11, 53:15
**Office** [2] - 2:4, 56:2
**office** [4] - 38:3, 38:6, 41:17, 42:1
**Officer** [9] - 21:23, 28:10, 28:14, 28:20, 29:2, 29:3, 30:5, 31:18, 38:11
**officer** [16] - 10:23, 11:22, 13:1, 13:13, 14:13, 22:1, 22:21, 30:3, 32:3, 33:15, 33:20, 36:2, 36:4, 38:1, 38:23, 41:11
**officer's** [2] - 12:23, 13:6
**officers** [15] - 21:22, 24:10, 24:16, 29:13, 31:12, 31:20, 32:7, 33:10, 33:14, 38:6, 38:10, 38:25, 39:12, 41:10, 51:12
**officers'** [1] - 32:12
**often** [2] - 15:14, 22:25
**Oh** [2] - 50:4
**oh** [4] - 11:20, 15:17, 50:4
**Okay** [16] - 6:23, 10:2, 12:17, 14:7, 17:8, 17:25, 24:18, 36:13, 37:19, 37:21, 41:22, 42:11, 42:19, 44:18, 44:24, 53:4
**okay** [35] - 4:8, 5:3, 5:12, 5:17, 5:23, 7:1, 7:21, 7:22, 8:4, 11:13, 11:23, 14:1, 17:9, 17:15, 18:14, 22:16, 23:7, 23:13, 23:24, 29:1, 29:19, 31:1, 33:21, 41:5, 44:16, 44:24, 46:14, 49:4, 51:1, 51:8, 51:10, 52:8, 53:1, 53:13, 53:17
**older** [3] - 15:8, 21:8
**ON** [1] - 57:1
**on** [63] - 1:14, 4:10, 5:25, 6:21, 10:16, 10:17, 11:15, 12:15, 12:22, 13:7, 13:8, 13:24, 14:23, 15:3, 16:9, 16:13, 18:18, 19:9, 20:19, 24:12, 24:20, 25:13, 25:21, 27:22, 27:23, 29:8, 29:14, 29:17, 30:12, 30:25, 31:13, 32:25, 33:2, 33:6, 33:8, 33:22, 34:4, 34:10, 34:16, 35:22, 37:21, 37:25, 38:1, 38:19, 40:14, 40:22, 40:23, 41:4, 42:3, 42:9, 44:1, 46:18, 49:9, 49:11, 50:8, 50:12, 52:22, 52:24, 54:11, 56:5
**On** [3] - 1:24, 2:2, 50:6
**once** [6] - 19:8, 26:3, 45:20, 49:5, 52:8
**one** [16] - 7:13, 7:15, 7:17, 18:18, 18:20, 21:22, 34:9, 39:16, 46:10, 49:2, 49:16, 49:18, 50:3, 51:16
**one's** [1] - 36:5
**ones** [1] - 35:14
**ongoing** [1] - 27:24
**only** [10] - 11:21, 25:5, 30:3, 34:17, 40:9, 47:22, 50:3, 50:22, 52:16
**open** [5] - 5:13, 26:2, 26:3, 43:19, 44:10
**or** [69] - 4:4, 6:7, 6:12, 6:15, 7:3, 9:12, 9:21, 10:18, 10:23, 13:7, 13:23, 13:24, 14:3, 14:4, 14:8, 14:24, 15:17, 15:25, 16:3, 16:9, 16:13, 16:21, 16:23, 17:1, 17:11, 19:5, 19:17, 20:7, 20:9, 21:2, 21:4, 21:11, 22:2, 23:17, 24:2, 25:2, 25:15, 26:12, 28:7, 29:8, 29:10, 29:23, 33:23, 33:25, 34:1, 34:4, 34:5, 35:7, 35:10, 38:4, 39:10, 42:6, 42:7, 43:20, 45:11, 45:16, 46:10, 47:14, 50:9, 50:16, 55:14, 55:15, 55:16, 56:10
**order** [1] - 47:3
**ordering** [1] - 56:11
**orders** [1] - 13:24
**original** [2] - 49:9, 56:10
**other** [19] - 6:18, 8:10, 8:12, 8:14, 8:15, 14:18, 14:24, 15:2, 15:15, 18:20, 25:21, 31:19, 31:22, 32:3, 33:10, 44:4, 44:5, 49:23, 56:10
**our** [1] - 13:3
**out** [23] - 7:9, 10:22, 14:14, 14:23, 15:2, 18:5, 25:20, 27:8, 29:16, 33:9, 35:18, 36:17, 37:10, 39:23, 45:6, 46:25, 49:23, 51:15, 51:18, 51:20, 51:23, 52:5, 52:14
**outside** [6] - 13:1, 23:18, 26:9, 44:13, 45:21, 45:25
**over** [9] - 6:2, 18:24, 19:11, 20:12, 37:23, 38:6, 39:20, 39:21, 49:7

## P

**P** [1] - 4:1
**p.m** [6] - 1:15, 17:12, 17:13, 17:14, 53:23
**PAGE** [17] - 3:3, 3:7, 57:5, 57:6, 57:7, 57:8, 57:9, 57:10, 57:11, 57:12, 57:13, 57:14, 57:15, 57:16, 57:17,

