## Florida Dept of Corrections
## Inmate Order History Report

Inmate ID: 422908   From Date: 05/01/21   To Date: 05/31/21

| Type | Order ID | Status | Order Date | Order Source | Sold From | Gross | Sales Tax | Total |
|---|---|---|---|---|---|---|---|---|
| O | 57451881 | X | 05/20/21 00:00 | CONFINE | COLUAX-11 | $16.11 | $0.00 | $16.11 |

| Item Code | Item Name | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 56014 | .68 Postage Stamp | EA | 25 | 0.55 | 13.75 |
| 55006 | Doritos Nacho Cheese | EA | 2 | 1.18 | 2.36 |

| Type | Order ID | Status | Order Date | Order Source | Sold From | Gross | Sales Tax | Total |
|---|---|---|---|---|---|---|---|---|
| O | 57426213 | X | 05/09/21 00:00 | QUARTERLY | FL001 | $212.18 | $14.86 | $227.04 |

| Item Code | Item Name | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 58236 | Russell Sweatshirt 3XL Ash | EA | 1 | 16.48 | 16.48 |
| 54900 | Watch, LED, Black Rubber Band | EA | 1 | 5.15 | 5.15 |
| 56998 | Reading Glasses 3.25 | EA | 1 | 5.98 | 5.98 |
| 56385 | Headphones, Replacement | EA | 1 | 12.07 | 12.07 |
| 56340 | AM/FM RADIO, GPX | EA | 1 | 18.94 | 18.94 |
| 56152 | Razor,Sierra, Battery Operated | EA | 1 | 25.00 | 25.00 |
| 58311 | Deluxe Crew Socks Mens | EA | 6 | 1.35 | 8.10 |
| 54703 | SC Mens Low Leather Sz 9 | EA | 1 | 28.55 | 28.55 |
| 58257 | Thermal Drawer Men 2XL | EA | 1 | 9.82 | 9.82 |
| 58156 | Men Leather Workboot #21 Sz9 | CS | 1 | 57.81 | 57.81 |
| 58220 | Sweatshirt Grey, Gilden 5XL | EA | 1 | 14.46 | 14.46 |
| 58217 | Thermal Top Mens 2XL | EA | 1 | 9.82 | 9.82 |

| Type | Order ID | Status | Order Date | Order Source | Sold From | Gross | Sales Tax | Total |
|---|---|---|---|---|---|---|---|---|
| O | 57412230 | X | 05/04/21 00:00 | CONFINE | COLUAX-11 | $29.27 | $0.77 | $30.04 |

| Item Code | Item Name | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 56009 | Envelope 10x13 White | EA | 15 | 0.28 | 4.20 |
| 56014 | .68 Postage Stamp | EA | 25 | 0.55 | 13.75 |
| 55239 | Choc. Chip Cookies 5 oz | EA | 1 | 1.02 | 1.02 |
| 54954 | Batteries, AA, ION3, 2pk | EA | 1 | 1.04 | 1.04 |
| 59013 | Batteries, AA, ENERGIZER 2 pk. | EA | 1 | 3.30 | 3.30 |
| 54597 | MSB, Iced Honey Bun | EA | 2 | 1.78 | 3.56 |
| 56056 | Notebook Paper, College Rule | EA | 1 | 2.40 | 2.40 |

```
                          FLORIDA DEPARTMENT OF CORRECTIONS                         05/12/25
                             TRUST FUND ACCOUNT STATEMENT                           10:47:26
                             FOR: 05/01/2021 - 05/12/2025                           PAGE    1

ACCT NAME: HERRERA, ANGEL L.          ACCT#: 422908
                                      TYPE: INMATE TRUST
PO BOX:

                                                          BEGINNING BALANCE 05/01/21    $1,378.75

         POSTED                    REFERENCE
         DATE    NBR     TYPE       NUMBER     FAC  REMITTER/PAYEE       +/-    AMOUNT    BALANCE
         ------- ---  ------------ ----------- ---  ------------------- ---  ---------- -----------
         05/05/21 031 CANTEEN SALES            000                       -       $30.04
         05/10/21 183 PROCESSING FEE WEEKLY DRAW 000                     -        $0.30
         05/17/21 377 ACCESS CATALOG           000                       -      $227.04
         05/21/21 033 CANTEEN SALES            000                       -       $16.11
         05/24/21 187 PROCESSING FEE WEEKLY DRAW 000                     -        $0.16
         06/02/21 033 CANTEEN SALES            000                       -       $25.96
         06/07/21 186 PROCESSING FEE WEEKLY DRAW 000                     -        $0.26
         06/23/21 043 CANTEEN SALES            000                       -       $24.16
         06/28/21 182 PROCESSING FEE WEEKLY DRAW 000                     -        $0.24
         06/29/21 044 CANTEEN SALES            000                       -       $54.08
         07/05/21 181 PROCESSING FEE WEEKLY DRAW 000                     -        $0.54
         07/07/21 043 CANTEEN SALES            000                       -       $56.46
         07/12/21 181 PROCESSING FEE WEEKLY DRAW 000                     -        $0.56
         07/13/21 043 CANTEEN SALES            000                       -       $28.56
         07/19/21 183 PROCESSING FEE WEEKLY DRAW 000                     -        $0.29
         07/20/21 043 CANTEEN SALES            000                       -       $30.01
         07/26/21 179 PROCESSING FEE WEEKLY DRAW 000                     -        $0.30
         07/27/21 043 CANTEEN SALES            000                       -       $22.58
         08/02/21 177 PROCESSING FEE WEEKLY DRAW 000                     -        $0.23
         08/03/21 043 CANTEEN SALES            000                       -       $31.87
         08/09/21 174 PROCESSING FEE WEEKLY DRAW 000                     -        $0.32
         08/10/21 041 CANTEEN SALES            000                       -       $26.92
         08/16/21 173 PROCESSING FEE WEEKLY DRAW 000                     -        $0.27
         08/17/21 037 CANTEEN SALES            000                       -       $28.25
         08/23/21 175 PROCESSING FEE WEEKLY DRAW 000                     -        $0.28
         08/24/21 041 CANTEEN SALES            000                       -       $25.37
         08/30/21 175 PROCESSING FEE WEEKLY DRAW 000                     -        $0.25
         08/31/21 055 CANTEEN SALES            000                       -       $28.93
         09/06/21 174 PROCESSING FEE WEEKLY DRAW 000                     -        $0.29
         09/08/21 041 CANTEEN SALES            000                       -       $51.38
         09/13/21 173 PROCESSING FEE WEEKLY DRAW 000                     -        $0.51
         09/14/21 043 CANTEEN SALES            000                       -       $50.15
         09/20/21 173 PROCESSING FEE WEEKLY DRAW 000                     -        $0.50
         09/21/21 043 CANTEEN SALES            000                       -       $30.97
         09/27/21 173 PROCESSING FEE WEEKLY DRAW 000                     -        $0.31
         09/28/21 043 CANTEEN SALES            000                       -       $36.72
         10/04/21 176 PROCESSING FEE WEEKLY DRAW 000                     -        $0.37
         10/05/21 043 CANTEEN SALES            000                       -       $29.65
         10/11/21 175 PROCESSING FEE WEEKLY DRAW 000                     -        $0.30
         10/12/21 043 CANTEEN SALES            000                       -       $30.33
         10/18/21 175 PROCESSING FEE WEEKLY DRAW 000                     -        $0.30
         10/19/21 043 CANTEEN SALES            000                       -       $24.08
         10/25/21 177 PROCESSING FEE WEEKLY DRAW 000                     -        $0.24
```