IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.                                                    Case No.: 3:23-cv-88-MMH-SJH

SGT. CICCONE,

    Defendant.

_____/

## NOTICE OF FILING

Notice is hereby given that Defendant, by and trough counsel, files this Notice of Filing of Exhibits A-G (Doc. 76-1 to 76-6) with redactions.

                                          Respectfully submitted,

                                          JAMES UTHMEIER
                                          ATTORNEY GENERAL

                                          */s/ Juanita Villalpando*
                                          Juanita Villalpando (FBN 1036083)
                                          Assistant Attorney General
                                          Office of the Attorney General
                                          Civil Litigation Division
                                          The Capitol, PL-01
                                          Tallahassee, Florida 32399
                                          (850) 414-3300
                                          Juanita.Villalpando@myfloridalegal.com
                                          *Counsel for Defendant*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of the foregoing *Notice of Filing* was e-filed electronically through CM/ECF and served on all registered counsel on May 13, 2025.

<u>*/s/ Juanita Villalpando*</u>
Juanita Villalpando
