UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,
    Plaintiff,

vs.

SGT. CICCONE, et al.,
    Defendants.

Case No. 3:23-cv-88/MMH/SJH

## PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR LEAVE TO SURREPLY

Plaintiff Byron Andrews moves this Honorable Court for Leave to Surreply and would show that the Motion is unopposed and would show:

On April 28, 2025, Plaintiff responded to Defendant's Summary Judgment Motion. On May 12, 2025, Defendant filed a Reply to Plaintiff's Response. Appended to the Reply were 79 pages of exhibits. In addition, Defendant purported to incorporate by reference the Statement of Facts in his Motion for Summary Judgment into his Reply. Defendant also filed a paper styled "Objections to Plaintiff's Evidence."

### MEMORANDUM OF LAW

Plaintiff seeks to Surreply to Defendant's Reply to discuss whether the Reply raised new facts and issues in the Reply and whether Plaintiff had a fair opportunity to respond to those facts and issues. Plaintiff also seeks to raise the

issue of whether the page limits in the Local Rules were observed with regard to the incorporation by reference of the Statement of Fact in Defendant's Motion for Summary Judgment or the filing of the paper, "Objections to Plaintiff's Evidence" and whether they affected compliance with the Local Rules relating to page limits, including exhibits on the timing of events, Herrera's canteen order, and the Kirkland Declaration executed on the date of the Reply, and whether they constitute new facts or issues not raised in the Motion for Summary Judgment and whether Plaintiff had a fair chance to address them in his Response.

WHEREFORE, Plaintiff moves this Honorable Court for leave to file a Surreply on page limits and issues not raised on Summary Judgment.

Respectfully Submitted on 5/20/2025   */s/James Cook*
Attorney for Plaintiff
JAMES COOK, ESQ.
Florida Bar No. 966843
Law Office of James V. Cook
314 West Jefferson Street
Post Office Box 10021
Tallahassee, Florida 32301
Telephone: (850) 222-8080
Email: cookjv@gmail.com

I hereby certify that I conferred in good faith with opposing counsel by phone pursuant to LR 3.01(g), and counsel does not object to this Motion.

I certify that a true copy hereof is served on counsel of record for Defendant via the Court's CM/ECF system on 5/20/2025.

*/s/James Cook*

2