UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

        Plaintiff,

v.                                      Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

        Defendant.
_____

## ORDER

1.     Defendant's Reply to Plaintiff's Response in Opposition to Defendant's MSJ (Doc. 76), Notice of Filing (Doc. 78),[1] and Objections to Plaintiff's Evidence (Doc. 77) are **STRICKEN**. While Federal Rule of Civil Procedure 56(c)(2) permits a party to object to summary judgment evidence, the Court finds that "the proper method to exercise the right to object is through a reply." *McKnight v. United Parcel Serv., Inc.*, No. 6:22-CV-622-PGB-RMN, 2023 WL 11892945, at *2 (M.D. Fla. Nov. 30, 2023). Thus, the filing of the Reply and separate Objections is improper. Furthermore, the Reply totals seven pages, but in the Reply, Defendant "restates and re-alleges the summary of Plaintiff's allegations and statement of undisputed material

---

[1] Defendant's counsel filed the Reply and exhibits (Doc. 76) and then called the Clerk's Office seeking to place the exhibits under seal without first obtaining permission from the Court. Defendant subsequently refiled the exhibits on the public docket with redactions (Doc. 78). In the future, before filing a sealed document, counsel must review and comply with Local Rule 1.11 and the Court's instructions for filing under seal: https://www.flmd.uscourts.gov/cmecf.

facts in Defendant's Motion for Summary Judgment" (Doc. 76 at 1), which effectively adds additional pages to his Reply and violates Local Rule 3.01(f). Consequently, the filing of the Reply itself exceeds the page limitation set forth in Local Rule 3.01(d), and even more so when combined with the Objections. If he so chooses, Defendant may file an amended reply consistent with this Order and the Local Rules by **June 6, 2025**.

2. Plaintiff's Motion to Strike "Objection[s] to Plaintiff's Evidence" (Doc. 80)[2] is **GRANTED to the extent** stated herein.

3. Plaintiff's original and Amended Unopposed Motions for Leave to Surreply (Docs. 79, 81) are **DENIED without prejudice**. If Defendant files an amended reply, Plaintiff may file a renewed motion to file a surreply, if necessary.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of May, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

JAX-3 5/21
c:
Counsel of Record

---

[2] On future filings, Plaintiff should eliminate the "et al." and refer only to "Defendant" in his case caption.