FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
CHEST PAIN PROTOCOL

NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 5-16-21  Time: 1830  Age: 33  ☐ Sick Call  ☒ EMID
Chief Complaint: Chest pain
Allergies: NKDA
Current Medications/s: losartan, HCTZ, ASA

"I see black dots when I close my eyes"

Onset/Duration of chest pain:
Pain started when patient was at rest ☐ No ☐ Yes  OR  Chest pain awakened patient ☐ No ☐ Yes
Current pain level: ☐0 ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☒8 ☐9 ☐10
Pain has been ☒ Continuous ☐ Intermittent since onset.
Pain Characteristic/s: ☐ Sharp ☐ Dull ache ☐ Stabbing ☐ Squeezing ☐ Crushing ☒ Tightness ☐ Pressure
Does pain radiate? ☐ No ☒ Yes, to: ☐ jaw ☐ neck ☐ shoulder/s ☒ arm/s ☐ back  fingers
Does anything help alleviate the pain (e.g., change in position, Tylenol)? ☒ No ☐ Yes:
Does pain increase with:
1) Deep breath or cough? ☒ No ☐ Yes  2) Arm movement? ☒ No ☐ Yes  3) Chest palpation? ☐ No ☐ Yes
If patient has NTG SL Rx → Number of NTG tablets taken with this episode of chest pain: ☒ None ☐ 1 ☐ 2 ☐ 3 →
How long ago was last NTG tablet taken? ____. Was chest pain completely relieved with the NTG? ☐ No ☐ Yes

Patient complains of the following *ADDITIONAL SYMPTOMS:

| | |
|---|---|
| ☒ SOB | ☐ Heart palpitations |
| ☐ Diaphoresis or cool, moist skin | ☐ Elevated anxiety or has a "sense or feeling of doom" |
| ☒ Nausea | ☐ Fever, cough, congestion, AND SOB |
| ☒ Dizziness | ☐ Pain, swelling, warmth, or redness of leg |
| ☒ Generalized weakness | ☐ Other: |

Significant **MEDICAL HISTORY:        AND/OR       Significant ***RISK FACTORS:

| | |
|---|---|
| ☐ Cardiac (e.g., MI, dysrhythmia, CAD, CABG, CHF) | ☐ Strong family H/O heart disease |
| ☐ Respiratory (e.g., COPD, Pulmonary Edema) | ☐ H/O Recent chest injury |
| ☒ Hypertension | ☐ H/O Recent non-Rx drug use within the past 24 hours: |
| ☐ Elevated cholesterol | ☐ Amphetamine/"Upper" ☐ K2/Spice ☐ Other: |
| ☐ Smoker | ☐ Recent surgery or ☐ Recent long bone fracture |
| ☐ Ulcer/GERD | ☐ Recent period of prolonged sitting (e.g., traveling several hours |
| ☐ Blood clotting problems (e.g., DVT, P.E.) | between institutions) |

**OBJECTIVE:** Temp: 97.3  Pulse: 97  Resp: 18  Blood Pressure: 187/123  O2 sat %: 99  #Weight: 156
O2 saturation level: 99 % on: ☒ Room air ☐ 2L/min/NC ☐ 3L/min/NC ☐ Other:
Behavior/Affect: ☐ Calm ☐ Anxious ☐ Fearful  Angry  Does patient appear to be short of breath? ☒ No ☐ Yes
Skin: ☒ Pink ☐ Pale ☐ Flushed ☐ Diaphoretic ☐ Cool ☐ Warm
Apical heart rate: 92  ☒ Regular ☐ Irregular  Describe if irregular:
Radial pulse rate: 96  ☒ Regular ☐ Irregular  Describe radial pulse (e.g., strong, weak, bounding):
Lung Sounds: ☒ Clear ☐ Crackles ☐ Wheezes ☐ Diminished  Document findings below:
  Right Upper Lobe: CTA  Right Lower Lobe: CTA  Left Upper Lobe: CTA  Left Lower Lobe:
Level of distress: ☒ None ☐ Mild ☐ Moderate ☐ Severe ☐ Comments:
#Weight should be deferred until patient is medically stable.

FINDINGS, PLAN, & EDUCATION continued on Page 2....

A.R____ / A. DuBose
SIGNATURE AND STAMP/PRINT of person completing form

B-B06604  TM 07  03/15/19
ANDREWS, BYRON

RN or CLINICIAN REVIEWER

Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

**FLORIDA DEPARTMENT OF CORRECTION**
**OFFICE OF HEALTH SERVICES**
**CHEST PAIN PROTOCOL**

NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

### FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION

- [ ] Abnormal Vital Signs:
  - [x] BP less than 90/60 or greater than 160/100
  - [x] Heart rate less than 60 or greater than 110
  - [ ] Temperature greater than 100.4
  - [ ] Respiratory rate less than 12 or greater than 24
  - [ ] $O_2$ saturation less than 93%
- [ ] Radiation of chest pain
- [x] Severe chest pain (5 or higher on pain scale)
- [ ] Respiratory distress
- [ ] 2 or more ADDITIONAL SYMPTOMS* listed on Page 1
- [ ] 2 or more significant MEDICAL HISTORY** or RISK FACTORS*** listed on Page 1
- [ ] Other

