**Florida Dept of Corrections**

## Inmate Order History Report

Inmate ID: 422908     From Date: 05/01/21     To Date: 05/31/21

EXHIBIT F

| Type | Order ID | Status | Order Date | Order Source | Sold From | Gross | Sales Tax | Total |
|---|---|---|---|---|---|---|---|---|
| O | 57451881 | X | 05/20/21 00:00 | CONFINE | COLUAX-11 | $16.11 | $0.00 | $16.11 |

| Item Code | Item Name | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 56014 | .68 Postage Stamp | EA | 25 | 0.55 | 13.75 |
| 55006 | Doritos Nacho Cheese | EA | 2 | 1.18 | 2.36 |

| Type | Order ID | Status | Order Date | Order Source | Sold From | Gross | Sales Tax | Total |
|---|---|---|---|---|---|---|---|---|
| O | 57426213 | X | 05/09/21 00:00 | QUARTERLY | FL001 | $212.18 | $14.86 | $227.04 |

| Item Code | Item Name | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 58236 | Russell Sweatshirt 3XL Ash | EA | 1 | 16.48 | 16.48 |
| 54900 | Watch, LED, Black Rubber Band | EA | 1 | 5.15 | 5.15 |
| 56998 | Reading Glasses 3.25 | EA | 1 | 5.98 | 5.98 |
| 56385 | Headphones, Replacement | EA | 1 | 12.07 | 12.07 |
| 56340 | AM/FM RADIO, GPX | EA | 1 | 18.94 | 18.94 |
| 56152 | Razor, Sierra, Battery Operated | EA | 1 | 25.00 | 25.00 |
| 58311 | Deluxe Crew Socks Mens | EA | 6 | 1.35 | 8.10 |
| 54703 | SC Mens Low Leather Sz 9 | EA | 1 | 28.55 | 28.55 |
| 58257 | Thermal Drawer Men 2XL | EA | 1 | 9.82 | 9.82 |
| 58156 | Men Leather Workboot #21 Sz9 | CS | 1 | 57.81 | 57.81 |
| 58220 | Sweatshirt Grey, Gilden 5XL | EA | 1 | 14.46 | 14.46 |
| 58217 | Thermal Top Mens 2XL | EA | 1 | 9.82 | 9.82 |

| Type | Order ID | Status | Order Date | Order Source | Sold From | Gross | Sales Tax | Total |
|---|---|---|---|---|---|---|---|---|
| O | 57412230 | X | 05/04/21 00:00 | CONFINE | COLUAX-11 | $29.27 | $0.77 | $30.04 |

| Item Code | Item Name | U/M | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 56009 | Envelope 10x13 White | EA | 15 | 0.28 | 4.20 |
| 56014 | .68 Postage Stamp | EA | 25 | 0.55 | 13.75 |
| 55239 | Choc. Chip Cookies 5 oz | EA | 1 | 1.02 | 1.02 |
| 54954 | Batteries, AA, ION3, 2pk | EA | 1 | 1.04 | 1.04 |
| 59013 | Batteries, AA, ENERGIZER 2 pk. | EA | 1 | 3.30 | 3.30 |
| 54597 | MSB, Iced Honey Bun | EA | 2 | 1.78 | 3.56 |
| 56056 | Notebook Paper, College Rule | EA | 1 | 2.40 | 2.40 |

```
                    FLORIDA DEPARTMENT OF CORRECTIONS              05/12/25
                       TRUST FUND ACCOUNT STATEMENT                10:47:26
                       FOR: 05/01/2021 - 05/12/2025                PAGE   1

ACCT NAME: HERRERA, ANGEL L.        ACCT#: 422908
                                    TYPE: INMATE TRUST
PO BOX:

                                                  BEGINNING BALANCE 05/01/21

         POSTED              REFERENCE
  DATE   NBR    TYPE          NUMBER    FAC  REMITTER/PAYEE    +/-   AMOUNT    BALANCE
  -------- --- ---------------- ------------ --- ------------------------ --- ---------- ----------------
  05/05/21 031 CANTEEN SALES                 000                      -      $30.04
  05/10/21 183 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.30
  05/17/21 377 ACCESS CATALOG                000                      -     $227.04
  05/21/21 033 CANTEEN SALES                 000                      -      $16.11
  05/24/21 187 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.16
  06/02/21 033 CANTEEN SALES                 000                      -      $25.96
  06/07/21 186 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.26
  06/23/21 043 CANTEEN SALES                 000                      -      $24.16
  06/28/21 182 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.24
  06/29/21 044 CANTEEN SALES                 000                      -      $54.08
  07/05/21 181 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.54
  07/07/21 043 CANTEEN SALES                 000                      -      $56.46
  07/12/21 181 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.56
  07/13/21 043 CANTEEN SALES                 000                      -      $28.56
  07/19/21 183 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.29
  07/20/21 043 CANTEEN SALES                 000                      -      $30.01
  07/26/21 179 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.30
  07/27/21 043 CANTEEN SALES                 000                      -      $22.58
  08/02/21 177 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.23
  08/03/21 043 CANTEEN SALES                 000                      -      $31.87
  08/09/21 174 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.32
  08/10/21 041 CANTEEN SALES                 000                      -      $26.92
  08/16/21 173 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.27
  08/17/21 037 CANTEEN SALES                 000                      -      $28.25
  08/23/21 175 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.28
  08/24/21 041 CANTEEN SALES                 000                      -      $25.37
  08/30/21 175 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.25
  08/31/21 055 CANTEEN SALES                 000                      -      $28.93
  09/06/21 174 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.29
  09/08/21 041 CANTEEN SALES                 000                      -      $51.38
  09/13/21 173 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.51
  09/14/21 043 CANTEEN SALES                 000                      -      $50.15
  09/20/21 173 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.50
  09/21/21 043 CANTEEN SALES                 000                      -      $30.97
  09/27/21 173 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.31
  09/28/21 043 CANTEEN SALES                 000                      -      $36.72
  10/04/21 176 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.37
  10/05/21 043 CANTEEN SALES                 000                      -      $29.65
  10/11/21 175 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.30
  10/12/21 043 CANTEEN SALES                 000                      -      $30.33
  10/18/21 175 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.30
  10/19/21 043 CANTEEN SALES                 000                      -      $24.08
  10/25/21 177 PROCESSING FEE   WEEKLY DRAW  000                      -       $0.24
```