UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BYRON ANDREWS,**
    **Plaintiff,**

v.                         **CASE NO.: 3:23-cv-88-MMH-SJH**

**SGT. CICCONE,**
    **Defendant.**
_____/

**DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO SUR-REPLY**

Ciccone ("Defendant") submits this Response in Opposition to Plaintiff's Motion for Leave to Sur-Reply. (Doc. 84). In support, Defendant states:

**PROCEDURAL HISTORY**

On August 27, 2024, Defendant filed his Motion for Summary Judgment. (Doc. 45). Eight months later and after Plaintiff was afforded a second discovery period, Plaintiff filed his Response in Opposition. (Doc. 73). Subsequently, Defendant filed his original Reply (Doc. 76) and Objections (Doc. 77) to Plaintiff's Response in Opposition.

Thereafter, Plaintiff filed a Motion for Leave to Sur-Reply (Doc. 79) and Motion to Strike (Doc. 80) in which Plaintiff argued Defendant was trying to evade page limitations. This Court entered an Order (Doc. 76) striking Defendant's original Reply and Objections but allowed Defendant to file an amended reply. On June 6, 2025, Defendant filed his Amended Reply and Objections. (Doc. 83). Then on June

1

18, 2025, Plaintiff filed a Second Amended Motion for Leave to Sur-Reply ("Motion for Leave") and attached the proposed sur-reply. (Doc. 84)

## MEMORANDUM OF LAW

Plaintiff's Motion for Leave is five pages and includes the proposed reply in violation of Local Rule 3.01(d). This Court notified the parties that all motions filed must comply with the Federal Rules of Civil Procedure and Local Rules of the Court. *See* Doc. 46. Per Local Rule 3.01(d), "A motion requesting leave to reply must not exceed three pages inclusive of all parts; must specify…the length of the proposed reply; and must not include the proposed reply." When a motion fails to comply with the Local Rules, the court may deny the motion. *See United States v. Wright*, No. 3:24-CV-916-TJC-SJH, 2024 WL 4905460, at *2 (M.D. Fla. Nov. 27, 2024).

This is not the first time Plaintiff has failed to adhere to the Local Rules as his twenty-five (25) page Response in Opposition (Doc.73) exceeded the page limit for a response to a motion. *See* M.D. Fla. Loc. R. 3.01(b) ("A party responding to a motion or brief may file a legal memorandum no longer than twenty pages inclusive of all parts."). Undersigned did not oppose Plaintiff's Motion for Leave when Plaintiff's counsel reached out for conferral, but undersigned did not consent to a violation of the Local Rules. As Plaintiff has previously raised, the rules should not be disregarded.

## CONCLUSION

WHEREFORE, this Court should deny Plaintiff's Motion for Leave to Sur-Reply for failure to comply with Local Rules.

        Respectfully submitted,
        JAMES UTHMEIER
        ATTORNEY GENERAL

        */s/ Juanita Villalpando*
        Juanita Villalpando (FBN 1036083)
        Assistant Attorney General
        Office of the Attorney General
        The Capitol, PL-01
        Tallahassee, Florida 32399
        (850) 414-3300
        Juanita.Villalpando@myfloridalegal.com
        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was e-filed electronically through CM/ECF and served on all registered counsel on June 20, 2025.

        */s/ Juanita Villalpando*
        Juanita Villalpando