UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.                                                        Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

    Defendant.
_____

## ORDER

Plaintiff's Second Amended Motion for Leave to Sur-Reply (Doc. 84), which is opposed by Defendant to the extent the Motion violates Local Rule 3.01(d), is **DENIED without prejudice**. The Motion violates Local Rule 3.01(d) by exceeding three pages and including the proposed sur-reply. Therefore, by **June 25, 2025**, Plaintiff may refile his request in compliance with Local Rule 3.01(d).

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of June, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 6/23
c:
Counsel of Record