UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.     Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

    Defendant.

_____

## ORDER

Plaintiff's unopposed Third Amended Motion for Leave to Sur-Reply (Doc. 87) is **GRANTED**. Plaintiff may file a sur-reply, not to exceed seven pages, by **June 30, 2025**.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of June, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

JAX-3 6/26
c:
Counsel of Record