IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BYRON ANDREWS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.: 3:23-cv-88-MMH-SJH**

**SGT. CICCONE,**

    **Defendants.**

_____/

## NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel hereby enters his appearance as counsel of record for **Sgt. Ciccone**. Please send all future pleadings and correspondence in this case to undersigned counsel's attention.

1

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* was e-filed electronically and served on Plaintiff's counsel of record, on September 6, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com