UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

        Plaintiff,

v.                                                Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

        Defendant.
_____

## ORDER SCHEDULING SETTLEMENT CONFERENCE

A settlement conference in this case is hereby set before the undersigned on **October 8, 2025**, at **10:00 a.m.**, in Courtroom 5A (5th floor), Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. Lead counsel, both parties, and any representative of Defendant with full settlement authority shall personally attend.[1] Unexcused absence or departure from the settlement conference is sanctionable.

The Department of Corrections is hereby ordered to deliver Plaintiff **Byron Andrews**, Inmate Number B06604, (who is currently incarcerated at Florida State Prison) to Courtroom 5A (5th floor), Bryan Simpson United States Courthouse, 300

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.

North Hogan Street, Jacksonville, Florida, no later than **9:30 a.m. on October 8, 2025**.

No later than **September 25, 2025**, each party shall submit for the Court's consideration a confidential letter setting forth, at a minimum, (1) the key disputed issue or issues that remain, (2) the minimum and maximum damages available to Plaintiff if Plaintiff prevails, (3) whether an attorney's fee award is available to either side, and, if so, the approximate amount of attorney's fees expected to be expended if the case proceeds through trial, (4) the approximate amount of costs that each party expects to expend if the case proceeds through trial, (5) any offers made by each side and the dates thereof, and (6) the names of the persons attending the conference and their position(s), if applicable. These letters should not be filed with the Clerk of Court, but rather should be emailed (chambers_flmd_horovitz@flmd.uscourts.gov), mailed, or delivered directly to the chambers of the undersigned.

The substance of the settlement conference is confidential. No party, lawyer, or other participant is bound by, may record, or without the Court's approval may disclose any event, including any statement confirming or denying a fact — except settlement — that occurs during the settlement conference.

The parties are encouraged to discuss the possibility of settlement prior to the conference. If the parties settle this case at any time prior to the settlement conference, they shall immediately notify the Court.

2

The **Clerk** shall provide a copy of this Order to the United States Marshal's Office, the Court Security Office, the Correctional Services Consultant of the Florida Department of Corrections, as well as the other offices and individuals listed below.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of September, 2025.

Samuel J. Horovitz
United States Magistrate Judge

caw 9/15
c:
Counsel of Record
Division of Risk Management
FDOC Correctional Services Consultant (email)
Warden, Florida State Prison
United States Marshal
Court Security Office