IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.                                    Case No.: 3:23-cv-88-MMH-SJH

SGT. CICCONE,

    Defendant.
_____/

## MOTION FOR RISK MANAGER TO APPEAR REMOTELY

Alexander Ciccone ("Defendant") moves this Court to allow the Risk Manager assigned to this case appear remotely for the October 8, 2025, Settlement Conference, and in support state the following:

1. On September 16, 2025, this Court issued an Order setting a Settlement Conference for October 8, 2025, at 10:00 Eastern Time in Jacksonville, Florida. (Doc. 92).

2. Undersigned counsel has consulted with the Risk Manager for this case in preparation for the conference. During the conversation, the Risk Manager overseeing this case requested to appear remotely for the October 8, 2025, Settlement Conference, if possible.

3. The Risk Manager requests that she be allowed to appear remotely given that the Division of Risk Management at the Department of Financial Services is currently short-staffed and she is managing a high volume of cases and responsibilities – in fact, she already has a mediation scheduled for the next day on October 9, 2025. Additionally, appearing remotely would save state resources. The Risk Manager will be available by telephone or other electronic means to consult about settlement.

4. Further, undersigned counsel intends to be present in person for the Settlement Conference with full settlement authority. Undersigned counsel will be able to resolve this case, provided that a resolution can be reached.

5. Based on the above request, undersigned counsel reached out to Plaintiff's counsel who indicated Plaintiff took no position on this motion.

WHEREFORE, Defendant respectfully requests that this Court allow the Risk Manager assigned to this case appear remotely for the October 8, 2025, Settlement Conference.

Respectfully submitted,
JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando (FBN 1036083)
Assistant Attorney General
Office of the Attorney General
Civil Litigation Division
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
Juanita.Villalpando@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that undersigned counsel has conferred with Plaintiff's counsel of record prior to the filing of this Motion who indicated Plaintiff takes no position regarding this Motion. Additionally, Plaintiff's counsel indicated they wanted the following language to be included:

> The Plaintiff recognizes and appreciates that the Court is giving us an in-person opportunity to resolve this case early and making scarce judicial resources available for that purpose and that it ensures more focus by the stakeholders and more investment in a positive result. At the same time, we want to try to maintain a positive and congenial relationship with the stakeholders to keep a spirit of compromise alive as we move toward the settlement conference. With that in mind, the Plaintiff feels it is best to take no position on the Defendant's motion to allow the Risk Manager to attend remotely.

3

*/s/ Juanita Villalpando*
Juanita Villalpando

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion for Risk Manager to Appear Remotely* was e-filed and served electronically on counsel of record through CM/ECF on September 18, 2025.

*/s/ Juanita Villalpando*
Juanita Villalpando

4