**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**BYRON ANDREWS**

                      Plaintiff,

v.                                                Case No.   3:23-cv-88-MMH-SJH

**SGT. CICCONE**

                      Defendant.

---

| | |
|---|---|
| **Counsel for Plaintiff** | James V. Cook, Esquire |
| **Counsel for Defendant** | Juanita Villalpando, Esquire |

| **JUDGE** | Samuel J. Horovitz<br>U. S. Magistrate Judge | **DATE AND TIME** | 10/8/2025<br>10:08 a.m. – 12:36 p.m. |
|---|---|---|---|
| **DEPUTY CLERK** | Barbara Rothermel | **TAPE/REPORTER** | Digital |

**CLERK'S MINUTES**

**PROCEEDINGS:**           **SETTLEMENT CONFERENCE**

Attorneys are present in the courtroom.

Also present in the courtroom is Plaintiff Byron Andrews.

Defendant Sgt. Alexander Ciccone is present in the courtroom.

Shital Patel, Risk Manager from the Department of Financial Services is also present on behalf of Defendant via Zoom.

Settlement conference conducted.

Settlement reached.