IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.                                                    Case No.: 3:23-CV-00088

SGT. CICCONE

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant **Alexander Ciccone** ("Defendant") provides notice, through undersigned counsel, that settlement has been reached in this case. After the settlement documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendant will file a Joint Stipulation for Voluntary Dismissal of Plaintiff's claims against Defendant.

                                            Respectfully submitted,

                                            **JAMES UTHMEIER**
                                            ATTORNEY GENERAL

                                            */s/ Juanita Villalpando*
                                            Juanita Villalpando (FBN 1036083)
                                            Assistant Attorney General
                                            Office of the Attorney General
                                            Civil Litigation Division
                                            The Capitol, Suite PL-01

1

Tallahassee, Florida 32399
Telephone: (850) 414-3300
Juanita.Villalpando@myfloridalegal.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of foregoing *Notice of Settlement* was e-filed and served electronically on counsel of record through CM/ECF on October 8, 2025.

*/s/Juanita Villalpando*
Juanita Villalpando