UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

        Plaintiff,

v.                                                                                      Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

        Defendant.

_____

## ORDER

The Court was advised that this case has settled. See Clerk's Minutes (Doc. 95); Notice of Settlement (Doc. 96). Therefore, it is now

**ORDERED:**

1. The parties shall have until **December 8, 2025**, to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed the appropriate documents to close out this file or a request for extension of time by the **December 8, 2025** deadline, this case will automatically be deemed to be dismissed without prejudice. The **Clerk** shall terminate all pending motions and close the file now, subject to reopening upon the filing of a motion before the **December 8, 2025** deadline.

3.  The Court appreciates the settlement efforts of the Magistrate Judge.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of October, 2025.

MARCIA MORALES HOWARD
United States District Judge

JAX-3 10/9
c:
Counsel of Record