IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

    Plaintiff,

v.                                        Case No.: 3:23-cv88-MMH-SJH

SGT. CICCONE,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant **Alexander Ciccone** ("Defendant"), through counsel, and **Byron Andrews, DC# B06604**, ("Plaintiff"), through counsel, hereby stipulate to dismissal of this action with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own costs and fees. The issues between the above parties have been resolved through settlement.

1

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

_____
James V. Cook (FBN 966843)
Law Office of James Cook
314 W Jefferson St
Tallahassee, FL 32301-1608
(850) 222-8080
*Counsel for Plaintiff*

DATED: 11/3/25

_____
Juanita Villalpando (FBN 1036083)
Assistant Attorney General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
*Counsel for Defendant*

DATED: 11/3/25

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* has been electronically filed through the CM/ECF system and served on Plaintiff's counsel of record on November 3, 2025.

/s/ *Juanita Villalpando*
Juanita Villalpando

2