UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BYRON ANDREWS,

        Plaintiff,

v.                                   Case No. 3:23-cv-88-MMH-SJH

SGT. CICCONE,

        Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. 99), this case is **DISMISSED with prejudice**. The parties shall bear their own fees and costs. The **Clerk** shall enter judgment dismissing this case with prejudice. The file shall remain closed.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of November, 2025.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

JAX-3 11/4
c:
Counsel of Record