57:18, 57:19
**pages** [1] - 55:9
**paid** [1] - 25:5
**pain** [2] - 27:1, 27:2
**pants** [1] - 20:13
**paper** [3] - 13:25, 27:21, 27:22
**papers** [1] - 5:11
**Part** [3] - 46:25, 47:17, 47:21
**parties** [1] - 55:14
**parties'** [1] - 55:15
**past** [2] - 21:21, 43:24
**patch** [2] - 9:20, 10:7
**pause** [2] - 5:22, 6:9
**penalties** [1] - 57:21
**penetrate** [1] - 20:20
**penis** [1] - 20:19
**per** [2] - 47:2, 48:13
**perform** [2] - 14:25, 42:15
**perjury** [1] - 57:21
**person** [4] - 18:5, 27:13, 46:3, 49:18
**personal** [1] - 24:23
**personally** [1] - 54:10
**pertaining** [1] - 7:23
**phone** [6] - 33:7, 33:8, 37:9, 38:12, 39:19, 39:20
**phones** [2] - 39:18, 40:10
**phonetic** [2] - 21:24, 32:9
**phonetic)** [2] - 14:17, 37:15
**phrased** [1] - 6:12
**physical** [1] - 27:16
**physically** [4] - 27:4, 28:2, 28:3
**picture** [2] - 38:17, 38:19
**piece** [1] - 19:2
**pieces** [1] - 27:9
**pillow** [3] - 19:9, 19:10, 20:12
**pills** [1] - 42:5
**PL-01** [1] - 2:5
**place** [6] - 1:16, 10:24, 22:6, 22:15, 27:15, 33:16
**placed** [40] - 10:17, 11:16, 12:2, 12:6, 12:15, 14:16, 15:23, 16:5, 16:11, 17:2, 17:4, 17:15, 20:12, 22:5, 22:11, 22:22, 22:23, 24:7, 26:6, 28:24, 29:12, 32:25, 33:2, 34:15, 34:24, 34:25, 35:15, 38:2, 39:14, 40:7, 40:19, 42:3, 42:9, 42:18, 42:20, 45:2, 46:20, 48:9, 52:10, 52:21
**places** [4] - 15:10, 19:10, 24:22, 25:2
**placing** [6] - 33:1, 37:13, 45:7, 45:13, 45:20, 49:18
**Plaintiff** [1] - 1:5
**plastic** [2] - 25:8, 25:9
**Please** [2] - 4:2, 6:3
**please** [6] - 6:6, 11:24, 29:17, 56:5, 56:7, 56:13
**plenty** [1] - 35:6
**point** [2] - 26:18, 48:18
**poke** [1] - 19:6
**poker** [1] - 19:1
**posed** [1] - 45:1
**positive** [2] - 42:6
**possession** [1] - 24:9
**possibility** [1] - 16:12
**possibly** [1] - 40:22
**Post** [1] - 56:2
**pound** [1] - 52:18
**PREA** [18] - 30:20, 36:3, 36:14, 36:21, 37:4, 37:20, 39:2, 39:3, 39:6, 39:12, 41:15, 41:18, 41:22, 45:10, 50:20, 51:4
**prearranged** [1] - 24:8
**preliminary** [1] - 5:6
**prescribed** [1] - 6:19
**pressure** [1] - 6:19
**Pretty** [1] - 9:21
**pretty** [2] - 22:8
**preventative** [2] - 42:4, 42:10
**previous** [4] - 8:17, 10:16, 10:17, 31:13
**prior** [4] - 10:13, 22:20, 35:14, 37:2
**Prison** [2] - 4:25, 56:2
**prison** [6] - 8:2, 8:13, 8:14, 36:24, 36:25, 37:2
**probably** [7] - 9:16, 15:7, 20:21, 21:10, 37:24, 44:22, 44:23
**probation** [2] - 14:3, 14:4
**problem** [1] - 16:3
**procedure** [3] - 12:2, 36:23, 46:5
**proceeded** [3] - 20:16, 20:20, 22:3
**process** [3] - 34:3, 49:6, 49:12
**Professional** [1] - 55:6
**progress** [3] - 13:13, 13:17, 13:21
**provide** [6] - 7:6, 7:7, 47:3, 48:17, 49:10
**provided** [2] - 49:10, 50:10
**provider** [1] - 39:22
**providing** [1] - 39:11
**psychologically** [2] - 27:7, 28:1
**Public** [1] - 54:18
**pulled** [1] - 20:13
**purchase** [1] - 7:13
**purpose** [2] - 21:2, 21:14
**put** [7] - 13:24, 16:4, 21:1, 21:14, 27:8, 33:20, 45:24

## Q

**Quad** [1] - 14:15
**question** [7] - 6:6, 6:11, 7:12, 8:11, 11:23, 31:3, 50:21
**questions** [13] - 4:20, 6:3, 8:1, 12:4, 12:5, 18:2, 18:6, 29:18, 38:15, 42:2, 43:4, 44:25, 53:5
**quickly** [1] - 5:5
**quiet** [1] - 33:12

## R

**race** [1] - 9:24
**Raiford** [1] - 56:3
**raise** [2] - 4:2, 33:5
**range** [1] - 10:11
**rat** [1] - 43:20
**re** [3] - 30:4, 49:6, 50:7
**RE** [2] - 56:4, 57:2
**re-filed** [1] - 49:6
**re-reporting** [1] - 50:7
**reaching** [1] - 50:25
**READ** [1] - 3:7
**read** [4] - 7:2, 56:8, 56:9, 57:21
**reading** [1] - 56:11
**real** [1] - 21:12
**really** [8] - 10:16, 13:16, 14:21, 18:10, 20:4, 21:11, 22:8
**reason** [8] - 8:15, 10:23, 17:7, 21:21, 24:6, 34:24, 34:25, 35:15
**recall** [6] - 11:5, 16:20, 18:3, 43:1, 43:3
**receipt** [2] - 47:1, 47:22
**receive** [6] - 8:24, 9:10, 22:19, 25:13, 41:20, 48:10
**received** [27] - 12:21, 14:3, 14:4, 22:20, 22:21, 34:14, 35:18, 37:12, 37:14, 37:17, 39:8, 40:4, 40:14, 40:22, 40:24, 41:7, 41:10, 41:16, 41:19, 47:17, 47:23, 48:4, 49:1, 50:12, 50:14, 50:15, 50:18
**receiving** [2] - 39:16, 52:19
**recently** [2] - 39:20, 39:21
**record** [7] - 4:11, 4:22, 5:25, 6:4, 53:11, 53:15, 55:11
**Record** [3] - 1:24, 56:7, 56:17
**recording** [2] - 45:6, 53:7
**refer** [1] - 18:25
**reference** [2] - 35:24, 47:17
**references** [1] - 35:25
**referred** [2] - 43:19, 50:16
**referring** [2] - 19:5, 31:6
**refused** [4] - 40:8, 40:11, 42:16
**regarding** [5] - 7:10, 34:18, 44:25, 47:6, 52:24
**regards** [1] - 45:22
**Registered** [1] - 55:6
**regular** [1] - 10:20
**regularly** [1] - 25:12
**regulations** [2] - 13:19, 25:4
**reinitiated** [1] - 49:6
**related** [4] - 34:18, 34:20, 49:14, 49:16
**relates** [3] - 31:2, 34:23
**relating** [1] - 34:7
**relative** [2] - 55:13, 55:15
**release** [1] - 8:7
**released** [10] - 8:6, 11:8, 11:9, 14:6, 32:6, 32:15, 32:19, 33:18, 52:8, 52:18
**remember** [20] - 9:18, 10:7, 13:4, 14:5, 17:17, 20:16, 20:17, 25:14, 25:15, 27:21, 27:22, 28:14, 30:3, 31:20, 32:12, 38:15, 40:21, 43:10, 43:11, 43:12
**RENCHEN** [5] - 1:23, 54:17, 55:6, 55:21, 56:16
**reopened** [1] - 26:6
**repeat** [1] - 8:11
**repeating** [1] - 20:14
**rephrase** [2] - 6:6, 26:25
**report** [22] - 9:3, 22:22, 24:20, 29:1, 30:9, 30:10, 30:20, 31:14, 31:17, 32:3, 34:10, 34:11, 34:14, 37:8, 37:18, 38:8, 39:24, 39:25, 41:11, 41:16, 50:6, 55:8
**reported** [36] - 28:9, 28:10, 28:20, 29:4, 29:20, 30:1, 30:5, 30:12, 30:15, 30:17, 31:7, 31:9, 31:15, 31:18, 32:7, 32:8, 32:11, 33:10, 36:10, 37:8, 37:10, 37:11, 37:22, 37:25, 38:9, 38:13, 40:5, 40:13, 50:8, 50:15, 52:16, 52:21
**reporter** [2] - 6:4, 7:14
**Reporter** [7] - 1:23, 53:6, 53:16, 54:17, 55:7, 55:21, 56:16
**REPORTER** [14] - 4:2, 4:8, 4:10, 5:7, 5:12, 5:17, 5:20, 5:24, 53:12, 53:14, 53:17, 53:19, 53:21, 55:1
**REPORTER'S** [1] - 3:7