### PLAN   (May use DC4-683AA for documentation of additional nursing notes.)

- [ ] Immediate treatment required:
  - [ ] If patient has NTG Rx and hasn't taken all 3 doses, give needed dose/s now:
    1st NTG time: _____  2nd NTG time: _____  3rd NTG time: _____
  - [ ] Place patient in semi-fowlers position (30-45 degrees elevation of head)
  - [ ] Start $O_2$ at 3 L/min/NC; if patient has COPD, start at 2L/min/NC per minute
  - [x] STAT EKG
  - [ ] ASA 325mg by mouth x 1 dose if not allergic -- instruct patient to CHEW tablet   Bartley 1845
  - [ ] Start IV of NS 0.9% with large bore needle at KVO (Keep Vein Open) rate.
- [x] Notify clinician as directed in the FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION section.
- [x] Activate EMS as ordered    Time called: ____   Time of arrival: ____
- [ ] Vital signs as needed until orders received from clinician
- [ ] NTG 1/150 sublingual every 5 minutes x 3 doses per clinician's orders:
  1st NTG time: _____  2nd NTG time: _____  3rd NTG time: _____
- [ ] Additional orders/plans:
  1.
  2.
  3.
  4.
  5.
- [ ] Admit to Infirmary per clinician order.   [ ] Admitting Orders documented on DC4-714D
- [x] No treatment required
- [x] Discharge back to dorm or cell
- [ ] Issue Pass:

### EDUCATION

- [ ] As directed by clinician:
  1.
  2.
  3.
- [ ] Other:
- [x] Inmate instructed to return if symptoms continue, become worse, or if any new symptoms develop.

KOP meds ordered on Cips today 5-16-17, meds have not been refilled sine 1-21-21

A.P.C. / A. DuBose
SIGNATURE AND STAMP/ PRINT of person completing form

B-B06604 TM 07 03/15/19
ANDREWS, BYRON

_____
RN or CLINICIAN REVIEWER

Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

# FLORIDA DEPARTMENT OF CORRECTIONS
## PRE-SPECIAL HOUSING HEALTH EVALUATION

Institution: Columbia A.F.  Date: 5-16-21  Time: 1830

Post Use of Force? [X] No [ ] Yes
If yes, was DC4-701C completed? [X] No [ ] Yes

| M | S | W | T | I | SD |
|---|---|---|---|---|----|
| 2 |   |   |   |   | N  |

Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?
[X] No [ ] Yes → Describe:

Current Medical Complaint? [X] No [ ] Yes → Describe condition and treatment:

Vital Signs:
T: 97.3  P: 97  R: 18  BP: 187/122  Wt: 156

Allergies (list): NKDA

Infirmities or impairment? [X] No [ ] Yes → List findings/diagnoses:

Does inmate have assistive devices that will remain with her/him? [X] No [ ] Yes → [ ] Therapeutic shoes [ ] Leg brace [ ] Cane [ ] Walker [ ] Wheelchair [ ] Arm/Hand prosthetic [ ] Leg/Foot prosthetic [ ] Hearing aid → [ ] Single [ ] Bilateral [ ] Eye prosthetic [ ] Glasses [ ] Contacts [ ] Dentures [ ] Partial plate [ ] Mechanical Voice Box (e.g., Electrolarynx) [ ] Other:

Medications? [ ] No [X] Yes → List current medication/s (including psychotropic meds) in table below.

| Medication | Dose | Frequency | Renewal Yes | Renewal No | Pending Appointments (per inmate/medical record) | | |
|---|---|---|---|---|---|---|---|
| | | | | | Type | Date | N/A |
| Losartan | | | | | Dental | | |
| HCTZ | | | | | Mental Health | 5/19 | |
| ASA | | | | | CIC Type: | 5/26 | |
| | | | | | Special Appt: | | |
| | | | | | Dx Studies | | |

Arrangements for Medication Administration: [X] Self [ ] Nursing Staff [ ] N/A
Inmate medication delivered to health care staff? [X] No [ ] Yes → Disposition: PCA
Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing? [X] No [ ] Yes → Explain on back and refer inmate to clinic
Document any other pertinent information on the back
Health Record Reviewed? [ ] No [X] Yes → Reason: PCA
Inmate educated on how to access medical, dental and mental health care? [ ] No [X] Yes → Reason: PCA

Completed DC4-529 Mental Health Referral for S2/S3? [ ] N/A [ ] No [ ] Yes → Reason:

Completed DC4-650B Risk Assessment? [ ] No [X] Yes → Reason: PCA

Staff member signature/title/name stamp: A.R. / A. Dubose

B-B06604  TM 07  03/15/19  Sex ___
ANDREWS, BYRON

Page 1 of 2
...ended, revised, or altered without approval of the Chief of Health Services Administration.