**reporting** [5] - 29:15, 30:8, 37:13, 45:15, 50:7
**Reporting** [1] - 1:24
**representing** [1] - 4:17
**reputation** [2] - 14:23, 15:1
**request** [2] - 7:15, 47:25
**requested** [1] - 48:1
**REQUESTED** [1] - 55:10
**resisting** [1] - 22:2
**respected** [1] - 17:24
**respond** [3] - 13:9, 16:1, 48:13
**responded** [14] - 22:1, 31:5, 35:8, 35:10, 35:17, 36:16, 40:16, 42:3, 45:5, 47:10, 47:11, 50:19, 53:3
**responding** [4] - 18:8, 45:19, 49:24, 50:2
**response** [16] - 33:11, 35:19, 37:12, 39:16, 40:6, 41:7, 46:13, 46:15, 47:22, 48:2, 48:3, 50:9, 50:12, 50:14
**responses** [5] - 47:7, 47:25, 48:1, 48:11, 52:20
**rest** [1] - 28:13
**restraints** [2] - 13:14, 28:16
**restroom** [1] - 6:7
**result** [2] - 27:17, 37:19
**resulted** [1] - 9:2
**retaliated** [1] - 27:14
**return** [3] - 13:12, 41:4, 56:14
**returned** [7] - 13:12, 35:6, 35:7, 39:8, 41:3, 46:23, 47:1
**returning** [2] - 46:19, 49:25
**review** [4] - 7:7, 7:17, 7:21, 55:9
**right** [32] - 4:2, 4:9, 4:15, 4:24, 5:5, 6:2, 6:11, 6:14, 6:21, 6:22, 8:1, 8:7, 8:20, 9:1, 10:13, 10:25, 11:13, 11:21, 22:17, 26:16, 26:23, 28:4, 29:10, 30:14, 31:14, 35:13, 43:4, 43:21, 44:24, 46:12, 49:13, 56:8
**ripped** [1] - 27:19
**risk** [2] - 42:7
**robbery** [1] - 8:19
**roll** [1] - 25:15
**room** [3] - 5:9, 18:18, 28:15
**roommate** [2] - 15:20, 29:13
**roughly** [1] - 36:25
**rules** [2] - 13:18, 25:4
**running** [1] - 44:7

## S

**S** [1] - 4:1
**safe** [1] - 30:10
**said** [40] - 7:11, 9:24, 10:5, 10:10, 11:19, 14:1, 15:16, 15:21, 16:23, 19:15, 20:11, 21:3, 21:5, 21:6, 21:10, 21:13, 21:15, 21:17, 21:18, 23:10, 29:23, 30:4, 30:22, 30:23, 31:4, 31:9, 31:10, 31:11, 36:2, 38:16, 38:18, 38:19, 39:19, 39:23, 40:3, 40:11, 43:5, 44:10, 48:22
**same** [17] - 17:4, 19:16, 22:14, 28:7, 28:9, 29:8, 29:23, 31:6, 31:10, 31:13, 34:8, 40:5, 42:20, 44:22, 47:12, 47:15, 48:5
**sat** [1] - 23:15
**say** [27] - 9:17, 10:3, 15:6, 15:8, 15:14, 15:19, 16:17, 18:10, 18:12, 19:5, 20:15, 20:21, 22:14, 24:3, 24:11, 26:16, 27:12, 28:15, 28:23, 29:21, 30:6, 31:5, 31:10, 33:12, 42:19, 49:17
**saying** [9] - 12:17, 16:2, 16:19, 31:5, 35:9, 47:23, 49:24, 50:14, 50:18
**schedule** [1] - 24:15
**scheduled** [1] - 50:23
**screaming** [1] - 22:7
**screened** [1] - 12:11
**second** [1] - 37:1
**Secretary** [1] - 50:7
**secretary** [1] - 51:3
**see** [9] - 7:9, 9:22, 10:21, 15:17, 18:5, 24:14, 35:25, 43:7, 49:23
**seeing** [7] - 25:14, 25:15, 27:22, 43:1, 43:3, 43:12
**seen** [13] - 10:16, 11:6, 14:25, 19:15, 30:11, 43:5, 43:11, 43:14, 43:24, 44:1, 44:3, 44:11
**seizure** [2] - 21:25
**send** [3] - 7:12, 7:17, 7:19
**sentence** [2] - 20:2, 20:3
**September** [2] - 50:6, 50:17
**sergeant** [3] - 10:18, 11:22, 16:15
**Sergeant** [10] - 11:25, 14:13, 15:11, 16:1, 22:22, 23:4, 23:8, 24:21, 33:1, 34:9
**serious** [2] - 13:18, 15:24
**seriously** [2] - 16:7, 20:7
**serve** [2] - 10:22, 23:20
**served** [9] - 23:16, 23:19, 23:25, 24:22, 25:21, 25:23, 25:24, 26:9
**service** [2] - 33:7, 38:12
**seven** [4] - 17:10, 17:12, 17:14, 24:2
**several** [9] - 30:1, 32:7, 33:24, 36:8, 36:15, 36:16, 38:10, 39:1, 45:3
**sexual** [6] - 26:19, 27:17, 45:14, 50:7, 51:13, 52:7
**sexually** [4] - 28:21, 37:7, 46:7, 51:22
**SGT** [3] - 1:7, 56:4, 57:2
**shank** [1] - 18:25
**sharpened** [1] - 19:2
**she** [1] - 7:11
**SHEET** [2] - 3:8, 57:1
**sheet** [1] - 7:9
**shift** [9] - 24:3, 24:12, 24:13, 24:20, 26:15, 28:10, 28:11, 28:14, 31:13
**shifts** [3] - 24:1, 24:16, 24:17
**shirt** [1] - 30:12
**shock** [1] - 27:7
**shorter** [1] - 15:6
**shortly** [3] - 12:7, 13:10, 22:15
**SHOULD** [15] - 57:5, 57:6, 57:7, 57:8, 57:9, 57:10, 57:11, 57:12, 57:13, 57:14, 57:15, 57:16, 57:17, 57:18, 57:19
**should** [5] - 27:11, 27:12, 39:6
**should've** [1] - 21:5
**shoulders** [1] - 16:2
**show** [1] - 49:21
**showed** [2] - 38:16, 38:18
**shower** [1] - 10:22
**shows** [3] - 40:7, 40:18, 48:4
**shrugging** [1] - 16:2
**sic** [2] - 31:16, 31:22
**side** [3] - 18:18, 18:19, 18:20
**sign** [4] - 5:16, 56:8, 56:9, 56:13
**SIGN** [1] - 3:7
**signature** [3] - 56:6, 56:13, 56:19
**Signed** [1] - 54:13
**signing** [2] - 5:11, 56:11
**similar** [1] - 25:13
**since** [2] - 42:12, 43:8
**sink** [1] - 18:20
**sir** [1] - 34:17
**sit** [1] - 19:4
**situation** [6] - 18:9, 19:12, 20:3, 20:10, 24:11, 34:8
**six** [1] - 36:25
**skin** [1] - 9:23
**slab** [1] - 18:17
**slabs** [1] - 18:17
**sleep** [1] - 18:15
**slept** [1] - 18:19
**slide** [1] - 26:3
**slightly** [2] - 9:20, 15:6
**smeared** [1] - 27:23
**snack** [1] - 25:22
**So** [34] - 6:2, 10:20, 13:2, 13:10, 13:12, 14:11, 15:16, 16:6, 16:10, 17:11, 18:21, 19:12, 20:3, 22:10, 23:10, 23:18, 24:3, 24:11, 24:19, 29:23, 31:14, 34:2, 34:4, 35:3, 38:1, 40:16, 43:23, 44:11, 45:20, 47:4, 48:15, 49:9, 49:13
**so** [55] - 6:3, 7:6, 7:16, 7:21, 9:22, 10:6, 10:19, 11:5, 11:23, 13:5, 13:7, 14:7, 15:1, 15:7, 15:10, 17:11, 17:13, 17:15, 20:11, 21:21, 23:21, 23:23, 23:25, 25:1, 26:3, 26:6, 26:12, 28:14, 29:11, 30:8, 30:11, 31:9, 31:21, 32:13, 32:19, 33:13, 33:18, 35:1, 35:9, 35:20, 36:8, 36:9, 37:3, 37:5, 37:21, 37:23, 40:1, 41:6, 42:9, 42:12, 42:15, 44:14, 47:20, 48:10
**Some** [2] - 8:1, 43:4
**some** [21] - 5:11, 13:24, 15:24, 16:4, 20:17, 21:2, 24:23, 25:10, 27:23, 35:11, 35:12, 37:8, 42:2, 42:4, 42:7, 42:9, 44:2, 50:16, 52:20
**someone** [8] - 5:10, 12:16, 19:16, 30:9, 33:2, 36:19, 42:6, 44:9
**something** [17] - 6:8, 9:21, 13:24, 15:16, 15:18, 16:2, 18:4, 24:4, 25:16, 27:12, 30:21, 31:5, 31:10, 38:4, 43:10, 43:11
**sometime** [4] - 18:21, 24:21, 37:22, 43:8
**Sometime** [3] - 14:13, 24:14, 43:9
**Sometimes** [1] - 24:2
**somewhat** [1] - 25:13
**somewhere** [1] - 15:7
**soon** [1] - 5:15
**Sorry** [1] - 11:18
**sorry** [2] - 5:8, 14:1
**speak** [9] - 32:10, 39:2, 39:3, 39:6,

39:12, 41:15, 51:3, 51:4, 51:5
**SPEAKER** [3] - 5:15, 50:21, 51:1
**speaking** [1] - 38:23
**specifically** [6] - 39:1, 40:10, 50:20, 51:3, 51:4, 51:5
**specified** [1] - 39:1
**spitted** [1] - 20:18
**spitting** [1] - 20:18
**spoke** [2] - 38:3, 50:19
**spoken** [1] - 51:9
**sprayed** [1] - 22:3
**stab** [11] - 14:25, 19:16, 19:23, 20:1, 20:9, 20:15, 20:24, 21:2, 21:17, 43:5, 43:14
**stabbed** [1] - 44:5
**stabbing** [4] - 19:19, 19:20, 20:7, 21:14
**stabbings** [1] - 43:20
**stains** [1] - 29:14
**stamp** [1] - 40:25
**stamped** [1] - 40:23
**standing** [1] - 18:24
**start** [2] - 4:9, 52:14
**started** [2] - 12:17, 39:16
**starters** [1] - 4:21
**state** [2] - 6:12, 46:6
**State** [3] - 4:25, 54:18, 56:2
**STATE** [2] - 54:3, 55:3
**stated** [8] - 37:11, 38:25, 39:19, 41:12, 41:16, 45:25, 51:11, 57:21
**statement** [12] - 30:22, 45:8, 45:9, 45:10, 45:13, 45:14, 45:23, 46:2, 46:6, 46:9, 51:22, 52:1
**statements** [1] - 52:2
**STATES** [1] - 1:1
**stating** [1] - 4:21
**stayed** [1] - 28:12
**stemming** [1] - 7:23
**stenographic** [1] - 55:11
**stenographically** [1] - 55:8
**step** [1] - 48:15
**still** [7] - 6:11, 23:18, 24:12, 25:1, 26:9, 27:7, 27:24
**stirley** [1] - 32:9
**Stirley** [1] - 36:11
**stomach** [1] - 19:10
**stop** [5] - 11:18, 22:2, 51:16, 53:6
**story** [1] - 44:17
**stretch** [1] - 37:2
**stuff** [3] - 6:5, 25:12, 25:22
**submit** [3] - 13:14, 28:16, 46:1
**succession** [1] - 45:17
**such** [1] - 56:10
**Suite** [1] - 2:5
**supervisor** [2] - 10:18, 30:12
**suppose** [1] - 21:4
**supposed** [9] - 15:19, 20:25, 21:5, 21:17, 24:6, 26:21, 33:5, 49:20
**sure** [10] - 12:14, 14:9, 15:14, 15:22, 16:25, 17:1, 18:22, 29:8, 36:22, 50:2
**swear** [1] - 4:4
**switched** [2] - 39:20, 39:21
**sworn** [1] - 54:11
**system** [7] - 12:25, 13:3, 37:9, 39:21, 40:6, 40:18, 48:4
**system's** [1] - 33:8
**systems** [1] - 39:19

**T**

**T** [1] - 4:1
**take** [7] - 6:8, 6:18, 6:19, 16:6, 19:18, 56:5
**Taken** [1] - 1:14
**TAKEN** [2] - 1:15, 57:3
**taken** [8] - 1:22, 10:22, 13:15, 13:16, 13:21, 17:9, 39:14, 42:18
**takes** [5] - 14:14, 19:8, 19:10, 25:3, 34:2
**taking** [6] - 14:23, 14:24, 15:2, 20:8, 22:6, 27:21
**talk** [4] - 9:1, 39:13, 51:16, 53:10
**talking** [5] - 11:19, 11:21, 18:2, 30:18, 30:23
**Tallahassee** [5] - 2:5, 36:18, 37:6, 38:9, 48:16
**tapping** [1] - 18:22
**taps** [1] - 18:23
**Taylor** [1] - 50:14
**team** [1] - 42:3
**Tel** [1] - 39:22
**TELECONFERENCE** [1] - 1:13
**tell** [8] - 6:8, 11:13, 16:15, 16:18, 17:3, 27:11, 44:19
**telling** [2] - 20:14, 34:12
**tells** [7] - 19:3, 19:4, 19:7, 19:9, 19:11
**tense** [2] - 18:11, 18:12
**terms** [1] - 12:13
**testimony** [3] - 4:4, 6:16, 7:10
**tests** [1] - 42:15
**Texas** [1] - 25:15
**than** [2] - 15:6, 21:10
**thank** [7] - 5:17, 5:20, 5:24, 51:1, 53:13, 53:18, 53:19
**Thank** [2] - 4:8, 4:12
**that** [211] - 4:4, 5:18, 5:21, 6:5, 6:15, 8:18, 8:23, 9:2, 10:10, 10:19, 10:20, 11:7, 11:10, 12:7, 12:9, 12:13, 12:14, 12:17, 13:3, 13:11, 13:24, 14:4, 14:6, 14:13, 15:18, 15:24, 16:8, 16:10, 16:11, 16:15, 16:17, 16:19, 16:23, 16:24, 16:25, 17:1, 17:4, 17:20, 17:22, 17:23, 17:24, 18:15, 19:12, 19:18, 19:20, 20:10, 20:24, 20:25, 21:1, 21:13, 21:15, 21:16, 21:22, 23:11, 23:12, 24:4, 24:8, 24:9, 24:10, 24:12, 24:14, 24:16, 24:19, 25:5, 25:12, 25:14, 25:16, 25:17, 25:22, 26:18, 26:20, 26:21, 26:25, 27:9, 27:15, 27:19, 28:13, 28:18, 28:19, 28:20, 28:21, 29:8, 29:11, 29:16, 30:19, 30:24, 30:25, 31:4, 31:20, 32:2, 32:23, 33:2, 33:8, 33:11, 33:15, 33:16, 33:20, 34:8, 34:14, 34:18, 34:20, 35:9, 35:10, 35:14, 36:2, 37:6, 37:7, 37:8, 37:10, 37:11, 37:15, 37:17, 37:24, 38:5, 38:12, 38:13, 38:18, 39:1, 39:2, 39:3, 39:4, 39:8, 39:15, 39:16, 39:17, 39:19, 39:20, 40:7, 40:11, 41:6, 41:9, 41:10, 41:12, 41:13, 41:14, 41:16, 41:18, 42:5, 42:8, 42:14, 42:19, 42:25, 43:2, 43:5, 43:9, 43:10, 43:17, 43:21, 43:22, 43:23, 44:10, 44:15, 45:7, 45:15, 45:16, 45:17, 45:18, 45:19, 45:21, 45:23, 46:7, 46:23, 47:11, 47:12, 47:15, 48:4, 48:5, 48:9, 48:16, 48:21, 48:25, 49:1, 49:3, 49:13, 49:14, 49:17, 49:20, 49:21, 49:24, 50:3, 50:8, 50:14, 50:18, 51:11, 52:5, 52:23, 53:9, 54:9, 55:7, 55:9, 55:10, 55:13, 56:5, 56:6, 57:21, 57:21
**that's** [17] - 12:16, 14:10, 16:3, 17:18, 21:3, 21:16, 24:25, 26:21, 26:22, 35:16, 37:16, 37:17, 38:13, 38:18, 47:23, 53:4, 53:16
**THE** [19] - 1:1, 4:2, 4:7, 4:8, 4:10, 5:7, 5:10, 5:12, 5:17, 5:20, 5:23, 5:24, 51:2, 53:8, 53:12, 53:14, 53:17, 53:19, 53:21
**the** [458] - 1:14, 1:22, 2:4, 4:4, 4:5, 4:6, 4:11, 4:16, 4:17, 4:18, 4:22, 5:8, 5:25, 6:4, 6:6, 6:7, 6:11, 6:12, 6:13, 7:1, 7:2, 7:3, 7:5, 7:8, 7:14, 7:23, 8:11, 8:15, 8:17, 8:18, 9:1, 9:2, 9:4, 9:8, 9:14, 10:2, 10:13, 10:14, 10:19, 10:22, 10:23, 10:24, 11:1, 11:4, 11:6, 11:8, 11:14, 11:16, 11:22, 11:23, 11:24, 12:1, 12:2, 12:3, 12:13, 12:18, 12:20, 12:22, 12:23, 12:24, 12:25, 13:1, 13:3, 13:5, 13:6, 13:7, 13:8, 13:11, 13:18, 13:22, 13:25, 14:2, 14:11, 14:14, 14:16, 14:18, 14:20, 15:10, 15:11, 15:13, 15:16, 15:21, 15:22, 16:2, 16:5, 16:10, 16:11, 16:15, 17:2, 17:3, 17:4, 17:12, 17:15, 17:17, 17:18, 17:24, 18:3, 18:8, 18:18, 18:19, 18:20, 18:21, 18:22, 19:2, 19:8, 19:10, 19:16, 19:17, 19:24, 21:1, 21:3, 21:14, 21:20, 21:21, 21:24, 21:25, 22:1, 22:7, 22:12, 22:15, 22:16, 22:19, 22:20, 22:21, 23:17, 23:20, 23:21, 23:22, 23:23, 23:25, 24:2, 24:3, 24:6, 24:7, 24:8, 24:10, 24:13, 24:15, 24:22, 25:1, 25:2, 25:4, 25:6, 25:12, 25:16, 25:17, 25:18, 25:20, 26:1, 26:2, 26:3, 26:6, 26:7, 26:15, 26:19, 27:9, 27:10, 27:12, 27:13, 27:17, 27:22, 28:7, 28:8, 28:9, 28:11, 28:12, 28:13, 29:8, 29:9, 29:10, 29:16, 29:17, 29:23, 29:25, 30:1, 30:3, 30:18, 30:24, 30:25, 31:3, 31:4, 31:6, 31:10, 31:12, 31:13, 32:8, 32:25, 33:4, 33:6, 33:7, 33:8, 33:9, 33:11, 33:15, 33:16, 33:17, 33:19, 33:20, 33:21, 33:23, 33:25, 34:2, 34:4, 34:5, 34:7, 34:8, 34:9, 34:11, 34:13, 34:18, 34:20, 34:24, 34:25, 35:7, 35:14, 35:15, 35:16, 35:19, 35:21, 35:22, 35:23, 36:2, 36:4, 36:8, 36:11, 36:17, 36:18, 36:19, 36:22, 36:25, 37:1, 37:3, 37:5, 37:8, 37:10, 37:11, 37:14, 37:15,

13

The [1] - 1:24, 2:5, 22:5, 24:15, 46:25, 50:16, 56:11, 56:13, 56:6, 56:9, 56:9, 55:16, 55:7, 55:6, 54:15, 55:8, 55:9, 52:24, 53:6, 53:11, 52:15, 52:17, 52:18, 51:23, 52:7, 52:12, 51:13, 51:15, 51:16, 50:6, 50:7, 50:22, 49:16, 49:21, 49:23, 49:7, 49:11, 49:18, 48:4, 48:11, 49:6, 48:15, 48:20, 48:23, 47:22, 48:2, 48:3, 47:9, 47:14, 47:17, 47:2, 47:3, 47:4, 47:8, 46:22, 46:25, 47:2, 46:18, 46:19, 46:21, 45:24, 45:24, 45:25, 44:18, 44:20, 44:22, 43:16, 43:19, 43:20, 42:23, 43:14, 43:15, 42:1, 42:2, 42:13, 41:11, 41:22, 41:25, 40:25, 41:4, 41:12, 40:22, 40:23, 40:24, 40:10, 40:11, 40:12, 40:6, 40:8, 40:9, 39:22, 40:2, 40:4, 39:11, 39:17, 39:18, 39:7, 39:8, 39:9, 38:3, 38:6, 38:11, 37:22, 37:25, 38:1, 37:16, 37:17, 37:19

their [1] - 13:20, 8:3, 56:7, 56:17

them [1] - 15:3, 15:15, 22:6

therefore [1] - 37:13

there's [1] - 5:10, 5:13, 18:17, 23:2, 43:20

they [1] - 19:1

they're [1] - 49:24

They're [1] - 23:1

thing [1] - 17:17, 18:8, 8:17, 6:18, 10:19

things [1] - 6:3

think [1] - 11:5, 11:6, 13:16, 13:10, 49:17

thinking [1] - 19:17

third [1] - 36:24

this [55] - 4:20, 5:16, 6:17, 7:22, 8:17, 9:7, 14:19, 15:10, 16:16, 4:25, 4:22, 45:17, 48:12, 48:14, 50:24, 51:11, 31:15, 31:17, 31:3, 31:4, 31:6, 31:6, 30:20, 30:21, 30:23, 30:9, 30:10, 30:12, 30:7, 30:16, 30:12, 28:16, 28:18, 28:23, 27:7, 27:18, 27:2, 22:13, 23:12, 24:1, 11:6, 17:11, 17:13, 13:16, 13:11, 15:21, 12:14, 12:23, 13:11, 6:17, 6:18, 22:17, 23:1, 11:9, 5:11, 5:14, 5:22, 26:23, 28:24, 28:14, 27:25, 29:6, 29:7, 27:23, 28:8, 8:14, 8:16, 30:1, 36:9, 37:8, 37:16, 39:16, 4:19, 4:21, 46:23, 44:24, 45:21, 13:24, 2:31, 23:20, 22:20, 22:21, 39:8, 50:3, 50:12, 50:18, 5:23, 52:12, 53:6, 5:11, 5:14, 51:22, 26:23, 28:24, 28:14, 4:8:24, 48:25, 49:7, 47:14, 48:14, 48:16

This [3] - 13:18, 54:18, 56:19

those [3] - 12:6, 23:9, 29:10, 35:1

though [2] - 7:18, 12:6

thought [1] - 15:24

threaten [1] - 23:4

threatened [1] - 30:8

threatening [1] - 45:4,

threats [4] - 22:19, 1:25, 24:17, 30:25, 2:1, 21:19, 22:2, 22:25

times [1] - 8:13,

TIME [1] - 1:15

time [59] - 6:17, 6:18, 6:24, 9:24, 42:15, 45:19, 42:10

till [1] - 24:13, 43:19

today [2] - 6:24, 45:1

today's [1] - 6:16

together [1] - 27:9

toilet [1] - 18:20,

told [22] - 12:6, 18:22, 23:13, 24:1, 17:8, 17:11, 17:13, 13:19, 13:10, 15:21, 12:14, 12:23, 13:11, 26:5, 25:9, 26:6, 30:17, 30:18, 30:24, 34:4:10, 34:17, 36:2, 35:24, 37:6, 6:6, 6:23, 35:9, 35:20, 36:2, 35:2, 34:21, 35:17

tom [1] - 27:20

too [2] - 18:10, 53:21

took [4] - 15:24, 22:15, 23:11, 44:13

touch [2] - 53:8, 53:9

towards [1] - 15:2

traces [1] - 42:14

tram [1] - 52:13

transcript [2] - 7:2, 7:8, 55:10, 56:8

TRANSCRIPT [1] - 57:1

transcripts [2] - 7:1, 7:5

transferred - 6:13

transpired [2] - 9:2, 27:9

**transported** [1] - 28:19
**trap** [1] - 43:20
**trays** [4] - 10:22, 23:22, 23:23, 26:3
**treatment** [3] - 8:24, 28:4, 28:8
**tried** [2] - 33:6, 36:8
**true** [2] - 55:11, 57:22
**truly** [1] - 56:15
**truth** [3] - 4:5, 4:6
**truthful** [1] - 6:23
**try** [5] - 15:14, 19:17, 20:5, 20:6
**trying** [23] - 12:23, 13:2, 13:8, 15:19, 15:25, 17:22, 18:5, 19:23, 22:23, 22:24, 27:7, 27:8, 30:9, 34:12, 36:3, 37:7, 39:24, 43:11, 44:6, 44:7, 44:12
**Tucker** [2] - 22:23, 34:9
**turn** [2] - 19:13, 33:19
**turned** [2] - 48:17, 52:1
**turning** [1] - 52:1
**two** [3] - 8:14, 18:17, 52:2
**type** [4] - 12:5, 18:5, 21:6, 42:5

## U

**uh** [4] - 26:5, 27:3, 30:16, 32:20
**uh-huh** [4] - 26:5, 27:3, 30:16, 32:20
**Um** [1] - 15:4
**uncomfortable** [2] - 18:13, 22:9
**under** [7] - 6:15, 15:17, 16:9, 16:13, 41:12, 41:13, 41:14
**Under** [1] - 57:21
**undersigned** [1] - 54:9
**understand** [1] - 6:6
**unheard** [1] - 41:21
**unit** [16] - 9:13, 10:20, 12:1, 12:18, 12:21, 12:25, 13:1, 13:4, 22:5, 23:21, 26:10, 28:20, 28:25, 33:17, 38:2, 46:17
**Unit** [1] - 4:25
**UNITED** [1] - 1:1
**units** [1] - 9:10
**UNKNOWN** [3] - 5:15, 50:21, 51:1
**unsaid** [1] - 18:4
**unsecured** [1] - 49:22
**until** [3] - 23:16, 44:11, 48:25
**unusual** [1] - 13:16
**up** [20] - 13:24, 16:21, 16:25, 17:18, 18:22, 18:23, 19:4, 19:19, 19:20, 20:6, 20:8, 20:9, 20:11, 27:10, 27:13, 28:12, 28:15, 32:10, 45:24, 51:13
**upstairs** [1] - 14:15

## V

**varies** [1] - 26:10
**vending** [3] - 25:17, 25:18, 25:20
**verbal** [2] - 6:4, 13:23
**verify** [2] - 7:2, 49:18
**very** [1] - 56:15
**vibe** [2] - 18:3, 18:8
**VIDEO** [1] - 1:13
**VIDEO-TELECONFERENCE** [1] - 1:13
**view** [4] - 7:15, 7:16, 27:20, 45:24
**Villalpando** [2] - 3:4, 4:16
**VILLALPANDO** [15] - 2:3, 4:9, 4:12, 4:14, 5:2, 5:18, 6:1, 50:24, 51:7, 53:4, 53:10, 53:13, 53:16, 53:18, 53:20
**violent** [1] - 15:2
**visitation** [2] - 25:18, 25:19
**vs** [1] - 1:6
**VS** [2] - 56:4, 57:2

## W

**waist** [1] - 20:13
**wait** [2] - 24:13, 34:3
**waiting** [7] - 12:3, 14:11, 24:3, 24:20, 28:11, 28:13, 41:14
**waive** [4] - 7:3, 56:6, 56:13, 56:19
**waived** [1] - 56:12
**wake** [1] - 18:23
**wakes** [1] - 18:22
**walked** [1] - 43:24
**want** [9] - 7:2, 7:13, 7:21, 16:16, 17:4, 24:11, 30:21, 39:1, 49:14
**wanted** [6] - 13:6, 20:10, 24:12, 30:20, 44:16
**wants** [1] - 29:16
**warden** [5] - 46:19, 47:8, 47:16
**was** [361] - 5:12, 8:15, 8:17, 8:18, 9:20, 9:22, 9:23, 9:24, 10:2, 10:17, 10:18, 10:20, 11:7, 11:9, 11:12, 11:16, 11:23, 12:1, 12:2, 12:3, 12:5, 12:20, 12:21, 12:23, 12:24, 13:2, 13:3, 13:5, 13:7, 13:8, 13:10, 13:11, 13:13, 13:15, 13:21, 13:22, 14:4, 14:6, 14:15, 14:22, 15:17, 15:18, 15:19, 15:22, 15:24, 16:8, 16:9, 16:11, 16:21, 16:22, 17:1, 17:9, 17:10, 17:11, 17:13, 17:17, 17:20, 17:21, 17:22, 17:23, 17:24, 18:1, 18:3, 18:4, 18:5, 18:6, 18:7, 18:8, 18:9, 18:10, 18:11, 18:12, 18:13, 20:3, 20:10, 20:18, 20:25, 21:1, 21:3, 21:4, 21:5, 21:16, 21:17, 21:24, 21:25, 22:5, 22:6, 22:7, 22:8, 22:16, 22:18, 22:23, 22:24, 23:16, 23:19, 23:25, 24:3, 24:5, 24:6, 24:7, 24:8, 24:9, 24:12, 24:15, 24:17, 24:19, 25:5, 25:8, 25:9, 25:10, 25:13, 25:21, 25:22, 25:23, 25:24, 26:8, 26:9, 26:12, 26:14, 26:20, 26:21, 27:2, 27:4, 27:6, 27:7, 27:8, 27:14, 27:18, 27:23, 28:11, 28:13, 28:16, 28:18, 28:19, 28:23, 29:8, 29:9, 29:11, 29:12, 29:14, 29:15, 29:25, 30:4, 30:6, 30:7, 30:8, 30:9, 30:17, 30:18, 30:23, 30:24, 31:8, 31:11, 31:20, 32:6, 32:12, 32:13, 32:24, 32:25, 33:2, 33:15, 33:20, 33:23, 34:1, 34:5, 34:7, 34:12, 34:15, 34:23, 34:24, 34:25, 35:6, 35:15, 35:17, 35:20, 35:23, 36:1, 36:4, 36:9, 36:12, 36:18, 36:22, 36:25, 37:3, 37:4, 37:13, 37:14, 37:15, 37:23, 38:5, 38:7, 38:14, 38:18, 38:25, 39:10, 39:14, 39:15, 39:20, 39:24, 40:3, 40:4, 40:6, 40:11, 40:14, 40:17, 40:18, 40:20, 40:22, 40:23, 40:24, 41:2, 41:3, 41:4, 41:9, 41:10, 41:12, 41:13, 41:14, 41:17, 41:18, 41:25, 42:1, 42:4, 42:9, 42:10, 42:12, 42:13, 42:14, 42:17, 42:18, 43:8, 43:10, 43:11, 43:23, 43:24, 43:25, 44:2, 44:4, 44:5, 44:6, 44:7, 44:8, 44:9, 44:12, 44:15, 44:22, 45:2, 45:5, 45:7, 45:13, 45:15, 45:16, 45:18, 45:19, 45:20, 46:7, 46:10, 46:16, 46:24, 46:25, 47:1, 47:11, 47:13, 47:22, 48:2, 48:3, 48:4, 48:9, 48:17, 49:7, 49:9, 49:10, 49:18, 49:21, 49:22, 49:24, 50:9, 50:14, 51:11, 51:14, 51:15, 51:17, 51:20, 51:22, 52:4, 52:13, 52:16, 52:17, 52:19, 52:21, 54:10, 55:7
**WAS** [1] - 55:10
**wasn't** [10] - 13:5, 15:21, 15:23, 18:7, 19:18, 33:7, 36:20, 43:10, 48:25
**wave** [1] - 13:7
**way** [4] - 6:12, 21:3, 39:9, 44:1
**we** [27] - 4:9, 5:7, 5:19, 7:6, 7:7, 7:12, 7:13, 7:17, 14:24, 17:17, 17:21, 18:1, 18:17, 18:25, 21:7, 25:12, 26:2, 26:9, 47:23, 49:14, 50:24, 50:25
**we'll** [2] - 6:8
**We're** [1] - 4:10
**we're** [2] - 5:25, 9:1
**weapon** [5] - 19:14, 19:17, 19:24, 20:8, 24:9
**week** [1] - 37:24
**weekend** [2] - 37:23
**weeks** [1] - 39:25
**weight** [1] - 12:14
**welcome** [1] - 53:14
**Well** [9] - 9:23, 11:16, 15:13, 17:17, 21:20, 26:24, 27:4, 40:9, 41:25
**well** [16] - 12:21, 15:19, 16:25, 18:1, 18:15, 19:3, 19:25, 21:20, 22:20, 24:14, 30:17, 30:22, 38:14, 40:22, 44:18, 53:4
**went** [13] - 14:5, 18:15, 30:24, 32:10, 33:19, 35:23, 36:9, 36:10, 38:7, 44:1, 48:15, 49:11
**Were** [1] - 27:1
**were** [27] - 11:10, 12:18, 14:2, 14:7, 14:11, 21:14, 24:10, 32:14, 32:15, 32:19, 35:3, 35:4, 35:10, 35:17, 41:23, 42:20, 47:10, 48:5, 50:25, 51:18, 52:3, 52:5, 52:23
**What** [6] - 7:4, 8:1, 8:10, 8:15, 9:9, 19:25
**what** [47] - 7:4, 8:15, 9:15, 10:2, 11:23, 12:9, 12:15, 14:12, 14:24, 15:4, 15:12, 16:25, 17:8, 17:16, 17:23, 17:25, 18:2, 18:5, 18:14, 18:17, 19:21, 19:23, 20:5, 20:11, 23:13, 25:7, 25:11, 26:8, 26:23, 27:10, 29:2, 30:14, 35:16, 37:4, 37:19, 38:15, 38:21, 39:5, 41:3, 43:10, 44:17, 46:6, 48:2, 48:7, 51:18
**whatever** [2] - 16:14, 25:2

Case 3:23-cv-00088-MMH-SJH Document 76-5 Filed 05/12/25 Page 71 of 72 PageID 877

**when** [60] - 8:6, 10:17, 11:18, 12:1, 14:5, 17:18, 19:2, 21:15, 22:24, 23:18, 24:1, 26:14, 27:11, 29:4, 29:6, 29:20, 30:11, 30:17, 30:18, 30:22, 31:3, 31:4, 31:7, 31:9, 32:14, 32:15, 32:23, 33:19, 34:12, 34:13, 34:15, 35:23, 38:3, 40:12, 40:13, 40:17, 40:20, 41:2, 41:3, 42:19, 43:7, 43:15, 43:16, 44:2, 44:3, 44:11, 45:2, 45:20, 46:9, 46:16, 46:24, 50:10, 51:2, 52:13, 52:14
**When** [5] - 17:9, 22:13, 26:2, 46:24, 50:18
**where** [7] - 15:19, 18:19, 18:20, 20:4, 33:15, 42:21
**Where** [2] - 4:24, 9:7
**Whereupon** [1] - 53:22
**whether** [2] - 7:12, 17:19
**which** [19] - 12:5, 13:4, 13:14, 13:15, 13:16, 14:15, 15:13, 17:19, 18:25, 20:18, 33:14, 33:25, 40:5, 42:8, 42:9, 43:17, 46:20, 49:17, 56:10
**while** [19] - 12:3, 13:13, 13:17, 13:20, 22:6, 23:15, 24:12, 31:8, 32:4, 34:23, 35:3, 36:4, 41:17, 45:5, 51:25, 52:1, 52:3, 52:4
**white** [3] - 9:22, 9:25, 30:12
**who** [20] - 16:23, 21:24, 22:21, 22:22, 22:23, 27:11, 29:13, 29:20, 30:2, 30:8, 30:9, 31:16, 33:2, 34:9, 35:25, 37:17, 38:13, 38:17, 46:4, 49:18
**who's** [1] - 42:6
**whoever** [1] - 22:25
**whole** [1] - 4:5
**why** [9] - 12:18, 12:20, 21:19, 21:21, 24:7, 27:8, 34:25, 35:15, 38:8
**Why** [1] - 38:8
**wielding** [2] - 44:4, 44:12
**will** [12] - 4:5, 7:17, 12:6, 15:14, 22:24, 31:6, 39:3, 42:14, 49:21, 50:16, 50:19
**Willis** [8] - 28:10, 28:14, 28:20, 29:2, 29:3, 30:5, 31:18, 38:12
**window** [2] - 12:22, 45:24
**winks** [1] - 24:24
**wiping** [1] - 27:21
**wish** [1] - 56:13
**with** [55] - 5:9, 6:24, 7:7, 10:14, 11:1, 11:3, 11:7, 11:17, 12:12, 12:13, 12:16, 14:17, 14:21, 16:5, 16:10, 16:11, 16:16, 18:24, 18:25, 20:11, 21:1, 21:7, 21:12, 21:23, 22:2, 23:8, 29:13, 31:8, 31:21, 31:22, 32:2, 32:10, 33:2, 34:9, 35:7, 37:3, 38:23, 39:7, 40:8, 40:11, 42:6, 42:16, 42:23, 45:4, 46:21, 48:9, 49:11, 51:21, 52:7, 53:10, 53:11, 55:16, 56:7, 56:11
**within** [1] - 56:9
**WITNESS** [7] - 3:1, 3:3, 4:7, 5:10, 5:23, 51:2, 53:8
**witness** [14] - 1:22, 30:22, 45:8, 45:10, 45:13, 45:23, 46:1, 46:6, 46:9, 51:22, 52:1, 52:2
**won't** [2] - 9:25, 50:24
**wondering** [1] - 5:13
**words** [1] - 21:10
**wore** [1] - 15:9
**work** [9] - 10:20, 23:1, 24:15, 33:11, 36:5, 37:9, 38:13, 39:18, 43:2
**worked** [4] - 10:19, 24:16, 42:21
**working** [9] - 11:6, 13:5, 24:17, 33:7, 33:15, 33:21, 36:1, 36:9, 40:10
**works** [2] - 36:23, 39:4
**would** [17] - 5:21, 6:15, 7:4, 7:16, 9:17, 10:20, 10:21, 10:24, 15:7, 16:10, 33:21, 36:1, 44:25, 49:17, 51:16, 53:10
**wouldn't** [3] - 18:12, 28:23, 30:6
**WRITE** [1] - 57:1
**writing** [2] - 37:13, 38:13
**wrong** [1] - 27:13
**wrote** [13] - 22:22, 33:23, 34:9, 36:17, 37:5, 37:17, 37:21, 37:22, 37:23, 45:3, 45:8

## Y

**y'all** [1] - 50:22
**yeah** [14] - 7:21, 25:9, 33:21, 34:13, 35:5, 41:9, 41:11, 42:8, 42:12, 45:8, 50:4, 52:4
**Yeah** [6] - 5:10, 16:18, 23:21, 29:25, 38:18, 38:20
**year** [4] - 22:14, 37:1, 44:20, 44:22
**yelling** [10] - 29:16, 38:7, 45:21, 51:15, 51:18, 51:20, 51:23, 52:5, 52:14, 52:23
**yep** [1] - 52:7
**Yes** [17] - 4:10, 6:25, 7:25, 10:6, 17:3, 22:11, 23:12, 27:18, 29:4, 32:6, 32:23, 36:15, 38:16, 42:22, 45:2, 47:11, 52:25
**yes** [13] - 5:20, 7:20, 11:12, 11:16, 11:21, 25:25, 27:4, 28:1, 30:16, 32:1, 43:6, 47:8, 53:12
**You** [3] - 6:11, 23:20, 48:14
**you** [203] - 4:4, 4:8, 4:12, 4:20, 4:21, 4:24, 5:3, 5:9, 5:17, 5:20, 5:24, 6:5, 6:7, 6:11, 6:12, 6:14, 6:16, 6:18, 6:21, 6:23, 7:2, 7:3, 7:4, 7:6, 7:7, 7:8, 7:9, 7:11, 7:13, 7:14, 7:17, 8:2, 8:4, 8:6, 8:10, 8:11, 8:13, 8:20, 8:23, 9:2, 9:4, 9:9, 9:10, 9:14, 10:5, 10:10, 10:11, 10:14, 10:25, 11:3, 11:10, 11:13, 11:14, 11:20, 11:24, 11:25, 12:9, 12:10, 12:11, 12:13, 12:14, 12:15, 12:16, 12:17, 12:18, 13:6, 13:7, 14:1, 14:2, 14:7, 14:11, 14:18, 15:4, 15:10, 15:11, 16:6, 16:15, 16:18, 17:3, 17:4, 19:5, 20:4, 20:15, 21:11, 21:13, 21:14, 21:19, 22:7, 22:10, 23:5, 23:10, 23:23, 25:19, 26:2, 26:3, 26:17, 27:1, 27:16, 28:4, 28:23, 29:1, 29:20, 29:21, 29:23, 29:24, 30:6, 31:3, 31:14, 31:16, 31:21, 31:22, 32:3, 32:14, 32:15, 32:19, 32:21, 33:16, 34:3, 34:4, 35:3, 35:24, 35:25, 36:13, 39:13, 40:7, 40:18, 40:20, 41:23, 42:5, 42:7, 42:19, 42:20, 42:23, 43:4, 43:5, 43:7, 43:16, 44:19, 44:20, 44:25, 46:1, 46:9, 47:3, 47:6, 47:20, 47:25, 48:4, 48:10, 48:12, 48:18, 48:22, 49:14, 49:22, 50:22, 51:1, 51:18, 52:3, 52:5, 52:8, 52:14, 52:23, 53:6, 53:13, 53:18, 53:19, 53:21, 56:6, 56:6, 56:9, 56:13
**You'll** [1] - 7:15
**you're** [11] - 4:5, 9:11, 17:15, 23:22, 33:5, 35:9, 43:16, 43:22, 53:14
**young** [1] - 21:9
**your** [28] - 4:2, 4:22, 6:3, 6:4, 6:15, 7:10, 7:12, 7:23, 8:8, 9:5, 27:24, 28:4, 31:21, 34:3, 35:10, 45:10, 47:6, 47:20, 47:23, 47:25, 48:11, 50:15, 51:18, 56:6, 56:8, 56:11, 56:13, 56:13
**yours** [1] - 56:15

## Z

**Zoom** [1] - 1:16